# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | **FILED UNDER SEAL PURSUANT TO ORDER** |
| v. | |
| WILLIAM SCOTT KELLY a/k/a "DaWokeFarmer" | Case No. 26-mj-40 DLM |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
<u>    WILLIAM SCOTT KELLY a/k/a "DaWokeFarmer"    </u>
who is accused of an offense or violation based on the following document filed with the court:

___ Indictment    ___ Superseding Indictment    ___ Information    ___ Superseding Information    _X_ Complaint
___ Probation Violation Petition    ___ Supervised Release Violation Petition    ___ Violation Notice    ___ Order of the Court

Conspiracy Against Rights to Free Exercise of Religion Secured by FACE Act, in violation of 18 U.S.C. § 241, 248(a)(2)

*NO PROBABLE CAUSE – DLM*

Date: <u>1/20/26</u>

<u>                                </u>
*Issuing officer's signature*

City and State: <u>St. Paul, MN</u>         <u>Douglas L. Micko<br>United States Magistrate Judge</u>
                                                                    *Printed Name and Title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

                                                         _____
                                                         *Arresting officer's signature*

                                                         _____
                                                         *Printed name and title*