## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL | |
| | ) | BEFORE: DOUGLAS L. MICKO | |
| Plaintiff, | ) | U.S. Magistrate Judge | |
| | ) | | |
| v. | ) | Case No: | 26-mj-40 DLM *SEALED* |
| | ) | Date: | January 22, 2026 |
| Nekima Valdez Levy-Armstrong (1), | ) | Courthouse: | St. Paul |
| | ) | Courtroom: | 6B |
| Defendant. | ) | Time Commenced: | 12:19 p.m. / 12:35 p.m. |
| | ) | Time Concluded: | 12:23 p.m. / 1:03 p.m. |
| | ) | Time in Court: | 32 minutes |

**X INITIAL APPEARANCE     X 3142(f)(2) HEARING**
Time in Court Initial/3142: 16 minutes/16 minutes

APPEARANCES:
  Plaintiff: Robert Keenan, Assistant U.S. Attorney
  Defendant: Jordan Kushner
        X Retained

Date Charges Filed: January 20, 2026        Offense: Conspired to injure, oppress, threaten, and intimidate the rights of other persons secured by Federal Law, namely, the free exercise of religion as a place of religious worship.

        X Advised of Rights

on    X Complaint

X Government moves for a detention hearing.
X Counsel argues as to the setting of a detention hearing under 18 USC 3142(f)(2).
X Government's motion is X denied.
X The Court finds a detention hearing is not authorized. The Court nonetheless entertained all arguments the Government indicated it would make at a detention hearing and indicated it would have released the defendant on the conditions imposed if a detention hearing occurred.

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

X Government moves to STAY the order.    X Granted.
X The Government has until 2:30 p.m. on this day, January 22, 2026 at 2:30 p.m. to file an appeal of the order.
X If the Government files an appeal by the deadline, the order will continue to be stayed until further review.
X If the Government does not file an appeal by the deadline, the order will go into effect.

Next appearance date is TBD before a U.S. Magistrate Judge for:
        X Preliminary hrg

X Government moves to keep the case under seal.    X Granted.

X The case as to this defendant will remain under seal until January 23, 2026 at 12:30 p.m. The Government shall submit a redacted complaint by the previously mentioned date and time to the Clerk's Office for filing.

Additional Information:

X Oral Rule5(f) Brady notice read on the record.

*s/nah*
Signature of Courtroom Deputy