IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURTROOM MINUTES - CRIMINAL |
| Plaintiff, | BEFORE: DULCE J. FOSTER |
| | U.S. Magistrate Judge |
| v. | Case No: 26-cr-25 (LMP/DLM) |
| | Date: January 30, 2026 |
| Jamael Lydell Lundy (6), | Courthouse: Minneapolis |
| | Courtroom: 8E |
| Defendant. | Time Commenced: 2:26 p.m. |
| | Time Concluded: 2:30 p.m. |
| | Time in Court: 4 minutes |

APPEARANCES:

Plaintiff: Robert Keenan, Assistant U.S. Attorney
Defendant: Jennifer Congdon and A.L. Brown
    X Retained

Date Charges Filed: January 29, 2026

Offense: Conspiracy against rights of religious freedom at place of worship; Injure, intimidate, and interfere with exercise of right of religious freedom at place of worship.

    X Advised of Rights

on    X Indictment

X Government moves for a detention hearing.
X Government's motion is X Denied. The Court finds a detention hearing is not authorized.

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.


X Defendant also arraigned at this hearing, see separate arraignment minutes.
X Government moves to unseal the case as to this defendant.  X Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record.
X Consular notice read on the record.

                                                                               _s/ms_
                                                        Signature of Courtroom Deputy