# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Jamael Lydell Lundy (6),<br><br>Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE: DULCE J. FOSTER<br>U.S. Magistrate Judge<br><br>Case No:         26-cr-25 (LMP/DLM)<br>Date:            January 30, 2026<br>Courthouse:      Minneapolis<br>Courtroom:       8E<br>Time Commenced:  2:31 p.m.<br>Time Concluded:  2:32 p.m.<br>Time in Court:   1 minute |

APPEARANCES:

   Plaintiff: Robert Keenan, Assistant U.S. Attorney
   Defendant: Jennifer Congdon and A.L. Brown
        X Retained

**Indictment Dated:** January 29, 2026

   X Reading of Indictment Waived      X Not Guilty Plea Entered

Other Remarks:
X Counsel to be notified of additional dates by separate Order to be issued.

*s/ms*
Signature of Courtroom Deputy
