IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: DULCE J. FOSTER |
| Plaintiff, | ) | U.S. Magistrate Judge |
| v. | ) | Case No: 26-cr-25 (LMP/DLM) |
| | ) | Date: January 30, 2026 |
| Trahern Jeen Crews (7), | ) | Courthouse: Minneapolis |
| | ) | Courtroom: 8E |
| Defendant. | ) | Time Commenced: 2:17 p.m. |
| | ) | Time Concluded: 2:25 p.m. |
| | ) | Time in Court: 8 minutes |

APPEARANCES:

Plaintiff: Robert Keenan, Assistant U.S. Attorney
Defendant: Lisa Lopez
    X FPD     X To be appointed

Date Charges Filed: January 29, 2026     Offense: Conspiracy against rights of religious freedom at place of worship; Injure, intimidate, and interfere with exercise of right of religious freedom at place of worship

    X Advised of Rights

on     X Indictment

X Government moves for a detention hearing.
X Government's motion is X Denied. The Court finds a detention hearing is not authorized.

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

Next appearance date is TBD for:
    X Arraignment

X Government moves to unseal the ENTIRE case. X Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record.
X Consular notice read on the record.

    *s/ms*
    Signature of Courtroom Deputy