IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURTROOM MINUTES - CRIMINAL |
| Plaintiff, | BEFORE: DULCE J. FOSTER |
| | U.S. Magistrate Judge |
| v. | |
| Georgia Ellyse Fort (8), | Case No: 26-cr-25 (LMP/DLM) |
| | Date: January 30, 2026 |
| | Courthouse: Minneapolis |
| | Courtroom: 8E |
| Defendant. | Time Commenced: 2:03 p.m. |
| | Time Concluded: 2:16 p.m. |
| | Time in Court: 13 minutes |

APPEARANCES:

Plaintiff: Robert Keenan, Assistant U.S. Attorney
Defendant: Kevin Riach, Isabella Nascimento and Leita Walker
    X Retained

Date Charges Filed: January 29, 2026     Offense: Conspiracy against rights of religious freedom at place of worship; Injure, intimidate, and interfere with exercise of right of religious freedom at place or worship.

    X Advised of Rights

on    X Indictment

X Government moves for a detention hearing.
X Government's motion is X Denied. The Court finds a detention hearing is not authorized.

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.


Next appearance date is TBD for:
    X Arraignment

X Government moves to unseal the ENTIRE case.     X Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record.
X Consular notice read on the record.

                                                                                                *s/ms*
                                                                                Signature of Courtroom Deputy