UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                                      Court File No.  26-cr-25(8)

        Plaintiff,

    v.                                                         **NOTICE OF APPEARANCE**

Georgia Fort,

        Defendant.

The undersigned attorney hereby notifies the Court and counsel that Kevin C. Riach of The Law Firm of Kevin C. Riach, P.L.L.C. shall appear as counsel of record for Defendant Georgia Fort in this case.

Respectfully submitted,

January 30, 2026

*/s/ Kevin C. Riach*
Kevin C. Riach, #389277
125 Main St. SE, Suite 339
Minneapolis, MN 55412
Telephone: 612.203.8555
kevin@riachdefense.com

**ATTORNEY FOR DEFENDANT**