UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff,<br><br>v.<br><br>[8] Georgia Ellyse Fort<br><br>        Defendant. | Case No. 26-cr-00025-LMP-DLM<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that Leita Walker, undersigned counsel with Ballard Spahr LLP, hereby enters her appearance as co-counsel in this action on behalf of Georgia Ellyse Fort. Any and all further correspondence directed to Ms. Fort regarding this action, and any pleadings or other filings, may be served on undersigned counsel by ECF and at the address below.

Dated:  January 30, 2026

Respectfully submitted,

BALLARD SPAHR LLP

By: *s/ Leita Walker*
Leita Walker
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 371-6222
Fax: (612) 371-3207
walkerl@ballardspahr.com

*Co- Counsel for Georgia Ellyse Fort*