UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br>　　　Plaintiff,<br>v.<br><br>[9] Ian Austin Davis,<br>　　　Defendant. | **NOTICE OF APPEARANCE**<br><br>26-cr-00025-LMP-DLM |

　　The undersigned attorney hereby notifies the Court and counsel that Sarah R. Gad of Gad & Gad Law Offices LLP shall appear as counsel of record for Defendant Ian Austin Davis in this case. Any and all further correspondence directed to Mr. Davis regarding this action, and any pleadings or other filings, may be served on undersigned counsel by ECF and at the address below

| | |
|---|---|
| <u>Dated: January 30, 2026</u> | Respectfully submitted,<br><br>/s/*Sarah Raafat Gad*<br>Sarah R. Gad, 0403328<br>Gad & Gad Law Offices LLP<br>Attorney \| Founding Partner<br>8 E 25th Street<br>Minneapolis, MN 55404<br>Telephone: (612) 512-1870<br>sarah@gadlawoffice.com<br><br>**ATTORNEY FOR DEFENDANT** |