UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *United States of America*, | **NOTICE OF APPEARANCE** |
| Plaintiff | Case No:   0:26-cr-00025-LMP-DLM |
| v. | |
| *Nekima Valdez Levy-Armstrong et al.*, | |
| Defendants | |

The undersigned attorney hereby notifies the Court and counsel that Greta Gieseke shall appear as counsel of record for Plaintiff United States of America in this case.

Dated: February 2, 2026

                                            *s/ Greta Gieseke*
                                            Greta Gieseke (TX 24132925)

                                            Civil Rights Division
                                            U.S. Department of Justice
                                            950 Pennsylvania Ave. NW
                                            Washington, DC 20530
                                            (202) 679-4564
                                            greta.gieseke@usdoj.gov