IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: DAVID T. SCHULTZ |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:        26-cr-25 (LMP/DLM) |
| | ) | Date:             February 2, 2026 |
| Ian Davis Austin (9), | ) | Courthouse:   Minneapolis |
| | ) | Courtroom:    9W |
| Defendant. | ) | Time Commenced:  1:59 p.m. |
| | ) | Time Concluded:   2:00 p.m. |
| | ) | Time in Court:        1 minute |

**APPEARANCES:**

Plaintiff: Katharine Buzicky, Assistant U.S. Attorney
Defendant: Sarah Gad
    X Retained

Date Charges Filed: January 29, 2026    Offense: Count 1: conspiracy against rights of religious freedom at place of worship. Count 2: injure, intimidate, and interfere with exercise of right of religious freedom at place or worship.

X Advised of Rights

on    X Indictment

X Government moves for a detention hearing.
X Government's motion is   X denied. The Court finds a detention hearing is not authorized.

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

X Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                        _s/ms_
                                              Signature of Courtroom Deputy