# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | BEFORE: DAVID T. SCHULTZ |
| v. | U.S. Magistrate Judge |
| Ian Davis Austin (9), | |
| Defendant. | |

| | |
|---|---|
| Case No: | 26-cr-25 (LMP/DLM) |
| Date: | February 2, 2026 |
| Courthouse: | Minneapolis |
| Courtroom: | 9W |
| Time Commenced: | 2:01 p.m. |
| Time Concluded: | 2:02 p.m. |
| Time in Court: | 1 minute |

APPEARANCES:
 Plaintiff: Katharine Buzicky, Assistant U.S. Attorney
 Defendant: Sarah Gad
  X Retained

**Indictment Dated:** January 29, 2026

  X Reading of Indictment Waived    X Not Guilty Plea Entered

Other Remarks:
X Counsel to be notified of additional dates by separate Order to be issued.

*s/ms*
Signature of Courtroom Deputy
