AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

F#11916568

United States of America
v.
Don Renaldo Lemon (4)

Defendant

Case No. CR 26-25 LMP/DLM

~~SEALED~~

RECEIVED
FEB 0 6 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Don Renaldo Lemon                           ,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:
Count 1: Conspiracy Against Right of Religious Freedom at Place of Worship 18:241
Count 2: Injure, Intimidate, and Interfere with Exercise of Right of Religious Freedom at Place of Worship 18:248(a)(2), (b), and 2(a)

LT SCANNED
FEB 0 6 2026
U.S. DISTRICT COURT MPLS

Date: 01/29/2026

City and state:  Minneapolis, MN

*Issuing officer's signature*
M. Fogarty

Kate M. Fogarty, Clerk of Court
*Printed name and title*

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
| at *(city and state)* _____. |

Date: _____

ARRESTED ON  1/30/2026
ARRESTED BY  HSI-CFCA
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

*Arresting officer's signature*

*Printed name and title*