AO 442 (Rev. 11/11) Arrest Warrant

F#11916580

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| United States of America | ) |
| v. | ) |
| Georgia Ellyse Fort (8) | ) Case No. CR 26-25 LMP/DLM |
|  | ) |
|  | ) |
| _____ | ) |
| *Defendant* |  |

RECEIVED
FEB 0 6 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Georgia Ellyse Fort,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:
Count 1: Conspiracy Against Right of Religious Freedom at Place of Worship 18:241
Count 2: Injure, Intimidate, and Interfere with Exercise of Right of Religious Freedom at Place of Worship 18:248(a)(2), (b), and 2(a)

LT  SCANNED
FEB 0 6 2026
U.S. DISTRICT COURT MPLS

Date: 01/29/2026

_____
*Issuing officer's signature*

City and state:  Minneapolis, MN

Kate M. Fogarty, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date:
ARRESTED ON  1/30/2026
ARRESTED BY  HSI
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

_____
*Arresting officer's signature*

_____
*Printed name and title*