AO 442 (Rev. 11/11) Arrest Warrant

F#11916581

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America
v.
Ian Davis Austin (9)

_____
*Defendant*

Case No. CR 26-25 LMP/DLM

RECEIVED
FEB 0 6 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Ian Davis Austin,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:
Count 1: Conspiracy Against Right of Religious Freedom at Place of Worship 18:241
Count 2: Injure, Intimidate, and Interfere with Exercise of Right of Religious Freedom at Place of Worship 18:248(a)(2), (b), and 2(a)

SCANNED
FEB 0 6 2026
U.S. DISTRICT COURT MPLS

Date: 01/29/2026

_____
*Issuing officer's signature*

City and state:  Minneapolis, MN

Kate M. Fogarty, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

ARRESTED ON 1/30/2026
ARRESTED BY HSI
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

_____
*Arresting officer's signature*

_____
*Printed name and title*