UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. 26-cr-25 (LMP/DLM)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) | **DEFENDANT'S MOTION** |
| vs. )<br>) | **TO CORRECT NAME** |
| NEKIMA LEVY-ARMSTRONG, )<br>)<br>Defendant. ) | |

PLEASE TAKE NOTICE that Defendant Nekima Levy-Armstrong, through undersigned counsel, hereby moves the Court to order the Clerk of Court to Correct her name in the docket and on all future filings. Her correct legal name is Nekima Levy Armstrong, not Levy-Armstrong. There is no hyphen in her last name. Accompanying this motion but filed under seal his her state-issued identification which documents her correct name.

Dated: February 9, 2026                LAW OFFICE OF JORDAN S. KUSHNER

                                                            By s/Jordan S. Kushner
                                                              Jordan S. Kushner, ID 219307
                                                               Attorney for Defendant
                                                               431 South 7th Street, Suite 2446
                                                                Minneapolis, Minnesota  55415
                                                               (612) 288-0545
                                                               jskushner@gmail.com