UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-25(4) (LMP/DLM)

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

DON RENALDO LEMON,

       Defendant.

**NOTICE OF APPEARANCE**

The undersigned attorney hereby notifies the Court and counsel that Joseph H. Thompson shall appear as counsel of record for defendant Don Renaldo Lemon in this case.

Dated: February 10, 2026

/s/ *Joseph H. Thompson*
Joseph H. Thompson
THOMPSON JACOBS PLLC
Minnesota Bar No. 0343031

400 South Fourth Street
Suite 410
Minneapolis, Minnesota 55415
joe@thompsonjacobs.com
(612) 416-3322