UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-cr-25 LMP/DLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      **NOTICE OF APPEARANCE**

KEKIMA VALDEZ LEVY-ARMSTRONG ET AL,

    Defendant.

Please add the following Assistant United States Attorney(s) to the above-captioned case:

<u>Add AUSA</u>

Flavio De' Abreu

Dated: February 12, 2026                     Respectfully submitted,

                                                        DANIEL N. ROSEN
                                                        United States Attorney

                                                        *s/Flavio De' Abreu*
                                  BY:    FLAVIO DE' ABREU
                                                        Special Assistant U.S. Attorney