IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURTROOM MINUTES - CRIMINAL |
| Plaintiff, | BEFORE: DOUGLAS L. MICKO |
| | U.S. Magistrate Judge |
| v. | Case No: 26-cr-25 (LMP/DLM) |
| | Date: February 13, 2026 |
| Don Renaldo Lemon (4), | Courthouse: St. Paul |
| | Courtroom: 6B |
| Defendant, | Time Commenced: 1:05 p.m. |
| | Time Concluded: 1:10 p.m. |
| | Time in Court: 5 minutes |

APPEARANCES:

For the government:   Robert Keenan, and Orlando Sonza, Assistant U.S. Attorneys
For Mr. Lemon:   Abbe Lowell, and Joseph Thompson
   _ FPD        _ CJA      X Retained      _ To be appointed

Date Charges Filed:   January 29, 2026     Offense: Conspiracy Against Rights of Religious Freedom at Place of Worship; and Injure, Intimidate, and Interfere with Exercise of Right of Religious Freedom at Place of Worship

X Advised of Rights

on   X Indictment

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

X Mr. Lemon was also arraigned at this hearing, see separate arraignment minutes.

Additional Information:
X Oral Rule 5(f) Brady notice read on the record.

                                                                           s/   AEF