# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,

          Plaintiff,

v.

Don Renaldo Lemon (4),

          Defendant.

**COURT MINUTES**
BEFORE: DOUGLAS L. MICKO
U.S. MAGISTRATE JUDGE

Case No.: 26-cr-25 (LMP/DLM)
Date: February 13, 2026
Location: St. Paul, Courtroom 6b
Court Reporter: Nancy Meyer
Time Commenced: 1:10 p.m.
Time Concluded: 1:12 p.m.
Time in Court: 2 minutes
Hearing Type: Arraignment

## ARRAIGNMENT HEARING

**APPEARANCES:**

For the government: Robert Keenan, and Orlando Sonza
For Mr. Lemon: Abbe Lowell, and Joseph Thompson

Interpreter/Language: None.

**PROCEEDINGS**:

The Court held an arraignment hearing. Mr. Lemon identified himself by his full name and age. Mr. Lemon waived formal reading of the indictment and entered Not Guilty pleas to each count.

*AEF*
Judicial Law Clerk