# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

Jerome Deangelo Richardson (5),

Defendant.

**COURT MINUTES**
BEFORE: DOUGLAS L. MICKO
U.S. MAGISTRATE JUDGE

Case No.: 26-cr-25 (LMP/DLM)
Date: February 13, 2026
Location: St. Paul, Courtroom 6b
Court Reporter: Nancy Meyer
Time Commenced: 1:29 p.m.
Time Concluded: 1:31 p.m.
Time in Court: 2 minutes
Hearing Type: Arraignment

## ARRAIGNMENT HEARING

**APPEARANCES:**

For the government: Robert Keenan, and Orlando Sonza
For Mr. Richardson: Andrew Birrell

Interpreter/Language: None.

**PROCEEDINGS**:

The Court held an arraignment hearing. Mr. Richardson identified himself by full name and age. Mr. Richardson waived formal reading of the indictment and entered Not Guilty pleas on each count.

*AEF*
Judicial Law Clerk