# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

United States of America,

      Plaintiff,

v.

Nekima Valdez Levy Armstrong (1),

      Defendant.

**COURT MINUTES**
BEFORE: DOUGLAS L. MICKO
U.S. MAGISTRATE JUDGE

Case No.: 26-cr-25 (LMP/DLM)
Date: February 13, 2026
Location: St. Paul, Courtroom 6b
Court Reporter: Nancy Meyer
Time Commenced: 1:31 p.m.
Time Concluded: 1:37 p.m.
Time in Court: 6 minutes
Hearing Type: Arraignment

---

## ARRAIGNMENT HEARING

**APPEARANCES:**

For the government: Robert Keenan, and Orlando Sonza
For Ms. Levy Armstrong: Jordan Kushner

Interpreter/Language: None.

**PROCEEDINGS**:

The Court held an arraignment hearing. Ms. Levy Armstrong identified herself by her full name and age. Ms. Levy Armstrong waived formal reading of the indictment and entered Not Guilty pleas on each count. The Court granted Ms. Levy Armstrong's Motion for Name Change (Doc. 99) without opposition from the government. The Clerk's Office is directed to correct Ms. Levy Armstrong's name on the docket and on all future filings.

                     *AEF*
                Judicial Law Clerk