# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

|  |  |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>v.<br><br>Chauntyll Louisa Allen (2),<br><br>   Defendants. | **COURT MINUTES**<br>BEFORE: DOUGLAS L. MICKO<br>U.S. MAGISTRATE JUDGE<br><br>Case No.: 26-cr-25 (LMP/DLM)<br>Date: February 13, 2026<br>Location: St. Paul, Courtroom 6b<br>Court Reporter: Nancy Meyer<br>Time Commenced: 1:37 p.m.<br>Time Concluded: 1:39 p.m.<br>Time in Court: 2 minutes<br>Hearing Type: Arraignment |

---

## ARRAIGNMENT HEARING

**APPEARANCES:**

For the government: Robert Keenan, and Orlando Sonza
For Ms. Allen: Jill Brisbois

Interpreter/Language: None.

**PROCEEDINGS**:

The Court held an arraignment hearing. Ms. Allen identified herself by her full name and age. Ms. Allen waived formal reading of the indictment and entered Not Guilty pleas on each count.

*AEF*
———————————
Judicial Law Clerk
