# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | **COURT MINUTES** |
| | BEFORE: DOUGLAS L. MICKO |
| Plaintiff, | U.S. MAGISTRATE JUDGE |
| | |
| v. | Case No.: 26-cr-25 (LMP/DLM) |
| | Date: February 13, 2026 |
| William Scott Kelly (3), | Location: St. Paul, Courtroom 6b |
| | Court Reporter: Nancy Meyer |
| Defendant. | Time Commenced: 1:39 p.m. |
| | Time Concluded: 1:41 p.m. |
| | Time in Court: 2 minutes |
| | Hearing Type: Arraignment |

## ARRAIGNMENT HEARING

**APPEARANCES:**

For the government: Robert Keenan, and Orlando Sonza
For Mr. Kelly: James Becker

Interpreter/Language: None.

**PROCEEDINGS**:

The Court held an arraignment hearing. Mr. Kelly identified himself by full name and age. Mr. Kelly waived formal reading of the indictment and entered Not Guilty pleas on each count.

*AEF*
Judicial Law Clerk