# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Georgia Ellyse Fort (8),<br><br>　　　　　　Defendant. | **COURT MINUTES**<br>BEFORE: DOUGLAS L. MICKO<br>U.S. MAGISTRATE JUDGE<br><br>Case No.: 26-cr-25 (LMP/DLM)<br>Date: February 17, 2026<br>Location: St. Paul, Courtroom 6b<br>Court Reporter: Erin Drost<br>Time Commenced: 1:36 p.m.<br>Time Concluded: 1:38 p.m.<br>Time in Court: 2 minutes<br>Hearing Type: Arraignment |

## ARRAIGNMENT HEARING

**APPEARANCES:**

For the government: Torrie Schneider and Flavio DeAbreu
For Ms. Fort: Matthew Ebert, Isabella Salomao Nascimento, and Kevin Raich

Interpreter/Language: None.

**PROCEEDINGS**:

The Court held an arraignment hearing. Ms. Fort identified herself by full name and age. Ms. Fort waived formal reading of the indictment and entered Not Guilty pleas on each count.

　　　　　　　　　　　　　　　　　　　　　　　　　*AEF*
　　　　　　　　　　　　　　　　　　　　　　Judicial Law Clerk