UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>Nekima Valdez Levy Armstrong, et al.,<br><br>Defendants. | Case No. 0:26-cr-00025-LMP-DLM<br><br><br><br>NOTICE OF APPEARANCE OF MEGAN FREDERICK |

## NOTICE OF APPEARANCE

Please take notice that Megan Frederick shall appear as counsel of record on behalf of Plaintiff United States of America in the above-captioned matter.

Dated: February 20, 2026:

Respectfully submitted,

/s/    *Megan Frederick*
MEGAN FREDERICK
VA Bar No. 79682
Civil Rights Division, Voting Section
950 Pennsylvania Avenue 4CON
Washington, D.C. 20530
Megan.Frederick@usdoj.gov