UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Criminal No. 0:26-cr-00025-LMP-DLM

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>NEKIMA VALDEZ LEVY  )<br>ARMSTRONG, *et al.*,  )<br>  )<br>  Defendants.  )<br>  ) | **UNDER SEAL**<br><br>**MOTION TO UNSEAL** |

The United States of America, by and through its undersigned attorneys, hereby moves the Court for an order to unseal the Superseding Indictment in the above-referenced matter.

This motion is based upon the records and proceedings in this matter.

Dated: February 27, 2026

                                            Respectfully Submitted,

                                            HARMEET K. DHILLON
                                            Assistant Attorney General
                                            Civil Rights Division

                                            *s/ Orlando B. Sonza*
                                            ORLANDO B. SONZA
                                            Counsel
                                            Civil Rights Division

                                            DANIEL N. ROSEN
                                            United States Attorney

                                            FLAVIO DE ABREU
                                            Special Assistant United States Attorney