UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Criminal No. 0:26-cr-00025-LMP-DLM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEKIMA VALDEZ LEVY )<br>ARMSTRONG, *et al.*, )<br>)<br>Defendants. )<br>) | **ORDER** |

This matter is before the Court on the Government's Motion to Unseal the Superseding Indictment in this case. NOW, THEREFORE, IT IS HEREBY ORDERED that the Government's Motion is granted.

Dated: February 27, 2026          *s/John F. Docherty*
                                 John F. Docherty
                                 United States Magistrate Judge