# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

NEKIMA VALDEZ LEVY
ARMSTRONG, et al,

*Defendants*.

Case No. 0:26-cr-00025-LMP-DLM

**NOTICE OF APPLICABILITY OF
PENDING MOTION TO STRIKE
TO SUPERSEDING INDICTMENT**

Defendants Ian Davis Austin and William Scott Kelly respectfully submit this notice to clarify that their pending Motion to Strike Irrelevant and Prejudicial Surplusage (Doc. 142) applies to the Superseding Indictment filed on February 26, 2026 (Doc. 144).

The Superseding Indictment retains the challenged language identified in Doc. 142, including:

1. "potential prelude to a mass shooting" (Overt Act ¶ 25, p. 12);

2. "young children were left to wonder … if their parents were going to die" (Introductory Allegations ¶ 4, p. 3);

3. "coordinated takeover-style attack" (Introductory Allegations ¶ 3, p. 3); "takeover-style attack" (p. 6); "takeover-style operation" (Overt Act ¶ 20, p. 11); and "disruptive takeover operation" (Overt Acts ¶¶ 23, 28–29, pp. 11, 13–14);

4. "agitators" (Introductory Allegations ¶ 3, p. 3; Overt Acts ¶¶ 23, 39, pp. 11, 16);

5. "menacing" (Overt Acts ¶¶ 24, 27, pp. 12–13); and

6. "traumatizing" (Overt Act ¶ 24, p. 12).

Because the Superseding Indictment preserves the same language and characterizations previously challenged, the legal arguments set forth in Doc. 142 apply with equal force. Defendants respectfully submit that the Motion to Strike should therefore be considered as directed to the Superseding Indictment.

Dated: February 27, 2026                    Respectfully submitted,

                                            /s/ *Sarah R. Gad*
                                            Sarah R. Gad
                                            ID 0403328
                                            Gad & Gad Law Offices LLP
                                            8 E 25th Street
                                            Minneapolis, MN 55404
                                            Telephone: (612) 412-1710
                                            Email: sarah@gadlawoffice.com
                                            **Attorney for Ian Austin Davis**


Dated: February 27, 2026                    /s/ *James S. Becker*
                                            James S. Becker
                                            ID 0388222
                                            107 U.S. Courthouse
                                            300 South Fourth Street
                                            Minneapolis, MN 55415
                                            Telephone: (612) 664-5858
                                            Email: james_becker@fd.org
                                            **Attorney for William Scott Kelly**

2