IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL | |
| | ) | BEFORE: JOHN F. DOCHERTY | |
| Plaintiff, | ) | U.S. Magistrate Judge | |
| | ) | | |
| v. | ) | Case No: | 26-cr-25 (LMP/DLM) |
| | ) | Date: | February 27, 2026 |
| Monique Cassandra Cullars-Doty (16), | ) | Courthouse: | St. Paul |
| | ) | Courtroom: | 6A |
| Defendant. | ) | Time Commenced: | 3:09 p.m. |
| | ) | Time Concluded: | 3:21 p.m. |
| | ) | Time in Court: | 12 minutes |

APPEARANCES:

Plaintiff: John Arboleda, Assistant U.S. Attorney
Defendant: Bruce Nestor
    X CJA    X To be appointed

Date Charges Filed: February 26, 2026    Offense: Conspiracy against right of religious freedom at place of worship; Aiding and abetting injure, intimidate, and interfere with exercise of right of religious freedom at place of worship.

    X Advised of Rights

on    X Superseding Indictment

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

Next appearance date is TBD before U.S. Magistrate Judge Douglas L. Micko for:
    X Arraignment

Additional Information:
X Oral Rule5(f) Brady notice read on the record.
X Consular notice read on the record.

    *s/nah*
    Signature of Courtroom Deputy