UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                    Case No: 26-cr-25 (LMP/DLM)

        Plaintiff,

v.

                                              **Brady Obligation Order**

 Andrew Jared Edwards (18),


        Defendant.

_____

        Pursuant to the Due Process Protections Act  the  Court confirms the United States'

obligation  to disclose to the defendant  all exculpatory evidence-that  is, evidence that favors

the defendant or casts doubt on the United States' case, as required by *Brady v. Maryland*, 373

U.S.  83  (1963)  and its progeny, and orders the United States to do so.   Failure to disclose

exculpatory evidence in a timely manner may result in consequences, including, but not limited

to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings,

disciplinary action, or other sanctions by the court.

        **IT IS SO ORDERED.**

        Dated:  February 27, 2026

                                              _s/John F. Docherty_
                                              John F. Docherty
                                              U.S. Magistrate Judge