# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

UNITED STATES OF AMERICA,

        Plaintiff,

v.

Kelly Ann Carey (15),

        Defendant.

**COURT MINUTES - CRIMINAL**
BEFORE: ELSA M. BULLARD
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 26-cr-25 (LMP/DLM) |
| Date: | March 4, 2026 |
| Courthouse: | Minneapolis |
| Courtroom: | 9W |
| Time Commenced: | 1:58 p.m. |
| Time Concluded: | 1:59 p.m. |
| Time in Court: | 1 minute |

APPEARANCES:

  Plaintiff: Michael Hakes-Rodriguez, Assistant U.S. Attorney
  Defendant: Aaron Morrison, Assistant Federal Defender
     X FPD

**Indictment Dated:** February 26, 2026

    X Reading of Indictment Waived    X Not Guilty Plea Entered

Other Remarks:
X Counsel to be notified of additional dates by separate Order to be issued.

                                     *s/ms*
                           Signature of Courtroom Deputy