**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: ELSA M. BULLARD |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:         26-cr-25 (LMP/DLM) |
| | ) | Date:             March 6, 2026 |
| Katherine Elizabeth Shaw (32), | ) | Courthouse:    Minneapolis |
| | ) | Courtroom:      9W |
| Defendant. | ) | Time Commenced:  1:48 p.m. |
| | ) | Time Concluded:  1:55 p.m. |
| | ) | Time in Court:   7 minutes |

APPEARANCES:

Plaintiff: Michael Hakes-Rodriguez, Assistant U.S. Attorney
Defendant: Dan Huddleston, Assistant Federal Defender
          X FPD          X To be appointed

Date Charges Filed: February 26, 2026          Offense: CONSPIRACY AGAINST RIGHT OF RELIGIOUS FREEDOM AT PLACE OF WORSHIP; AIDING AND ABETTING INJURE, INTIMIDATE, AND INTERFERE WITH EXERCISE OF RIGHT OF RELIGIOUS FREEDOM AT PLACE OF WORSHIP.

          X Advised of Rights

on    X Superseding Indictment

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

X Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:
X Oral Rule5(f) Brady notice read on the record.
X Consular notice read on the record.

_s/ms_____
Signature of Courtroom Deputy