# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# ARRAIGNMENT MINUTES

UNITED STATES OF AMERICA,

      Plaintiff,

v.

Katherine Elizabeth Shaw (32),

      Defendant.

## COURT MINUTES - CRIMINAL
BEFORE: ELSA M. BULLARD
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 26-cr-25 (LMP/DLM) |
| Date: | March 6, 2026 |
| Courthouse: | Minneapolis |
| Courtroom: | 9W |
| Time Commenced: | 1:56 p.m. |
| Time Concluded: | 1:58 p.m. |
| Time in Court: | 2 minutes |

APPEARANCES:

Plaintiff: Michael Hakes-Rodriguez, Assistant U.S. Attorney
Defendant: Dan Huddleston, Assistant Federal Defender
      X FPD

**Indictment Dated:** February 26, 2026

X Reading of Indictment Waived    X Not Guilty Plea Entered

Other Remarks:
X Counsel to be notified of additional dates by separate Order to be issued.

_____ *s/ms*
Signature of Courtroom Deputy