AO 442 (Rev. 11/11) Arrest Warrant

REC'D U.S. MARSHAL MPLS
FEB 26 '26 PM 4:46

# UNITED STATES DISTRICT COURT
## for the
### District of Minnesota

~~UNSEALED~~

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR 26-25 LMP/DLM |
| | ) | |
| Cheryl Ann Persigehl (29) | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

RECEIVED

MAR 13 2026

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Cheryl Ann Persigehl _____ ,
who is accused of an offense or violation based on the following document filed with the court:

Indictment    ✓ Superseding Indictment    Information    Superseding Information    Complaint

Probation Violation Petition    Supervised Release Violation Petition    Violation Notice    Order of the Court

Pretrial Release Violation Petition

This offense is briefly described as follows:
Count 1: Conspiracy Against Right of Religious Freedom at Place of Worship 18:241
Count 2: Injure, Intimidate, and Interfere with Exercise of Right of Religious Freedom at Place of Worship 18:248(a)(2), (b), and 2(a)

Date: 02/26/2026 _____

_____ M. Fogarty
*Issuing officer's signature*

City and state:    Minneapolis, MN _____

Kate M. Fogarty, Clerk of Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____    ARRESTED ON 2/27/2026

ARRESTED BY FBI

U.S. MARSHAL
DISTRICT OF MINNESOTA

BY _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

SCANNED
MAR 13 2026
U.S. DISTRICT COURT MPLS