AO 442 (Rev. 11/11) Arrest Warrant

REC'D U.S. MARSHAL MPLS
FEB 26 '26 PM 4:53

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

SEALED

United States of America
v.
Katherine Elizabeth Shaw (32)

Defendant

Case No. CR 26-25 LMP/DLM

RECEIVED
MAR 13 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) Katherine Elizabeth Shaw,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ✓ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:
Count 1: Conspiracy Against Right of Religious Freedom at Place of Worship 18:241
Count 2: Injure, Intimidate, and Interfere with Exercise of Right of Religious Freedom at Place of Worship 18:248(a)(2), (b), and 2(a)

Date: 02/26/2026

City and state: Minneapolis, MN

*Issuing officer's signature*
M. Fogarty
Kate M. Fogarty, Clerk of Court
*Printed name and title*

### Return

This warrant was received on (date) _____, and the person was arrested on (date) _____
at (city and state) _____.

Date: ARRESTED ON 3/5/2026
ARRESTED BY HSI
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

*Arresting officer's signature*

SCANNED
MAR 13 2026
*Printed name and title*
U.S. DISTRICT COURT MPLS