AO 442 (Rev. 11/11) Arrest Warrant

REC'D U.S. MARSHAL MPLS
FEB 26 '26 PM4:54

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

SEALED

| | |
|---|---|
| United States of America<br>v.<br><br>Mark David Weinfurter (39)<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.  CR 26-25 LMP/DLM |

RECEIVED

MAR 1 3 2026

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Mark David Weinfurter _____,
who is accused of an offense or violation based on the following document filed with the court:

Indictment    ✓ Superseding Indictment    Information    Superseding Information    Complaint
Probation Violation Petition    Supervised Release Violation Petition    Violation Notice    Order of the Court
Pretrial Release Violation Petition

This offense is briefly described as follows:
Count 1: Conspiracy Against Right of Religious Freedom at Place of Worship 18:241
Count 2: Injure, Intimidate, and Interfere with Exercise of Right of Religious Freedom at Place of Worship 18:248(a)(2), (b), and 2(a)

Date:  02/26/2026 _____        _____
*Issuing officer's signature*

City and state:   Minneapolis, MN _____        _____
Kate M. Fogarty, Clerk of Court
*Printed name and title*

| **Return** | |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . | |
| Date:  ARRESTED ON 2/28/2026<br>ARRESTED BY HSI-W/NC<br>U.S. MARSHAL<br>DISTRICT OF MINNESOTA<br>BY _____ | _____<br>*Arresting officer's signature*<br>MAR 13 2026<br>_____<br>*Printed name and title* |