UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-cr-25

UNITED STATES OF AMERICA,

      Plaintiff,

  v.                                                                    **NOTICE OF APPEARANCE**

NEKIMA LEVY-ARMSTRONG ET AL,

      Defendant.


Please add the following Assistant United States Attorney to the above-captioned case:

<u>Add AUSA</u>

John Arboleda

Dated: March 19, 2026                          Respectfully submitted,

                                        DANIEL N. ROSEN
                                        United States Attorney

                                        *s/John Arboleda*
              BY:   JOHN ARBOLEDA
                      Assistant U.S. Attorney