UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMMAR MONIKE PINEDA-MORENO,<br><br>Defendant. | Case No. 26-CR-00025(30) (LMP/DLM)<br><br>**DEFENDANT PINEDA-MORENO'S MOTION TO AMEND PRETRIAL SCHEDULING AND LITIGATION MANAGEMENT ORDER IN A CRIMINAL CASE** |

_____

Pursuant to 18 U.S.C. § 3161(h)(7)(A) and the Court's Pretrial Scheduling and Litigation Management Order in a Criminal Case ("Scheduling Order") (ECF 390), Defendant, EMMAR MONIKE PINEDA-MORENO, by and through her attorney, Frederick J. Goetz, and pursuant to Local Rule 83.10 (h); hereby moves to slightly modify the dates in the Scheduling Order as follows:

2.      As for the remaining deadlines outlined in that Order, the parties shall meet and confer in order to determine appropriate pretrial deadlines going forward and shall submit a joint status report with all parties' positions on a proposed schedule no later than **April 17, 2026,** after which the Court will decide the pretrial schedule. To be clear, the government's obligation is to meet with each individual Defendant's counsel, unless a Defendant delegates the authority to meet and confer

to a co-Defendant. The parties are encouraged, however, to streamline matters as much as practicable and consistent with the Speedy Trial Act. The Court anticipates entering a revised schedule on or about **April 20, 2026.**

Defense counsel for Ms. Pineda-Moreno will begin a murder trial in Hennepin County District Court on March 30, 2026, before the Honorable Tamara Garcia (*State v. Marquan Tucker,* Case No. 27-CR-24-29072). The trial is expected to last two weeks. Defense counsel has been busy preparing for this trial and will continue to be completely involved in trial preparation or trial at least through April 10, 2026.  Defense counsel will not be able to meaningfully confer with the government or with counsel for the many co-defendants about the appropriate pretrial deadlines going forward or be able to join in a joint status report until the homicide trial is concluded. Defense counsel for Ms. Pineda-Moreno therefore requests that the Scheduling Order be modified as proposed.

Defense counsel has conferred about this request with Orlando Sonza, Counsel to the Assistant Attorney General. The government does not object to the request. Counsel also advised counsel for all co-defendants about this request. To date no defense counsel has indicated their objection.

DATED: March 20, 2026          **GOETZ & ECKLAND P.A.**

By: _*s/Frederick J. Goetz*_____

FREDERICK J. GOETZ
Attorney Registration No. 185425
Banks Building
615 1st Avenue NE, Suite 425
Minneapolis, MN 55413
(612) 874-1552

ATTORNEY FOR DEFENDANT