# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  0:26-cr-00025-(23) LMP-DLM |
| Plaintiff, | ) | |
| | ) | **GOVERNMENT'S UNOPPOSED** |
| v. | ) | **MOTION TO DISMISS** |
| | ) | **DEFENDANT LEWIS (23)** |
| HEATHER DENAE LEWIS **(23)**, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendant(s). | ) | [Fed. R. Crim. P. 48(a)] |
| | ) | |
| | ) | |

The United States of America, by and through its counsel of record, hereby moves the Court for an order dismissing, with prejudice, the pending charges as against defendant Heather Danae Lewis (Deft. No. 23) only, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

This motion is unopposed.  After conferring with counsel for defendant Lewis, the Government advised counsel of its intent to file this motion, and he has advised that defendant Lewis does not oppose this motion.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

The Government is lodging herewith a proposed dismissal order for the

Court's consideration.

DATED: March 20, 2026.

DANIEL N. ROSEN
United States Attorney

FLAVIO DE ABREU
Special Assistant United States
Attorney

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General

ROBERT J. KEENAN
Acting Deputy Assistant Attorney
General

ORLANDO B. SONZA
Counsel

    /s/ Robert J. Keenan
ROBERT J. KEENAN
  Civil Rights Division
  U.S. Department of Justice
  950 Pennsylvania Ave. NW
  Washington, DC 20530
  Telephone: (202) 305-2566
  E-Mail:  robert.keenan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA