# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  0:26-cr-00025-(23) LMP-DLM |
| Plaintiff, ) | |
| ) | **[PROPOSED] ORDER** |
| v. ) | **DISMISSING DEFENDANT** |
| ) | **HEATHER LEWIS (23) FROM** |
| HEATHER DENAE LEWIS **(23)**, ) | **CASE** |
| *et al.*, ) | |
| ) | |
| Defendant(s). ) | |
| ) | [Fed. R. Crim. P. 48(a)] |
| ) | |

The Court has received and considered the Government's motion to dismiss, with prejudice, the pending charges as against defendant Heather Danae Lewis (Deft. No. 23) only, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.  The Government has advised that defendant does not oppose the motion.

In light of the foregoing, the Court hereby GRANTS the Government's motion. The Superseding Indictment on file in the above-captioned case is hereby dismissed with prejudice as against defendant Heather Danae Lewis (Deft. No. 23) only.

IT IS SO ORDERED.

DATED:  March ___, 2026.

_____
DOUGLAS L. MICKO
UNITED STATES MAGISTRATE JUDGE