UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.: 26-25 (LMP/DLM) |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | **MOTION TO JOIN MOTIONS OF** |
| v. | ) | **CO-DEFENDANTS** |
|  | ) |  |
| SHANE RYAN BOLLMAN (14), | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

_____)

Mr. Bollman, through counsel, hereby joins the motions of co-defendants Fort, Lemon, and Beute filed at Doc. No. 413. Specifically, Mr. Bollman joins the Motion for Immediate Release of Brady Materials, and the Motion for Leave to File Motion for Reconsideration (Doc. No. 413). Mr. Bollman is a credentialed photojournalist charged in the superseding indictment for allegedly taking photographs of a peaceful protest. The same arguments and issues raised in the contemporaneously filed motions of co-defendants Fort, Lemon, and Beute all apply to Mr. Bollman as well.

Respectfully submitted.

**ANDREW IRLBECK LAWYER CHTD.**

Dated: March 22, 2026

/s/ Andrew M. Irlbeck
Andrew M. Irlbeck, #392626
First National Bank Bldg.
332 Minnesota St., Ste. W1610
St. Paul, MN 55101
Phone: 612-986-3895
Fax: 651-223-5179
andrew@irlbecklaw.com
ATTORNEY FOR DEFENDANT BOLLMAN

1