**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

HEATHER DANAE LEWIS,

Defendant.

Case No. 26-cr-00025-23 (LMP/DLM)

**ORDER DISMISSING**
**INDICTMENT AS TO**
**DEFENDANT**
**HEATHER DANAE LEWIS**

---

The Court has received and considered the Government's motion to dismiss with prejudice the pending charges against defendant Heather Danae Lewis (Defendant No. 23), pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. ECF No. 412. The Defendant does not oppose the motion.

In light of the foregoing, the Court hereby **GRANTS** the Government's motion. The Superseding Indictment on file in this case is dismissed with prejudice as against defendant Heather Danae Lewis only.


Dated: March 23, 2026

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge