**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

        Plaintiff,

v.

Max Richard Adamson (11),

        Defendant.

No. 26-cr-25 (LMP/DLM)

**BRADY OBLIGATION ORDER**

Pursuant to the Due Process Protections Act  the  Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence-that is, evidence that favors the defendant or casts doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders the United States to do so.  Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or other sanctions by the court.

    **IT IS SO ORDERED.**

DATED:  March 25, 2026

     *s/Douglas L. Micko*
     DOUGLAS L. MICKO
     United States Magistrate Judge