## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Emmar Monike Pineda-Moreno (30),<br><br>Defendant. | **COURT MINUTES**<br>BEFORE: DOUGLAS L. MICKO<br>U.S. MAGISTRATE JUDGE<br><br>Case No.: 26-cr-25 (LMP/DLM)<br>Date: March 25, 2026<br>Location: St. Paul, Courtroom 6B<br>Court Reporter: Lynne Krenz<br>Time Commenced: 4:12 p.m.<br>Time Concluded: 4:17 p.m.<br>Time in Court: 5 minutes<br>Hearing Type: Arraignment |

## ARRAIGNMENT HEARING

**APPEARANCES:**

For the government: John Arboleda
For Ms. Pineda-Moreno: Frederick Goetz

Interpreter/Language: None.

**PROCEEDINGS**:

The Court held an arraignment hearing. Ms. Pineda-Moreno identified herself by full name and age. Ms. Pineda-Moreno waived formal reading of the indictment and entered Not Guilty pleas on each count. For the reasons stated on the record, the Court **GRANTED IN PART** and **DENIED IN PART** Ms. Pineda-Moreno's Motion to Retain Rough Notes (Doc. 436). The motion was granted to the extent that all law enforcement agents are ordered to retain and preserve all rough notes, as well as all audio and video recordings of the 10:30 a.m. service at the Cities Church on January 18, 2026, and audio and video recordings of the purported meeting at a shopping center as alleged in paragraph 7.b. of the Superseding Indictment. The motion is denied in all other respects.

_____*AEF*_____
Judicial Law Clerk