**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 26-25(14) |
| | ) | |
| Plaintiff, | ) | **GOVERNMENT'S OPPOSITION** |
| | ) | **TO MOTION FOR RELEASE OF** |
| v. | ) | **GRAND JURY MATERIALS** |
| | ) | |
| NEKIMA VALDEZ LEVY | ) | |
| ARMSTRONG, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendant Shane Ryan Bollman has moved for release of grand jury materials. (Dkt. 441) He "moves the Court for leave to join the parallel motion of his co-defendants" Don Lemon and Georgia Fort. (Dkt. 125) The Government does not oppose allowing Bollman to join his co-defendants' motion. However, the grand jury materials should not be released for the reasons explained by the Government in its opposition to Lemon and Fort's motion. (Dkt. 479)

DATED: March 27, 2026.

DANIEL N. ROSEN
United States Attorney

FLAVIO DE ABREU
Special Assistant United States
Attorneys

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General

ROBERT J. KEENAN
Acting Deputy Assistant Attorney General

ORLANDO B. SONZA
Counsel

JOSHUA R. ZUCKERMAN
Attorney


*/s/ Joshua R. Zuckerman*
Joshua R. Zuckerman
   Civil Rights Division
   U.S. Department of Justice
   950 Pennsylvania Ave. NW
   Washington, DC 20530
   Telephone: (202) 514-3847
   E-Mail: joshua.zuckerman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2