**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,                    Case No. 26-cr-25 (3) (LMP/DLM)

        Plaintiff,

v.                                                                            **ORDER**

WILLIAM SCOTT KELLY,

        Defendant.

---

Flavio Silveira DeAbreu, **United States Attorney's Office, Minneapolis, MN**; and Robert Keenan, Orlando Sonza, and Joshua Zuckerman, **United States Department of Justice, Civil Rights Division, Washington, D.C.**, for Plaintiff.

James S. Becker, **Office of the Federal Defender, Minneapolis, MN**, for Defendant.

      This matter comes before the Court on the United States' appeal of Magistrate Judge Douglas L. Micko's decision to grant in part Defendant William Scott Kelly's motion to modify conditions of release.  ECF No. 417.  The United States timely appealed, ECF No. 449, and Kelly timely responded in opposition, ECF No. 486.  After a de novo review of the record, *see United States v. Maull*, 773 F.2d 1479, 1481–82 (8th Cir. 1985) (en banc), the Court affirms Magistrate Judge Micko's order.  This is consistent with the Court's obligation to impose the least restrictive conditions of release that will assure the appearance of Kelly and the safety of the community.  18 U.S.C. § 3142(c)(1)(B).

**ORDER**

      Based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that

1.      The United States' Appeal/Objection of a Magistrate Judge's Decision (ECF No. 449) is **OVERRULED**; and

2.      Magistrate Judge Micko's Order Granting in Part and Denying in Part Kelly's Motion to Modify Conditions of Release (ECF No. 417) is **AFFIRMED**.

Dated: April 6, 2026                    *s/Laura M. Provinzino*
                                        Laura M. Provinzino
                                        United States District Judge