UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No: 26-CR-25(LMP/DLM)(16)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **RESPONSE TO** |
| v. | ) | **GOVERNMENT'S** |
| | ) | **EXPEDITED MOTION FOR** |
| MONIQUE CULLARS-DOTY , | ) | **PROTECTIVE ORDER** |
| | ) | **AND PROPOSED ORDER** |
| Defendant. | ) | |

Monique Cullars-Doty, by counsel Bruce D. Nestor of De León & Nestor, LLC, states as follows for her Response to Government's Expedited Motion for Protective Order and Proposed Order:

1. Monique Cullars-Doty does not object to the relief sought by the Government in its Proposed Order, with respect to restrictions on the copying and dissemination of "personal identifying information" (PIN) outside the Legal Defense Team and use of such information in open court or court filings.

2. Ms. Cullars-Doty does object to the use of the word "victim" throughout the Motion and the proposed Order. There was no crime committed in the matter charged by the Government. There have been no victims. It would be more appropriate for the Proposed Order to simply refer to any persons identified in the Government's disclosures as being subject to the restrictions on the dissemination of PIN, without regard to whether the

Government believes the person identified in the disclosure is a "victim" or "witness" or something else.

3. Ms. Cullars-Doty objects to the claim in the Government's Expedited Motion that "the offense conduct alleged in this case demonstrates a special need for [the protective order] to ensure victims and other witnesses are not targeted for harassment." Such an erroneous and factually unsupported allegation is not necessary to constitute "good cause" for the limited protective order protecting PIN for individuals identified in the Government's disclosures.

4. Ms. Cullars-Doty objects to the claim in the Government's Expedited Motion that the attendees at the Church were "targeted for harassment." Such an erroneous and factually unsupported allegation does not constitute "good cause" for the limited protective order protecting PIN for individuals identified in the Government's disclosures.

Date: <u>April 20, 2026</u>                          <u>        S/BRUCE D. NESTOR        </u>
Bruce D. Nestor, 0318024 – MN
DE LEÓN & NESTOR, LLC
3547 Cedar Avenue South
Minneapolis, MN  55407
(612) 659-9019
(612) 436-3664 – Facsimile
nestor@denestlaw.com

ATTORNEY FOR MONIQUE
CULLARS-DOTY