# Ballard Spahr
LLP

– – – – – – – – – – – – – – – – – –

2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2119
TEL 612.371.3211
FAX 612.371.3207
www.ballardspahr.com

Matthew S. Ebert
ebertm@ballardspahr.com

Isabella Salomão Nascimento
salomaonascimentoi@ballardspahr.com

May 8, 2026

***VIA CM/ECF***

Honorable Douglas L. Micko
United States Magistrate Judge
United States Courthouse
316 North Robert Street, #6B
St. Paul, MN 55101

Re:    United States v. Nekima Levy-Armstrong, et. al., Case No. 26-cr-00025-LMP-DLM
       Request to Join Status Conference on Discovery

Dear Judge Micko:

Georgia Ellyse Fort (Defendant No. 8) respectfully requests to join any status conference regarding discovery produced by the government in this matter.  Counsel for Fort shares the concerns raised by counsel for Defendants Cullars-Doty, Tier, and Crews in their May 7, 2026 correspondence (ECF 511), and has enclosed herewith, for the Court's understanding, a representative sample of documents that reflect the government's overuse of redactions in discovery.

Respectfully submitted,

Matthew S. Ebert
Isabella Salomão Nascimento

*Counsel for Georgia Ellyse Fort*

Enclosures

00001558



00002142




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

03/31/2026 12:44 EDT                                              Page 1 of 2

**CASE NUMBER**
MS05F226MS0003

**CASE OPENED**
1/19/2026

**CURRENT CASE TITLE**
Invasion of Cities Church

**REPORT TITLE**
███████████████████
███████ Permit to Carry Check

**SYNOPSIS**

On January 18, 2026, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) Deputy Field Office Director (DFOD) D████ E█████████ was notified by his family that the church service they were currently attending had been overtaken by anti-ICE agitators.

DFOD D████ E█████████ serves as a pastor/elder (Leadership | Cities Church) at the church and he has been previously associated with the church through various social media posts /doxxings. The mob activity was livestreamed via Facebook and the protesters named D████ E█████████ by name. This organized group planned on being agitators at this church service due to DFOD E█████████ employment with ICE.

This Report of Investigation (ROI) will document the request and receipt of Minnesota Permit to Carry records for ████████ ████████████████████.

**REPORTED BY**
T█████ G██████
SPECIAL AGENT

**APPROVED BY**
D███ W██████
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
3/23/2026

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-387 | 3/23/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00001395



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



03/31/2026 12:44 EDT                                                              Page 2 of 2

## DETAILS OF INVESTIGATION

On March 20, 2026, Homeland Security Investigations (HSI) Special Agent (SA) T█████ G█████ contacted the Minnesota Bureau of Criminal Apprehension (BCA) Fusion Center to obtain Minnesota Permit to Carry records for the following subjects:



- ████████████████████████████████████
- ████████████████████████████████████

On March 20, 2026, the Minnesota BCA responded with the following records:

- ███████████████████████████████ – No permit on file
- ██████████████████████████████ – Valid permit issued out of Hennepin County

INVESTIGATION CONTINUES

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-387 | 3/23/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00001396