UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 26-CR-00025 (LMP-DLM) |
| *Plaintiff*, | |
| v. | **MOTION TO JOIN IN REQUEST FOR STATUS CONFERENCE AND STATUS CONFERENCE** |
| Nekima Levy Armstrong *et al.*, | |
| *Defendants*. | |

Defendants Nekima Levy Armstrong (1), Chauntyll Louisa Allen (2), William Scott Kelly (3), Jamael Lydell Lundy (6), Ian Davis Austin (9), Aziza M. Aboud (10), Max Richard Adamson (11), Tiffany Lynn Dunlap (17), Ariel Hauptman (21), Krista Erin Hogan (22), Catie Anne Michaelson (25), Eric Ryan Michaelson (26), David Okar (27), Jarmel Perry (28), Cheryl Ann Persigehl (29), Emmar Pineda Moreno (30), Spencer Michael Rodriguez-Bocanegra (31), Charles Swenson (34), Lee Elizabeth Wiedeman Tuggle (37), John Vergin (38), and Mark D. Weinfurter (39) share the concerns raised by Defendants Monique Cassandra Cullars-Doty (16), Thomas Matthew Tier (36), and Trahern Jeen Crews (7) in their letter dated May 7, 2026, and hereby move to join in the request for a status conference and for leave to participate in the status conference scheduled for May 14, 2026.[1]

---

[1] Some defense counsel are unavailable May 14, 2026, and plan to request to be excused from attending the status conference.

Dated: May 8, 2026

LAW OFFICE OF JORDAN S. KUSHNER

s/ *Jordan S. Kushner*
Jordan S. Kushner, Reg. No. 219307
431 South 7th Street, Suite 2446
Minneapolis, MN 55415
(612) 288-0545
jskushner@gmail.com

*Attorneys for Defendant Nekima Levy Armstrong (1)*

THE JAB FIRM

s/ *Jill A. Brisbois*
Jill A. Brisbois, Reg. No. 0345477
150 South 5th Street, Suite 1850
Minneapolis, MN 55402
(651) 209-7797
jill@thejabfirm.com

*Attorneys for Defendant Chauntyll Louisa Allen (2)*

OFFICE OF THE FEDERAL DEFENDER

s/ *James S. Becker*
James S. Becker, Reg. No. 388222
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5858
James_becker@fd.org

*Attorneys for Defendant William Scott Kelly (3)*

CAPITOL CITY LAW GROUP, LLC

s/ *A.L. Brown*
A.L. Brown, Reg. No. #0331909
Jennifer Rose Congdon, Reg. No. 0391048
Marcus Almon, Reg. No. # 0319387
287 East Sixth Street, Suite 20
St. Paul, MN 55101
(651)705-8580
a.l.brown@cclawg.com
jennifer@cclawg.com
marcusalmon@cclawg.com

*Attorney for Defendant Jamael Lydell Lundy (6)*

GAD & GAD LAW OFFICES LLP

s/ *Sarah R. Gad*
Sarah R. Gad, Reg. No. 0403328
8 E 25th Street
Minneapolis, MN 55402
(612) 412-1720
sarah@gadlawoffice.com

*Attorneys for Defendant Ian Davis Austin (9)*

2

KENNETH UBONG UDOIBOK, PA

s/ Kenneth U. Udoibok
Kenneth U. Udoibok, Reg. No. 0262523
Flour Exchange Building, Suite 5010
310 Fourth Ave S.
Minneapolis, MN 55415
(612) 808-6031
k@kenulaw.com

*Attorneys for Defendant Aziza M. Aboud (10)*

MELVIN R. WELCH

s/ Melvin R. Welch
Melvin R. Welch, Reg. No. 0387750
Commerce at the Crossings Bldg
250 South Second Street, Suite 205
Minneapolis, MN 55401
(612) 741-3272
mel@melvinwelchlaw.com

*Attorneys for Defendant Tiffany Lynn Dunlap (17)*

LOTUS LEGAL PLLC

s/ Caroline H. Brunkow
Caroline H. Brunkow, Reg. No. 0398936
331 Second Ave South, Ste 420
Minneapolis, MN 55401
(612) 293-6963
cari@lotuslegalpllc.com

