UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-CR-25 (LMP/DLM)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Motion to Join in Request for |
| v. | ) Status Conference and Status |
| | ) Conference |
| NEKIMA LEVY ARMSTRONG, et al., | ) |
| | ) |
| Defendants. | ) |

The Defendant, Rachel R. Goligoski (19), by and through her attorney, joins in the request for a status conference as outlined in the May 7, 2026 letter to the Court. (Doc. 511) Defense Counsel was traveling out of state today and will not be in Minnesota on the day of the status conference.  Defense Counsel seeks leave of the Court to participate remotely or to excuse his presence.  Defense Counsel is confident that the interests of his clients will align with the other codefendants so that her rights will be protected by the arguments of the attorneys for codefendants.

Dated: May 8, 2026                              Respectfully Submitted,


                                               */s/ Charles F. Clippert*
                                               Charles F. Clippert
                                               Attorney No. 248848
                                               Attorney for Defendant
                                               2805 Dodd Rd.
                                               Suite 160
                                               Eagan, MN 55121