UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-CR-25 (LMP/DLM)

_____

UNITED STATES OF AMERICA,

           Plaintiff,                        **DEFENDANT ROBYN SWENSON'S**
                                           **MOTION TO JOIN**
v.                                   **STATUS CONFERENCE**

NEKIMA LEVY ARMSTRONG, et al.,

           Defendants.

_____

Robyn Elise Swenson (35) respectfully requests to join the status conference set for May 14, 2026, regarding discovery produced by the Government in this matter. Undersigned counsel shares the concerns raised by Defendants Cullars-Doty (16), Tier (36), and Crews (7) set forth in their May 7, 2026, letter to the Court (ECF 511) and therefore asks for leave to participate in this status conference.

Dated: May 11, 2026                   **SAPIENTIA LAW GROUP, PLLC**

                                s/Robin M. Wolpert
                                Robin M. Wolpert (#0310219)
                                120 South Sixth Street, Suite 100
                                Minneapolis, MN 55402
                                Phone: 612-756-7100
                                Fax: 612-756-7101
                                robinw@sapientialaw.com

                                *Attorneys for Defendant*
                                *Robyn Elise Swenson*