UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 0:26-cr-025-LMP-DLM |
| | ) | |
| Plaintiff, | ) | **JOINT STATUS REPORT** |
| | ) | **REGARDING PROPOSED** |
| v. | ) | **PRETRIAL DEADLINES** |
| | ) | |
| NEKIMA VALDEZ LEVY-ARMSTRONG, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the court's order dated March 20, 2026, the United States, on behalf of all parties to the litigation, submits the following joint status report.

1. On April 24, 2026, the United States provided discovery to the defendants via the USAfx and USADisclosure portal.

2. Paralegals at the United States Attorney's Office for the District of Minnesota have on several occasions assisted defense counsel with uploading discovery on hard drives.

3. As of May 11, 2026, Defendants and/or their counsel have executed 17 certifications to the protective order. (Attachment A to the protective order, Dkt. 505.)

4. Throughout the week of May 4 to May 8, 2026, Counsel for the United States engaged in meet and confer communications with Counsel for

the Defendants in an attempt to resolve issues related to discovery and proposed dates for motions, responses, and witness disclosure.

5.　　The United States proposes the following pretrial deadlines:

　　　　a. May 29, 2026, deadline for Defendants' discovery;

　　　　b. June 12, 2026, pretrial motions due;

　　　　c. July 17, 2026, responses to pretrial motions due and notice of intent to call hearing witnesses;

　　　　d. July 24, 2026, reply notice of intent to call hearing witnesses;

　　　　e. Trial witness list disclosed 28 days prior to trial and expert witness notification.

6.　　Defendants FORT, BEUTE, and LEMON agreed with the United States' proposal but reserved the right to file additional pretrial motions after the initial motions' deadline because subsequent rulings on other motions may trigger the need for further motions.[1] Defendants also propose August 10, 2026, as a date to reply to responses to pretrial motions. Several other Defendants have similarly requested that the pretrial schedule include a date for filing

---

[1] Defendants LEMON and FORT previously filed a joint motion for the disclosure of grand jury proceedings (Dkt. 125) and a joint motion for the release of *Brady* materials (Dkt. 413), which are pending. Resolution of these motions could inform certain motions to dismiss.

replies to any responses to motions, with a recommendation that the date coincide with the date for reply notice of intent to call hearing witnesses.

7.    Defendant BOLLMAN requests 30-45 days extra from the dates the United States has proposed because:

      a. The discovery is cumbersome to review because of the redactions; and

      b. BOLLMAN'S counsel may be unavailable in mid-August which could conflict with a hearing date based on the dates proposed by the United States.

8.    Defendant HANSA agreed to the dates proposed by the United States, with the exception that HANSA proposed that:

      a. The United States provide expert witness notification and disclosure 45 days before trial;

      b. Defense expert witness notification 30 days before trial;

      c. Defense expert witness disclosure 15 days before trial.

9.    BOLLMAN's counsel joins HANSA's proposal regarding expert witness notice and disclosure.

10.    On May 7, 2026, counsel for Defendants CREWS, CULLORS-DOTY, and TIER filed with the court a letter requesting a Status Conference

because they believed that the United States violated the protective order by producing redacted copies of discovery. Dkt. 511.

11.     Counsel for Defendant TIER also believes that the resolution pending motion for discovery of grand jury material (Dkt. 491) and motion to compel discovery (Dkt. 493) will affect the proposed schedule. Counsel for several other Defendants have also indicated that resolution of the motion for discovery of grand jury material (Dkt. 491) will affect the pretrial deadlines.

12.     The Court ordered (Dkt. 512) the United States to respond to the issues raised in the letter on May 11, 2026, and scheduled a hearing on the matter for 11:00 a.m. on May 14, 2026. Dkt. 513.

13.     Counsel for numerous Defendants requested to attend the Status Conference scheduled for May 14, 2026, because the Defendants similarly believe the United States violated the protective order and disclosure obligations, thereby preventing Defendants from proceeding with pretrial motions, consequently delaying any pretrial schedule.

14.     The Court denied the requests without prejudice and limited participation in the May 14, 2026, Status Conference to the original three Defendants referenced in paragraph 10. Dkt. 518. Notwithstanding the Court's denial, counsel for several Defendants remain reluctant to agree to pretrial deadlines in light of what they believe are inadequate disclosures by the United States.

15.     Counsel for HANSA raised similar objections to the redacted discovery and the United States and counsel for HANSA discussed those issues and potential solutions during a conference call on May 8, 2026.

16.     BOLLMAN's counsel also has requested unredacted discovery from the United States

17.     Defendant RICHARDSON's counsel indicated that, subject to the outcome of the upcoming Status Conference, he intends to request an additional 30-45 days from the dates proposed by the United States and also requests that Court set an expert disclosure schedule identical to that proposed by HANSA in paragraph 8 above.

18.     Counsel for all Defendants have had an opportunity to review the joint status report and agree to the representations set forth herein.

5

DATED: May 11, 2026.

DANIEL N. ROSEN
United States Attorney

FLAVIO DE ABREU
Special Assistant United
States Attorney

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General

ROBERT J. KEENAN
Acting Deputy Assistant Attorney
General

NEVILLE S. HEDLEY
Senior Trial Attorney

*/s/ Neville S. Hedley*

Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
Telephone: (202) 297-3424
E-Mail: Neville.hedley@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

6