# Exhibit E

AO 106 (Rev. 04/10) Application for a Search Warrant 2026R00046

# UNITED STATES DISTRICT COURT
### for the
### District of Minnesota

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE YOUTUBE CHANNEL: "WWW.YOUTUBE.COM/@THEDONLEMONSHOW" THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE LLC | **SEALED BY ORDER OF THE COURT**<br><br>Case No. 26-mj-205 (JFD) |

## APPLICATION FOR A SEARCH WARRANT

I, Timothy Gerber, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property:

**See Attachment A, incorporated here**

located in the Northern District of California, there is now concealed:

**See Attachment B, incorporated here**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

    X       evidence of a crime;

    X       contraband, fruits of crime, or other items illegally possessed;

    X       property designed for use, intended for use, or used in committing a crime;

           a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 241 | Conspiracy Against Rights |
| Title 18, United States Code, Section 248(a)(2) | Interference with Religious Freedom at Place of Worship |

The application is based on these facts:

**See Affidavit, incorporated here**

    X       Continued on the attached sheet.

 

_____
*Applicant's Signature*

SUBSCRIBED and SWORN before me by reliable electronic means (FaceTime and USAfx) pursuant to Fed. R. Crim. P. 41(d)(3)

Timothy Gerber, Special Agent
HSI
_____
*Printed Name and Title*

Date: _____

_____
*Judge's Signature*

City and State: <u>St. Paul, MN</u>

The Honorable John F. Docherty
United States Magistrate Judge
_____
*Printed Name and Title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE **YOUTUBE CHANNEL: "www.youtube.com/@TheDonLemonShow" THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE LLC** | Case No. 26-mj-205 (JFD) <br><br> **Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF
AN APPLICATION FOR A SEARCH WARRANT**

I, Timothy Gerber, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit in support of an application for a search warrant for information associated with a certain account that is stored at premises owned, maintained, controlled, or operated by Google LLC ("Google"), an electronic communications service and/or remote computing service provider headquartered at 1600 Amphitheater Parkway, Mountain View, California. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Google to disclose to the government copies of the information (including the content of communications) further described in Section I of Attachment B. Upon receipt of the information described in

Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

2.  I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"). As such, I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant.. In my capacity as a Special Agent, I am responsible for conducting investigations into the numerous federal laws enforced by HSI. Since March of 2025, I have investigated various criminal violations relating to child exploitation, assaults on federal officers, human rights violations, and immigration violations. I am a graduate of the Federal Law Enforcement Training Center (FLETC), HSI Special Agent Training Program, having completed training in surveillance, search and arrest warrants, federal laws enforced by HSI, and federal criminal procedures. Prior to my tenure as a HSI Special Agent, I was employed as a Special Agent with the Internal Revenue Service, Criminal Investigation (IRS-CI), where I investigated various criminal violations relating to the Internal Revenue Code, money laundering, digital currency, and elder exploitation.

3.  This affidavit is based on my personal knowledge, as well as information I have learned from other law enforcement officers and the

2

review of reports, written materials, and recordings at the time of this affidavit. This affidavit does not include all of the details I have learned regarding this investigation. Rather, it only includes information believed to be sufficient to establish probable cause.

4. The Court has jurisdiction to issue the proposed warrant because it is a "court of competent jurisdiction" as defined in 18 U.S.C. § 2711. Specifically, the Court is a district court of the United States that has jurisdiction over the offense being investigated. See 18 U.S.C. § 2711(3)(A)(i).

5. Based on the facts set forth in this affidavit and the attached exhibit, there is probable cause to believe that LEMON has violated 18 U.S. Code § 241 - Conspiracy against rights and 18 U.S. Code § 248(a)(2) - Freedom of access to clinic entrances (the "SUBJECT OFFENSES"). There is probable cause to search the information described in Attachment A for evidence, instrumentalities, contraband, and/or fruits of these crimes further described in Attachment B.

## PROBABLE CAUSE

6. On January 29, 2026 nine co-conspirators (including LEMON) were arrested - all arrests and indictments were for violations of 18 U.S. Code § 241 (Conspiracy against rights) and 18 U.S. Code § 248(a)(2) (Interference with Religious Freedom at Place of Worship).

3

7. On January 30, 2026 LEMON was arrested pursuant to a federal arrest warrant out of the District of Minnesota.

8. On February 9, 2026 a preservation request was served on Google LLC for LEMONS's YouTube channel.

9. On January 18, 2026, at approximately 1000 hours, co-conspirator Don Renaldo LEMON ("LEMON") aka "@TheDonLemonShow" began live streaming in the parking lot of Cub Foods, 1440 University Ave W, St Paul, MN 55104. LEMON initiated the broadcast by stating he just got into Minneapolis, Minnesota and he is speaking to an organization who is gearing up for resistance and protest. Based on my training and experience, someone who identifies as a "resistance protester" in Minnesota has recently sought to disrupt ICE operations.

