**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>       Plaintiff,<br>v.<br><br>[8] Georgia Ellyse Fort,<br><br>       Defendant. | Case No. 26-cr-00025-LMP-DLM<br><br><br>MOTION FOR IMMEDIATE DISCLOSURE AND FOR HEARING/STATUS CONFERENCE |

## EXHIBIT INDEX

| Exhibit No. | Description |
|---|---|
| 1 | May 26, 2026 Letter from Counsel |
| 2 | Georgia Fort Live Stream Video |
| 2a | Clip from Georgia Fort Live Stream Video |
| 2b | Clip from Georgia Fort Live Stream Video |
| 3 | Don Lemon Live Stream Video |
| 3a | Clip from Don Lemon Live Stream Video |
| 4 | Cities Church Live Stream Video |
| 4a | Clip from Cities Church Live Stream Video |
| 4b | Clip from Cities Church Live Stream Video |