UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL WALKER BEUTE,

Defendant.

Case No. 26-CR-25(12) (LMP-DLM)

**DEFENDANT BEUTE'S
MOTION TO JOIN**

Michael Beute, by and through his undersigned attorneys, respectfully joins the motion filed by counsel for his co-defendants Lemon (Doc. 525) and Fort (Doc. 528).

Counsel for Mr. Beute moves for the same relief as requested by defendant Fort.

Mr. Beute requests the Court:

1) order the Government to produce all *Brady* materials, and

2) order the Government to disclose all Grand Jury transcripts (or, in the

   alternative, the Court review them *in camera*).

Dated: June 1, 2026

Respectfully submitted,

_____*/s/ William J. Mauzy*_____
William J. Mauzy (#68974)
William R. Dooling (#0402244)
Mauzy Law Office, P.A.
650 Third Avenue South
Suite 260
Minneapolis, MN 55402
(612) 340-9108
*Attorneys for Defendant*