# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>NEKIMA VALDEZ LEVY )<br>ARMSTRONG, *et al.*, )<br><br>Defendants. )<br><br>) | No. 26-cr-00025-LMP-DLM<br><br>GOVERNMENT'S NOTICE<br>OF INTENT TO RESPOND &<br>REQUEST FOR BRIEFING<br>SCHEDULE ON FORT's<br>MOTION FOR IMMEDIATE<br>DISCLSURE AND HEARING<br>(Doc. 528) |

In response to defendant Fort's Motion for Immediate Disclosure and for Hearing/Status Conference (Doc. 528), filed on June 1, 2026, the Government respectfully submits this notice of intent to respond.

The Government is in receipt of the motion and is preparing a response to it. The Government requests additional time to file a response and hereby asks the Court to set a deadline for filing of the response on Monday June 8, 2026.

/ /

/ /

/ /

/ /

/ /

/ /

1

As the response will argue that no hearing is needed (on an expedited basis or otherwise), the Government further requests the Court not set a hearing on the motion until after the Government files its response.

DATED: June 2, 2026.                    Respectfully submitted,

DANIEL N. ROSEN                         HARMEET K. DHILLON
United States Attorney                   Assistant Attorney General

                                        ROBERT J. KEENAN
                                        Acting Deputy Assistant Attorney General

                                        NEVILLE S. HEDLEY
                                        Senior Trial Attorney


                                            /s/ Robert J. Keenan
                                        ROBERT J. KEENAN
                                          Civil Rights Division
                                          U.S. Department of Justice
                                          950 Pennsylvania Ave. NW
                                          Washington, DC 20530
                                          Telephone: (202) 230-2216
                                          E-Mail:  robert.keenan@usdoj.gov

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

2