# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | No. 26-cr-25 (LMP/DLM) |
| Plaintiff, | |
| | **ORDER** |
| v. | |
| Nekima Levy Armstrong et al., | |
| Defendants. | |

Before the Court is the government's application for an Order authorizing the government to disclose (1) the transcript of the one referenced victim-witness's Grand Jury testimony and (2) certain sealed documents to Defendants for purposes of discovery in this case. (Doc. 531.)

The government represents that the Grand Jury testimony of a victim-witness differs from a summary Grand Jury witness, and the government therefore believes the transcript of the victim-witness's testimony should be disclosed. Under Federal Rule of Criminal Procedure 6(e)(3)(E), "[t]he [C]ourt may authorize disclosure—at a time, in a manner, and subject to any other conditions that it directs—of a grand-jury matter preliminarily to or in connection with a judicial proceeding." Fed. R. Crim. P. 6(e)(3)(E)(i). As for certain sealed documents, the government represents that it intends to produce a sealed application for a Defendant's cellphone to that Defendant's counsel.

Finding good cause, the Court **GRANTS** the application. Counsel for the government may disclose such documents as part of discovery in this case. This Order does

not authorize the disclosure of any other transcripts reflecting any other part of the Grand

Jury proceedings relating to this case.

**SO ORDERED**.

DATED: June 4, 2026                              *s/Douglas L. Micko*
                                                 DOUGLAS L. MICKO
                                                 United States Magistrate Judge

2