# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA, )
     Plaintiff, )
     )
v. )
     )
NEKIMA VALDEZ LEVY )
ARMSTRONG, *et al.*, )
     Defendants. )
     )

No. 26-cr-00025-LMP-DLM

NOTICE OF GOVERNMENT'S *IN CAMERA* SUBMISSION RE. DEFENDANT FORT'S MOTION FOR DISCLOSURE AND STATUS CONFERENCE (DKT. 528)

PLEASE TAKE NOTICE that the Government is today filing today the *in camera* submission referenced in the Government's response (Dkt. 539) to defendant Fort's Motion for Disclosure of Grand Jury Materials and Status Conference.

DATED: June 15, 2026.

DANIEL N. ROSEN
United States Attorney

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General

ROBERT J. KEENAN
Acting Deputy Assistant Attorney General

  /s/ Robert J. Keenan
ROBERT J. KEENAN
 Civil Rights Division
 U.S. Department of Justice
 Washington, DC 20530
 Telephone: (202) 230-2216
 E-Mail: robert.keenan@usdoj.gov

*Attorneys for Plaintiff*

1