# EXHIBIT A

# NEW JERSEY STATE POLICE
## Preliminary Fact Sheet
Page 1 of 2

| TROOP   D | UNIT/STATION **D030 - NEWARK** | |
|---|---|---|
| **DET. N J NICASTRO** | DATE   **05/29/2026** | TIME   **1800** |

| SUBJECT | LOCATION | |
|---|---|---|
| Civil Unrest Delaney Hall - Six Arrests for Disorderly Conduct, Obstruction of Justice, and Endangering Another Person | DELANEY HALL, DOREMUS AVENUE, NEWARK, NJ | |
| | COUNTY: ESSEX | |
| | MUNI:   NEWARK | |

**RELATED CASES**
D030202600100

**PERSONNEL INVOLVED**

| SUSPECTS - ACCUSED | IDENTITY OF DECEASED OR INJURED |
|---|---|
| ☐  **HIDTA Deconfliction Completed** | |

**NJSP UNITS / AGENCIES INVOLVED**

NJSP FIELD OPS / TROOP CIO - A,B,C,D / LOCAL PD

**SUMMARY**

The following synopsis is based on  preliminary information. Complete details regarding this incident will be documented in an official New Jersey State Police or allied law enforcement agency report.

**May 29, 2026 (Friday)**

   On this date, members of the New Jersey State Police, to include the All Hazards Incident Management Team, Emergency Response Bureau, Public Safety and Security, Special Operations Command, Homeland Security Branch Command, NJSP Mounted Unit, NJSP Counter Terrorism Unit, NJSP Public Information, Troop B and Troop D Tac Pac Units, Troop D C.I.O., the Troop D Sergeant Major, NJSP Newark station, Troop B Sommerville station, and Newark City PD, all under direct supervision by members of the executive command staff, were detailed to the Delaney Hall Immigration Detention Center to assist federal agents with moving protestors to a safe location allowing the transport of federal agents to and from the building. As a result of the detail, the following individuals failed to obey lawful commands and were arrested and charged with the following crimes:

**Disorderly Conduct and Endangering Another Person:**

1) Ian Austin (D.O.B. ███████ ) ████████████ , Huntingdon Valley, PA 19006

**Disroderly Condcut and Obstruction of Justice:**

1) ████████████████████████████████
2) ████████████████████████████████
3) ████████████████████████████████
████████████████████████████
████████████████████████

PFS reviewed and approved by DSFC C. McNulty #6802

# NEW JERSEY STATE POLICE
## Preliminary Fact Sheet
### Page 2 of 2

| Submitted On: | Submitted by: | Badge: | Division Case Number: |
|---|---|---|---|
| | DET. N J NICASTRO | #8637 | D030-2026-00077Q |

# EXHIBIT B

# COMPLAINT - SUMMONS

## COMPLAINT NUMBER

| 0714 | S | 2026 | 006468 |
|---|---|---|---|
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

**THE STATE OF NEW JERSEY**
**VS.**
**IAN A DAVIS**

NEWARK MUNICIPAL COURT
31 GREEN STREET
NEWARK          NJ  07102-0000
973-733-6520  COUNTY OF: ESSEX

ADDRESS: ████████████████

HUNTINGDON          PA 19006-0000

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 2 | | V310260003 |

COMPLAINANT NAME: R  J ROSARIO  NEW JERSEY STATE POLICE

DEFENDANT INFORMATION
SEX: M   EYE COLOR: BLUE       DOB: ██████
DRIVER'S LIC. #. ████████                    DL STATE: PA
SOCIAL SECURITY #:              SBI #: 415767J
TELEPHONE #:           ( )
LIVESCAN PCN #: 406103007879

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about **05/29/2026** In **NEWARK CITY**, **ESSEX** County, NJ did:
WITHIN THE JURISDICTION OF THIS COURT, PURPOSELY CAUSE OR RECKLESSLY CREATE THE RISK OF PUBLIC INCONVENIENCE, ANNOYANCE OR ALARM BY CREATING A HAZARDOUS OR PHYSICALLY DANGEROUS CONDITION BY AN ACT WHICH SERVES NO LEGITIMATE PURPOSE OF HIMSELF/HERSELF, SPECIFICALLY BY ACTING IN A TUMULTUOUS BEHAVIOR RESULTING IN A PUBLIC DISTURBANCE IN VIOLATION OF N.J.S. 2C:33-2A(2) (A PETTY DISORDERLY PERSONS OFFENSE).

