# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 26-cr-00025-LMP-DLM |
| Plaintiff, ) | |
| ) | NOTICE OF GOVERNMENT'S *IN* |
| v. ) | *CAMERA* SUBMISSION RE. |
| ) | DEFENDANT FORT'S MOTION |
| NEKIMA VALDEZ LEVY ) | FOR DISCLOSURE OF GRAND |
| ARMSTRONG, *et al.*, ) | JURY PROCEEDINGS (DKT. 528) |
| Defendants. ) | |
| ) | |

PLEASE TAKE NOTICE that, pursuant to the Court's direction, the

Government is today filing *in camera* additional materials relating to

defendant Fort's Motion for Disclosure of Grand Jury Materials and Status

Conference.

DATED: June 26, 2026.                     Respectfully submitted,

DANIEL N. ROSEN                           HARMEET K. DHILLON
United States Attorney                    Assistant Attorney General

                                          ROBERT J. KEENAN
                                          Acting Deputy Assistant Attorney General


                                              /s/ Robert J. Keenan
                                          ROBERT J. KEENAN
                                            Civil Rights Division
                                            U.S. Department of Justice
                                            Washington, DC 20530
                                            Telephone: (202) 230-2216
                                            E-Mail:  robert.keenan@usdoj.gov

                                          *Attorneys for Plaintiff*

1