UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

4.  Don Renaldo Lemon,

Defendant.

**MEET AND CONFER STATEMENT**

Case No. 26-cr-025 (LMP/DLM)

Pursuant to the Court's pretrial scheduling and case management order (Dkt. #552), defendant Don Renaldo Lemon respectfully submits the following meet and confer statement regarding his motion to suppress the search of his Apple iPhone executed pursuant to an invalid search warrant issued without jurisdiction and request for a *Franks* hearing.

Counsel for Mr. Lemon, Joseph H. Thompson and David A. Kolansky, conferred about the motions by telephone with DOJ attorneys Robert Keenan and Neville Hedley at 1:00 p.m. on July 2, 2026. Mr. Keenan and Mr. Hedley indicated that they opposed the motion to suppress the fruits of the search of Mr. Lemon's iPhone, the request for an evidentiary hearing, and the request for a *Franks* hearing. Counsel for Mr. Lemon indicated that they would likely file additional motions at a later date and that they would meet and confer with government counsel about those motions prior to filing them.

Dated: July 2, 2026                    Respectfully Submitted,

/s/ *Abbe David Lowell*
Abbe David Lowell (*admitted pro hac vice*)
David A. Kolansky (*admitted pro hac vice*)
Isabella M. Oishi (*admitted pro hac vice*)

1

LOWELL & ASSOCIATES, PLLC
1250 H Street NW, Suite 250
Washington, DC 20005
Tel: 202-964-6110
Fax: 202-964-6116
ALowellpublicoutreach@lowellandassociates.com
DKolansky@lowellandassociates.com
IOishi@lowellandassociates.com

 /s/ *Joseph H. Thompson*
Joseph H. Thompson (#0343031)
THOMPSON JACOBS PLLC
222 N. Second Street, Suite 220
Minneapolis, MN 55401
Tel: (612) 416-3322
joe@thompsonjacobs.com

*Counsel for Don R. Lemon*