UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | No. 26-CR-00025 (LMP/DLM) |
| *Plaintiff*, | |
| v. | **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS** |
| Nekima Levy Armstrong, *et al.* | |
| *Defendants*. | |

Defendants in the above-captioned case, as identified through their undersigned counsel, hereby move the Court for an Order extending the deadline for filing pretrial motions from July 31, 2026 (Doc. 552 at 3) until on or before August 31, 2026.  Defendants are agreeable to extending subsequent deadlines and the pretrial motions hearing to correspond to the extension of pretrial motions.

The grounds for this motion are that the government's disclosure of documents, video, cell phone data and other media has been voluminous as detailed in prior submissions to the Court.  After the government sought extensions for disclosure, the Court had set a disclosure deadline of April 24, 2026. The Court then determined that the government had not met its disclosure deadline and ordered full disclosure no later than May 22, 2026.  (Doc. 523).  The disclosure included more than ten thousand pages of documents and a total of more than a terabyte of media disclosure (including cell phone extractions). After the last disclosure deadline of May 22, the government provided supplemental disclosure of about 800 pages of

documents on or about June 3, 2026, and another supplemental disclosure of about 8500 pages of documents plus more than 5000 pages of phone-related data on or about June 26, 2026. Most recently on July 17, 2026, the government provided another supplemental disclosure of more than 1000 pages on USAfx, and about 833 additional files containing documents and video on Axon. Counsel is still in the process of reviewing the most recent voluminous disclosure, but it appears to encompass well over 100 GB of additional data and at least dozens of hours of video. At least one Defendant also plans to file a motion to compel discovery based on a determination disclosures are incomplete. The determination of that motion may result in more time being needed to obtain and review discovery. Given the large volume of discovery and the complex legal issues that Defendants plan to raise in their pretrial motions, the July 31 deadline was considered a challenge that Defendants nevertheless planned to meet. However, in light of the large volume of late disclosure, it will not be feasible to fully review discovery, and research and prepare appropriate pretrial motions by the current deadline.

Undersigned counsel has corresponded with the prosecution regarding the proposed extension, and the prosecution has stated that it has no objection.

Dated: July 20, 2026

LAW OFFICE OF JORDAN S. KUSHNER

s/ *Jordan S. Kushner*
Jordan S. Kushner, Reg. No. 219307
431 South 7th Street, Suite 2446
Minneapolis, MN 55415
(612) 288-0545
jskushner@gmail.com

*Attorneys for Defendant Nekima Levy Armstrong (1)*

THE JAB FIRM

s/ *Jill A. Brisbois*
Jill A. Brisbois, Reg. No. 0345477
150 South 5th Street, Suite 1850
Minneapolis, MN 55402
(651) 209-7797
jill@thejabfirm.com

*Attorneys for Defendant Chauntyll Louisa Allen (2)*

OFFICE OF THE FEDERAL DEFENDER

s/ *James S. Becker*
James S. Becker, Reg. No. 388222
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5858
James_becker@fd.org

*Attorneys for Defendant William Scott Kelly (3)*

BIRRELL LAW FIRM, PLLC

s/ Andrew *S. Birrell*
Ian S. Birrell, Reg. No. 0396379
Andrew S. Birrell, Reg. No. 133760
333 South 7th Street, Suite 2350
Minneapolis, MN 55402
(952) 356-2393
ian@birrell.law
andy@birrell.law

*Attorneys for Defendant Jerome Richardson (5)*

CAPITOL CITY LAW GROUP, LLC

s/ *A.L. Brown*
A.L. Brown, Reg. No. #0331909
Jennifer Rose Congdon, Reg. No. 0391048
Marcus Almon, Reg. No. # 0319387
287 East Sixth Street, Suite 20
St. Paul, MN 55101
(651)705-8580
a.l.brown@cclawg.com
jennifer@cclawg.com
marcusalmon@cclawg.com

*Attorney for Defendant Jamael Lydell Lundy (6)*

3

LAW OFFICES OF ROBERT D. RICHMAN, LLC

s/ *Robert D. Richman*
Robert D. Richman, Reg. No. 226142
P.O. Box 16643
St. Louis Park, MN 55416
(651) 278-4987
robert@rdrichmanlaw.com

