UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.: 26-25 (14) (LMP/DLM) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **RESPONSE TO MOTION** |
| v. | ) | **FOR EXTENSION** |
| | ) | |
| SHANE RYAN BOLLMAN (14), | ) | |
| | ) | |
| Defendant. | ) | |

_____)

## RESPONSE

Mr. Bollman submits this response to the Motion for Extension filed at Doc. No. 562. Mr. Bollman does not oppose the request as to the moving parties, but does oppose the request as to himself.

Mr. Bollman is a photojournalist, and was indicted in this case for silently taking photographs of a protest in which he did not participate. Prior to the date of that protest, Mr. Bollman had never previously interacted with any of the co-defendants. His case presents unique issues of fact and law that do not pertain to most or all of his co-defendants. His case also concerns only a very narrow sub-set of the allegations and discovery in this case.

Mr. Bollman is prepared to proceed on the current schedule, and similar to three other co-defendants at Doc. No. 565, he requests that the motion deadlines and hearing dates remain unchanged as to him. Indeed, there may be good reason to sever Mr. Bollman for trial later as well, and issue that may also be presented in motion practice.

1

Respectfully submitted.

**ANDREW IRLBECK LAWYER CHTD.**

Dated: July 22, 2026

/s/ Andrew M. Irlbeck
Andrew M. Irlbeck, #392626
First National Bank Bldg.
332 Minnesota St., Ste. W1610
St. Paul, MN 55101
Phone: 612-986-3895
Fax: 651-223-5179
andrew@irlbecklaw.com
ATTORNEY FOR DEFENDANT BOLLMAN