# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## ORDER

United States of America,

                      Plaintiff,

        v.

Ian Davis Austin,

                    Defendant,

Docket No. 0864 0:26CR00025-009(DLM)

IT IS HEREBY ORDERED that the following be added to the defendant's conditions of release:

1. Submit to supervision by and report for supervision to the U.S. Probation and Pretrial Services Office as directed and ensure your supervising officer has a means to reach you.
2. Maintain or actively seek employment. DLM
3. Abide by the following restrictions on personal association, place of abode, or travel: Travel shall be restricted to Pennsylvania and Minnesota (court purposes) unless approved by the supervising officer.
4. Refrain from possessing a firearm, destructive device, or other dangerous weapons.
5. Report as soon as possible to the U.S. Probation and Pretrial Services Office or supervising officer any contact with any law enforcement personnel, including but not limited to any arrest, questioning, or traffic stop within 72 hours.
6. The defendant shall cooperate with a mental health assessment and follow any recommendations of that assessment if the supervising officer considers it advisable.
7. Comply with a specific residential requirement that he reside at a location approved by the U.S. Probation and Pretrial Services Office.
8. No contact with congregants or staff of Cities Church.

Dated: 7/22/26

_____
Douglas L. Micko
U.S. Magistrate Judge