UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 0:26-cr-00025(36)-LMP-DLM |
| Plaintiff, | |
| vs. | |
| NEKIMA LEVY ARMSTRONG, et al, | **DECLARATION OF MEREDITH LAVINE IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL** |
| Defendants. | |

I, Meredith LaVine, state and declare as follows:

1.  A true and accurate copy of the April 12, 2026 Summons issued by the Department of Homeland Security to T-Mobile US, Inc. produced in this litigation Bates stamped 00018819 is attached hereto as **Exhibit A**. Exhibit A was produced as a PDF and is being filed in that manner.

2.  A true and accurate copy of the May 4, 2026 Summons issued by the Department of Homeland Security to the Minnesota Department of Employment and Economic Development produced in this litigation Bates stamped 00019248 is attached hereto as **Exhibit B**.  Exhibit B was produced as a PDF and is being filed in that manner.

3.  A true and accurate copy of the January 29, 2026 Non-Disclosure Order issued by Magistrate Judge Jon T. Huseby produced in this litigation Bates stamped 00019840 is attached hereto as **Exhibit C**. Exhibit C was produced as a PDF and is being filed in that manner.

4.  A true and accurate copy of the April 9, 2026 Subpoena issued to GoFundMe, Inc. related to Defendant William Kelly produced in this litigation Bates stamped 00011958 is attached hereto as **Exhibit D**. Exhibit D was produced as a PDF and is being filed in that manner.

5.  A true and accurate copy of the April 9, 2026 Subpoena issued to GoFundMe, Inc. related to Defendant Jerome Richardson produced in this litigation Bates stamped 00011964 is attached hereto as **Exhibit E**. Exhibit E was produced as a PDF and is being filed in that manner.

6.  A true and accurate copy of the April 9, 2026 Subpoena issued to GoFundMe, Inc. related to Defendant Satara Diann Strong Allen produced in this litigation Bates stamped 000952 is attached hereto as **Exhibit F**. Exhibit F was produced as a PDF and is being filed in that manner.

7.  A true and accurate copy of the June 2, 2026 DHS Report regarding the Withdrawal of the Grand Jury Subpoenas to GoFundMe, Inc produced in this litigation Bates stamped 00012656 is attached hereto as **Exhibit G**. Exhibit G was produced as a PDF and is being filed in that manner

8.  A true and accurate copy of John Marti's April 29, 2026 letter to the Government with discovery requests is attached hereto as **Exhibit H**.

9.  A true and accurate copy of the Government's May 7, 2026 letter to John Marti is attached hereto as **Exhibit I**.

10. A true and accurate copy of John Marti's May 8, 2026 letter in response to the Government's May 7, 2026 letter is attached hereto as **Exhibit J**.

2

11. A true and accurate copy of John Marti's June 8, 2026 letter to the Government with discovery requests is attached hereto as **Exhibit K**.

12. A true and accurate copy of the March 10, 2026 subpoena issued to Recreational Equipment, Inc. produced in this litigation Bates stamped 00009053 is attached hereto as **Exhibit L**. Exhibit L was produced as a PDF and is being filed in that manner.

13. A true and correct copy of the May 8, 2026 subpoena issued to Wings Financial Credit Union produced in this litigation Bates stamped 00011868 is attached hereto as **Exhibit M**. Exhibit M was produced as a PDF and is being filed in that manner.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 22, 2026

Meredith LaVine