# Exhibit A



*Homeland Security Investigations*
*Office of the Special Agent in Charge*

**U.S. Department of Homeland Security**
SAC Saint Paul
1 Federal Drive,
Suite 1340
Fort Snelling, MN 55111

# Cover Sheet

| | | |
|---|---|---|
| **To:** | T-Mobile US, Inc. | **Date:** |
| | Custodian of Records | |
| | Law Enforcement Relations Team | **Service Methods:** Fax, Email OR Hard Copy |
| | 4 Sylvan Way | |
| | Parsippany, New Jersey 07054 | **Carrier Fax:** 973-292-8697 or 972-860-2635 |
| | 973-292-8911; 866-537-0911 | |
| | | **Carrier Email:** LERINBOUND@T-Mobile.com |
| | | **Agent Phone:** (470) 990-3427 |
| | | **Agent Email:** Grayson.S.Cooper@hsi.dhs.gov |

**From:**   Grayson Cooper

☐ **Urgent**          ☐ **Action**          ☐ **Concurrence**          ☐ **FYI**

**Comments:**

Attached is subpoena/summons #: HSI-MS-2026-047368-001

Please respond by 4/25/2026 8:00 AM

HSI Form 3115 (10/24)                                                                 Page 1 of 4

00018819

| 1. To (Name, Address, City, State, Zip Code)<br>T-Mobile US, Inc.<br>Custodian of Records<br>Law Enforcement Relations Team<br>4 Sylvan Way<br>Parsippany, New Jersey 07054 | DEPARTMENT OF HOMELAND SECURITY<br>Homeland Security Investigations<br><br>**SUMMONS**<br><br>To Appear and/or Produce Records<br>19 U.S.C. § 1509 |
|---|---|

Summons Number: HSI-MS-2026-047368-001

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

| **(A)** | ☐ | **APPEAR** before the Homeland Security Investigations (HSI) Special Agent named in Block 2 at the place, date, and time indicated to testify and give information. |
|---|---|---|
| **(B)** | ☒ | **PRODUCE** the records (including statements, declarations, and other documents) indicated in Block 3 before the HSI Special Agent named in Block 2 at the place, date, and time indicated. |

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry to ascertain the correctness of entries, to determine the liability for duties, taxes, fines, penalties, or forfeitures, and/or to ensure compliance with the laws or regulations administered by HSI.

Failure to comply with this summons will render you liable to proceedings in a U.S. District Court to enforce compliance with this summons as well as other sanctions.

| 2. (A) HSI Special Agent | | | (B) Date and Time |
|---|---|---|---|
| Name<br>Title<br>Address | Grayson Cooper<br>Special Agent<br>1100 Centre Parkway<br>East Point, GA 30344<br>United States | Telephone<br><br>(470) 990-3427<br>Fax | 4/25/2026 8:00 AM |

3. Records required to be produced for inspection

Please see attached continuation page.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*
Issued under authority of section 509, Tariff Act of 1930, as amended by Pub. L. No. 95-410 (19 U.S.C. § 1509); 44 F.R. 2217; Homeland Security Act of 2002.

| 4. Name of person authorized to service this summons or any other HSI Special Agent Grayson Cooper | 5. Date of issue - 4/12/2026 1:22 PM Eastern<br><br>By: *[signature]* |
|---|---|
| *[Department of Homeland Security seal]*<br><br>If you have any questions regarding this summons, contact the HSI Special Agent identified in Block 2 | 6. Name, title, address, and telephone number of person issuing this summons<br><br>Name     Steven Schrank<br>Title      Special Agent in Charge<br>Address  Homeland Security Investigations<br>1 Federal Drive<br>Fort Snelling, MN 55111<br>United States<br><br>Telephone    (646) 335-7753 |

Digitally Signed by: 'E=Title-IIISupport@ice.dhs.gov, CN=Homeland Security Investigations, O=Homeland Security Invest
Date: 2026.04.12 17:22:42 +00:00

HSI Form 3115 (10/24)

Page 2 of 4

00018820

| 1. To (Name, Address, City, State, Zip Code)<br>T-Mobile US, Inc.<br>Custodian of Records<br>Law Enforcement Relations Team<br>4 Sylvan Way<br>Parsippany, New Jersey 07054 | DEPARTMENT OF HOMELAND SECURITY<br>Homeland Security Investigations<br><br>**SUMMONS**<br><br>To Appear and/or Produce Records<br>19 U.S.C. § 1509 |
|---|---|

Summons Number: HSI-MS-2026-047368-001

3. Records required to be produced for inspection (continued)

Pursuant to an investigation being conducted by the Department of Homeland Security, as authorized by Title 18, United States Code, Section 2703(c)(2), please disclose the following information, if checked, for the telephone numbers listed below for the period of 10/11/2025 12:00 AM Central - 4/11/2026 11:05 AM Central (10/11/2025 5:00 AM Coordinated Universal - 4/11/2026 4:05 PM Coordinated Universal).

| ☒ | **Subscriber Information:** The names; addresses; length of services including start date, close date if the account is closed; types of services utilized (e.g. push-to talk, text, three-way calling, data, etc.); means and sources of payment (including any and all credit cards and bank account numbers) of a subscriber to and customer of such service; and all telephone instrument numbers, including temporarily assigned network address for all subscribed communication services. |
|---|---|
| ☒ | **Call Information:** Local and long-distance connection records (including all incoming and outgoing calls; and all voice. VoLTE, SMS, MMS, text, and data usage) and all records of session times and durations; and all telephone instrument numbers, including temporarily assigned network address for all subscribed communication services. |
| ☐ | **Child Exploitation:** This subpoena is in regard to an investigation involving Child Exploitation and/or transmission of Child Pornography via the internet. Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice. |

**Telephone Numbers**

| Phone | IMEI | IMSI | ESN |
|---|---|---|---|
| ██████ | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Method of Response:**

Preferred:

Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to: Special Agent Timothy Gerber  Timothy.M.Gerber@hsi.dhs.gov

NOTE: The HSI e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

Alternates:

The records should be delivered to Special Agent Timothy Gerber at Homeland Security Investigations:
1 Federal Drive , Fort Snelling, MN, 55111

If you have questions, please contact Special Agent Grayson Cooper at (470) 990-3427.

00018821

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

**END OF DOCUMENT**

HSI Form 3115 (10/24)                                                    Page 4 of 4

00018822

# Exhibit B



*Homeland Security Investigations*
*Office of the Special Agent in Charge*

**U.S. Department of Homeland Security**
SAC Saint Paul
1 Federal Drive,
Suite 1340
Fort Snelling, MN 55111

# Cover Sheet

| | | | |
|---|---|---|---|
| **To:** | Minnesota Department of Employment and Economic Development Great Northern Building 180 E 5th St Suite 1200 St. Paul, Minnesota 55101 | **Date:** | 5/4/2026 |
| | | **Service Methods:** | Email Only |
| | | **Carrier Fax:** | |
| | | **Carrier Email:** | DEED.Legal@state.mn.us |
| | | **Agent Phone:** | (612) 456-0800 |
| | | **Agent Email:** | Timothy.M.Gerber@hsi.dhs.gov |

**From:**   Timothy Gerber

☐ **Urgent**          ☐ **Action**          ☐ **Concurrence**          ☐ **FYI**

**Comments:**

Attached is subpoena/summons #: HSI-MS-2026-053435-001

Please respond by 5/18/2026 8:00 AM

HSI Form 3115 (10/24)                                                    Page 1 of 4

00019248

| 1. To (Name, Address, City, State, Zip Code)<br>Minnesota Department of Employment and Economic Development<br>Great Northern Building 180 E 5th St Suite 1200<br>St. Paul, Minnesota 55101 | DEPARTMENT OF HOMELAND SECURITY<br><br>**SUMMONS**<br><br>To Appear and/or Produce Records<br>19 U.S.C. § 1509 |
|---|---|

| Summons Number: HSI-MS-2026-053435-001 |

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

| **(A)** | ☐ | **APPEAR** before the U.S. Customs and Border Protection (CBP) Officer or U.S. Immigration and Customs Enforcement (HSI) Special Agent named in Block 2 at the place, date, and time indicated to testify and give information. |
|---|---|---|
| **(B)** | ☒ | **PRODUCE** the records (including statements, declarations, and other documents) indicated in Block 3 before the CBP Officer or HSI Special Agent named in Block 2 at the place, date, and time indicated. |

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry to ascertain the correctness of entries, to determine the liability for duties, taxes, fines, penalties, or forfeitures, and/or to ensure compliance with the laws or regulations administered by CBP and HSI.

Failure to comply with this summons will render you liable to proceedings in a U.S. District Court to enforce compliance with this summons as well as other sanctions.

| 2. (A) CBP Officer or HSI Special Agent | | | (B) Date and Time |
|---|---|---|---|
| Name<br>Title<br>Address | Timothy Gerber<br>Special Agent<br>1 Federal Drive<br>Fort Snelling, MN 55111<br>United States | Telephone<br><br>(612) 456-0800<br>Fax | 5/18/2026 8:00 AM |

3. Records required to be produced for inspection

Please see attached continuation page.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*
Issued under authority of section 509, Tariff Act of 1930, as amended by Pub. L. No. 95-410 (19 U.S.C. § 1509); 44 F.R. 2217; Homeland Security Act of 2002.

| 4. Name of person authorized to service this summons or any other CBP Officer or HSI Special Agent Timothy Gerber | 5. Date of issue - 5/4/2026 3:23 PM Eastern<br><br>By: *[signature]* |
|---|---|
| If you have any questions regarding this summons, contact the CBP Officer or HSI Special Agent identified in Block 2 | 6. Name, title, address, and telephone number of person issuing this summons<br><br>Name Steven Schrank<br>Title Special Agent in Charge<br>Address Homeland Security Investigations<br>1 Federal Drive<br>Fort Snelling, MN 55111<br>United States<br><br>Telephone (646) 335-7753 |

Digitally Signed by: 'E=Title-IIISupport@ice.dhs.gov, CN=Homeland Security Investigations, O=Homeland Security Invest
Date: 2026.05.04 19:23:53 +00:00

HSI Form 3115 (10/24)

00019249



| 1. | To (Name, Address, City, State, Zip Code)<br>Minnesota Department of Employment and Economic Development<br>Great Northern Building 180 E 5th St Suite 1200<br>St. Paul, Minnesota 55101 | DEPARTMENT OF HOMELAND SECURITY<br><br>**SUMMONS (Continuation)**<br><br>To Appear and/or Produce Records<br>19 U.S.C. § 1509 |

Summons Number: HSI-MS-2026-053435-001

3. Records required to be produced for inspection (continued)

The following applies if checked:

☐ **Child Exploitation:** This subpoena is in regard to an investigation involving Child Exploitation and/or transmission of Child Pornography via the internet. Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice.

