# Exhibit C

2026R00046

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| IN THE MATTER OF GRAND JURY SUBPOENAS TO OBTAIN RECORDS FROM SERVICE PROVIDERS | **Investigative – Filed Under Seal Pursuant To Local Rule 49.1(c)(1) and F.R. Cr. P. 6(e)** |
|---|---|

## NON-DISCLOSURE ORDER

The United States of America submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court enter a non-disclosure order commanding providers of electronic communication services, as defined by 18 U.S.C. § 2510(15), and/or remote computing services, as defined by 18 U.S.C. § 2711(2), (collectively, the "Service Providers"), not to notify any person (including the subscriber(s) or customer(s) of the account(s) identified in the subpoenas) of the existence of the grand jury subpoenas issued in this grand jury investigation for a one-year period.

Based on the application and the record before the Court, the Court determines that there is reason to believe that notification of the existence of these grand jury subpoenas will seriously jeopardize the investigation, including by causing flight from prosecution, causing the destruction of or tampering with evidence, and otherwise seriously jeopardizing the investigation. *See* 18 U.S.C. § 2705(b).

The Court further determines that a non-disclosure period of one year is appropriate due to the ongoing nature of the criminal investigation.

**IT IS THEREFORE ORDERED** under 18 U.S.C. § 2705(b) that the Service Providers, and their agents and employees, shall not disclose in any manner, directly or indirectly, the existence or contents of the aforementioned grand jury subpoenas,

the government's application, and this Non-Disclosure Order, to the subscriber(s) or customer(s) of the account(s) identified in the subpoenas, or to any other person or entity, **until January 28, 2027,** unless such non-disclosure period is extended by a further Order of the Court, except that the Service Providers may disclose the grand jury subpoenas and the Non-Disclosure Order to the Service Providers' respective attorneys for the purpose of receiving legal advice. This Non-Disclosure Order does not prevent the Service Providers from inquiring whether the nondisclosure provisions of the Order remain in effect.

**IT IS FURTHER ORDERED** that the government's application and this Order are sealed until further order of the Court. The United States may serve this Non-Disclosure Order on the Service Providers.

Date: January 29, 2026

*s/Jon T. Huseby*
JON T. HUSEBY
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MINNESOTA