# Exhibit E

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: GoFundMe, Inc.
PO Box 1329
855 Jefferson Ave
Redwood City, CA 94063
**Email:** Legal@GoFundMe.com

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | Date and Time: |
|---|---|
| U.S. COURTHOUSE, MINNEAPOLIS<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS, MN 55415 | 5/5/2026 09:00 AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

**See Attachment to the Grand Jury Subpoena**

**Compliance with this subpoena may be achieved by appearing before the Grand Jury on the date and time specified with the records; OR by providing the requested documents in ELECTRONIC FORMAT ONLY to timothy.m.gerber@hsi.dhs.gov referencing subpoena number 2026R00046-0015.**

Date: 4/9/2026

*CLERK OF COURT*

Kate M. Fogarty

Kate M. Fogarty, Clerk of Court

The name, address, e-mail, and telephone number of the United States Attorney, or Assistant United States Attorney, who requests this subpoena, are;

Kristian C. Weir, AUSA
300 South Fourth Street, Suite 600
Minneapolis, MN 55415

***Should you have any questions regarding this subpoena, please see page 3 for contact information specific to your question(s).***

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* GoFundMe, Inc.
was received by me on *(date)* 04/09/2026.

☒ I served the subpoena by delivering a copy to the named person as follows: GoFundMe, Inc.

on *(date)* 04/09/2026 ; or

❐ I returned the subpoena unexecuted because: ______________________________ .

I declare under penalty of perjury that this information is true.

Date: 04/09/2026

[signature]
*Server's Signature*

Timothy Gerber, Special Agent
*Printed name and title*

DHS/HSI
1 Federal Drive, Suite 1340,
Fort Snelling, MN 55111
*Server's address*

Additional information regarding attempted service, etc:

## *Attachment to the Grand Jury Subpoena*

**COMPLIANCE**

The United States grand jury authorizes the custodian of the records, which are the subject of this grand jury subpoena *duces tecum*, to comply with this subpoena by providing the records as directed on this Attachment together with the completed and signed Certificate of Authenticity.

**All documents must be produced electronically.** If there is a compelling reason why the records cannot be provided electronically you must contact the requesting Agent to obtain approval.

CONFIDENTIALITY REQUEST. The United States grand jury requests that you not provide any information about this grand jury subpoena to third parties. Third parties include the affected customers and any person named in this grand jury subpoena. Any disclosure to third parties could impede the investigation being conducted and interfere with the enforcement of federal criminal law.

| CONTACT INFORMATION | |
|---|---|
| **Requesting AGENT** (regarding documents or items) | **Financial Officer** (reimbursement or invoicing) |
| Timothy M. Gerber<br>Homeland Security Investigations<br>timothy.m.gerber@hsi.dhs.gov<br>612-456-0800 | Daniel Schiller<br>612-664-5661<br>or<br>Sarah Baggott<br>612-664-5752 |

**STEPS TO COMPLIANCE**

- ❒ Read the Description of documents and/or items to be produced found on the next page of this Attachment.
- ❒ If you have questions about the documents or items being requested, contact the Requesting Agent.
- ❒ Pursuant to the right to Financial Privacy Act, Title 12, United States Code, Section 3415, financial institutions may be reimbursed for necessary costs actually incurred for copies of subpoenaed financial records. Reimbursement may only be made in connection with financial records pertaining to accounts of individuals or partnerships of five or fewer partners.
  - If eligible, determine if the documents or items can be produced for less than $200. If not, you must contact a Financial Officer listed above and obtain prior-approval for the additional amount.
- ❒ Produce the documents and other items in electronic format. You will not be reimbursed for items which are not produced in electronic format, or which are produced in an electronic format different from that specified in the included Guidelines For Electronic Documents, Audio, and Video, unless you have obtained prior-approval from the Requesting Agent.
- ❒ Complete and sign the Certificate of Authenticity, and include it with the produced documents and items.
- ❒ If you are eligible for reimbursement, complete and sign the form USA-211 or USA-212 included with this subpoena, and submit it to the address indicated in box 5 or e-mail to USAMN.Budget@usdoj.gov.
- ❒ Deliver the documents to the requesting AUSA named on the bottom of the first page of this subpoena, in person or to the email address timothy.m.gerber@hsi.dhs.gov

(continued on next page)

## *Attachment to the Grand Jury Subpoena - Continued*

Description of documents and/or items to be produced.

