# Exhibit G

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**CASE NUMBER**
MS05F226MS0003

**CASE OPENED**
1/19/2026

**CURRENT CASE TITLE**
Invasion of Cities Church

**REPORT TITLE**
Withdrawal of Grand Jury Subpoenas to GoFundMe, Inc, Meta Platforms, Inc, and Google, LLC

**REPORTED BY**
Timothy Gerber
SPECIAL AGENT

**APPROVED BY**
Jeffrey Anderson
SPECIAL AGENT

**DATE APPROVED**
6/1/2026

### SYNOPSIS

On January 18, 2026, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) Deputy Field Office Director (DFOD) David Easterwood was notified by his family that the church service they were currently attending had been overtaken by anti-ICE agitators.

DFOD David Easterwood serves as a pastor/elder (Leadership | Cities Church) at the church and he has been previously associated with the church through various social media posts /doxxings. The mob activity was livestreamed via Facebook and the protesters named David Easterwood by name. This organized group planned on being agitators at this church service due to DFOD Easterwood's employment with ICE.

This Report of Investigation (ROI) will document the withdrawal of Grand Jury Subpoenas to GoFundMe, Inc, Meta Platforms, Inc, and Google, LLC.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION



## DETAILS OF INVESTIGATION

On April 9th, 15th, and 16th, 2026, Homeland Security Investigations (HSI) Special Agents (SAs) Timothy Gerber, Benjamin Williams, Peter Mullen, and Erin Henry served Grand Jury Subpoenas on GoFundMe, Inc, Meta Platforms, Inc, and Google, LLC.

On May 28th, 2026, U.S. Department of Justice, Civil Rights Division Senior Trial Attorney Neville Hedley contacted HSI SA Gerber and advised to withdraw the outstanding Grand Jury subpoenas served on GoFundMe, Inc, Meta Platforms, Inc, and Google, LLC.

On May 29th, 2026, HSI SA Gerber contacted the USAO MN to formally withdraw the following Grand Jury Subpoenas:

| Subpoena #: | Entity: | Served Date: |
|---|---|---|
| 2026R00046-0010 | Google LLC (YouTube) | 4/9/2026 |
| 2026R00046-0012 | GoFundMe, Inc. | 4/9/2026 |
| 2026R00046-0013 | GoFundMe, Inc. | 4/9/2026 |
| 2026R00046-0014 | GoFundMe, Inc. | 4/9/2026 |
| 2026R00046-0015 | GoFundMe, Inc. | 4/9/2026 |
| 2026R00046-0017 | Meta Platforms, Inc. (Facebook) | 4/15/2026 |
| 2026R00046-0018 | Meta Platforms, Inc. (Facebook) | 4/15/2026 |
| 2026R00046-0019 | Google LLC (YouTube) | 4/16/2026 |



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



| | | |
|---|---|---|
| 2026R00046-0021 | Google LLC (YouTube) | 4/15/2026 |
| 2026R00046-0022 | Google LLC (YouTube) | 4/15/2026 |
| 2026R00046-0023 | Google LLC (YouTube) | 4/15/2026 |
| 2026R00046-0024 | Google LLC (YouTube) | 4/15/2026 |
| 2026R00046-0025 | Meta Platforms, Inc. (Facebook) | 4/15/2026 |
| 2026R00046-0026 | Meta Platforms, Inc. (Instagram) | 4/16/2026 |
| 2026R00046-0027 | Meta Platforms, Inc. (Instagram) | 4/15/2026 |
| 2026R00046-0028 | Meta Platforms, Inc. (Instagram) | 4/15/2026 |
| 2026R00046-0029 | Meta Platforms, Inc. (Facebook) | 4/15/2026 |
| 2026R00046-0030 | Meta Platforms, Inc. (Facebook) | 4/15/2026 |
| 2026R00046-0031 | Meta Platforms, Inc. (Facebook) | 4/15/2026 |
| 2026R00046-0032 | | 4/16/2026 |



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



| | | |
|---|---|---|
| | Meta Platforms, Inc. (Facebook) | |
| 2026R00046-0033 | Meta Platforms, Inc. (Instagram) | 4/15/2026 |
| 2026R00046-0035 | Meta Platforms, Inc. (Facebook) | 4/15/2026 |
| 2026R00046-0036 | Google, LLC | 4/15/2026 |
| 2026R00046-0037 | Google, LLC | 4/15/2026 |

INVESTIGATION CONTINUES



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.