# Exhibit H

DORSEY
DORSEY + WHITNEY LLP

**JOHN MARTI**
**Of Counsel**
**(612) 492-6775**
**FAX (612) 340-2868**
**marti.john@dorsey.com**

April 29, 2026

**VIA ELECTRONIC MAIL**
Mr. Robert Keenan
Mr. Orlando Sonza

United States Department of Justice
Civil Rights Division
950 Pennsylvania Ave., NW
Washington, D.C. 20530

Re: United States v. Thomas Matthew Tier (36)
Case No. 0:26-cr-00025-LMP-DLM

Mr. Keenan and Mr. Sonza:

I write on behalf of Mr. Tier to request additional disclosure of exculpatory and impeachment information and materials from all members of the prosecution team and prosecution witnesses relevant to pretrial proceedings or trial.

Federal law, the Court's standing order on discovery, and Rule 3.8 of the Minnesota Rules of Professional Conduct mandate that your office make timely disclosure to the defense of all *Brady* and *Giglio* evidence or information known to the prosecution team. *See* The United States Dep't of Justice, Justice Manual, 9-5.001 available at https://www.justice.gov/jm/jm-9-5000-issues-related-trials-and-other-court-proceedings (last accessed Apr. 3, 2026); Minn. R. Pro. Conduct 3.8 (Special Responsibilities of a Prosecutor).[1]

Mr. Tier may bring motions challenging the government's evidence. You must make disclosure prior to pretrial hearings when that evidence is material to the issues being litigated in those motions and considered at pretrial hearings. Please respond to this specific request by April 29, 2026 certifying that you have conducted a search and that you are either producing the evidence, stating that you do not believe the evidence exists, or stating that the defendants are not legally entitled to the evidence and the reason for that conclusion.

Identify each Immigration and Customs Enforcement agent who, currently or previously, participated in the investigation, arrest, and prosecution of Mr. Tier and his co-defendants, and who was hired after the $75B disbursement to the agency from Congress, as described in The Guardian article "ICE's hiring spree led to influx of recruits with questionable qualifications, investigation shows." *ICE's hiring spree led to influx of recruits with questionable qualifications,*

[1] Under federal law, you are bound by state bar ethical requirements. 28 U.S.C. § 530B.

DORSEY
DORSEY + WHITNEY LLP



*investigation shows*, THE GUARDIAN (April 17, 2026), https://www.theguardian.com/us-news/2026/apr/17/ice-immigration-agents-backgroundsGuardian.

This request supplements, and does not replace, the specific discovery request made on behalf of Mr. Tier on April 14, 2026. Please respond to this supplemental request no later than close of business May 8, 2026.

With regards,

DORSEY & WHITNEY LLP

s/ John Marti

John Marti

Cc: Ashley C. Repp, Esq.
Meredith LaVine, Esq.