# Exhibit M

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Wings Financial Credit Union
14985 Glazier Avenue
Suite #645
Apple Valley, MN 55124--7484

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | Date and Time: |
|---|---|
| U.S. COURTHOUSE, MINNEAPOLIS<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS, MN 55415 | 5/19/2026 09:00 AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

**See Attachment to the Grand Jury Subpoena for "Steps To Compliance" as you may not need to personally appear.**

**Compliance with this subpoena may be achieved by appearing before the Grand Jury on the date and time specified with the records; OR by providing the requested documents in ELECTRONIC FORMAT ONLY to timothy.m.gerber@hsi.dhs.gov referencing subpoena number 2026R00046-0043.**

Date: 5/8/2026

CLERK OF COURT

U.S. DISTRICT COURT DISTRICT OF MINNESOTA

Kate M. Fogarty

Kate M. Fogarty, Clerk of Court

The name, address, e-mail, and telephone number of the United States Attorney, or Assistant United States Attorney, who requests this subpoena, are;

Flavio DeAbreu, AUSA
300 South Fourth Street, Suite 600
Minneapolis, MN 55415

*Should you have any questions regarding this subpoena, please see page 3 for contact information specific to your question(s).*

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)*____________________________________________
was received by me on *(date)* ____________________.

❒ I served the subpoena by delivering a copy to the named person as follows: ________________________

____________________________________________________________________________________________

_______________________________________________________ on *(date)*_________________ ; or

❒ I returned the subpoena unexecuted because: __________________________________________________

_________________________________________________________________________________________ .

I declare under penalty of perjury that this information is true.

Date: ____________________

________________________________________________
*Server's Signature*

________________________________________________
*Printed name and title*

________________________________________________
*Server's address*

Additional information regarding attempted service, etc:

## Attachment to the Grand Jury Subpoena

**COMPLIANCE**

The United States grand jury authorizes the custodian of the records, which are the subject of this grand jury subpoena *duces tecum*, to comply with this subpoena by providing the records as directed on this Attachment together with the completed and signed Certificate of Authenticity.

**All documents must be produced electronically by email.** If there is a compelling reason why the records cannot be provided electronically you must contact the Requesting Agent to obtain approval.

CONFIDENTIALITY REQUEST. The United States grand jury requests that you not provide any information about this grand jury subpoena to third parties. Third parties include the affected customers and any person named in this grand jury subpoena. Any disclosure to third parties could impede the investigation being conducted and interfere with the enforcement of federal criminal law.

| CONTACT INFORMATION | |
|---|---|
| **Requesting Agent** (regarding documents or items) | **Financial Officer** (reimbursement or invoicing) |
| Timothy M. Gerber<br>Homeland Security Investigations<br>timothy.m.gerber@hsi.dhs.gov<br>612-456-0800 | Daniel Schiller<br>612-664-5661<br>or<br>Sarah Baggott<br>612-664-5752 |

**STEPS TO COMPLIANCE**

- ❒ Read the Description of documents and/or items to be produced found on the next page of this Attachment.
- ❒ If you have questions about the documents or items being requested, contact the Requesting Agent.
- ❒ Pursuant to the right to Financial Privacy Act, Title 12, United States Code, Section 3415, financial institutions may be reimbursed for necessary costs actually incurred for copies of subpoenaed financial records. Reimbursement may only be made in connection with financial records pertaining to accounts of individuals or partnerships of five or fewer partners.
    - If eligible, determine if the documents or items can be produced for less than $200. If not, you must contact a Financial Officer listed above and obtain prior-approval for the additional amount.
- ❒ Produce the documents and other items in electronic format. You will not be reimbursed for items which are not produced in electronic format, or which are produced in an electronic format different from that specified in the included Guidelines For Electronic Documents, Audio, and Video, unless you have obtained prior-approval from the Requesting Agent.
- ❒ Complete and sign the Certificate of Authenticity, and include it with the produced documents and items.
- ❒ If you are eligible for reimbursement, complete and sign the form USA-211 or USA-212 included with this subpoena, and submit it to the address indicated in box 5 or e-mail to USAMN.Budget@usdoj.gov.
- ❒ Deliver the documents to the requesting AUSA named on the bottom of the first page of this subpoena, in person or to the email address timothy.m.gerber@hsi.dhs.gov and neville.hedley@usdoj.gov

(continued on next page)
Subpoena# 2026R00046-0043

## *Attachment to the Grand Jury Subpoena - Continued*

Description of documents and/or items to be produced.

