# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,

                    Plaintiff,

v.

Georgia Ellyse Fort (8), and Michael
Walker Beute (12),

                Defendants.

**COURT MINUTES**
BEFORE: DOUGLAS L. MICKO
U.S. MAGISTRATE JUDGE

Case No.: 26-cr-25 (LMP/DLM)
Date: July 24, 2026
Location: St. Paul, Devitt Courtroom
Court Reporter: Tim Willette
Time Commenced: 10:33 a.m.
Time Concluded: 11:44 a.m.
Time in Court: 1 hour & 11 minutes
Hearing Type: Oral Argument Hearing

## MOTION FOR IMMEDIATE DISCLOSURE

**APPEARANCES:**

For the government: Neville Hedley, Robert Keenan
For Ms. Fort: Matthew Ebert, Isabella Salomão Nascimento, Kevin Riach
For Mr. Beute: William Dooling, William Mauzy

Interpreter/Language: None

**PROCEEDINGS**:

The Court held an oral argument hearing on Ms. Fort and Mr. Beute's Motion for Immediate Disclosure of Grand Jury Transcripts (Doc. 528). For the reasons stated on the record, the Court GRANTED IN PART and DENIED IN PART the motion. The Court Ordered the government to produce all grand jury transcripts and exhibits as they relate to Ms. Fort and Mr. Beute for the Court's in-camera review no later than the close of business on July 29, 2026.

                                        *AEF*
                                 Judicial Law Clerk