UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-25 (LMP/DLM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | SUPPLEMENTAL MEMORANDUM IN |
| v. | ) | SUPPORT OF OBJECTIONS TO ORDER |
| | ) | |
| TRAHERN JEEN CREWS, | ) | |
| THAMAS MATTHEW TIER, | ) | |
| | ) | |
| Defendants. | ) | |

Defendants Trahern Jeen Crews and Thomas Matthew Tier submit this brief

memorandum in further support of the pending objections to the Magistrate Judge's

Order denying the defendants' joint petition for disclosure of grand jury material.

Doc. 491.

By Order dated June 10, 2026, Magistrate Judge Micko denied the

defendants' joint petition for disclosure of grand jury proceedings. Doc. No. 540. The

defendants objected to the Magistrate Judge's Order, and those objections are

pending before this Court. Doc. No. 549. The relief sought in those objections was

for the Court to conduct an in camera review of the relevant grand jury materials.

*Id.* at 12. The government opposed the defendants' objections. Doc. No. 561.

On July 24, 2026, Magistrate Judge Micko heard argument from counsel for

co-defendants Georgia Fort and Michael Beute who were seeking disclosure of

grand jury transcripts relating to their clients for reasons particular to them.

During that hearing, the government made several comments that bear directly on

the pending objections on behalf of many of the other defendants.[1]

First, the government asserted that there was probable cause to believe each defendant committed the two crimes charged in the superseding indictment based on nothing more than evidence that each defendant was present at a pre-protest briefing and then was present at the church, with some defendants "seen crowding and obstructing the pastor." Tr. at 28-29.

Yet, as is explained in Doc. No. 547, those allegations are insufficient as a matter of law. Conspiring to disrupt a church service is not a federal crime. And the government must allege for each defendant more than that they participated in a protest. *United States v. American Grain & Related Industries*, 763 F.2d 312, 315 (8th Cir. 1985) (the government must allege *with respect to each individual defendant* some element of affirmative cooperation or at least an agreement to cooperate in a valid object of the conspiracy).

The fact that one of the prosecutors would take this erroneous position before the Court calls into serious question how the government instructed the grand jury. It is little wonder that the grand jury indicted 39 defendants if they were instructed, incorrectly, that each individual defendant's presence at a briefing and then entering a church is sufficient to establish probable cause

This is an additional ground warranting disclosure of the grand jury proceedings.

Second, despite the government's position with respect to the 33 defendants

---

[1] The transcript of the July 24 hearing has been prepared and is available at Doc. No. 583.

who filed the objection to the Magistrate Judge's Order that even in camera review of the grand jury material would be unwarranted, the government inexplicably took the opposite position with respect to defendant's Fort and Beute, stating: "If the Court has lingering concerns from a broader perspective, we're happy to turn over the grand jury transcripts." Tr. 31. Ultimately, the Magistrate Judge ordered exactly that with respect to those two defendants. Tr. 39; Doc. No. 576.

The 33 defendants have similarly established a basis for in camera review of the grand jury transcripts, and they ask the Court to order similar relief as requested in Doc. No. 549.

Dated: July 28, 2026

Respectfully submitted,

s/ *Robert D. Richman*
ROBERT D. RICHMAN
Attorney ID No. 226142

LAW OFFICES OF
ROBERT D. RICHMAN, LLC
P.O. Box 16643
St. Louis Park, MN  55416
(651) 278-4987
Attorney for Defendant Trahern Crews (7)

**DORSEY & WHITNEY LLP**

s/ *John R. Marti*
John R. Marti (#0388393)
marti.john@dorsey.com
Meredith LaVine (#0506725)
lavine.meredith@dorsey.com
Ashley Repp (#0399661)
repp.ashley@dorsey.com

50 South Sixth Street, Suite 1500
Minneapolis, MN 55402

Telephone: (612) 340-2600
Facsimile: (612) 340-2868
Attorneys for Defendant Thomas Matthew
Tier (36)

4