# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA, )
                Plaintiff, )
                      )
v.                    )
                      )
NEKIMA VALDEZ LEVY )
ARMSTRONG, *et al.*, )
              Defendants. )
                      )

No. 26-cr-00025-LMP-DLM

NOTICE OF GOVERNMENT'S *IN CAMERA* SUBMISSION RE COURT'S ORDER (Dkt. 576)

PLEASE TAKE NOTICE that, pursuant to the Court's direction, the

Government is today filing *in camera* additional grand jury materials

pursuant to the Court's Order dated July 24, 2026, Dkt. 576.

DATED: July 29, 2026.

DANIEL N. ROSEN
United States Attorney

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General

NEVILLE S. HEDLEY
Senior Trial Attorney

    /s/ *Neville S. Hedley*
NEVILLE S. HEDLEY
  Civil Rights Division
  U.S. Department of Justice
  Washington, DC 20530
  Telephone: (202) 297-3424
  E-Mail:  neville.hedley@usdoj.gov

*Attorneys for Plaintiff*

1