**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America, | No. 26-cr-25 (LMP/DLM) |
| Plaintiff, | |
| | **ORDER** |
| v. | |
| Nekima Levy Armstrong et al, | |
| Defendants. | |

Defendant Don Lemon has filed a document entitled "Motion to Join Relief Granted to Co-Defendants Fort and Beute." (Doc. 585.) The motion relates to disclosure of grand jury transcripts. On July 24, 2026, this Court granted in part the motion of Defendant Georgia Fort (Doc. 528), joined by Defendant Michael Beute (Doc. 532), to disclose grand jury transcripts, ordering the transcripts to be produced for the Court's in camera review. (Doc. 576.) Mr. Lemon asserts that he is similarly situated to Ms. Fort and Mr. Beute, and thus asks the Court to "extend the same relief to him," requiring "the government to submit those portions of the grand jury transcripts relating to Mr. Lemon to the Court for in camera review." (Doc. 585.)

There are a number of problems with Mr. Lemon's request. First, Mr. Lemon is asking to "join" a matter already decided. Mr. Lemon cites no authority for such a peculiar request. Granting such a motion would encourage gamesmanship, allowing a party to lie in wait on an issue, "joining" later if the issue came out favorably—and along the way

depriving the opposing party of the opportunity to respond.[1] This Court does not endorse such an approach. Second, Mr. Lemon had the opportunity to formally seek to join Ms. Fort's motion when it was pending—that is exactly what Mr. Beute did. (See Doc. 532.) Instead, Mr. Lemon pursued his own very fulsome motion practice on the issue of grand jury transcript disclosure. (*See, e.g.,* Docs. 125, 413, 525, 536.[2]) Finally, this Court has already denied Mr. Lemon's motion for disclosure of grand jury transcripts (Doc. 540), which is pending on Mr. Lemon's appeal to the District Judge (Doc. 550). Mr. Lemon's request to join is, thus, essentially a request for this Court to reconsider and revisit an issue for which the Court as a whole has not made a final determination. The Court declines this invitation.

Accordingly, Mr. Lemon's Motion to Join is respectfully DENIED.

DATED: July 31, 2026                    s/Douglas L. Micko
                                        DOUGLAS L. MICKO
                                        United States Magistrate Judge

---

[1] Mr. Lemon's motion ignores the fact that each defendant in this action is not alike, and the reasons that animate the Court's determinations as to Ms. Fort and Ms. Beute may not lockstep apply to his circumstances.

[2] It is true that some of these filings were made jointly with other codefendants (Docs. 125, 525, 529, 413), but others were not (Docs. 536). It would not be appropriate for the Court to intuit that Mr. Lemon intended to join Ms. Fort's most recent motion for disclosure when he did not indicate as much by filing a motion to join.

2