**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Criminal Case No. 26-25 (4) (LMP/DLM)**

*United States of America*

v.

*Don Renaldo Lemon (4),*

Defendant.

**EXHIBITS TO DON LEMON'S MOTION TO DISMISS THE SUPERSEDING INDICTMENT**

### INDEX

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Gov. Bates No. 00008100 (Lemon Arrest ROI) |
| B | Gov. Bates No. 00010217 (2/2/2026 Aff. of T. Gerber) |
| C | Gov. Bates No. 00019357 (1/27/2026 Draft Complaint Aff. of T. Gerber) |
| D | *In re Search Warrant*, 26-mj-205, ECF 1 |
| E | *In re Search Warrant*, 26-mj-205, ECF 4 |
| F | *In re Search Warrant*, 26-mj-205, ECF 9 |
| G | Gov. Bates No. 00019242 (4/3/2026 YouTube Customs Summons) |
| H | *Tobay Robles v. Noem*, 26-cv-107, ECF 12 |
| I | *Advoc. for Hum. Rights v. Dep't of Homeland Sec.*, 26-cv-749, ECF 95 |
| J | *Hoque v. Trump*, 25-cv-1576, ECF 29 |
| K | *Hoque v. Trump*, 25-cv-1576, ECF 36 |
| L | *Harsono v. Trump*, 25-cv-1976, ECF 21 |
| M | *In re Grand Jury Subpoenas*, 26-mc-43, ECF 1 |

1

Dated: August 7, 2026

/s/ Joseph H. Thompson
Joseph H. Thompson (#0343031)
THOMPSON JACOBS PLLC
220 N. Second Street, Suite 220
Minneapolis, MN 55401
Tel: (612) 416-3322
joe@thompsonjacobs.com

Respectfully submitted,

By: /s/ Abbe David Lowell
Abbe David Lowell (*admitted pro hac vice*)
David A. Kolansky (*admitted pro hac vice*)
Isabella M. Oishi (*admitted pro hac vice*)
LOWELL & ASSOCIATES, PLLC
1250 H Street NW, Suite 250
Washington, DC 20005
Tel: 202-964-6110
Fax: 202-964-6116
ALowellpublicoutreach@lowellandassociates.com
DKolansky@lowellandassociates.com
IOishi@lowellandassociates.com

*Counsel for Don R. Lemon*