# Exhibit A



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



02/20/2026 10:30 EST

**CASE NUMBER**
LA05F226MS0003

**CASE OPENED**
2/3/2026

**CURRENT CASE TITLE**
Collateral from [Saint Paul, MN] to [Los Angeles, CA]:...

**REPORT TITLE**
January 30, 2026 Arrest of Don Renaldo LEMON

## SYNOPSIS

On Thursday, January 29, 2026, the U.S. District Court for the District of Minnesota issued an arrest warrant for Don Renaldo LEMON for the offenses of Conspiracy Against Right of Religious Freedom at a Place of Worship, in violation of Title 18, United States Code, Section 241; and Injuring, Intimidating, and Interfering with the Exercise of Right of Religious Freedom at a Place of Worship, in violation of Title 18, United States Code, Section 248.

This report documents the January 30, 2026, arrest of Don Renaldo LEMON.

**REPORTED BY**
Ian Albright
SPECIAL AGENT

**APPROVED BY**
Nicholas DeSimone
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
2/18/2026

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Collateral from [Saint Paul, MN] to [Los Angeles, CA]:... | LA05F226MS0003-001 | 2/18/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00008100



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



## DETAILS OF INVESTIGATION

On Thursday, January 29, 2026, the U.S. District Court for the District of Minnesota issued a federal arrest warrant, Docket No.: CR26-25 LMP-DLM, for Don Renaldo LEMON for the offense of Conspiracy Against Right of Religious Freedom at a Place of Worship, in violation of Title 18, United States Code, Section 241; and the offense of Injuring, Intimidating, and Interfering with the Exercise of Right of Religious Freedom at a Place of Worship, in violation of Title 18, United States Code, Section 248. This arrest warrant for LEMON was issued in response to his presence at a January 18, 2026 anti-ICE protest at the Cities Church in St. Paul, Minnesota.

On Thursday, January 29, 2026, at approximately 6:00 p.m., Homeland Security Investigations (HSI) Group Supervisor (GS) Alfredo Rossi, GS Kurtis Brown, Special Agent (SA) Mitchell Gangwish, and SA Krysta Walicki arrived at The Beverly Hilton hotel, located at 9876 Wilshire Boulevard, Beverly Hills, California, the hotel at which LEMON was believed to be staying, and initiated surveillance in an attempt to locate and arrest LEMON. At approximately 12:00 a.m., on Friday, January 30, 2026, HSI personnel, with support from the Federal Bureau of Investigation, encountered LEMON as he returned to the hotel. LEMON was contacted and placed under arrest without incident.

At the time of their contact with LEMON, LEMON was in possession of his personal cellular telephone.  The device was seized and retained as evidence.

LEMON was transported to the Los Angeles Federal Building (LAFB), located at 300 N. Los Angeles Street, Los Angeles, California, and turned over to the custody of HSI Resident Agent in Charge (RAC) Nicholas DeSimone.  LEMON's fingerprints and biographical information were processed and enrolled into Department of Homeland Security booking indices.

LEMON was held at the LAFB until approximately 10:15 a.m. on Friday, January 30, 2026, at which time he was processed into U.S. Marshals Service custody for presentation before a U.S. magistrate judge.

On Friday, January 30, 2026, at approximately 2:00 p.m., LEMON was presented for an initial appearance before a U.S. magistrate judge in the Central District of California and was granted a release on personal recognizance with a promise to appear in the District of Minnesota at a later date, with limits imposed on LEMON's travel. During the course of this operation and HSI's custody of LEMON, there were no injuries reported by any involved parties, including LEMON.  LEMON was provided with adequate access to food, refreshments, and restroom facilities.

LEMON's phone, which was retained by HSI Los Angeles as evidence following LEMON's arrest at the request of HSI Minnesota personnel, was transferred to HSI Minnesota following the issuance of a

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Collateral from [Saint Paul, MN] to [Los Angeles, CA]:... | LA05F226MS0003-001 | 2/18/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00008101



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



02/20/2026 10:30 EST                                                                 Page 3 of 3

federal search warrant for that device in the District of Minnesota, Docket No. 26-MJ-106-DJF, on Monday, February 2, 2026.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Collateral from [Saint Paul, MN] to [Los Angeles, CA]:... | LA05F226MS0003-001 | 2/18/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

00008102