*Attorneys for Defendant Krista Erin Hogan (22)*

MITCHELL, BRUDER & JOHNSON

s/ Glenn P. Bruder
Glenn P. Bruder, Reg. No. 0148878
9531 West 78th Street, Suite 210
Eden Prairie, MN 55344
(952) 831-3174
gbruder@bruderlaw.com

*Attorneys for Max Richard Adamson (11)*

FORSGREN FISHER MCCALMONT DEMAREA TYSVER LLP

s/ Caitlinrose H. Fisher
Caitlinrose H. Fisher, Reg. No. 0398358
1500 Capella Tower
225 South 6th Street
Minneapolis, MN 55402
(612) 474-3300
cfisher@forsgrenfisher.com

*Attorneys for Defendant Ariel Hauptman (21)*

3

F CLAYTON TYLER, P.A.

s/ *Karen E. Mohrlant*
Karen E. Mohrlant, Reg. No. 0388093
331 2nd Ave S, Ste 230
Minneapolis, MN 55401
(612) 333-7309
kmohrlant@fctyler.com

*Attorneys for Catie Anne Michaelson (25)*


LAW OFFICE OF ROBERT A. LENGELING, PLLC

s/ *Robert A. Lengeling*
Robert A. Lengeling, Reg. No. 304165
310 Fourth Avenue South, Suite 1050
Minneapolis, MN 55415
(612) 963-1555
robert@lengelinglaw.com

*Attorneys for Defendant David Okar (27)*


BEST & FLANAGAN LLP

s/ *Amy S. Conners*
Amy S. Conners, Reg. No. 0387375
60 South 6th Street, Suite 2700
Minneapolis, MN 55402
(612) 349-5665
aconners@bestlaw.com

*Attorneys for Defendant Cheryl Ann Persigehl (29)*


JOHNSON & GREENBERG PLLP

s/ *Lee R. Johnson*
Lee R. Johnson, Reg. No. 0189935
5775 Wayzata Boulevard, Suite 700
St. Louis Park, MN 55416
(952) 545-1621
lrjohnsonslp@gmail.com

*Attorneys for Defendant Eric Ryan Michaelson (26)*


LAW OFFICES OF THOMAS H. SHIAH, LTD.

s/ *Thomas H. Shiah*
Thomas H. Shiah, Reg. No. 100365
331 Second Avenue South, Ste 705
Minneapolis, MN 55401
(612) 338-0066
ths@tomshiah.com

*Attorneys for Defendant Jarmel Perry (28)*


GOETZ & ECKLAND P.A.

s/ *Frederick J. Goetz*
Frederick J. Goetz, Reg. No. 0185425
615 1st Avenue NE, Suite 425
Minneapolis, MN 55413
(612) 874-1552
fgoetz@goetzeckland.com

*Attorneys for Emmar Monike Pineada-Moreno (30)*

4

RINGSTROM DEKREY PLLP

s/ *Dane DeKrey*
Dane DeKrey, Reg. No. 0397334
814 Center Avenue, Suite 5
Moorhead, MN 56560-0853
(218) 284-0484
dane@ringstromdekrey.com

*Attorneys for Spencer Michael Rodriguez-Bocanegra (31)*

JAMES M. VENTURA

s/ *James M. Ventura*
James M. Ventura, Reg. No. 0147217
1000 Twelve Oaks Center Dr. Ste 100
Wayzata, MN 55391
(952) 473-8064
jventura@jamesventuralaw.com

*Attorneys for Defendant Lee Elizabeth Wiedeman Tuggle (37)*

WOLD LAW

s/ *Peter B. Wold*
Peter B. Wold, Reg. No. 0118382
331 2nd Avenue South, Suite 705
Minneapolis, MN 55401
(612) 341-2525
pwold@wold-law.com

*Attorneys for Defendant Mark D. Weinfurter (39)*

SIEBEN & COTTER, PLLC

s/ *Patrick L. Cotter*
Patrick L. Cotter, Reg. No. 0319120
105 Hardman Court, Suite 110
South St. Paul, MN 55075
(651) 455-1555
patrick@siebencotterlaw.com

*Attorneys for Defendant Charles Swenson (34)*

LANGERT LAW, LLC

s/ *Margaret G. Langert*
Margaret G. Langert, Reg. No. 0308316
724 Bielenberg Drive #54
Woodbury, MN 55125
(612) 470-4810
maggie@langertlaw.com

*Attorneys for Defendant John Vergin (38)*