10. LEMON utilizes YouTube to operate "@TheDonLemonShow" where he livestreams, pre-records, and uses all facets of YouTube to promote the channel and himself. Based on affiant research using publicly available sources, the following was learned pertaining to LEMON and his YouTube: He controls a YouTube channel named Don Lemon. A channel name is a display name for a YouTube account. The Don Lemon channel also utilizes a handle name of @TheDonLemonShow, which is a unique identifier that starts with an @ symbol and is used for tagging,

4

mentions, and within the YouTube channel URL.  Handles are distinct from channel names as they are unique to each creator.

11.    LEMON continuously utilized his YouTube Channel to live stream the pre-operation briefing and the actual attack.

12.    While live streaming from his YouTube channel, LEMON identified their operation as "Operation Pullup" and identified Nekima Valdez Levy-ARMSTRONG ("ARMSTRONG").  According to LEMON, ARMSTRONG's organization surprises people, catches them off-guard, and holds them to account.

13.    LEMON along with other co-conspirators met at a shopping center for a pre-operation briefing, during which ARMSTRONG and Chauntyll Louisa ALLEN ("ALLEN") advised other co-conspirators, about the target of their operation (i.e., Cities Church) and provided instruction on how the operation would be conducted once they arrived at the Church.

14.    During the pre-operation briefing, the "@TheDonLemonShow" live streamed the co-conspirators practicing chants such as "this is what community looks like," and "ICE out."

15.    LEMON spoke with ARMSTRONG and stated "we're not saying what it is, what's going on, but thank you.  Tell us why you're doing this."  ARMSTRONG identified what she was doing as "Operation Pullup," which she described as more of a "clandestine" operation than a protest.

5

ARMSTRONG and co-conspirators "show up somewhere that is a key location, they don't expect us to come there, and we disrupt business as usual. That's what we're about to go do right now. We've had a lot of success with the times we've done Operation Pullup." LEMON stated, "we're going to head to the operation, again, we're not going to give any, any of the information away."

16. LEMON and co-conspirator Jerome DeAngelo RICHARDSON ("RICHARDSON"), along with rear passenger and co-conspirator, Michael Walker BEUTE ("BEUTE"), enter their vehicle to depart towards the location of the operation.

17. During the ride to the operation location, LEMON advised his YouTube audience that this was a clandestine secret operation.

18. While in his vehicle, co-conspirator LEMON mentioned to co-conspirators RICHARDSON and BEUTE, "I don't think we can go ahead. I don't think we can go inside, right?" and then answered his own question "No, no, no." Co-conspirators LEMON, RICHARDSON, and BEUTE nonetheless entered the Church shortly thereafter and joined the other agitators in the operation against the Church.

19. Upon arrival at the predetermined location for the attack (Cities Church) LEMON entered with audio equipment. The audio captures

6

the church Pastor (Victim 7) in the midst of addressing his congregation during a religious service.

20. Soon after entering, LEMON audio livestreamed/recorded a female voice shout "Excuse me Pastor…" LEMON is then heard saying "Hey, Meta record." Based on affiant's experience, Meta refers to smart glasses that integrate features, allowing users to interact with digital content seamlessly. While the cameraman remained outside, the agitator's aggressive language and illegal actions captured.

21. Soon thereafter, RICHARDSON and BEUTE entered Cities Church. BEUTE entered with a camera recording LEMON's live stream broadcast. Co-conspirators can be heard yelling, "ICE out" "This ain't Gods House. This is the house of the devil." and blowing whistles. On the livestream broadcast, congregants appeared scared and intimidated. Based on my training and experience, anti-ICE agitators use whistles to disrupt ICE operations and notify others of their presence.

### OTHER PERTINENT INFORMATION

22. The specific video of the Cities Church attack on January 18, 2026 on YouTube channel "Don Lemon" "@TheDonLemonShow" was titled "DON LIVE ON THE SCENE: Live From MINNEAPOLIS."

23. LEMON wore a winter-style jacket with a hood over his head while inside the Church. LEMON stated "I'm looking at a young man

7

who's in the corner.  He's frightened, he's scared, he's crying." LEMON also stated "…this is the beginning of what's going to happen here…"

24.    LEMON, along with other agitators, appeared at one point to obstruct the Pastors freedom of movement and his path of travel.