WITHIN THE JURISDICTION OF THIS COURT, KNOWINGLY ENGAGE IN CONDUCT WHICH CREATED A SUBSTANTIAL RISK OF SERIOUS BODILY INJURY TO ANOTHER PERSON SPECIFICALLY BY ACTING IN AN ERRATIC MANOR IN AN ACTIVE PUBLIC ROADWAY WHICH COULD HAVE RESULTED IN INJURIES TO MOTORISTS IN VIOLATION OF N.J.S. 2C:24-7.1A(2) (A FOURTH DEGREE CRIME).

### in violation of:

| | 1) | 2) | 3) |
|---|---|---|---|
| Original Charge | 2C:33-2A(2) | 2C:24-7.1A(2) | |
| Amended Charge | | | |

### CERTIFICATION:

I certify that the foregoing statements made by me are true. I am aware that If any of the foregoing statements made by me are willfully false, I am subject to punishment.

Signed: _____ R  J  ROSARIO _____   Date: 05/29/2026

The complaining witness is a law enforcement officer and a judicial probable cause determination is not required prior to the Issuance of this Complaint-Summons.

### SUMMONS

YOU ARE HEREBY SUMMONED to appear before the **Superior Court** In the county of: **ESSEX**
at the following address: ESSEX COUNTY COURTS
VETERANS COURTHOUSE          50 WEST MARKET STREET          NEWARK          NJ 07102-0000
If you fail to appear on the date and at the time stated below, a warrant may be issued for your arrest.
Date of Arrest: 05/29/2026   Appearance Date: 06/30/2026   Time: 10:00 AM
Phone: 973-776-9300
Signature of Person Issuing Summons: _____ R   J ROSARIO _____   Date: 05/29/2026

☐ **Domestic Violence – Confidential**   ☐ **Related Traffic Tickets or Other Complaints**   ☐ **Serious Personal Injury/ Death Involved**

**Special conditions of release:**
☐ No phone, mall or other personal contact w/victim
☐ No possession firearms/weapons

**ORIGINAL**

# COMPLAINT – SUMMONS (Court Action)

| COMPLAINT NUMBER | | | | STATE V. | |
|---|---|---|---|---|---|
| **0714**<br>COURT CODE | **S**<br>PREFIX | **2026**<br>YEAR | **006468**<br>SEQUENCE NO. | | IAN A DAVIS |

| **FTA Bail Information** | Date Ball Set: | | | Amount Ball Set: $_____ | by:_____ | ❑ Bail Recog. Attached |
|---|---|---|---|---|---|---|
| Released on Ball | R.O.R. | Committed Default | Committed w/o Ball | Place Committed: | | Date Referred to County Prosecutor: _____ |

| Date of First Appearance: | 06/30/2026 | ❑ Advised of Rights by_____ | Defendant Desires Counsel: ❑ Yes   ❑ No |
|---|---|---|---|

| **Prosecuting Attorney Information** | | | | **Defense Counsel Information** | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name: | | | | Name: | | | | | |
| State | County | Municipal | Other | None | Retained | Public Def | Assigned | Waived | Other |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Original Charge | 1) 2C:33-2A(2) | | 2) 2C:24-7.1A(2) | | 3) | | | |
| Amended Charge | | | | | | | | |
| Waiver Indt/Jury | | | | | | | | |
| Plea/Date of Plea | Plea:   Date: | | Plea:   Date: | | Plea:   Date: | | | |
| Adjudication (* see code) | Finding Code:   Date: | | Finding Code:   Date: | | Finding Code:   Date: | | | |
| Jail Term | | Jail time credit | Susp. Imp | | Jail time credit | Susp. Imp | | Jail time credit | Susp. Imp |
| Probation Term | | | Susp. Imp | | | Susp. Imp | | | Susp. Imp |
| Cond. Discharge Term | | | | | | | | | |
| Community Service | | | | | | | | | |
| D/L Suspension Term | | | | | | | | | |
| Fines/Costs | Fines:   Costs: | | Fines:   Costs: | | Fines:   Costs: | | | |
| VCCB/SNSF | VCCB:   SNSF: | | VCCB:   SNSF: | | VCCB:   SNSF: | | | |
| DEDR/Lab Fee | DEDR:   LAB: | | DEDR:   LAB: | | DEDR:   LAB: | | | |
| CD Fee/Drug Ed Fnd | CD:   DAEF: | | CD:   DAEF: | | CD:   DAEF: | | | |
| DV Surch/Other Fees | DV:   Other: | | DV:   Other: | | DV:   Other: | | | |
| Restitution Beneficiary:_____ | | | | | | | | | |