*Attorneys for Defendant Trahern Jeen Crews (7)*

GAD & GAD LAW OFFICES LLP

s/ *Sarah R. Gad*
Sarah R. Gad, Reg. No. 0403328
8 E 25th Street
Minneapolis, MN 55402
(612) 512-1870
sarah@gadlawoffice.com

*Attorneys for Defendant Ian Davis Austin (9)*

KENNETH UBONG UDOIBOK, PA

s/ Kenneth U. Udoibok
Kenneth U. Udoibok, Reg. No. 0262523
Flour Exchange Building, Suite 5010
310 Fourth Ave S.
Minneapolis, MN 55415
(612) 808-6031
k@kenulaw.com

*Attorneys for Defendant Aziza M. Aboud (10)*

MITCHELL, BRUDER & JOHNSON

s/Glen P. Bruder
Glenn P. Bruder, , Reg. No. 0148878
9531 West 78th Street, Suite 210
Eden Prairie, MN  55344
(952) 831-3174

*Attorney for Max Richard Adamson (11)*

DEVORE LAW OFFICE, P.A.

s/ *Kevin DeVore*
Kevin W. DeVore, Reg. No. 0267302
724 Bielenberg Drive, Ste 110
Woodbury, MN 55125
(651) 435-6500
kevin@devorelawoffice.com

*Attorneys for Defendant Ezra Chaim Pye Blumenfeld (13)*

MELVIN R. WELCH

DE LEÓN & NESTOR, LLC

s/ *Bruce D. Nestor*
Bruce D. Nestor, Reg. No. 0318024
3547 Cedar Avenue South
Minneapolis, MN 55407
(612) 659-9019
nestor@denestlaw.com

*Attorneys for Defendant Monique Cullars-Doty (16)*

4

s/ *Melvin R. Welch*
Melvin R. Welch, Reg. No. 0387750
Commerce at the Crossings Bldg
250 South Second Street, Suite 205
Minneapolis, MN 55401
(612) 741-3272
mel@melvinwelchlaw.com

*Attorneys for Defendant Tiffany Lynn Dunlap (17)*

LAW OFFICE OF STEVEN J. WRIGHT, LLC

s/ *Steven J. Wright*
Steven J. Wright, Reg. No. 387336
331 Second Ave S, Suite 705
Minneapolis, MN 55401
(612) 669-8280
stevejameswright@gmail.com

*Attorneys for Defendant Andrew Edwards (18)*

CHARLES F. CLIPPERT

s/ *Charles F. Clippert*
Charles F. Clippert, Reg. No. 248848
101 East Fifth Street, Suite 1500
St. Paul, MN 55101
(651) 300-4109
charlie@clippertlaw.com

*Attorneys for Defendant Rachel Goligoski (19)*

FORSGREN FISHER MᴄCALMONT DᴇMAREA TYSVER LLP

s/ *Caitlinrose H. Fisher*
Caitlinrose H. Fisher, Reg. No. 0398358
1500 Capella Tower
225 South 6th Street
Minneapolis, MN 55402
(612) 474-3300
cfisher@forsgrenfisher.com

*Attorneys for Defendant Ariel Hauptman (21)*

LOTUS LEGAL PLLC

s/ *Caroline H. Brunkow*
Caroline H. Brunkow, Reg. No. 0398936
331 Second Ave South, Ste 420
Minneapolis, MN 55401
(612) 293-6963
cari@lotuslegalpllc.com

*Attorneys for Defendant Krista Erin Hogan (22)*

KOCH AND GARVIS, LLC

s/ *Andrew S. Garvis*
Andrew S. Garvis, Reg. No. 257989
3109 Hennepin Avenue South
Minneapolis, MN 55408
(612) 827-8101
andrew@uptownlawyer.com

*Attorneys for Defendant Danielle Andrea Matthias (24)*

5

F. CLAYTON TYLER, P.A.

s/ *Karen Mohrlant*
Karen E. Mohrlant, Reg. No. 388093
331 Second Avenue South, Suite 230
Minneapolis, MN 55401
(612) 333-7309
kmohrlant@fctyler.com