Provide certified records beginning January 1, 2024, to the present, to include wages, last known address, and last known employer with address for the following:

ALLEN, Chauntyll Louisa
CREWS, Trahern Jeen
FORT, Georgia Ellyse
LEVY POUNDS ARMSTRONG, Nekima Valdez
LUNDY, Jamael Lydell
RICHARDSON, Jerome DeAngelo
ABOUD, Aziza Mohammed
BLUMENFELD, Ezra Chaim Pye
CAREY, Kelly Ann
CULLARS-DOTY, Monique Cassandra
DUNLAP, Tiffany Lynn
EDWARDS, Andrew Jared
GOLIGOSKI, Rachel Rose
HANSA, Amelia Cristin
HOGAN, Krista Erin
MATTHIAS, Danielle Andrea
MICHAELSON, Catie Anne
MICHAELSON, Eric Ryan
OKAR, David Anthony
PERRY, Jarmel James
PERSIGEHL, Cheryl Ann
SHAW, Katherine Elizabeth
STRONG ALLEN, Satara Diann
SWENSON, Charles Lee
SWENSON, Robyn Elise
TIER, Thomas Matthew
VERGIN, John Donald
WEINFURTER, Mark David
WIEDEMAN TUGGLE, Lee Elizabeth
AUSTIN, Ian Davis
KELLY, William Scott
HAUPTMAN, Ariel
PINEDA MORENO, Emmar Monike
RODRIGUEZ BOCANEGRA, Spencer Michael

**Method of Response:**

Preferred:

HSI Form 3115 (10/24)                                                                 Page 3 of 4

00019250

Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to: Special Agent Timothy Gerber  Timothy.M.Gerber@hsi.dhs.gov

NOTE: The HIS e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

Alternates:

The records should be delivered to Special Agent Timothy Gerber at U.S. Immigration and Customs Enforcement:
1 Federal Drive , Fort Snelling, MN, 55111

If you have questions, please contact Special Agent Timothy Gerber at (612) 456-0800.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

**END OF DOCUMENT**

HSI Form 3115 (10/24)

Page 4 of 4

00019251

# Exhibit C

2026R00046

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN THE MATTER OF GRAND JURY SUBPOENAS TO OBTAIN RECORDS FROM SERVICE PROVIDERS | **Investigative – Filed Under Seal Pursuant To Local Rule 49.1(c)(1) and F.R. Cr. P. 6(e)** |

## NON-DISCLOSURE ORDER

The United States of America submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court enter a non-disclosure order commanding providers of electronic communication services, as defined by 18 U.S.C. § 2510(15), and/or remote computing services, as defined by 18 U.S.C. § 2711(2), (collectively, the "Service Providers"), not to notify any person (including the subscriber(s) or customer(s) of the account(s) identified in the subpoenas) of the existence of the grand jury subpoenas issued in this grand jury investigation for a one-year period.

Based on the application and the record before the Court, the Court determines that there is reason to believe that notification of the existence of these grand jury subpoenas will seriously jeopardize the investigation, including by causing flight from prosecution, causing the destruction of or tampering with evidence, and otherwise seriously jeopardizing the investigation. *See* 18 U.S.C. § 2705(b).

The Court further determines that a non-disclosure period of one year is appropriate due to the ongoing nature of the criminal investigation.

**IT IS THEREFORE ORDERED** under 18 U.S.C. § 2705(b) that the Service Providers, and their agents and employees, <u>shall not disclose</u> in any manner, directly or indirectly, the existence or contents of the aforementioned grand jury subpoenas,

6

00019840

2026R00046

the government's application, and this Non-Disclosure Order, to the subscriber(s) or customer(s) of the account(s) identified in the subpoenas, or to any other person or entity, **until January 28, 2027,** unless such non-disclosure period is extended by a further Order of the Court, except that the Service Providers may disclose the grand jury subpoenas and the Non-Disclosure Order to the Service Providers' respective attorneys for the purpose of receiving legal advice. This Non-Disclosure Order does not prevent the Service Providers from inquiring whether the nondisclosure provisions of the Order remain in effect.

**IT IS FURTHER ORDERED** that the government's application and this Order are sealed until further order of the Court. The United States may serve this Non-Disclosure Order on the Service Providers.

Date: January 29, 2026                   _s/Jon T. Huseby_
                                          JON T. HUSEBY
                                          UNITED STATES MAGISTRATE JUDGE
                                          DISTRICT OF MINNESOTA

7

00019841

# Exhibit D

Subpoena# 2026R00046-0014

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

**SUBPOENA TO TESTIFY BEFORE A GRAND JURY**

To:    GoFundMe, Inc.
PO Box 1329
855 Jefferson Ave
Redwood City, CA 94063
**Email:** Legal@GoFundMe.com

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | Date and Time: |
|---|---|
| U.S. COURTHOUSE, MINNEAPOLIS 300 SOUTH FOURTH STREET MINNEAPOLIS, MN 55415 | 5/5/2026   09:00 AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

**See Attachment to the Grand Jury Subpoena**

**Compliance with this subpoena may be achieved by appearing before the Grand Jury on the date and time specified with the records; OR by providing the requested documents in ELECTRONIC FORMAT ONLY to timothy.m.gerber@hsi.dhs.gov referencing subpoena number 2026R00046-0014.**

Date:    4/9/2026

CLERK OF COURT

Kate M. Fogarty, Clerk of Court

The name, address, e-mail, and telephone number of the United States Attorney, or Assistant United States Attorney, who requests this subpoena, are;

Kristian C. Weir, AUSA
300 South Fourth Street, Suite 600
Minneapolis, MN 55415

*Should you have any questions regarding this subpoena, please see page 3 for contact information specific to your question(s).*

00011958

Subpoena# 2026R00046-0014

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury (Page 2)

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* GoFundMe, Inc.

was received by me on *(date)* ___04/09/2026___.

☒  I served the subpoena by delivering a copy to the named person as follows: ___GoFundMe, Inc.___

_____

_____ on *(date)*___04/09/2026___ ; or

☐  I returned the subpoena unexecuted because: _____

_____ .

I declare under penalty of perjury that this information is true.

Date: ___04/09/2026___

_____
*Server's Signature*

Timothy Gerber, Special Agent

_____
*Printed name and title*

DHS/HSI
1 Federal Drive, Suite 1340
Fort Snelling, MN 55111

_____
*Server's address*

Additional information regarding attempted service, etc:

00011959

## *Attachment to the Grand Jury Subpoena*

**COMPLIANCE**

The United States grand jury authorizes the custodian of the records, which are the subject of this grand jury subpoena *duces tecum*, to comply with this subpoena by providing the records as directed on this Attachment together with the completed and signed Certificate of Authenticity.

**All documents must be produced electronically.** If there is a compelling reason why the records cannot be provided electronically you must contact the requesting Agent to obtain approval.

CONFIDENTIALITY REQUEST.  The United States grand jury requests that you not provide any information about this grand jury subpoena to third parties. Third parties include the affected customers and any person named in this grand jury subpoena.  Any disclosure to third parties could impede the investigation being conducted and interfere with the enforcement of federal criminal law.

| CONTACT INFORMATION | |
|---|---|
| **Requesting AGENT** <br> (regarding documents or items) | **Financial Officer** <br> (reimbursement or invoicing) |
| Timothy  M. Gerber <br> Homeland Security Investigations <br> timothy.m.gerber@hsi.dhs.gov <br> 612-456-0800 | Daniel Schiller <br> 612-664-5661 <br> or <br> Sarah Baggott <br> 612-664-5752 |

**STEPS TO COMPLIANCE**

- ☐ Read the Description of documents and/or items to be produced found on the next page of this Attachment.

- ☐ If you have questions about the documents or items being requested, contact the Requesting Agent.

- ☐ Pursuant to the right to Financial Privacy Act, Title 12, United States Code, Section 3415, financial institutions may be reimbursed for necessary costs actually incurred for copies of subpoenaed financial records. Reimbursement may only be made in connection with financial records pertaining to accounts of individuals or partnerships of five or fewer partners.

  - • If eligible, determine if the documents or items can be produced for less than $200. If not, you must contact a Financial Officer listed above and obtain prior-approval for the additional amount.

- ☐ Produce the documents and other items in electronic format. You will not be reimbursed for items which are not produced in electronic format, or which are produced in an electronic format different from that specified in the included Guidelines For Electronic Documents, Audio, and Video, unless you have obtained prior-approval from the Requesting Agent.

- ☐ Complete and sign the Certificate of Authenticity, and include it with the produced documents and items.

- ☐ If you are eligible for reimbursement, complete and sign the form USA-211 or USA-212 included with this subpoena, and submit it to the address indicated in box 5 or e-mail to USAMN.Budget@usdoj.gov.

- ☐ Deliver the documents to the requesting AUSA named on the bottom of the first page of this subpoena, in person or to the email address timothy.m.gerber@hsi.dhs.gov

(continued on next page)

00011960

Subpoena# 2026R00046-0014

## Attachment to the Grand Jury Subpoena - Continued

Description of documents and/or items to be produced.

From date January 23, 2026 through present for any and all accounts (of any type, including but not limited to bank accounts, credit card accounts, third party payment platforms) in the name, or for the benefit of the individual or entities listed in Section A below (including but not limited to the account numbers listed in section A below), please produce any and all documents and records, including but not limited to those set forth in Section B below:

### A. Individual/Entity/Account:

GoFundMe

Accounts related to:

**Name**: William KELLY listed as organizer
**Funding link**: https://www.gofundme.com/f/help-me-to-continue-agitating-the-nazis

### B. Records To Be Produced:

1. Documents (checks, debit memos, cash in tickets, wires in, wires out, etc.) reflecting additions and/or subtractions to the account and how the account balances are being satisfied on a monthly basis;
2. Signature cards;
3. Proof of identification (copies of identification used to open the account);
4. Account opening applications;
5. Correspondence files (including correspondence with any regulatory or law enforcement authority);
6. Memoranda, notes or other records of telephone conversations (including conversations with any regulatory or law enforcement authority);
7. Internal memoranda and reports;
8. Currency transaction (IRS Forms 4789) and other required reports made to any regulatory or law enforcement authority;
9. Wire transfer records (incoming and outgoing);
10. Safe deposit records, including applications, signature cards, and sign-in records;
11. Trust accounts;
12. Monthly statements
13. Certified checks, cashiers' checks, money orders, and traveler's checks
14. Deposit transactions linked to GoFundMe account

## Subpoena response can be sent to the email below:

Special Agent Timothy Gerber
Homeland Security Investigations
1 Federal Drive, Suite 1340, Fort Snelling, MN 55111 / Cell: (612) 456-0800
**Email Address**: timothy.m.gerber@hsi.dhs.gov

00011961

Subpoena# 2026R00046-0014

## GUIDELINES FOR ELECTRONIC DOCUMENTS, AUDIO, AND VIDEO

You are providing items that will be electronically organized with other documents and files. To facilitate this process, and make the information you provide useful, it is important that the information be provided in **standard electronic format**.

### PREFERRED FORMAT FOR ELECTRONIC DOCUMENTS

- We strongly discourage you from providing the documents in proprietary formats that require the use of specialized software to decrypt, view, or export the documents into useable formats. If you must use this format see the guidelines below.

- Documents should be provided in native format (see table below.)

- If native format is not available, or is not in the table below as a preferred format, then provide documents in PDF or multi-page TIF format.

  - One PDF or TIF file per document.

  - No embedded files within PDF files.

  - Printing and editing of PDF files must not be restricted.

  - No proprietary viewers.

  - Encryption, if used, should be in WinZip, True Crypt, or PDF format.

| Type of Document | Preferred Format | Acceptable Format |
|---|---|---|
| Word Processor | DOC, DOCX, WPD, TXT | TXT, RTF, PDF, Multipage TIF |
| Spreadsheet | XLS, XLSX, CSV | |
| Email | PST, EML, MSG | |
| Database | PDF, TIF, JPG | |
| Pictures | JPG, PNG, TIFF, PDF | |

### PREFERRED FORMAT FOR AUDIO AND VIDEO FILES

- Do not provide audio or video in proprietary format that requires the use of specialized software to view or export the audio or video into useable formats.

| Type of Document | Preferred Format | Acceptable Format |
|---|---|---|
| Audio | WAV, MP3 | CDA(CD Audio Format) |
| Video | AVI, WMV, MPG | DVD Movie Format (AUDIO_TS and/or VIDEO_TS folders) |

### PROPRIETARY SOFTWARE FOR VIEWING DOCUMENTS, AUDIO, OR VIDEO FILES (if you must)

- **Do not** provide any items in any proprietary format that requires **the installation of software** on our computers.

- Standalone viewers that can run **without being installed** are acceptable **only if they provide an easy method for exporting the items into the standard electronic formats** indicated above. We prefer not to use the viewers as it takes substantially more time  to review these documents.