From date January 31, 2026 through present for any and all accounts (of any type, including but not limited to bank accounts, credit card accounts, third party payment platforms) in the name, or for the benefit of the individual or entities listed in Section A below (including but not limited to the account numbers listed in section A below), please produce any and all documents and records, including but not limited to those set forth in Section B below:

### A. Individual/Entity/Account:

GoFundMe

Accounts related to:

**Name**: Mary McCullum listed as organizer / Jerome RICHARDSON fund beneficiary
**Funding link**: https://www.gofundme.com/f/support-jerome-richardsons-legal-defense

### B. Records To Be Produced:

1. Documents (checks, debit memos, cash in tickets, wires in, wires out, etc.) reflecting additions and/or subtractions to the account and how the account balances are being satisfied on a monthly basis;
2. Signature cards;
3. Proof of identification (copies of identification used to open the account);
4. Account opening applications;
5. Correspondence files (including correspondence with any regulatory or law enforcement authority);
6. Memoranda, notes or other records of telephone conversations (including conversations with any regulatory or law enforcement authority);
7. Internal memoranda and reports;
8. Currency transaction (IRS Forms 4789) and other required reports made to any regulatory or law enforcement authority;
9. Wire transfer records (incoming and outgoing);
10. Safe deposit records, including applications, signature cards, and sign-in records;
11. Trust accounts;
12. Monthly statements
13. Certified checks, cashiers' checks, money orders, and traveler's checks
14. Deposit transactions linked to GoFundMe account

## Subpoena response can be sent to the email below:

Special Agent Timothy Gerber
Homeland Security Investigations
1 Federal Drive, Suite 1340, Fort Snelling, MN 55111 / Cell: (612) 456-0800
**Email Address**: timothy.m.gerber@hsi.dhs.gov

## GUIDELINES FOR ELECTRONIC DOCUMENTS, AUDIO, AND VIDEO

You are providing items that will be electronically organized with other documents and files. To facilitate this process, and make the information you provide useful, it is important that the information be provided in **standard electronic format**.

### PREFERRED FORMAT FOR ELECTRONIC DOCUMENTS

- We strongly discourage you from providing the documents in proprietary formats that require the use of specialized software to decrypt, view, or export the documents into useable formats. If you must use this format see the guidelines below.
- Documents should be provided in native format (see table below.)
- If native format is not available, or is not in the table below as a preferred format, then provide documents in PDF or multi-page TIF format.
    - One PDF or TIF file per document.
    - No embedded files within PDF files.
    - Printing and editing of PDF files must not be restricted.
    - No proprietary viewers.
    - Encryption, if used, should be in WinZip, True Crypt, or PDF format.

| Type of Document | Preferred Format | Acceptable Format |
|---|---|---|
| Word Processor | DOC, DOCX, WPD, TXT | TXT, RTF, PDF, Multipage TIF |
| Spreadsheet | XLS, XLSX, CSV | |
| Email | PST, EML, MSG | |
| Database | PDF, TIF, JPG | |
| Pictures | JPG, PNG, TIFF, PDF | |

### PREFERRED FORMAT FOR AUDIO AND VIDEO FILES

- Do not provide audio or video in proprietary format that requires the use of specialized software to view or export the audio or video into useable formats.

| Type of Document | Preferred Format | Acceptable Format |
|---|---|---|
| Audio | WAV, MP3 | CDA(CD Audio Format) |
| Video | AVI, WMV, MPG | DVD Movie Format (AUDIO_TS and/or VIDEO_TS folders) |

### PROPRIETARY SOFTWARE FOR VIEWING DOCUMENTS, AUDIO, OR VIDEO FILES (if you must)

- **Do not** provide any items in any proprietary format that requires **the installation of software** on our computers.
- Standalone viewers that can run **without being installed** are acceptable **only if they provide an easy method for exporting the items into the standard electronic formats** indicated above. We prefer not to use the viewers as it takes substantially more time to review these documents.

### IF YOU CANNOT MEET THESE REQUIREMENTS, OR YOU HAVE QUESTIONS

Please contact the Requesting AUSA if you have questions or if there is a compelling reason why the electronic records cannot be provided in one of these formats.

Subpoena# 2026R00046-0015

# Certificate of Authenticity

Pursuant to Federal Rules of Evidence 803(6) and 902(11) regarding certified domestic records of regularly conducted activity, I hereby certify:

1. I am employed by ________________________________________(“the Business”) and am a person designated by the Business as a custodian of records with the authority to make this certificate.

2. I hereby certify that each memorandum, report, record, video and/or data compilation (collectively “document”) herewith is a record made and retained by the Business.

3. I further certify that the information in each attached document was made at or near the time of the occurrence of the matters set forth, by or from information transmitted by, a person with knowledge of those matters.

4. I further certify that each attached document was kept in the course of the regularly conducted activity of the Business.

5. I further certify that it is the regular practice of the Business to make and retain each attached document.

6. Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Date: __________________

____________________________
Signature

____________________________
Name of Records Custodian