Please provide any and all records, documents, instructions, memoranda, and papers in your care, custody or control, concerning checking, savings or other accounts, including but not limited to credit card, debit card, bank issued card, investment accounts, brokerage accounts, IRA's and mutual funds, whether open or closed for any of the following individuals and/or companies and incoming/outgoing wires for any and all accounts, whether held jointly or severally, as a trustee or fiduciary, custodian, executor, guardian or nominee, held by or on behalf of any individual associated with the below card number.

**DATE RANGE: 01/01/2025 through Present**

**Subject names, dates of birth, account numbers, and usernames:**

**Names**:
Nekima LEVY-ARMSTRONG; Nekima LEVY-POUNDS; Nekima Valdez LEVY-POUNDS;
Nekima Valdez LEVY-ARMSTRONG

(DOB [redacted]

Account Number: [redacted]

This should include, but not be limited to, the following documents and data:

1. All savings, checking, loan, credit card, and electronic transfer accounts for the above listed accounts, individuals, and businesses;

2. The associated financial institution and account numbers;

3. The associated dates of transactions;

4. All account opening documentation;

5. Customer correspondence files for each of the named parties and entities to include Know Your Customer files and Customer Due Diligence files.

6. Savings accounts - signature cards, items of deposit, deposit tickets, items of withdrawal, withdrawal tickets, statement of account, 1099's issued or other correspondence sent indicating interest earned, and all correspondence and notes of telephone conversations or discussions;

7. Certificates of deposit - signature cards, items of deposit, deposit tickets, items of withdrawal, withdrawal tickets, items of payoff, payoff ticket, statements of account, 1099's issued or other correspondence sent indicating interest earned, and all correspondence and notes of telephone conversations or discussions;

8. Checking accounts - signature cards, items of deposit, deposit tickets, debit and credit memos, canceled checks, statements of account, and all correspondence and notes of telephone conversations or discussions;

9. Loans - including active loans, paid off loans, written off loans, applications, financial statements, signature cards,

items of disbursement, items of payment, ledger cards, loan statements, records of third party credit checks in possession of financial institution, and all correspondence and notes of telephone conversations or discussions;

10. Any credit cards such as VISA or Master Charge accounts, active and inactive application, financial statements, signature cards, items of payment, statements of account, credit/ background check and all correspondence and notes of telephone conversations or discussions;

11. Safe deposit box - application, signature card, box number, entry cards for all entries, rental payments and/or lease agreement, all correspondence and notes of telephone conversations or discussions;

12. Money orders, bank drafts - records in the register, money orders or bank drafts, retained copies of the money orders or bank drafts, and all correspondence and notes of telephone conversations or discussions;

13. Wire transfers - all documents relating to monies transferred by wire or other electronic means including but not limited to debit or credit slips, transaction sheets, letters or any other forms of correspondence authorizing the transfer;

14. Copies of checks, cashier's checks and/or money orders and all copies of any items deposited, withdrawn, and cashed from/against accounts to obtain these instruments, including all correspondence and notes of telephone conversations or discussions;

15. Copies of traveler's checks including all correspondence and notes of telephone conversations or discussions;

16. Copies of all purchases and sales of Treasury Bills including all correspondence and notes of telephone conversations or discussions;