25.    While inside the Church, LEMON and co-conspirators oppressed, threatened, and intimidated the Church's congregants and pastor, by physically occupying main aisles and rows of chairs near the front and sides of the Church, engaging in menacing and threatening behavior, (for some) chanting and yelling loudly at the pastor and congregants, and/or physically obstructing them as they attempted to exit and/or move about within the Church.

26.    According to Saint Paul Police Department investigative reports of the incident, a female congregant broke her arm[1] exiting Cities

---

[1] On January 25, 2026, I (affiant) contacted the victim telephonically to follow-up on the status of this injury.  During that call, the victim provided the following information: On January 20, 2026, the victim saw a doctor about her arm as she suspected it was broken. After an examination, which included an x-ray, the doctor diagnosed her as negative for a fracture and diagnosed a deep bone bruising to her arm.  The doctor recommended that she return for magnetic resonance imaging (MRI) if her arm has not healed in three weeks, explaining ligament damage is a possibility.

Church as she assisted another congregant evacuate the church during the attack. This is documented in LEMON's livestream broadcast.

### BACKGROUND CONCERNING GOOGLE[2]

27. Google is a United States company that offers to the public through its Google Accounts a variety of online services, including email, cloud storage, digital payments, and productivity applications, which can be accessed through a web browser or mobile applications. Google also offers to anyone, whether or not they have a Google Account, a free web browser called Google Chrome, a free search engine called Google Search, a free video streaming site called YouTube, a free mapping service called Google Maps, and a free traffic tracking service called Waze. Many of these free services offer additional functionality if the user signs into their Google Account.

28. In addition, Google offers an operating system ("OS") for mobile devices, including cellular phones, known as Android. Google also sells devices, including laptops, mobile phones, tablets, smart speakers, security cameras, and wireless routers. Users of Android and Google devices are prompted to connect their device to a Google Account when they first turn on

---

[2] The information in this section is based on information published by Google on its public websites, including, but not limited to, the following webpages: the "Law Enforcement Request System" page available to registered law enforcement at https://lers.google.com/signup_v2/landing; the product links on the "Google Help" page available at https://support.google.com/; or the products tab on the Google About page available at https://about.google/.

9

the device, and a Google Account is required for certain functionalities on these devices.

29. Signing up for a Google Account automatically generates an email address at the domain gmail.com. That email address will be the log-in username for access to the Google Account.

30. Google advertises its services as "One Account. All of Google working for you." Once logged into a Google Account, a user can connect to Google's full suite of services offered to the general public, described in further detail below. In addition, Google keeps certain records indicating ownership and usage of the Google Account across services, described further after the description of services below.

31. Google integrates its various services to make it easier for Google Accounts to access the full Google suite of services. For example, users accessing their Google Account through their browser can toggle between Google Services via a toolbar displayed on the top of most Google service pages, including Gmail and Google Drive. Google Hangout, Meet, and Chat conversations pop up within the same browser window as Gmail. Attachments in Gmail are displayed with a button that allows the user to save the attachment directly to Google Drive. If someone shares a document with a Google Account user in Google Docs, the contact information for that individual will be saved in the user's Google Contacts. Google Voice voicemail

10

transcripts and missed call notifications can be sent to a user's Gmail account. And if a user logs into their Google Account on the Chrome browser, their subsequent Chrome browser and Google Search activity is associated with that Google Account, depending on user settings.

32. When individuals register with Google for a Google Account, Google asks users to provide certain personal identifying information, including the user's full name, telephone number, birthday, and gender. If a user is paying for services, the user must also provide a physical address and means and source of payment.

33. Google typically retains and can provide certain transactional information about the creation and use of each account on its system. Google captures the date on which the account was created, the length of service, log-in times and durations, the types of services utilized by the Google Account, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via Google's website or using a mobile application), details about the devices used to access the account, and other log files that reflect usage of the account. In addition, Google keeps records of the internet protocol ("IP") addresses used to register the account and accept Google's terms of service, as well as the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use

11

an IP address, IP address information can help to identify which computers or other devices were used to access the Google Account.

34. Google maintains the communications, files, and associated records for each service used by a Google Account on servers under its control. Even after a user deletes a communication or file from their Google Account, it may continue to be available on Google's servers for a certain period of time.

35. In my training and experience, evidence of who was using a Google account and from where, and evidence related to criminal activity of the kind described above, may be found in the files and records described above. This evidence may establish the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or, alternatively, to exclude the innocent from further suspicion.

36. Based on my training and experience, messages, emails, voicemails, photos, videos, documents, and internet searches are often created and used in furtherance of criminal activity, including to communicate and facilitate the offenses under investigation. Thus, stored communications and files connected to a Google Account may provide direct evidence of the offenses under investigation.