**Miscellaneous Information, Adjournments, Companion Complaints, Co-Defendants, Case Notes:**

**Related Traffic Tickets and Complaints:**

**\* Finding Codes**

1 - Guilty
2 - Not Guilty
3 - Dismissed - Other
4 - Guilty But Merged
5 - Dismissed - Rule
6 - Dismissed - Lack of Prosecution
7 - Dismissed - Pros Motion/Vic Req
8 - Conditional Discharge
9 - No Bill
C - Conditional Dismissal
D - Dismissed - Prosecutor Discretion
F - Disposed At Family Court
M - Dismissed - Mediation
P - Dismissed - Plea Agreement
R - Disposed In Remand Court
S - Disposed at Superior
V - Veteran Diversionary Program
W - Dismissed - False ID

ORIGINAL - Court Action

**EXHIBIT C**




CASE 0:26-cr-00025-LMP-DLM   Doc. 546-1   Filed 06/23/26   Page 9 of 15

# EXHIBIT D



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### EXTERNAL SEARCH

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



06/08/2026 11:10 EDT

Page 1 of 5

# HDR/2L01HEADER -- ATN/0783018627@ICE-DHS-GOV -- *********************** CRIMINAL HISTORY RECORD *********************** -- *********************** Introduction ***********************

## Properties

| | |
|---|---|
| **Description** | HDR/2L01HEADER -- ATN/0783018627@ICE-DHS-GOV -- *********************** CRIMINAL HISTORY RECORD *********************** -- *********************** Introduction *********************** |
| **Source Ori** | WVFBINF00 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### DOCUMENT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE






06/08/2026 11:10 EDT

## Related Media

### Title

writeup

### Time added

12/31/1969 19:00

### Media type

text/plain

```
HDR/2L01HEADER
ATN/0783018627@ICE-DHS-GOV
********************* CRIMINAL HISTORY RECORD *********************

************************** Introduction **************************

This rap sheet was produced in response to the following request:

FBI Number          457653PF7
Request Id          00000EEIA9
Purpose Code        C
Attention           0783018627@ICE-DHS-GOV

The information in this rap sheet is subject to the following caveats:

This record is based only on the FBI number in your request-UCN:
457653PF7 Because additions or deletions may be made at any time, a new
copy should be requested when needed for subsequent use.(US;
2026-06-08)

All entries contained in this FBI record are based on fingerprint
comparisons and pertain to the same individual.(US; 2026-06-08)

The use of this record is regulated by law. It is provided for official
use only and may be used only for the purpose requested.(US;
2026-06-08)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
* FEDERAL DEOXYRIBONUCLEIC ACID (DNA) INDICATOR * * * * DNA NOT IN
CODIS - COLLECT DNA * * * - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - -(US; 2026-06-08)


************************** IDENTIFICATION **************************
```

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### DOCUMENT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



06/08/2026 11:10 EDT                                                                    Page 3 of 5

Subject Name(s)

AUSTIN, IAN DAVIS
AUSTIN, IAN   (AKA)
AUSTIN, IAN D   (AKA)
DAVIS, AUSTIN I   (AKA)
DAVIS, IAN   (AKA)
UNKNOWN, X   (AKA)

Subject Description

FBI Number                      State Id Number
███████████                     ███████████ (PA)
                                ███████████ (NJ)