*Attorneys for Defendant Catie Anne Michaelson (25)*

LAW OFFICES OF THOMAS H. SHIAH, LTD.

s/ *Thomas H. Shiah*
Thomas H. Shiah, Reg. No. 100365
331 Second Avenue South, Ste 705
Minneapolis, MN 55401
(612) 338-0066
ths@tomshiah.com

*Attorneys for Defendant Jarmel Perry (28)*

GOETZ & ECKLAND P.A.

s/ *Frederick J. Goetz*
Frederick J. Goetz, Reg. No. 0185425
615 1st Avenue NE, Suite 425
Minneapolis, MN 55413
(612) 874-1552
fgoetz@goetzeckland.com

*Attorneys for Emmar Monike Pineada-Moreno (30)*

ARNESON LAW OFFICE PLLC

s/ *Wyatt Arneson*

LAW OFFICE OF ROBERT A. LENGELING, PLLC

s/ *Robert A. Lengeling*
Robert A. Lengeling, Reg. No. 304165
310 Fourth Avenue South, Suite 1050
Minneapolis, MN 55415
(612) 963-1555
robert@lengelinglaw.com

*Attorneys for Defendant David Okar (27)*

BEST & FLANAGAN LLP

s/ *Amy S. Conners*
Amy S. Conners, Reg. No. 0387375
60 South 6th Street, Suite 2700
Minneapolis, MN 55402
(612) 349-5665
aconners@bestlaw.com

*Attorneys for Defendant Cheryl Ann Persigehl (29)*

RINGSTROM DEKREY PLLP

s/ *Dane DeKrey*
Dane DeKrey, Reg. No. 0397334
814 Center Avenue, Suite 5
Moorhead, MN 56560-0853
(218) 284-0484
dane@ringstromdekrey.com

*Attorneys for Spencer Michael Rodriguez-Bocanegra (31)*

GERDTS LAW PLLC

s/ Daniel L. Gerdts

6

Wyatt Arneson, Reg. No. 0392071
1025 Grain Exchange Building
400 South 4th Street
Minneapolis, MN 55415
(612) 746-1188
wyatt@arnesonlawllc.com

*Attorneys for Defendant Katherine Shaw (32)*

Daniel L. Gerdts, Reg. No. 0207329
331 Second Ave South, Suite 705
Minneapolis, MN 55401
(612) 800-5086
daniel@danielgerdtslaw.com

*Attorneys for Defendant Satara Diann Strong Allen (33)*

SIEBEN & COTTER, PLLC

s/ *Patrick L. Cotter*
Patrick L. Cotter, Reg. No. 0319120
105 Hardman Court, Suite 110
South St. Paul, MN 55075
(651) 455-1555
patrick@siebencotterlaw.com

*Attorneys for Defendant Charles Swenson (34)*

SAPIENTIA LAW GROUP, PLLC

s/ *Robin M. Wolpert*
Robin M. Wolpert, Reg. No. 0310219
120 South Sixth Street, Suite 100
Minneapolis, MN 55402
(612) 756-7100
robinw@sapientialaw.com

*Attorneys for Defendant Robyn Elise Swenson (35)*

JAMES M. VENTURA

s/James M. Ventura
James M. Ventura, Reg. No.
1000 Twelve Oaks Center Dr, Ste 100
Wayzata, MN  55391
(952) 473-8064
jventura@jamesventuralaw.com

*Attorney for Lee Elizabeth Wiedman Tuggle (37)*

LANGERT LAW, LLC

s/ *Maggie G. Langert*
Maggie G. Langert, Reg. No. 0308316
724 Bielenberg Drive #54
Woodbury, MN 55125
(612) 470-4810
maggie@langertlaw.com

*Attorneys for Defendant John Vergin (38)*

WOLD LAW

s/ *Peter B. Wold*
Peter B. Wold, Reg. No. 0118382
331 2nd Avenue South, Suite 705

7

Minneapolis, MN 55401
(612) 341-2525
pwold@wold-law.com

*Attorneys for Defendant Mark D.*
*Weinfurter (39)*