### IF YOU CANNOT MEET THESE REQUIREMENTS, OR YOU HAVE QUESTIONS

Please contact the Requesting AUSA if you have questions or if there is a compelling reason why the electronic records cannot be provided in one of these formats.

00011962

Subpoena# 2026R00046-0014

# **Certificate of Authenticity**

Pursuant to Federal Rules of Evidence 803(6) and 902(11) regarding certified domestic records of regularly conducted activity, I hereby certify:

1.  I am employed by _____("the Business") and am a person designated by the Business as a custodian of records with the authority to make this certificate.

2.  I hereby certify that each memorandum, report, record, video and/or data compilation (collectively "document") herewith is a record made and retained by the Business.

3.  I further certify that the information in each attached document was made at or near the time of the occurrence of the matters set forth, by or from information transmitted by, a person with knowledge of those matters.

4.  I further certify that each attached document was kept in the course of the regularly conducted activity of the Business.

5.  I further certify that it is the regular practice of the Business to make and retain each attached document.

6.  Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Date: _____

_____
Signature

_____
Name of Records Custodian

00011963

# Exhibit E

Subpoena# 2026R00046-0015

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

**SUBPOENA TO TESTIFY BEFORE A GRAND JURY**

To:    GoFundMe, Inc.
        PO Box 1329
        855 Jefferson Ave
        Redwood City, CA 94063
        **Email:** Legal@GoFundMe.com

      **YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | Date and Time: |
|---|---|
| U.S. COURTHOUSE, MINNEAPOLIS<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS, MN 55415 | 5/5/2026   09:00 AM |

      You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

      **See Attachment to the Grand Jury Subpoena**

      **Compliance with this subpoena may be achieved by appearing before the Grand Jury on the date and time specified with the records; OR by providing the requested documents in ELECTRONIC FORMAT ONLY to timothy.m.gerber@hsi.dhs.gov referencing subpoena number 2026R00046-0015.**

Date:    4/9/2026

*CLERK OF COURT*

Kate M. Fogarty, Clerk of Court

The name, address, e-mail, and telephone number of the United States Attorney, or Assistant United States Attorney, who requests this subpoena, are;

        Kristian C. Weir, AUSA
        300 South Fourth Street, Suite 600
        Minneapolis, MN 55415

*Should you have any questions regarding this subpoena, please see page 3*
*for contact information specific to your question(s).*

00011964

Subpoena# 2026R00046-0015

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury (Page 2)

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* ___GoFundMe, Inc._____

was received by me on *(date)* __04/09/2026_____ .

☒  I served the subpoena by delivering a copy to the named person as follows: _____GoFundMe, Inc._____

_____

_____ on *(date)*_____04/09/2026_____ ; or

☐  I returned the subpoena unexecuted because: _____

_____ .

I declare under penalty of perjury that this information is true.

Date: __04/09/2026_____

_____
*Server's Signature*

Timothy Gerber, Special Agent
_____
*Printed name and title*

DHS/HSI
1 Federal Drive, Suite 1340,
Fort Snelling, MN 55111
_____
*Server's address*

Additional information regarding attempted service, etc:

00011965

## *Attachment to the Grand Jury Subpoena*

**COMPLIANCE**

The United States grand jury authorizes the custodian of the records, which are the subject of this grand jury subpoena *duces tecum*, to comply with this subpoena by providing the records as directed on this Attachment together with the completed and signed Certificate of Authenticity.

**All documents must be produced electronically.** If there is a compelling reason why the records cannot be provided electronically you must contact the requesting Agent to obtain approval.

CONFIDENTIALITY REQUEST.  The United States grand jury requests that you not provide any information about this grand jury subpoena to third parties. Third parties include the affected customers and any person named in this grand jury subpoena.  Any disclosure to third parties could impede the investigation being conducted and interfere with the enforcement of federal criminal law.

| CONTACT INFORMATION | |
|---|---|
| **Requesting AGENT** (regarding documents or items) | **Financial Officer** (reimbursement or invoicing) |
| Timothy  M. Gerber Homeland Security Investigations timothy.m.gerber@hsi.dhs.gov 612-456-0800 | Daniel Schiller 612-664-5661 or Sarah Baggott 612-664-5752 |

**STEPS TO COMPLIANCE**

☐ Read the Description of documents and/or items to be produced found on the next page of this Attachment.

☐ If you have questions about the documents or items being requested, contact the Requesting Agent.

☐ Pursuant to the right to Financial Privacy Act, Title 12, United States Code, Section 3415, financial institutions may be reimbursed for necessary costs actually incurred for copies of subpoenaed financial records. Reimbursement may only be made in connection with financial records pertaining to accounts of individuals or partnerships of five or fewer partners.

- If eligible, determine if the documents or items can be produced for less than $200. If not, you must contact a Financial Officer listed above and obtain prior-approval for the additional amount.

☐ Produce the documents and other items in electronic format. You will not be reimbursed for items which are not produced in electronic format, or which are produced in an electronic format different from that specified in the included Guidelines For Electronic Documents, Audio, and Video, unless you have obtained prior-approval from the Requesting Agent.

☐ Complete and sign the Certificate of Authenticity, and include it with the produced documents and items.

☐ If you are eligible for reimbursement, complete and sign the form USA-211 or USA-212 included with this subpoena, and submit it to the address indicated in box 5 or e-mail to USAMN.Budget@usdoj.gov.

☐ Deliver the documents to the requesting AUSA named on the bottom of the first page of this subpoena, in person or to the email address timothy.m.gerber@hsi.dhs.gov

(continued on next page)

00011966

## *Attachment to the Grand Jury Subpoena - Continued*

Description of documents and/or items to be produced.

From date January 31, 2026 through present for any and all accounts (of any type, including but not limited to bank accounts, credit card accounts, third party payment platforms) in the name, or for the benefit of the individual or entities listed in Section A below (including but not limited to the account numbers listed in section A below), please produce any and all documents and records, including but not limited to those set forth in Section B below:

## A. Individual/Entity/Account:

GoFundMe

Accounts related to:

**Name**: Mary McCullum listed as organizer / Jerome RICHARDSON fund beneficiary
**Funding link**: https://www.gofundme.com/f/support-jerome-richardsons-legal-defense

## B. Records To Be Produced:

1. Documents (checks, debit memos, cash in tickets, wires in, wires out, etc.) reflecting additions and/or subtractions to the account and how the account balances are being satisfied on a monthly basis;
2. Signature cards;
3. Proof of identification (copies of identification used to open the account);
4. Account opening applications;
5. Correspondence files (including correspondence with any regulatory or law enforcement authority);
6. Memoranda, notes or other records of telephone conversations (including conversations with any regulatory or law enforcement authority);
7. Internal memoranda and reports;
8. Currency transaction (IRS Forms 4789) and other required reports made to any regulatory or law enforcement authority;
9. Wire transfer records (incoming and outgoing);
10. Safe deposit records, including applications, signature cards, and sign-in records;
11. Trust accounts;
12. Monthly statements
13. Certified checks, cashiers' checks, money orders, and traveler's checks
14. Deposit transactions linked to GoFundMe account

## Subpoena response can be sent to the email below:

Special Agent Timothy Gerber
Homeland Security Investigations
1 Federal Drive, Suite 1340, Fort Snelling, MN 55111 / Cell: (612) 456-0800
**Email Address**: timothy.m.gerber@hsi.dhs.gov

00011967

Subpoena# 2026R00046-0015

## GUIDELINES FOR ELECTRONIC DOCUMENTS, AUDIO, AND VIDEO

You are providing items that will be electronically organized with other documents and files. To facilitate this process, and make the information you provide useful, it is important that the information be provided in **standard electronic format**.

### PREFERRED FORMAT FOR ELECTRONIC DOCUMENTS

- We strongly discourage you from providing the documents in proprietary formats that require the use of specialized software to decrypt, view, or export the documents into useable formats. If you must use this format see the guidelines below.

- Documents should be provided in native format (see table below.)

- If native format is not available, or is not in the table below as a preferred format, then provide documents in PDF or multi-page TIF format.

  - One PDF or TIF file per document.

  - No embedded files within PDF files.

  - Printing and editing of PDF files must not be restricted.

  - No proprietary viewers.

  - Encryption, if used, should be in WinZip, True Crypt, or PDF format.

| Type of Document | Preferred Format | Acceptable Format |
|---|---|---|
| Word Processor | DOC, DOCX, WPD, TXT | TXT, RTF, PDF, Multipage TIF |
| Spreadsheet | XLS, XLSX, CSV | |
| Email | PST, EML, MSG | |
| Database | PDF, TIF, JPG | |
| Pictures | JPG, PNG, TIFF, PDF | |

### PREFERRED FORMAT FOR AUDIO AND VIDEO FILES

- Do not provide audio or video in proprietary format that requires the use of specialized software to view or export the audio or video into useable formats.

| Type of Document | Preferred Format | Acceptable Format |
|---|---|---|
| Audio | WAV, MP3 | CDA(CD Audio Format) |
| Video | AVI, WMV, MPG | DVD Movie Format (AUDIO_TS and/or VIDEO_TS folders) |

### PROPRIETARY SOFTWARE FOR VIEWING DOCUMENTS, AUDIO, OR VIDEO FILES (if you must)

- **Do not** provide any items in any proprietary format that requires **the installation of software** on our computers.

- Standalone viewers that can run **without being installed** are acceptable **only if they provide an easy method for exporting the items into the standard electronic formats** indicated above. We prefer not to use the viewers as it takes substantially more time  to review these documents.

### IF YOU CANNOT MEET THESE REQUIREMENTS, OR YOU HAVE QUESTIONS

Please contact the Requesting AUSA if you have questions or if there is a compelling reason why the electronic records cannot be provided in one of these formats.

00011968

Subpoena# 2026R00046-0015

# **<u>Certificate of Authenticity</u>**

Pursuant to Federal Rules of Evidence 803(6) and 902(11) regarding certified domestic records of regularly conducted activity, I hereby certify:

1.  I am employed by _____("the Business") and am a person designated by the Business as a custodian of records with the authority to make this certificate.

2.  I hereby certify that each memorandum, report, record, video and/or data compilation (collectively "document") herewith is a record made and retained by the Business.

3.  I further certify that the information in each attached document was made at or near the time of the occurrence of the matters set forth, by or from information transmitted by, a person with knowledge of those matters.

4.  I further certify that each attached document was kept in the course of the regularly conducted activity of the Business.

5.  I further certify that it is the regular practice of the Business to make and retain each attached document.

6.  Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Date: _____

_____
Signature

_____
Name of Records Custodian

00011969

# Exhibit F

Subpoena# 2026R00046-0013

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

**SUBPOENA TO TESTIFY BEFORE A GRAND JURY**

To:   GoFundMe, Inc.
      PO Box 1329
      855 Jefferson Ave
      Redwood City, CA 94063
      **Email:** Legal@GoFundMe.com

   **YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | Date and Time: |
|---|---|
| U.S. COURTHOUSE, MINNEAPOLIS<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS, MN 55415 | 5/5/2026   09:00 AM |

   You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

   **See Attachment to the Grand Jury Subpoena**

   **Compliance with this subpoena may be achieved by appearing before the Grand Jury on the date and time specified with the records; OR by providing the requested documents in ELECTRONIC FORMAT ONLY to timothy.m.gerber@hsi.dhs.gov referencing subpoena number 2026R00046-0013.**

Date:   4/9/2026

CLERK OF COURT

Kate M. Fogarty, Clerk of Court

The name, address, e-mail, and telephone number of the United States Attorney, or Assistant United States Attorney, who requests this subpoena, are;

      Kristian C. Weir, AUSA
      300 South Fourth Street, Suite 600
      Minneapolis, MN 55415

*Should you have any questions regarding this subpoena, please see page 3
for contact information specific to your question(s).*

00011952

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury (Page 2)

**PROOF OF SERVICE**

This subpoena for *(name of individual or organization)*_____GoFundMe, Inc._____

was received by me on *(date)*____04/09/2026_____.