17. Retained copies of IRS Form 4798 - Currency Transaction Reports, filed on behalf of the captioned entities.

18. All Internet Protocol (IP) numbers related to these accounts/login accesses, including date and time of access.

19. All online account username information related to these accounts, including date and time of access.

20. Any certificates of deposit (CDs).

21. All online/e-banking records to include app authentication or app verification records.

**PLEASE PROVIDE RESULTS ELECTRONICALLY**

**Return subpoena to:**

Special Agent Timothy Gerber
Homeland Security Investigations
1 Federal Drive, Suite 1340, Fort Snelling, MN 55111 / Cell: (612) 456-0800
**Email Address**: timothy.m.gerber@hsi.dhs.gov

Neville (Ned) Hedley
300 South Fourth Street, Suite 600
Minneapolis, MN 55415
Civil Rights Division Criminal Section
U.S. Department of Justice
**Email Address**: neville.hedley@usdoj.gov
202-297-3424

Subpoena# 2026R00046-0043

## GUIDELINES FOR ELECTRONIC DOCUMENTS, AUDIO, AND VIDEO

You are providing items that will be electronically organized with other documents and files. To facilitate this process, and make the information you provide useful, it is important that the information be provided in **standard electronic format**.

### PREFERRED FORMAT FOR ELECTRONIC DOCUMENTS

- We strongly discourage you from providing the documents in proprietary formats that require the use of specialized software to decrypt, view, or export the documents into useable formats. If you must use this format see the guidelines below.
- Documents should be provided in native format (see table below.)
- If native format is not available, or is not in the table below as a preferred format, then provide documents in PDF or multi-page TIF format.
  - One PDF or TIF file per document.
  - No embedded files within PDF files.
  - Printing and editing of PDF files must not be restricted.
  - No proprietary viewers.
  - Encryption, if used, should be in WinZip, True Crypt, or PDF format.

| Type of Document | Preferred Format | Acceptable Format |
|---|---|---|
| Word Processor | DOC, DOCX, WPD, TXT | TXT, RTF, PDF, Multipage TIF |
| Spreadsheet | XLS, XLSX, CSV | |
| Email | PST, EML, MSG | |
| Database | PDF, TIF, JPG | |
| Pictures | JPG, PNG, TIFF, PDF | |

### PREFERRED FORMAT FOR AUDIO AND VIDEO FILES

- Do not provide audio or video in proprietary format that requires the use of specialized software to view or export the audio or video into useable formats.

| Type of Document | Preferred Format | Acceptable Format |
|---|---|---|
| Audio | WAV, MP3 | CDA(CD Audio Format) |
| Video | AVI, WMV, MPG | DVD Movie Format (AUDIO_TS and/or VIDEO_TS folders) |

### PROPRIETARY SOFTWARE FOR VIEWING DOCUMENTS, AUDIO, OR VIDEO FILES (if you must)

- **Do not** provide any items in any proprietary format that requires **the installation of software** on our computers.
- Standalone viewers that can run **without being installed** are acceptable **only if they provide an easy method for exporting the items into the standard electronic formats** indicated above. We prefer not to use the viewers as it takes substantially more time to review these documents.

### IF YOU CANNOT MEET THESE REQUIREMENTS, OR YOU HAVE QUESTIONS

Please contact the Requesting AUSA if you have questions or if there is a compelling reason why the electronic records cannot be provided in one of these formats.

**U.S. Department of Justice**
Washington, D.C. 20530

Request for Financial Information Under the Right to Financial Privacy Act (RFPA)
(Order, Invoice and Receiving Report)

This form shall be used when requesting financial records of individuals and partnerships of five or fewer individuals under the RFPA.

| 1. Requisition/Commitment No. and Optional Tracking No.: R26MNXS0594 | 2. Date Order Prepared: 5/8/2026 | 3. USAO Number: 2026R00046-0043 |
|---|---|---|