37.     In addition, the user's account activity, logs, stored electronic communications, and other data retained by Google can indicate who has used or controlled the account.  This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.  As an example, because every device has unique hardware and software identifiers, and because every device that connects to the internet must use an IP address, IP address and device identifier information can help to identify which computers or other devices were used to access the account.  Such information also allows investigators to understand the geographic and chronological context of access, use, and events relating to the crime under investigation.

38.     Account activity may also provide relevant insight into the account owner's state of mind as it relates to the offenses under investigation.  For example, information on the account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

39.     Other information connected to the use of a Google account may lead to the discovery of additional evidence.  For example, the apps downloaded from the Google Play store may reveal services used in furtherance of the crimes under investigation or services used to

13

communicate with co-conspirators. In addition, YouTube activity can lead to the identification of co-conspirators and instrumentalities of the crimes under investigation.

40.     Therefore, Google's servers are likely to contain stored electronic communications and information concerning users and their use of Google services.  In my training and experience, such information may constitute evidence of the crimes under investigation including information that can be used to identify the account's user or users.

## AUTHORIZATION REQUEST

41.     Based on the foregoing, I request that the Court issue the proposed search warrant.

42.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.  The government will execute this warrant by serving the warrant on Google.  Reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.


_____
Timothy Gerber, Special Agent
HIS


SUBSCRIBED and SWORN before me by reliable electronic means (FaceTime and USAfx) pursuant to Fed. R. Crim. P. 41(d)(3) on this March \_\_\_ , 2026



_____
The Honorable John F. Docherty
United State Magistrate Judge

15

## ATTACHMENT A

**Property to Be Searched:**

      1.    This warrant applies to information associated with YOUTUBE CHANNEL: https://www.youtube.com/@TheDonLemonShow that is stored at premises owned, maintained, controlled, or operated by Google LLC, a company headquartered at 1600 Amphitheatre Parkway, Mountain View, CA 94043.

      2.    This warrant requires Google LLC to provide all information in Attachment B within the possession, custody, or control of Google LLC, including any videos, records, files, logs, or information that has been deleted but is still available to Google LLC through the date of the execution of the search warrant.

## ATTACHMENT B

**Particular Things to be Seized:**

**I.      Information to be disclosed by Google LLC ("Google")**

To the extent that the information described in Attachment A is within the possession, custody, or control of Google, regardless of whether such information is located within or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to Google, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Google is required to disclose to the government for each account or identifier listed in Attachment A the following information from January 1, 2026, through the date of execution of this warrant, unless otherwise indicated:

     a.     All business records, in any form kept, pertaining to the Account, including:

          1.     Videos posted to the above-described YouTube channel;

          2.     Telephone numbers, including SMS recovery and alternate sign-in numbers;

          3.     Records of session times and durations, and the temporarily assigned network addresses (such as internet protocol ("IP") addresses) associated with those sessions, including log-in IP addresses;

          4.     Telephone or instrument numbers or other or identities, including any temporarily assigned network address, SMS recovery numbers, Google Voice numbers, and alternate sign-in numbers;

   5.  Length of service (including start date and creation IP) and types of service utilized; and

   6.  Change history.

 b. All device information associated with the Account, including but not limited to, manufacture names, model numbers, serial number, media access control (MAC) addresses, international mobile equipment identifier (IMEI) numbers, FCC ID numbers, Android IDs, and telephone numbers;

 c. Records of that account of owner and/or operator activity for each connection made to or from the Account(s), including: for all Google services, the date, time, length, and method of connection; data transfer volume, user names, source and destination IP address; name of accessed Google service; and all activity logs.

Google is hereby ordered to disclose the above information to the government within **14 days** of issuance of this warrant.

## II. Information to be seized by the government:

All information described above in Section I, that constitutes fruits, contraband, evidence, and/or instrumentalities of violations of 18 U.S.C. §§ 241 and 248(a)(2), those violations involving **YOUTUBE CHANNEL: "www.youtube.com/@TheDonLemonShow,"** including, for each Account or identifier listed on Attachment A, information pertaining to the following matters since January 1, 2026, through the date of execution of this warrant:

a. Evidence indicating how and when the Account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the Account owner;

b. Evidence indicating the Account owner's state of mind as it relates to the crime under investigation; and

c. The identity of the person(s) who created or used the Account, including records that help reveal the whereabouts of such person(s).

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Google, and my title is _____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Google. The attached records consist of _____. I further state that:

a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Google, and they were made by Google as a regular practice; and

b.    such records were generated by Google's electronic process or system that produces an accurate result, to wit:

1.      the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Google in a manner to ensure that they are true duplicates of the original records; and

2.      the process or system is regularly verified by Google, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____          _____

Date                                     Signature