Social Security Number
███████████

Miscellaneous Numbers
1392535663                                      FN

Sex                     Race
Male                    White

Height                  Weight                  Date of Birth
5'07"                   166                     ███████████

Hair Color              Eye Color               Fingerprint Pattern
Brown                   Blue                    WUAURSAURSLSAULSLSAU  (Other)

Place of Birth          Citizenship
Pennsylvania            Unknown
                        United States

Fingerprint Images

Photo Images
Photo Image Available          FBI-CJIS DIV-CLRKSBG CLARKSBURG WVFBINF00
Capture Date                      2026-01-16
(No Photo Image Transmitted )
Photo Image Available          US DHS HSI MNICE0300
Capture Date                      2026-02-02
(No Photo Image Transmitted )
Photo Image Available          FBI-CJIS DIV-CLRKSBG CLARKSBURG WVFBINF00
Capture Date                      2026-02-02
(No Photo Image Transmitted )
Photo Image Available          FBI-CJIS DIV-CLRKSBG CLARKSBURG WVFBINF00

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### DOCUMENT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



06/08/2026 11:10 EDT                                                                         Page 4 of 5

```
Capture Date                      2026-02-02
(No Photo Image Transmitted  )
Photo Image Available      FBI-CJIS DIV-CLRKSBG CLARKSBURG WVFBINF00
Capture Date                      2026-06-06
(No Photo Image Transmitted  )


************************  CRIMINAL HISTORY  *************************

=============================== Cycle 001 ===============================
Earliest Event Date    2026-01-16
-----------------------------------------------------------------------
Arrest Date            2026-01-16
Arrest Case Number     10657491470
Arresting Agency       MNICE0200 ICE/ERO ST PAUL BLOOMINGTON
Subject's Name         AUSTIN,IAN DAVIS
Charge                 1
      Charge Literal   18 USC 111 ASSAULTING, RESISTING AN OFFICER
           Severity    Unknown
=============================== Cycle 002 ===============================
Earliest Event Date    2026-02-02
-----------------------------------------------------------------------
Arrest Date            2026-02-02
Arrest Case Number
Arresting Agency       MNICE0300 US DHS HSI FORT SNELLING
Subject's Name         AUSTIN,IAN DAVIS
Charge                 1
      Charge Literal   5699 - CIVIL RIGHTS
           Severity    Unknown
Charge                 2
      Charge Literal   1316 - INTIMIDATION (INCLUDES STALKING)
           Severity    Unknown
=============================== Cycle 003 ===============================
Earliest Event Date    2026-06-06
-----------------------------------------------------------------------
Arrest Date            2026-06-06
Arrest Case Number     10993357734
Arresting Agency       NJHSI0500 US DHS HSI NEWARK
Subject's Name         AUSTIN,IAN DAVIS
Charge                 1
      Charge Literal   18 U.S.C. 111(A) SIMPLE ASSAULT: ASSAULTING,
                       RESISTING, IMPEDING, INTIMIDATING OR
                       INTERFERING WITH FEDERAL OFFICER
           Severity    Unknown
************************  INDEX OF AGENCIES  *************************

Agency                 ICE/ERO ST PAUL; MNICE0200;
Agency Telephone       888 932-7423
Agency Email Address   DUSTIN(DOT)J(DOT)HALVERSON@ICE(DOT)DHS(DOT)GOV
Address                        STE 100
```

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### DOCUMENT

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



06/08/2026 11:10 EDT

```
                          2901 METRO DR
                          BLOOMINGTON, MN 55425

--------------------------------------------------------------------

Agency                    US DHS HSI; MNICE0300;
Agency Telephone          571 436-7351
Agency Email Address      HSIDOMESTICOPSSTPAUL@ICE(DOT)DHS(DOT)GOV
Address

                          1 FEDERAL DRIVE
                          FORT SNELLING, MN 55111

--------------------------------------------------------------------

Agency                    US DHS HSI; NJHSI0500;
Agency Telephone          973 776-5526
Agency Email Address      HSI-NEWARK@HSI(DOT)DHS(DOT)GOV
Address

                          620 FRELINGHUYSEN AVENUE
                          NEWARK, NJ 07114
```

* * * END OF RECORD * * *

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.