☒  I served the subpoena by delivering a copy to the named person as follows: ____GoFundMe, Inc._____

_____

_____on *(date)*____04/09/2026_____ ; or

☐  I returned the subpoena unexecuted because: _____

_____ .

I declare under penalty of perjury that this information is true.

Date:_____04/09/2026_____

_____
*Server's Signature*

Timothy Gerber, Special Agent
_____
*Printed name and title*

DHS/HSI
1 Federal Drive, Suite 1340
Fort Snelling, MN 55111
_____
*Server's address*

Additional information regarding attempted service, etc:

00011953

Subpoena# 2026R00046-0013

## *Attachment to the Grand Jury Subpoena*

**COMPLIANCE**

The United States grand jury authorizes the custodian of the records, which are the subject of this grand jury subpoena *duces tecum*, to comply with this subpoena by providing the records as directed on this Attachment together with the completed and signed Certificate of Authenticity.

**All documents must be produced electronically.** If there is a compelling reason why the records cannot be provided electronically you must contact the requesting Agent to obtain approval.

CONFIDENTIALITY REQUEST.  The United States grand jury requests that you not provide any information about this grand jury subpoena to third parties. Third parties include the affected customers and any person named in this grand jury subpoena.  Any disclosure to third parties could impede the investigation being conducted and interfere with the enforcement of federal criminal law.

| CONTACT INFORMATION | |
| --- | --- |
| **Requesting AGENT** (regarding documents or items) | **Financial Officer** (reimbursement or invoicing) |
| Timothy  M. Gerber Homeland Security Investigations timothy.m.gerber@hsi.dhs.gov 612-456-0800 | Daniel Schiller 612-664-5661 or Sarah Baggott 612-664-5752 |

**STEPS TO COMPLIANCE**

- ☐ Read the Description of documents and/or items to be produced found on the next page of this Attachment.
- ☐ If you have questions about the documents or items being requested, contact the Requesting Agent.
- ☐ Pursuant to the right to Financial Privacy Act, Title 12, United States Code, Section 3415, financial institutions may be reimbursed for necessary costs actually incurred for copies of subpoenaed financial records. Reimbursement may only be made in connection with financial records pertaining to accounts of individuals or partnerships of five or fewer partners.
  - If eligible, determine if the documents or items can be produced for less than $200. If not, you must contact a Financial Officer listed above and obtain prior-approval for the additional amount.
- ☐ Produce the documents and other items in electronic format. You will not be reimbursed for items which are not produced in electronic format, or which are produced in an electronic format different from that specified in the included Guidelines For Electronic Documents, Audio, and Video, unless you have obtained prior-approval from the Requesting Agent.
- ☐ Complete and sign the Certificate of Authenticity, and include it with the produced documents and items.
- ☐ If you are eligible for reimbursement, complete and sign the form USA-211 or USA-212 included with this subpoena, and submit it to the address indicated in box 5 or e-mail to USAMN.Budget@usdoj.gov.
- ☐ Deliver the documents to the requesting AUSA named on the bottom of the first page of this subpoena, in person or to the email address timothy.m.gerber@hsi.dhs.gov

(continued on next page)

00011954

Subpoena# 2026R00046-0013

## *Attachment to the Grand Jury Subpoena - Continued*

Description of documents and/or items to be produced.

From date January 28, 2026 through present for any and all accounts (of any type, including but not limited to bank accounts, credit card accounts, third party payment platforms) in the name, or for the benefit of the individual or entities listed in Section A below (including but not limited to the account numbers listed in section A below), please produce any and all documents and records, including but not limited to those set forth in Section B below:

## A. Individual/Entity/Account:

GoFundMe

Accounts related to:

**Name**: Meg M and Shayla Johnson listed as organizers / Satara STRONG-ALLEN beneficiary
**Funding link**: https://www.gofundme.com/f/help-chauntyll-and-satara-recover-and-stay-safe

## B. Records To Be Produced:

1. Documents (checks, debit memos, cash in tickets, wires in, wires out, etc.) reflecting additions and/or subtractions to the account and how the account balances are being satisfied on a monthly basis;
2. Signature cards;
3. Proof of identification (copies of identification used to open the account);
4. Account opening applications;
5. Correspondence files (including correspondence with any regulatory or law enforcement authority);
6. Memoranda, notes or other records of telephone conversations (including conversations with any regulatory or law enforcement authority);
7. Internal memoranda and reports;
8. Currency transaction (IRS Forms 4789) and other required reports made to any regulatory or law enforcement authority;
9. Wire transfer records (incoming and outgoing);
10. Safe deposit records, including applications, signature cards, and sign-in records;
11. Trust accounts;
12. Monthly statements
13. Certified checks, cashiers' checks, money orders, and traveler's checks
14. Deposit transactions linked to GoFundMe account

## Subpoena response can be sent to the email below:

Special Agent Timothy Gerber
Homeland Security Investigations
1 Federal Drive, Suite 1340, Fort Snelling, MN 55111 / Cell: (612) 456-0800
**Email Address**: timothy.m.gerber@hsi.dhs.gov

00011955

Subpoena# 2026R00046-0013

## GUIDELINES FOR ELECTRONIC DOCUMENTS, AUDIO, AND VIDEO

You are providing items that will be electronically organized with other documents and files. To facilitate this process, and make the information you provide useful, it is important that the information be provided in **standard electronic format**.

### PREFERRED FORMAT FOR ELECTRONIC DOCUMENTS

- We strongly discourage you from providing the documents in proprietary formats that require the use of specialized software to decrypt, view, or export the documents into useable formats. If you must use this format see the guidelines below.

- Documents should be provided in native format (see table below.)

- If native format is not available, or is not in the table below as a preferred format, then provide documents in PDF or multi-page TIF format.

  - One PDF or TIF file per document.

  - No embedded files within PDF files.

  - Printing and editing of PDF files must not be restricted.

  - No proprietary viewers.

  - Encryption, if used, should be in WinZip, True Crypt, or PDF format.

| Type of Document | Preferred Format | Acceptable Format |
|---|---|---|
| Word Processor | DOC, DOCX, WPD, TXT | TXT, RTF, PDF, Multipage TIF |
| Spreadsheet | XLS, XLSX, CSV | |
| Email | PST, EML, MSG | |
| Database | PDF, TIF, JPG | |
| Pictures | JPG, PNG, TIFF, PDF | |

### PREFERRED FORMAT FOR AUDIO AND VIDEO FILES

- Do not provide audio or video in proprietary format that requires the use of specialized software to view or export the audio or video into useable formats.

| Type of Document | Preferred Format | Acceptable Format |
|---|---|---|
| Audio | WAV, MP3 | CDA(CD Audio Format) |
| Video | AVI, WMV, MPG | DVD Movie Format (AUDIO_TS and/or VIDEO_TS folders) |

### PROPRIETARY SOFTWARE FOR VIEWING DOCUMENTS, AUDIO, OR VIDEO FILES (if you must)

- **Do not** provide any items in any proprietary format that requires **the installation of software** on our computers.

- Standalone viewers that can run **without being installed** are acceptable **only if they provide an easy method for exporting the items into the standard electronic formats** indicated above. We prefer not to use the viewers as it takes substantially more time to review these documents.

### IF YOU CANNOT MEET THESE REQUIREMENTS, OR YOU HAVE QUESTIONS

Please contact the Requesting AUSA if you have questions or if there is a compelling reason why the electronic records cannot be provided in one of these formats.

00011956

Subpoena# 2026R00046-0013

# **<u>Certificate of Authenticity</u>**

Pursuant to Federal Rules of Evidence 803(6) and 902(11) regarding certified domestic records of regularly conducted activity, I hereby certify:

1.  I am employed by _____("the Business") and am a person designated by the Business as a custodian of records with the authority to make this certificate.

2.  I hereby certify that each memorandum, report, record, video and/or data compilation (collectively "document") herewith is a record made and retained by the Business.

3.  I further certify that the information in each attached document was made at or near the time of the occurrence of the matters set forth, by or from information transmitted by, a person with knowledge of those matters.

4.  I further certify that each attached document was kept in the course of the regularly conducted activity of the Business.

5.  I further certify that it is the regular practice of the Business to make and retain each attached document.

6.  Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Date: _____

_____
Signature

_____
Name of Records Custodian

00011957

# Exhibit G

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



06/02/2026 16:06 EDT                                                                 Page 1 of 4

**CASE NUMBER**
MS05F226MS0003

**CASE OPENED**
1/19/2026

**CURRENT CASE TITLE**
Invasion of Cities Church

**REPORT TITLE**
Withdrawal of Grand Jury Subpoenas
to GoFundMe, Inc, Meta Platforms,
Inc, and Google, LLC

**REPORTED BY**
Timothy Gerber
SPECIAL AGENT

**APPROVED BY**
Jeffrey Anderson
SPECIAL AGENT

**DATE APPROVED**
6/1/2026

## SYNOPSIS

On January 18, 2026, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) Deputy Field Office Director (DFOD) David Easterwood was notified by his family that the church service they were currently attending had been overtaken by anti-ICE agitators.

DFOD David Easterwood serves as a pastor/elder (Leadership | Cities Church) at the church and he has been previously associated with the church through various social media posts /doxxings. The mob activity was livestreamed via Facebook and the protesters named David Easterwood by name. This organized group planned on being agitators at this church service due to DFOD Easterwood's employment with ICE.

This Report of Investigation (ROI) will document the withdrawal of Grand Jury Subpoenas to GoFundMe, Inc, Meta Platforms, Inc, and Google, LLC.

| Current Case Title | ROI Number | Date Approved |
| --- | --- | --- |
| Invasion of Cities Church | MS05F226MS0003-564 | 6/1/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00012656

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



---

06/02/2026 16:06 EDT                                                    Page 2 of 4

## DETAILS OF INVESTIGATION

On April 9th, 15th, and 16th, 2026, Homeland Security Investigations (HSI) Special Agents (SAs) Timothy Gerber, Benjamin Williams, Peter Mullen, and Erin Henry served Grand Jury Subpoenas on GoFundMe, Inc, Meta Platforms, Inc, and Google, LLC.

On May 28th, 2026, U.S. Department of Justice, Civil Rights Division Senior Trial Attorney Neville Hedley contacted HSI SA Gerber and advised to withdraw the outstanding Grand Jury subpoenas served on GoFundMe, Inc, Meta Platforms, Inc, and Google, LLC.