**Section A – Order and Reimbursement Limit**

4A. Name and Address of Financial Institution: 4B Name of Financial Institution Representative:
Wings Financial Credit Union, 14985 Glazier Avenue, Suite #645, Apple Valley MN 55124-7484
Number:
4D Email Address:

| 5A. Deliver Records To: **U.S. Attorney's Office, Attn: AUSA Kristian C. Weir, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415** | 5B Send Completed USA-211 Form & Invoice To: Same as Box #5 or email to usamn.budget@usdoj.gov | 6. Return Date: 5/19/2026 |
|---|---|---|

7. Remarks: Do not proceed with compliance if the total cost will exceed $200.00 without prior approval. To obtain approval, please call Daniel Schiller (612-664-5661) or Sarah Baggott (612-664-5752). If invoicing for these services is expected to exceed 120 days, please notify the United States Attorney's Office immediately to ensure funds remain available for payment. Please see the attached subpoena, and subpoena attachments for additional information on invoicing and other requirements for reimbursement.

| 8. Name of Requestor (AUSA): *(Type or Print)* Flavio DeAbreu | 9. U S A O Telephone Number: 612-664-5600 | 10. Date of request: 5/8/2026 |
|---|---|---|

**Section B – Financial Institution Invoice**

No Payment Shall Be Made Unless Expenses Are Itemized Below Or Set Forth On Your Attached Invoice.

| **11A Invoice Number:**<br>**11B Tax ID Number:** | **Quantity** | **Unit Price** | | **Amount** |
|---|---|---|---|---|
| | | **Cost** | **Per** | |
| **11C Service(s)/Records Provided:** | | | | |
| **A. Searching and processing costs (clerical or technical personnel)** | | **$22.00** | **Hour** | |
| **B. Searching and processing costs (management/supervisory personnel)** | | **$30.00** | **Hour** | |
| **C. Searching and processing costs (computer support specialist)** | | **$30.00** | **Hour** | |
| **D. Reproduction Costs (Photocopying) **Note: Copy charges will be disallowed if the information is stored electronically, unless the US Attorney's Office requests paper.** | | **$0.25** | **Page** | |
| **E. Reproduction Costs (Paper Copies of Microfiche: provide justification)** | | **$0.25** | **Frame** | |
| **F. Reproduction Costs (Duplicate Microfiche: provide justification)** | | **$0.50** | **Microfiche** | |
| **G. Storage Media Cost *e.g., Compact Disc, DVD, etc., at Actual Cost.** | | | | |
| **H. Transportation Costs (Direct Costs Only)** | | | | |

In Item #12, pursuant to 18 U.S.C. § 1001, I certify under penalty of perjury that, to the best of my knowledge, the services invoiced above (or in an invoice submitted along with this certification) accurately identify the actual quantities of hours, pages, and microfiche and that any other charges represent the actual costs of the services or goods being invoiced or, if actual costs cannot be identified, the charges represent good faith estimates of the actual or direct costs. I further certify under penalty of perjury that all services invoiced were not performed relative to corporate accounts and pertain only to accounts of individuals or partnerships of five or fewer individuals.

| **12A Name of Financial Institution** | **12B Signature of Institution Official:** 13 Date Signed: | 14 Total Amount Claimed By Financial Institution | |
|---|---|---|---|
| **Section C - Receiving Report** | | 15. Disallowance *(See Attached)* | |
| 16 Date Materials Received: | 17 I certify that the articles and services listed were received: 18 Date Signed : | 19 Net to Financial Institution | |

20 Right to Financial Privacy Act – Public Law 95-630 SPENDING OBJECT CODE 25202
(12 U.S.C. 3401-3422) Request Pursuant To: *(Check One Only)*

| SECTION | | OBJECT CLASS |
|---|---|---|
| ☐ 3404 | Customer Authorization | 2545 |
| ☐ 3405 | Administrative Subpoena or Summons | 2545 |
| ☐ 3406 | Search Warrant | 2545 |
| ☐ 3407 | Judicial Subpoena | 2545 |
| ☐ 3408 | Formal Written Request | 2545 |
| ☐ 3413 | Grand Jury Subpoena | 2545 |
| ☐ 3414 | Special Procedures | 2545 |

21 Signature of Reviewing Official: Date:

22 Accounting /Fund Information
Activity Group/Code:
Fund Code:
Finance Point of Contact:
Requisition/Call No.:
Commitment Document No.:
Header Accounting Line Number:
[Reserved for Local Use]:

23 Remarks:

24 To the best of my knowledge, the financial records received, for which we are being billed, are those of an individual or partnership of five or fewer individuals.