On May 29th, 2026, HSI SA Gerber contacted the USAO MN to formally withdraw the following Grand Jury Subpoenas:

| Subpoena #: | Entity: | Served Date: |
|---|---|---|
| 2026R00046-0010 | Google LLC (YouTube) | 4/9/2026 |
| 2026R00046-0012 | GoFundMe, Inc. | 4/9/2026 |
| 2026R00046-0013 | GoFundMe, Inc. | 4/9/2026 |
| 2026R00046-0014 | GoFundMe, Inc. | 4/9/2026 |
| 2026R00046-0015 | GoFundMe, Inc. | 4/9/2026 |
| 2026R00046-0017 | Meta Platforms, Inc. (Facebook) | 4/15/2026 |
| 2026R00046-0018 | Meta Platforms, Inc. (Facebook) | 4/15/2026 |
| 2026R00046-0019 | Google LLC (YouTube) | 4/16/2026 |

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-564 | 6/1/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00012657



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



06/02/2026 16:06 EDT                                                                 Page 3 of 4

| | | |
|---|---|---|
| 2026R00046-0021 | Google LLC (YouTube) | 4/15/2026 |
| 2026R00046-0022 | Google LLC (YouTube) | 4/15/2026 |
| 2026R00046-0023 | Google LLC (YouTube) | 4/15/2026 |
| 2026R00046-0024 | Google LLC (YouTube) | 4/15/2026 |
| 2026R00046-0025 | Meta Platforms, Inc. (Facebook) | 4/15/2026 |
| 2026R00046-0026 | Meta Platforms, Inc. (Instagram) | 4/16/2026 |
| 2026R00046-0027 | Meta Platforms, Inc. (Instagram) | 4/15/2026 |
| 2026R00046-0028 | Meta Platforms, Inc. (Instagram) | 4/15/2026 |
| 2026R00046-0029 | Meta Platforms, Inc. (Facebook) | 4/15/2026 |
| 2026R00046-0030 | Meta Platforms, Inc. (Facebook) | 4/15/2026 |
| 2026R00046-0031 | Meta Platforms, Inc. (Facebook) | 4/15/2026 |
| 2026R00046-0032 | | 4/16/2026 |

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-564 | 6/1/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00012658



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



06/02/2026 16:06 EDT

Page 4 of 4

| | Meta Platforms, Inc. (Facebook) | |
|---|---|---|
| 2026R00046-0033 | Meta Platforms, Inc. (Instagram) | 4/15/2026 |
| 2026R00046-0035 | Meta Platforms, Inc. (Facebook) | 4/15/2026 |
| 2026R00046-0036 | Google, LLC | 4/15/2026 |
| 2026R00046-0037 | Google, LLC | 4/15/2026 |

INVESTIGATION CONTINUES

| **Current Case Title** | **ROI Number** | **Date Approved** |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-564 | 6/1/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00012659

# Exhibit H



**JOHN MARTI**
**Of Counsel**
**(612) 492-6775**
**FAX (612) 340-2868**
**marti.john@dorsey.com**

April 29, 2026

**VIA ELECTRONIC MAIL**
Mr. Robert Keenan
Mr. Orlando Sonza

United States Department of Justice
Civil Rights Division
950 Pennsylvania Ave., NW
Washington, D.C. 20530

> Re:    United States v. Thomas Matthew Tier (36)
> Case No. 0:26-cr-00025-LMP-DLM

Mr. Keenan and Mr. Sonza:

I write on behalf of Mr. Tier to request additional disclosure of exculpatory and impeachment information and materials from all members of the prosecution team and prosecution witnesses relevant to pretrial proceedings or trial.

Federal law, the Court's standing order on discovery, and Rule 3.8 of the Minnesota Rules of Professional Conduct mandate that your office make timely disclosure to the defense of all *Brady* and *Giglio* evidence or information known to the prosecution team. *See* The United States Dep't of Justice, Justice Manual, 9-5.001 available at https://www.justice.gov/jm/jm-9-5000-issues-related-trials-and-other-court-proceedings (last accessed Apr. 3, 2026); Minn. R. Pro. Conduct 3.8 (Special Responsibilities of a Prosecutor).[1]

Mr. Tier may bring motions challenging the government's evidence. You must make disclosure prior to pretrial hearings when that evidence is material to the issues being litigated in those motions and considered at pretrial hearings. Please respond to this specific request by April 29, 2026 certifying that you have conducted a search and that you are either producing the evidence, stating that you do not believe the evidence exists, or stating that the defendants are not legally entitled to the evidence and the reason for that conclusion.

Identify each Immigration and Customs Enforcement agent who, currently or previously, participated in the investigation, arrest, and prosecution of Mr. Tier and his co-defendants, and who was hired after the $75B disbursement to the agency from Congress, as described in The Guardian article "ICE's hiring spree led to influx of recruits with questionable qualifications, investigation shows." *ICE's hiring spree led to influx of recruits with questionable qualifications,*

---

[1] Under federal law, you are bound by state bar ethical requirements. 28 U.S.C. § 530B.



April 29, 2026
Page 2

*investigation shows*, THE GUARDIAN (April 17, 2026), https://www.theguardian.com/us-news/2026/apr/17/ice-immigration-agents-backgroundsGuardian.

This request supplements, and does not replace, the specific discovery request made on behalf of Mr. Tier on April 14, 2026. Please respond to this supplemental request no later than close of business May 8, 2026.

With regards,

DORSEY & WHITNEY LLP

 s/ John Marti

John Marti

Cc:    Ashley C. Repp, Esq.
       Meredith LaVine, Esq.

# Exhibit I



**U.S. Department of Justice**

*Civil Rights Division, Criminal Section*

May 7, 2026

*Via E-Mail*

John Marti
Dorsey & Whitney LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402-1498
E-Mail: marti.john@dorsey.com

> Re:  *United States v. Armstrong, et al.,*
>      Case No. 26-cr-00025-LMP-DLM

Mr. Marti:

In its April 24, 2026 letter to all counsel regarding its production of discovery materials, the Government noted that it cannot reasonably respond to every defense attorney's separate requests for discovery. Nonetheless, this letter is in response to your letter dated April 29, 2026, in which you request identification of all Immigration and Customs Enforcement agents who participated in any way with the investigation, arrest, or prosecution or your client of the defendants in this case, and who were hired following a $75 billion Congressional appropriation for the hiring of additional ICE agents. In support of that request, your letter cites an article from the *Guardian* concerning the qualifications of recent ICE hires.

The Government is aware of, and will comply with, its discovery obligations under *Brady* and *Giglio* in accordance with applicable law. As you know, however, your request for the identification of every ICE agent who participated in the investigation is overbroad and exceeds the scope of required discovery. The nature of this case — involving, as you know, an effort to threaten, intimidate, and otherwise "doxx" an ICE agent and anyone who might dare to associate with him — also provides a separate basis to deny your request. We made that point in a filing about the protective order. Even outside of a church, such conduct violates federal law. *See, e.g.,* 18 U.S.C. § 372 (prohibiting intimidation of federal officers) and § 1512 (prohibiting witness intimidation). The Government's safety concerns are thus well-founded, factually and legally.

The Government has not yet identified which persons it might elect to call at any trial or motion hearing, but we expect most of the witnesses in this case to be the victims who were present at the church on January 18, 2026, along with a smattering of law enforcement witnesses. In accordance with Department policy, the Government will seek out and disclose any *Giglio* information for all such witnesses, including federal agents and local law enforcement officers.

That will include *Henthorn* checks (as they are known in the Ninth Circuit) for any impeachment material that may be in the personnel records of federal agents. If any *Giglio* material is found, we will produce such information in discovery as required by law and subject to any further protective orders that we may request from the Court to protect against public dissemination of such information.

The physical production of entire personnel records is, of course, another matter. The Eighth Circuit has held that "[m]ere speculation that a government file may contain *Brady* material is not sufficient" for an *in camera* review, much less production in discovery. *United States v. Pau*, 953 F.2d 363, 366-67 (8th Cir. 1992) (citations omitted). Thus, the courts routinely decline to require the disclosure of law enforcement personnel files "when the defendant's assertion that such files contain material evidence is merely speculative." *See, e.g., United States v. Red Bird*, 2020 WL 6129634 at *4 (D.S.D. Oct. 19, 2020).

If you have any questions about these or other issues, please do not hesitate to contact us.

Sincerely,

NEVILLE S. HEDLEY
Senior Trial Attorney
Civil Rights Division

2

# Exhibit J



**JOHN MARTI**
**Of Counsel**
**(612) 492-6775**
**FAX (612) 340-2868**
**marti.john@dorsey.com**

May 8, 2026

**<u>VIA ELECTRONIC MAIL</u>**

Robert Keenan
Neville Hedley
United States Department of Justice
Civil Rights Division
950 Pennsylvania Ave., NW
Washington, D.C. 20530

   Re:  United States v. Thomas Matthew Tier (36)
       Case No. 0:26-cr-00025-LMP-DLM

Dear Mr. Keenan and Mr. Hedley:

   I write in response to the letter from Neville Hedley dated May 7, 2026. This letter takes legally unsupported positions and mischaracterizes my prior correspondence.

   Mr. Hedley asserts the government "cannot reasonably respond to every defense attorney's separate request for discovery," strongly intimating that you intend to respond only to select counsel while completely ignoring other defense requests. This position is legally untenable.

   When a defense counsel makes a specific discovery request for material evidence, your constitutional obligations are clear. As the Supreme Court of the United States held in *United States v. Agurs*, 427 U.S. 97, 106 (1976), you must "respond either by furnishing the information or by submitting the problem to the trial judge. When the prosecutor receives a specific and relevant request, the failure to make any response is seldom, if ever, excusable."

   There is no authority--and you have cited none--that permits the government to compel defense counsel to coordinate discovery efforts. Forcing such coordination effectively requires individual defense counsel to represent and prioritize the competing interests of other co-defendants. Requiring this collaboration would directly infringe upon my client's Fifth Amendment right to due process and Sixth Amendment right to the effective assistance of counsel, as well as the individual constitutional rights of the other remaining defendants you chose to join in this indictment. If you are aware of any binding law to the contrary, please provide it immediately for my consideration.

   If the administrative burden of responding to thirty-eight individual defendants is overwhelming, the solution lies with the government, not the defense. You may either assign sufficient staffing to meet your constitutional and statutory obligations or dismiss defendants to reduce the burden you created by seeking this expansive, multi-defendant indictment.



May 8, 2026
Page 2


Furthermore, I must correct a factual mistake in Mr. Hedley's correspondence. Contrary to his claim, I have not requested the identity of every ICE agent involved in this matter. I narrowly tailored my request to specifically identify those agents involved in the investigation who were hired *after* the $75B Congressional disbursement. If the government intends to offer evidence or testimony involving such agents, they must be identified.

Finally, your concerns regarding "doxxing" are moot; the Court has already entered a protective order specifically to safeguard agent identities. I look forward to the prompt production of these materials.

Sincerely,

DORSEY & WHITNEY LLP

John Marti
Of Counsel


JM:ae

# Exhibit K



JOHN MARTI
Of Counsel
(612) 492-6775
FAX (612) 340-2868
marti.john@dorsey.com

July 8, 2026

**VIA ELECTRONIC MAIL**

Robert Keenan
Neville Hedley
United States Department of Justice
Civil Rights Division
950 Pennsylvania Ave. NW
Washington, D.C. 20530

  Re:  Discovery Request Concerning Government's Investigation into Defense Funding and the Government's Use of 19 U.S.C. § 1509 Summons Authority

Mr. Keenan and Mr. Hedley:

  We write on behalf of Thomas Tier to request immediate production of discovery materials concerning the government's investigation, monitoring, and/or inquiry into the defendants' legal fees, fee arrangements, and the sources of funding for their legal defense. We also request immediate production of discovery materials concerning the government's use of 19 U.S.C. § 1509 summons authority. Our investigation has revealed serious concerns regarding the lawfulness of the government's intrusion into the attorney client relationship and the invocation of § 1509 summons power, including: (1) use of § 1509 summons after indictment; (2) requests for information beyond the scope authorized § 1509; and (3) failure to comply with mandatory notice and procedural requirements under 19 C.F.R. Part 163.

I. GOVERNMENT UNLAWFUL INVESTIGATION OF DEFENSE FUNDING

  The Sixth Amendment guarantees defendants the right to counsel of choice and effective assistance of counsel. Any government investigation into defense counsel's fees, fee arrangements, or funding sources directly implicates these constitutional protections and may constitute interference with the attorney-client relationship. The defense is entitled to discovery of all such investigative activity to assess whether the government has sought to undermine a defendant's representation, to chill communications with counsel, or to obtain privileged information through indirect means. We are aware that the government caused the grand jury to issue subpoenas for information related to defense fund raising. While a report indicates that the subpoenas were withdrawn, there is no representation regarding any other investigative steps taken.