Signature of the United States Attorney's Office Representative Date

FORM USA-211
DEC. 2022

Subpoena# 2026R00046-0043

# IMPORTANT NOTICE

Pursuant to the right to Financial Privacy Act, Title 12, United States Code, Section 3415, financial institutions may be reimbursed for necessary costs actually incurred for copies of subpoenaed financial records. ***Reimbursement may only be made in connection with financial records of checking, savings, share, loan or credit card account records pertaining to accounts of individuals or partnerships of five or fewer partners***. The Federal Reserve Board has established the following guidelines:

Search and Processing Costs

$22.00 per hour for direct time spent by clerical/technical employees, or
$30.00 per hour for direct time spent by manager/supervisory employees, or
$30.00 per hour for direct time spent by computer support specialist employees in locating, or retrieving, reproducing documents, packaging and preparing electronic or paper documents for shipment. Computer time and necessary supplies may be billed also if itemized separately.

Reproduction Costs (Electronic Records Preferred)

Photocopying - $.25 cents per page.
Paper copies of microfiche, $.25 per frame.
Duplicate microfiche if requested, $.50 per microfiche.
Storage media (CD) - Actual cost, not to exceed $5.00 per disk.

Transportation Costs - to transport employees to locate and retrieve records and/or to transport summonsed records to the location named in the subpoena.

**REIMBURSEMENTS CANNOT BE MADE FOR RECORDS RELATING TO ACCOUNTS OF:**

1. Corporations
2. Large Partnerships (6 or more partners)
3. Associations
4. Trusts
5. State and local government agencies
6. Other legal entities

Section B, item numbers 11 through 13 of the attached Form OBD-211 must be completed in accordance with the above mentioned cost schedule before reimbursement can be made.

*******************************************************************

**IF YOU FIND THAT EXPENSES ASSOCIATED WITH THIS REQUEST WILL EXCEED $200.00, YOU MUST NOTIFY THIS OFFICE IMMEDIATELY WITH THE ESTIMATED COSTS AND OBTAIN PRIOR APPROVAL OF THE BUDGET OFFICE LISTED IN THE SUBPOENA BEFORE COMMENCING WITH THIS GRAND JURY REQUEST.**

*******************************************************************

To assure prompt payment, submit invoice within 30 days. Mail invoice to ATTN: Administrative Unit, U.S. Attorney's Office, 600 US Courthouse, 300 South 4th Street, Minneapolis MN 55415.

Include tax ID number on invoice, as the invoice cannot be processed without it.

Subpoena# 2026R00046-0043

# Certificate of Authenticity

Pursuant to Federal Rules of Evidence 803(6) and 902(11) regarding certified domestic records of regularly conducted activity, I hereby certify:

1. I am employed by ________________________________________(“the Business”) and am a person designated by the Business as a custodian of records with the authority to make this certificate.

2. I hereby certify that each memorandum, report, record, video and/or data compilation (collectively “document”) herewith is a record made and retained by the Business.

3. I further certify that the information in each attached document was made at or near the time of the occurrence of the matters set forth, by or from information transmitted by, a person with knowledge of those matters.

4. I further certify that each attached document was kept in the course of the regularly conducted activity of the Business.

5. I further certify that it is the regular practice of the Business to make and retain each attached document.

6. Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Date: _________________

____________________________
Signature

____________________________
Name of Records Custodian