  We request immediate production of the following materials:



Robert Keenan
Neville Hedley
July 8, 2026
Page 2

a. All documents, communications, and records relating to any investigation, monitoring, inquiry, or surveillance of any defendant's legal fees, fee arrangements, payment sources, or funding for legal representation,

b. All documents relating to any attempt to identify individuals or entities who have provided financial support for a defendant's legal defense, including:

c. All investigative activity relating to targeting potential donors, supporters, or contributors to a legal defense fund;

d. All communications with third parties relating to financial support for legal representation;

e. All documents obtained through summons, subpoena, or court order seeking information about contributors to legal defense.

f. All legal memoranda, opinions, or analyses relating to the government's authority to investigate defense counsel's fees or funding sources in this case, including:

g. Any determination that such investigation was authorized or appropriate;

h. Any consideration of privilege implications or Sixth Amendment constraints;

i. Any communications with Department of Justice or DHS headquarters concerning such investigation.

j. All documents relating to any consideration, analysis, or decision regarding whether to seek forfeiture of assets used to pay legal fees or whether to notify a defendant or defense counsel of any such potential forfeiture action.

II.    GOVERNMENT UNLAWFUL USE OF 19 U.S.C. § 1509 AUTHORITY

§ 1509 authorizes summons only "for the purpose of ascertaining the correctness of any entry, for determining the liability of any person for duty, fees and taxes due or duties, fees and taxes which may be due the United States, for determining liability for fines and penalties, or for insuring compliance with the laws of the United States administered by the United States Customs Service." 19 U.S.C. § 1509. The statute enumerates specific categories of persons who may be summoned, including those who imported or knowingly caused merchandise to be imported into the customs territory, exported merchandise to certain countries, transported or stored bonded merchandise, or filed customs declarations, entries, or drawback claims.

This case involves alleged conduct related to civil rights offenses. The charges in the Indictment do not implicate customs entries, importation of merchandise, duties, fees, taxes



Robert Keenan
Neville Hedley
July 8, 2026
Page 3

administered by the Department of Homeland Security (DHS)[1], or any of the enumerated activities for which § 1509 summons authority exists. Therefore, the government's use of § 1509 summons authority to investigate conduct unrelated to customs administration grossly exceeds the statutory grant of authority.

Even when § 1509 summons authority is properly invoked, implementing regulations impose mandatory procedural requirements. The regulations require that any summons describe the records "with reasonable specificity," state the name and contact information of the issuing officer, and comply with service requirements. 19 C.F.R. § 163.7 Summons. When a summons is issued to examine records in which a person other than the summoned party has a proprietary interest, notice must be provided to that person, and that person has the right to stay compliance with the summons. 19 C.F.R. § 163.8 Third-party recordkeeper summons.

The summons may be issued only during an investigation, audit, or inquiry "for the purpose of: (i) Ascertaining the correctness of any entry, determining the liability of any person for duties, taxes and fees due or revenue due, or which may be due the United States; (ii) Determining liability for fines, penalties, and forfeitures; [or] Ensuring compliance with the laws of the United States administered by CBP." 19 C.F.R. § 163.6 Production and examination of entry and other records and witnesses; penalties. We have reason to believe the government did not comply with these regulatory requirements when issuing § 1509 summons in this case.

The government's use of § 1509 summons authority after the return of the Indictment raises additional legal concerns. Administrative summons authority is an investigative tool designed for civil or pre-indictment criminal inquiry, not for post-indictment discovery in lieu of criminal procedure rules. The government's resort to § 1509 summons after indictment suggests an attempt to circumvent the discovery procedures and constitutional protections that govern criminal prosecutions. Further, the unlawful use of § 1509 summons to obtain evidence not related to the offenses charged establishes this investigation is intended to intimidate persons exercising their right to protest government conduct.

An administrative summons issued under § 1509 cannot be used to compel electronic communication service providers to produce records for domestic civil rights investigations. Under the Stored Communications Act (SCA), 18 U.S.C. § 2701 et seq., internet service providers, email hosts, and cloud storage providers are prohibited from disclosing customer communications or subscriber records without specific statutory authorization. Specifically, 18 U.S.C. § 2703 requires the government to obtain either a warrant based on probable cause for content, or a court order or grand jury subpoena for subscriber data. Because § 1509 summonses are strictly limited to customs-related inquiries, and because DHS lacks the

---

[1] References to "DHS" includes the Department of Homeland Security and each of its directorates, agencies, and subordinate components.



Robert Keenan
Neville Hedley
July 8, 2026
Page 4

authority to conduct domestic civil rights investigations,[2] using a customs summons in this context violates federal law.

Moreover, the government's invocation of § 1509 authority in a case unrelated to customs administration raises questions about the investigation's scope and purpose. If the summons were issued pretextually or for purposes beyond those authorized by statute, that evidence may inform motions to dismiss or suppress.

This discovery is material to the preparation of the defense under Federal Rule of Criminal Procedure 16 and the Due Process Clause. The lawfulness of the government's evidence-gathering methods is directly relevant to suppression motions and to the admissibility of evidence at trial. If the government exceeded its statutory authority, violated regulatory requirements, or employed administrative summons authority as an end-run around criminal procedure protections, any evidence obtained through those summonses may be subject to exclusion.

*Brady v. Maryland*, 373 U.S. 83 (1963), and *Giglio v. United States*, 405 U.S. 150 (1972), further require disclosure of evidence favorable to the defense, including evidence that undermines the lawfulness of the government's investigative methods or that impeaches the government's claims of statutory authority.

We request immediate production of the following categories of materials:

a.  All § 1509 summons issued in connection with this case or the investigation that led to this case, including copies of the summons themselves, return receipts, proof of service, and all documents obtained in response.

b.  All documents relating to the legal basis for invoking § 1509 authority in this matter, including legal memoranda, opinions, analyses, communications with Department of Justice headquarters or DHS counsel, and any determination that the conduct at issue falls within the scope of § 1509.

c.  All documents relating to compliance with 19 C.F.R. Part 163 notice requirements, including evidence that notice was provided to persons with proprietary interests in summoned records, certifications of service, and communications concerning any stays of compliance.

---

[2] As you are aware, the FBI is the lead federal agency responsible for investigating possible violations of federal civil rights statutes. DHS investigative authority for civil rights violations is generally limited to investigating their own agencies, programs, and personnel, rather than acting as an overarching civil rights watchdog for the public.



Robert Keenan
Neville Hedley
July 8, 2026
Page 5

d. All documents relating to the authorization level of the issuing officer, including evidence that summons were issued by an official of sufficient rank as required by 19 C.F.R. § 163.7(a).

e. All documents relating to the timing of summons issuance relative to the return of the Indictment, including communications between prosecutors and investigating agents concerning whether to seek summons before or after indictment, and any analysis of the propriety of post-indictment summons.

f. All documents relating to the categories of information sought through § 1509 summons and whether that information relates to customs entries, duties, fees, taxes, importation, exportation, bonded merchandise, or other subjects within § 1509's scope, as opposed to information concerning the conduct charged in the Indictment.

g. All policies, procedures, or guidelines governing the use of § 1509 summons authority in criminal investigations, particularly post-indictment criminal investigations and investigations unrelated to customs administration.

h. All documents relating to the legal basis for DHS to participate in any enforcement efforts related to Operation Metro Surge and/or this prosecution, including legal memoranda, opinions, analyses, communications with Department of Justice headquarters, DHS counsel, and any determination that the conduct at issue falls within the scope of § 1509.

i. If you take the position that the government properly invoked § 1509 authority in this case, please identify the specific statutory basis under § 1509(a) and explain how the conduct charged in the Indictment relates to customs entries, duties, fees, taxes, importation, exportation, bonded merchandise, or other matters within DHS and its subordinate components administration.

III. NOTICE OF MOTIONS

Please provide a substantive written response to this letter and full production of the requested materials no later than July 16, 2026. If you contend that any requested materials are privileged or otherwise not subject to disclosure, please provide a detailed privilege log identifying each withheld document, its author and recipients, its date, its subject matter, and the specific basis for withholding.

We intend to file appropriate motions challenging the lawfulness of the government's investigation, including the unlawful use of administrative summons. We may seek suppression of unlawfully obtained evidence. Prompt and complete disclosure will assist in focusing those motions and may avoid unnecessary litigation if the government can demonstrate compliance with constitutional, statutory, and regulatory requirements. A delayed response may constitute "good cause" for filing a late pretrial motion under Fed. R. Crim. P. 12(c)(3).



Robert Keenan
Neville Hedley
July 8, 2026
Page 6

We are available to discuss this matter at your convenience.

Very truly yours,

DORSEY & WHITNEY LLP

John Marti
Of Counsel

JM:ae

# Exhibit L

Subpoena# 2026R00046-0008

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

**SUBPOENA TO TESTIFY BEFORE A GRAND JURY**

To:     Recreational Equipment, Inc.
        Legal Department
        6750 S 228th St
        Kent, WA 98032

   **YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | Date and Time: |
|---|---|
| U.S. COURTHOUSE, MINNEAPOLIS<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS, MN 55415 | 4/7/2026   09:00 AM |

   You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

   **See Attachment to the Grand Jury Subpoena**

   **Compliance with this subpoena may be achieved by appearing before the Grand Jury on the date and time specified with the records; OR by providing the requested documents in ELECTRONIC FORMAT ONLY to timothy.m.gerber@hsi.dhs.gov referencing subpoena number 2026R00046-0008.**

Date:     3/10/2026

CLERK OF COURT

*M. Fogarty*
Kate M. Fogarty, Clerk of Court

The name, address, e-mail, and telephone number of the United States Attorney, or Assistant United States Attorney, who requests this subpoena, are;

        Kristian C. Weir, AUSA
        300 South Fourth Street, Suite 600
        Minneapolis, MN 55415

*Should you have any questions regarding this subpoena, please see page 3*
*for contact information specific to your question(s).*

00009053

Subpoena# 2026R00046-0008

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury (Page 2)

**PROOF OF SERVICE**

This subpoena for *(name of individual or organization)*_____

was received by me on *(date)* _____.

☐  I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____on *(date)*_____ ; or

☐  I returned the subpoena unexecuted because: _____

_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's Signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service,
etc:

00009054

## *Attachment to the Grand Jury Subpoena*

**COMPLIANCE**

The United States grand jury authorizes the custodian of the records, which are the subject of this grand jury subpoena *duces tecum*, to comply with this subpoena by providing the records as directed on this Attachment together with the completed and signed Certificate of Authenticity.

**All documents must be produced electronically.** If there is a compelling reason why the records cannot be provided electronically you must contact the requesting Agent to obtain approval.

CONFIDENTIALITY REQUEST.  The United States grand jury requests that you not provide any information about this grand jury subpoena to third parties. Third parties include the affected customers and any person named in this grand jury subpoena.  Any disclosure to third parties could impede the investigation being conducted and interfere with the enforcement of federal criminal law.

| CONTACT INFORMATION | |
| --- | --- |
| **Requesting AGENT**<br>(regarding documents or items) | **Financial Officer**<br>(reimbursement or invoicing) |
| Timothy  M. Gerber<br>Homeland Security Investigations<br>timothy.m.gerber@hsi.dhs.gov<br>612-456-0800 | Daniel Schiller<br>612-664-5661<br>or<br>Sarah Baggott<br>612-664-5752 |

**STEPS TO COMPLIANCE**

- ☐ Read the Description of documents and/or items to be produced found on the next page of this Attachment.

- ☐ If you have questions about the documents or items being requested, contact the Requesting Agent.

- ☐ Pursuant to the right to Financial Privacy Act, Title 12, United States Code, Section 3415, financial institutions may be reimbursed for necessary costs actually incurred for copies of subpoenaed financial records. Reimbursement may only be made in connection with financial records pertaining to accounts of individuals or partnerships of five or fewer partners.

  - • If eligible, determine if the documents or items can be produced for less than $200. If not, you must contact a Financial Officer listed above and obtain prior-approval for the additional amount.

- ☐ Produce the documents and other items in electronic format. You will not be reimbursed for items which are not produced in electronic format, or which are produced in an electronic format different from that specified in the included Guidelines For Electronic Documents, Audio, and Video, unless you have obtained prior-approval from the Requesting Agent.

- ☐ Complete and sign the Certificate of Authenticity, and include it with the produced documents and items.

- ☐ If you are eligible for reimbursement, complete and sign the form USA-211 or USA-212 included with this subpoena, and submit it to the address indicated in box 5 or e-mail to USAMN.Budget@usdoj.gov.

- ☐ Deliver the documents to the requesting AUSA named on the bottom of the first page of this subpoena, in person or to the email address timothy.m.gerber@hsi.dhs.gov

(continued on next page)

00009055

## *Attachment to the Grand Jury Subpoena - Continued*

Description of documents and/or items to be produced.

Provide transaction information on all individuals who purchased item #213339 from January 1 , 2024 to present in the state of Minnesota (or online) including but not limited to date purchased, location purchased from, buyer name, address, phone number, payment type, and credit/debit card number.

Possible purchase locations include REI stores at:

Schneiderman's Plaza, 1955 County Rd. B2 W, Roseville, MN 55113; 750 W American Blvd. W, Bloomington, MN 55420; 11581 Fountains Drive The Fountains, Maple Grove, MN 55369, or online purchases shipped to a state of Minnesota address.

Item # 213339: Coal The Uniform Tall Knit Cuff Beanie (in the color black)

Item Description: The Uniform Tall Knit Cuff beanie by Coal hits all the classic style points—rib-knit, cuffed, logo patch—but in a taller fit to give you more styling options or just more warmth and coverage.

00009056

Subpoena# 2026R00046-0008

## GUIDELINES FOR ELECTRONIC DOCUMENTS, AUDIO, AND VIDEO

You are providing items that will be electronically organized with other documents and files. To facilitate this process, and make the information you provide useful, it is important that the information be provided in **standard electronic format**.

### PREFERRED FORMAT FOR ELECTRONIC DOCUMENTS

- We strongly discourage you from providing the documents in proprietary formats that require the use of specialized software to decrypt, view, or export the documents into useable formats. If you must use this format see the guidelines below.

- Documents should be provided in native format (see table below.)

- If native format is not available, or is not in the table below as a preferred format, then provide documents in PDF or multi-page TIF format.

    - One PDF or TIF file per document.
    - No embedded files within PDF files.
    - Printing and editing of PDF files must not be restricted.
    - No proprietary viewers.
    - Encryption, if used, should be in WinZip, True Crypt, or PDF format.

| Type of Document | Preferred Format | Acceptable Format |
|---|---|---|
| Word Processor | DOC, DOCX, WPD, TXT | TXT, RTF, PDF, Multipage TIF |
| Spreadsheet | XLS, XLSX, CSV | |
| Email | PST, EML, MSG | |
| Database | PDF, TIF, JPG | |
| Pictures | JPG, PNG, TIFF, PDF | |

### PREFERRED FORMAT FOR AUDIO AND VIDEO FILES

- Do not provide audio or video in proprietary format that requires the use of specialized software to view or export the audio or video into useable formats.

| Type of Document | Preferred Format | Acceptable Format |
|---|---|---|
| Audio | WAV, MP3 | CDA(CD Audio Format) |
| Video | AVI, WMV, MPG | DVD Movie Format (AUDIO_TS and/or VIDEO_TS folders) |

### PROPRIETARY SOFTWARE FOR VIEWING DOCUMENTS, AUDIO, OR VIDEO FILES (if you must)

- **Do not** provide any items in any proprietary format that requires **the installation of software** on our computers.

- Standalone viewers that can run **without being installed** are acceptable **only if they provide an easy method for exporting the items into the standard electronic formats** indicated above. We prefer not to use the viewers as it takes substantially more time  to review these documents.

### IF YOU CANNOT MEET THESE REQUIREMENTS, OR YOU HAVE QUESTIONS

Please contact the Requesting AUSA if you have questions or if there is a compelling reason why the electronic records cannot be provided in one of these formats.

00009057

Subpoena# 2026R00046-0008

# **Certificate of Authenticity**

Pursuant to Federal Rules of Evidence 803(6) and 902(11) regarding certified domestic records of regularly conducted activity, I hereby certify:

1. I am employed by _____("the Business") and am a person designated by the Business as a custodian of records with the authority to make this certificate.

2. I hereby certify that each memorandum, report, record, video and/or data compilation (collectively "document") herewith is a record made and retained by the Business.

3. I further certify that the information in each attached document was made at or near the time of the occurrence of the matters set forth, by or from information transmitted by, a person with knowledge of those matters.

4. I further certify that each attached document was kept in the course of the regularly conducted activity of the Business.

5. I further certify that it is the regular practice of the Business to make and retain each attached document.

6. Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Date: _____          _____
                                   Signature


                                   _____
                                   Name of Records Custodian

00009058

# Exhibit M

Subpoena# 2026R00046-0043

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

**SUBPOENA TO TESTIFY BEFORE A GRAND JURY**

To:      Wings Financial Credit Union
         14985 Glazier Avenue
         Suite #645
         Apple Valley, MN 55124--7484

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown
below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer
allows you to leave.

| Place: | Date and Time: |
|---|---|
| U.S. COURTHOUSE, MINNEAPOLIS<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS, MN 55415 | 5/19/2026   09:00 AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

**See <u>Attachment to the Grand Jury Subpoena</u> for "Steps To Compliance" as you may not need to personally appear.**

**Compliance with this subpoena may be achieved by appearing before the Grand Jury on the date and time
specified with the records; OR by providing the requested documents in ELECTRONIC FORMAT ONLY to
timothy.m.gerber@hsi.dhs.gov referencing subpoena number 2026R00046-0043.**

Date:      5/8/2026

CLERK OF COURT

*Kate M. Fogarty, Clerk of Court*

The name, address, e-mail, and telephone number of the United States Attorney, or Assistant United States Attorney, who requests this
subpoena, are;

         Flavio DeAbreu, AUSA
         300 South Fourth Street, Suite 600
         Minneapolis, MN 55415

*Should you have any questions regarding this subpoena, please see page 3
for contact information specific to your question(s).*

00011868

Subpoena# 2026R00046-0043

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury (Page 2)

**PROOF OF SERVICE**

This subpoena for *(name of individual or organization)*_____

was received by me on *(date)*  _____.

☐   I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____on *(date)*_____ ; or

☐   I returned the subpoena unexecuted because: _____

_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's Signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

00011869

## *Attachment to the Grand Jury Subpoena*

**COMPLIANCE**

The United States grand jury authorizes the custodian of the records, which are the subject of this grand jury subpoena *duces tecum*, to comply with this subpoena by providing the records as directed on this Attachment together with the completed and signed Certificate of Authenticity.

**All documents must be produced electronically by email.** If there is a compelling reason why the records cannot be provided electronically you must contact the Requesting Agent to obtain approval.

CONFIDENTIALITY REQUEST.  The United States grand jury requests that you not provide any information about this grand jury subpoena to third parties. Third parties include the affected customers and any person named in this grand jury subpoena.  Any disclosure to third parties could impede the investigation being conducted and interfere with the enforcement of federal criminal law.

| CONTACT INFORMATION | |
|---|---|
| **Requesting Agent**<br>(regarding documents or items) | **Financial Officer**<br>(reimbursement or invoicing) |
| Timothy  M. Gerber<br>Homeland Security Investigations<br>timothy.m.gerber@hsi.dhs.gov<br>612-456-0800 | Daniel Schiller<br>612-664-5661<br>or<br>Sarah Baggott<br>612-664-5752 |

**STEPS TO COMPLIANCE**

❐ Read the Description of documents and/or items to be produced found on the next page of this Attachment.

❐ If you have questions about the documents or items being requested, contact the Requesting Agent.

❐ Pursuant to the right to Financial Privacy Act, Title 12, United States Code, Section 3415, financial institutions may be reimbursed for necessary costs actually incurred for copies of subpoenaed financial records. Reimbursement may only be made in connection with financial records pertaining to accounts of individuals or partnerships of five or fewer partners.

   • If eligible, determine if the documents or items can be produced for less than $200. If not, you must contact a Financial Officer listed above and obtain prior-approval for the additional amount.

❐ Produce the documents and other items in electronic format. You will not be reimbursed for items which are not produced in electronic format, or which are produced in an electronic format different from that specified in the included Guidelines For Electronic Documents, Audio, and Video, unless you have obtained prior-approval from the Requesting Agent.

❐ Complete and sign the Certificate of Authenticity, and include it with the produced documents and items.

❐ If you are eligible for reimbursement, complete and sign the form USA-211 or USA-212 included with this subpoena, and submit it to the address indicated in box 5 or e-mail to USAMN.Budget@usdoj.gov.

❐ Deliver the documents to the requesting AUSA named on the bottom of the first page of this subpoena, in person or to the email address timothy.m.gerber@hsi.dhs.gov and neville.hedley@usdoj.gov

00011870

(continued on next page)

Subpoena# 2026R00046-0043

## Attachment to the Grand Jury Subpoena - Continued

Description of documents and/or items to be produced.

Please provide any and all records, documents, instructions, memoranda, and papers in your care, custody or control, concerning checking, savings or other accounts, including but not limited to credit card, debit card, bank issued card, investment accounts, brokerage accounts, IRA's and mutual funds, whether open or closed for any of the following individuals and/or companies and incoming/outgoing wires for any and all accounts, whether held jointly or severally, as a trustee or fiduciary, custodian, executor, guardian or nominee, held by or on behalf of any individual associated with the below card number.

**DATE RANGE: 01/01/2025 through Present**

**Subject names, dates of birth, account numbers, and usernames:**

**Names**:
Nekima LEVY-ARMSTRONG; Nekima LEVY-POUNDS; Nekima Valdez LEVY-POUNDS;
Nekima Valdez LEVY-ARMSTRONG

(DOB:6/27/1976)

Account Number: 9109098807

This should include, but not be limited to, the following documents and data:

1. All savings, checking, loan, credit card, and electronic transfer accounts for the above listed accounts, individuals, and businesses;

2. The associated financial institution and account numbers;

3. The associated dates of transactions;

4. All account opening documentation;

5. Customer correspondence files for each of the named parties and entities to include Know Your Customer files and Customer Due Diligence files.

6. Savings accounts - signature cards, items of deposit, deposit tickets, items of withdrawal, withdrawal tickets, statement of account, 1099's issued or other correspondence sent indicating interest earned, and all correspondence and notes of telephone conversations or discussions;

7. Certificates of deposit - signature cards, items of deposit, deposit tickets, items of withdrawal, withdrawal tickets, items of payoff, payoff ticket, statements of account, 1099's issued or other correspondence sent indicating interest earned, and all correspondence and notes of telephone conversations or discussions;

8. Checking accounts - signature cards, items of deposit, deposit tickets, debit and credit memos, canceled checks, statements of account, and all correspondence and notes of telephone conversations or discussions;

9. Loans - including active loans, paid off loans, written off loans, applications, financial statements, signature cards,

00011871

items of disbursement, items of payment, ledger cards, loan statements, records of third party credit checks in possession of financial institution, and all correspondence and notes of telephone conversations or discussions;

10. Any credit cards such as VISA or Master Charge accounts, active and inactive application, financial statements, signature cards, items of payment, statements of account, credit/ background check and all correspondence and notes of telephone conversations or discussions;

11. Safe deposit box - application, signature card, box number, entry cards for all entries, rental payments and/or lease agreement, all correspondence and notes of telephone conversations or discussions;

12. Money orders, bank drafts - records in the register, money orders or bank drafts, retained copies of the money orders or bank drafts, and all correspondence and notes of telephone conversations or discussions;

13. Wire transfers - all documents relating to monies transferred by wire or other electronic means including but not limited to debit or credit slips, transaction sheets, letters or any other forms of correspondence authorizing the transfer;

14. Copies of checks, cashier's checks and/or money orders and all copies of any items deposited, withdrawn, and cashed from/against accounts to obtain these instruments, including all correspondence and notes of telephone conversations or discussions;

15. Copies of traveler's checks including all correspondence and notes of telephone conversations or discussions;

16. Copies of all purchases and sales of Treasury Bills including all correspondence and notes of telephone conversations or discussions;

17. Retained copies of IRS Form 4798 - Currency Transaction Reports, filed on behalf of the captioned entities.

18. All Internet Protocol (IP) numbers related to these accounts/login accesses, including date and time of access.

19. All online account username information related to these accounts, including date and time of access.

20. Any certificates of deposit (CDs).

21. All online/e-banking records to include app authentication or app verification records.

## PLEASE PROVIDE RESULTS ELECTRONICALLY

### Return subpoena to:

Special Agent Timothy Gerber
Homeland Security Investigations
1 Federal Drive, Suite 1340, Fort Snelling, MN 55111 / Cell: (612) 456-0800
**Email Address**: timothy.m.gerber@hsi.dhs.gov


Neville (Ned) Hedley
300 South Fourth Street, Suite 600
Minneapolis, MN 55415
Civil Rights Division Criminal Section
U.S. Department of Justice
**Email Address**: neville.hedley@usdoj.gov
202-297-3424

00011872

Subpoena# 2026R00046-0043

## GUIDELINES FOR ELECTRONIC DOCUMENTS, AUDIO, AND VIDEO

You are providing items that will be electronically organized with other documents and files. To facilitate this process, and make the information you provide useful, it is important that the information be provided in **standard electronic format**.

### PREFERRED FORMAT FOR ELECTRONIC DOCUMENTS

- We strongly discourage you from providing the documents in proprietary formats that require the use of specialized software to decrypt, view, or export the documents into useable formats. If you must use this format see the guidelines below.

- Documents should be provided in native format (see table below.)

- If native format is not available, or is not in the table below as a preferred format, then provide documents in PDF or multi-page TIF format.

  - One PDF or TIF file per document.
  - No embedded files within PDF files.
  - Printing and editing of PDF files must not be restricted.
  - No proprietary viewers.
  - Encryption, if used, should be in WinZip, True Crypt, or PDF format.

| Type of Document | Preferred Format | Acceptable Format |
|---|---|---|
| Word Processor | DOC, DOCX, WPD, TXT | TXT, RTF, PDF, Multipage TIF |
| Spreadsheet | XLS, XLSX, CSV | |
| Email | PST, EML, MSG | |
| Database | PDF, TIF, JPG | |
| Pictures | JPG, PNG, TIFF, PDF | |

### PREFERRED FORMAT FOR AUDIO AND VIDEO FILES

- Do not provide audio or video in proprietary format that requires the use of specialized software to view or export the audio or video into useable formats.

| Type of Document | Preferred Format | Acceptable Format |
|---|---|---|
| Audio | WAV, MP3 | CDA(CD Audio Format) |
| Video | AVI, WMV, MPG | DVD Movie Format (AUDIO_TS and/or VIDEO_TS folders) |

### PROPRIETARY SOFTWARE FOR VIEWING DOCUMENTS, AUDIO, OR VIDEO FILES (if you must)

- **Do not** provide any items in any proprietary format that requires **the installation of software** on our computers.

- Standalone viewers that can run **without being installed** are acceptable **only if they provide an easy method for exporting the items into the standard electronic formats** indicated above. We prefer not to use the viewers as it takes substantially more time  to review these documents.

### IF YOU CANNOT MEET THESE REQUIREMENTS, OR YOU HAVE QUESTIONS

Please contact the Requesting AUSA if you have questions or if there is a compelling reason why the electronic records cannot be provided in one of these formats.

00011873

**U.S. Department of Justice**
Washington, D.C. 20530

Request for Financial Information Under the Right to Financial Privacy Act (RFPA)
(Order, Invoice and Receiving Report)

This form shall be used when requesting financial records of individuals and partnerships of five or fewer individuals under the RFPA.

| 1. Requisition/Commitment No. and Optional Tracking No.: R26MNXS0594 | 2. Date Order Prepared: 5/8/2026 | 3. USAO Number: 2026R00046-0043 |
|---|---|---|

### Section A – Order and Reimbursement Limit

4A. Name and Address of Financial Institution:     4B Name of Financial Institution Representative:

Wings Financial Credit Union, 14985 Glazier Avenue, Suite #645, Apple Valley MN 55124-7484

Number:

4D Email Address:

| 5A. Deliver Records To: **U.S. Attorney's Office, Attn: AUSA Kristian C. Weir 300 South Fourth Street, Suite 600, Minneapolis, MN 55415** | 5B Send Completed USA-211 Form & Invoice To: Same as Box #5 or email to usamn.budget@usdoj.gov | 6. Return Date: 5/19/2026 |
|---|---|---|

7. Remarks: Do not proceed with compliance if the total cost will exceed $200.00 without prior approval. To obtain approval, please call Daniel Schiller (612-664-5661) or Sarah Baggott (612-664-5752). If invoicing for these services is expected to exceed 120 days, please notify the United States Attorney's Office immediately to ensure funds remain available for payment. Please see the attached subpoena, and subpoena attachments for additional information on invoicing and other requirements for reimbursement.

| 8. Name of Requestor (AUSA): *(Type or Print)* Flavio DeAbreu | 9. U S A O Telephone Number: 612-664-5600 | 10. Date of request: 5/8/2026 |
|---|---|---|

### Section B – Financial Institution Invoice

No Payment Shall Be Made Unless Expenses Are Itemized Below Or Set Forth On Your Attached Invoice.

| 11A Invoice Number: 11B Tax ID Number: 11C Service(s)/Records Provided: | Quantity | Unit Price Cost | Unit Price Per | Amount |
|---|---|---|---|---|
| A. Searching and processing costs (clerical or technical personnel) | | $22.00 | Hour | |
| B. Searching and processing costs (management/supervisory personnel) | | $30.00 | Hour | |
| C. Searching and processing costs (computer support specialist) | | $30.00 | Hour | |
| D. Reproduction Costs (Photocopying) **Note: Copy charges will be disallowed if the information is stored electronically, unless the US Attorney's Office requests paper. | | $0.25 | Page | |
| E. Reproduction Costs (Paper Copies of Microfiche: provide justification) | | $0.25 | Frame | |
| F. Reproduction Costs (Duplicate Microfiche: provide justification) | | $0.50 | Microfiche | |
| G. Storage Media Cost *e.g., Compact Disc, DVD, etc., at Actual Cost. | | | | |
| H. Transportation Costs (Direct Costs Only) | | | | |

In Item #12, pursuant to 18 U.S.C. § 1001, I certify under penalty of perjury that, to the best of my knowledge, the services invoiced above (or in an invoice submitted along with this certification) accurately identify the actual quantities of hours, pages, and microfiche and that any other charges represent the actual costs of the services or goods being invoiced or, if actual costs cannot be identified, the charges represent good faith estimates of the actual or direct costs. I further certify under penalty of perjury that all services invoiced were not performed relative to corporate accounts and pertain only to accounts of individuals or partnerships of five or fewer individuals.

| 12A Name of Financial Institution | 12B Signature of Institution Official: | 13 Date Signed: | 14 Total Amount Claimed By Financial Institution |
|---|---|---|---|

### Section C - Receiving Report

| | | 15. Disallowance *(See Attached)* |
|---|---|---|
| 16 Date Materials Received: | 17 I certify that the articles and services listed were received: 18 Date Signed : | 19 Net to Financial Institution |

20 Right to Financial Privacy Act – Public Law 95-630 (12 U.S.C. 3401-3422) Request Pursuant To: *(Check One Only)*

SPENDING OBJECT CODE 25202

| SECTION | | | OBJECT CLASS |
|---|---|---|---|
| ☐ | 3404 | Customer Authorization | 2545 |
| ☐ | 3405 | Administrative Subpoena or Summons | 2545 |
| ☐ | 3406 | Search Warrant | 2545 |
| ☐ | 3407 | Judicial Subpoena | 2545 |
| ☐ | 3408 | Formal Written Request | 2545 |
| ☐ | 3413 | Grand Jury Subpoena | 2545 |
| ☐ | 3414 | Special Procedures | 2545 |

2 1 Signature of Reviewing Official:     Date:

22 Accounting /Fund Information

Activity Group/Code:

Fund Code:

Finance Point of Contact:

Requisition/Call No.:

Commitment Document No.:

Header Accounting Line Number:

[Reserved for Local Use]:

23 Remarks:

24 To the best of my knowledge, the financial records received, for which we are being billed, are those of an individual or partnership of five or fewer individuals.

Signature of the United States Attorney's Office Representative     Date

FORM USA-211
DEC. 2022

00011874

Subpoena# 2026R00046-0043

# IMPORTANT NOTICE

Pursuant to the right to Financial Privacy Act, Title 12, United States Code, Section 3415, financial institutions may be reimbursed for necessary costs actually incurred for copies of subpoenaed financial records. ***Reimbursement may only be made in connection with financial records of checking, savings, share, loan or credit card account records pertaining to <u>accounts of individuals or partnerships of five or fewer partners</u>***.  The Federal Reserve Board has established the following guidelines:

Search and Processing Costs

$22.00 per hour for direct time spent by clerical/technical employees, or
$30.00 per hour for direct time spent by manager/supervisory employees, or
$30.00 per hour for direct time spent by computer support specialist employees in locating, or retrieving, reproducing documents, packaging and preparing electronic or paper documents for shipment.  Computer time and necessary supplies may be billed also if itemized separately.

Reproduction Costs (Electronic Records Preferred)

Photocopying -  $.25 cents per page.
Paper copies of microfiche, $.25 per frame.
Duplicate microfiche if requested, $.50 per microfiche.
Storage media (CD) - Actual cost, not to exceed $5.00 per disk.

Transportation Costs - to transport employees to locate and retrieve records and/or to transport summonsed records to the location named in the subpoena.

---

**<u>REIMBURSEMENTS CANNOT BE MADE FOR RECORDS RELATING TO ACCOUNTS OF:</u>**

1. Corporations
2. Large Partnerships (6 or more partners)
3. Associations
4. Trusts
5. State and local government agencies
6. Other legal entities

Section B, item numbers 11 through 13 of the attached Form OBD-211 must be completed in accordance with the above mentioned cost schedule before reimbursement can be made.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**<u>IF YOU FIND THAT EXPENSES ASSOCIATED WITH THIS REQUEST WILL EXCEED $200.00, YOU MUST NOTIFY THIS OFFICE IMMEDIATELY WITH THE ESTIMATED COSTS AND OBTAIN PRIOR APPROVAL OF THE BUDGET OFFICE LISTED IN THE SUBPOENA BEFORE COMMENCING WITH THIS GRAND JURY REQUEST.</u>**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To assure prompt payment, submit invoice within 30 days.  Mail invoice to ATTN: Administrative Unit, U.S. Attorney's Office, 600 US Courthouse, 300 South 4th Street, Minneapolis MN 55415.

Include tax ID number on invoice, as the invoice cannot be processed without it.

---

00011875

Subpoena# 2026R00046-0043

# **Certificate of Authenticity**

Pursuant to Federal Rules of Evidence 803(6) and 902(11) regarding certified domestic records of regularly conducted activity, I hereby certify:

1.  I am employed by _____("the Business") and am a person designated by the Business as a custodian of records with the authority to make this certificate.

2.  I hereby certify that each memorandum, report, record, video and/or data compilation (collectively "document") herewith is a record made and retained by the Business.

3.  I further certify that the information in each attached document was made at or near the time of the occurrence of the matters set forth, by or from information transmitted by, a person with knowledge of those matters.

4.  I further certify that each attached document was kept in the course of the regularly conducted activity of the Business.

5.  I further certify that it is the regular practice of the Business to make and retain each attached document.

6.  Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.


Date: _____                    _____
                                              Signature


                                              _____
                                              Name of Records Custodian

00011876