# Exhibit C

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

DON RENALDO LEMON, JEROME DEANGELO RICHARDSON, JAMAEL LYDELL LUNDY, TRAHERN JEEN CREWS, and GEORGIA ELLYSE FORT

Case No. 26-mj-090 (DJF)

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about **January 18, 2026**, in Hennepin County, in the State and District of Minnesota, the above-named defendants conspired to injure, oppress, threaten, and intimidate the rights of other persons secured by Federal Law, namely, the free exercise of religion at a place of religious worship secured by the FACE Act, 18 U.S.C. § 248(a)(2), all in violation of Title 18, United States Code, Sections 241 and 248(a)(2).

I further state that I am a Special Agent of the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) Homeland Security Investigations (HSI) and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒Yes ☐ No

SUBSCRIBED and SWORN before me by reliable electronic means (FaceTime and email) pursuant to Fed. R. Crim. P. 41(d)(3)

*Complainant's signature*

Timothy Gerber, DHS-ICE Special Agent
*Printed name and title*

Date: January 27, 2026

*Judge's Signature*

City and State: St. Paul, MN

Douglas L. Micko
United States Magistrate Judge
*Printed Name and Title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Timothy Gerber, being duly sworn, hereby declare and state as follows:

## TRAINING AND EXPERIENCE

1. I am a Special Agent (SA) with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) Homeland Security Investigations (HSI), and have been so employed since March of 2025. In my capacity as a Special Agent, I am responsible for conducting investigations into the federal laws enforced by HSI. Since March of 2025, I have investigated various criminal violations relating to child exploitation, assaults on federal officers, human rights violations, and immigration violations.

2. I am a graduate of the Federal Law Enforcement Training Center (FLETC), HSI Special Agent Training Program, having completed training in surveillance, search and arrest warrants, federal laws enforced by HSI, and federal criminal procedures. Prior to my tenure as a HSI Special Agent, I was employed as a Special Agent with the Internal Revenue Service, Criminal Investigation (IRS-CI), where I investigated various criminal violations relating to the Internal Revenue Code, money laundering, digital currency, and elder exploitation.

## PURPOSE OF AFFIDAVIT

3. This affidavit is submitted for the purpose of establishing probable cause in support of the attached criminal complaint and issuance of arrest warrants against DON RENALDO LEMON, JEROME DEANGELO RICHARDSON, JAMAEL LYDELL LUNDY, TRAHERN JEEN CREWS, and GEORGIA ELLYSE

FORT ("collectively, "Defendants"), and other persons known and unknown, for a violation of 18 U.S.C. §§ 241 (Conspiracy Against Rights Secured by Federal Law, namely, the free exercise of religion at a place of religious worship secured by the FACE Act, 18 U.S.C. § 248(a)(2)), and 248(a)(2) (FACE Act). (Three other co-conspirators have already been charged in a separate complaint, namely NEKIMA VALDEZ LEVY-ARMSTRONG ("ARMSTRONG"), CHAUNTYLL LOUISA ALLEN ("ALLEN"), and WILLIAM SCOTT KELLY ("KELLY"))

4. This affidavit is based on my personal knowledge, as well as information I have learned from other law enforcement officers and the review of reports, written materials, and multiple recordings. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

## FACTS ESTABLISHING PROBABLE CAUSE

### A. Summary

5. On the morning of Sunday, January 18, 2026, at approximately 10:30 a.m., a group of approximately 30-40 agitators, working together in a coordinated manner, entered the Cities Church, located at 1524 Summit Avenue, St. Paul, MN 55105, during a religious service and engaged in conduct that, *as detailed below*, disrupted the religious service and intimidated, harassed, oppressed, and terrorized

the parishioners, including young children, and caused the service to be cut short and forced parishioners to flee the church out of a side door, which resulted in one female victim falling and suffering an injury. Statements made by agitators at the church indicated that they targeted the church based on their belief that one of the church's pastors is a federal immigration officer (Victim #1). Prior to their assault on the church, the agitators met together in the parking lot of a nearby shopping center and made plans for their actions inside the church. Some of the protestors also physically obstructed some parishioners as they attempted to leave the church and the adjacent parking areas. Some of the agitators, including defendant DON RENALDO LEMON ("LEMON"), livestreamed the agitators at the pre-assault meeting and the conduct of the agitators inside the church and after disrupting the church service.

6. Special Agents with DHS-HSI and the Federal Bureau of Investigation ("FBI") commenced an investigation. The following facts set forth information learned during the investigation.

## B. <u>January 18, 2026: Livestreamed Video of Incident at Cities Church</u>

7. On Sunday morning, January 18, 2026, at approximately 10:00 a.m., LEMON began livestreaming on his internet-based livestream show, "TheDonLemonShow," in the parking lot of a shopping center located at 1440 University Avenue W, St Paul, MN 55104. I have reviewed pertinent portions of the livestream video. I used the YouTube closed-captioning option to assist with transcriptions.

### 1. Pre-Operation Meeting

8. At the start of the livestream, LEMON said he just got into Minneapolis, Minnesota and was there to speak with an organization that was gearing up for resistance and protest. Based on my training and experience, I am informed that persons identifying themselves as resistance protesters have recently sought to disrupt ICE operations in Minnesota. Due to the presence of an American flag, LEMON noted, apparently in jest, that he initially thought the protesters looked "MAGA-coded," but he explained to his audience that the organization was, in fact, a group of resistance protesters.

9. LEMON explained that the resistance protesters were planning an operation that LEMON intended to follow them on. LEMON identified their operation as "Operation Pullup" and identified the apparent organizer as ARMSTRONG. When speaking with ARMSTRONG, LEMON assured her that, "We're not saying what it is, what's going on, but thank you. Tell us why you're doing this."

10. ARMSTRONG identified herself as a civil rights attorney and longtime activist in the community. ARMSTRONG said she does activism and protests in various ways. ARMSTRONG identified this as "Operation Pullup," which she characterized as a "clandestine" operation. ARMSTRONG explained that she and other agitators "show up somewhere that is a key location, [where the targets] don't expect us to come there, and we disrupt business as usual. That's what we're about to go do right now. We've had a lot of success with the times we've done "Operation

Pullup." ARMSTRONG detailed prior protests and stated "this is our next action to call for justice for Renee Good and ICE out of Minnesota. LEMON asked, "How long do you think before this operation would [inaudible] before it takes place?" ARMSTRONG replied, "We got to go now and get there." LEMON replied, "we'll see you there." LEMON advised his audience that "we're going to head to the operation. Again, we're not going to give any, any of the information away."

11. LEMON introduced LUNDY, who said he was out there to support the community activists. LUNDY identified himself as a current candidate for Minnesota State Senate, District 65. LUNDY felt it's important if you're servicing people in office, you have to be with the people as well. (Based on my review of other video evidence of the agitators' activities inside the church, LUNDY later entered the church as part of the group's action.)

12. LEMON walked away from LUNDY to focus his attention on the other agitators and a chant that ALLEN was leading. ALLEN's initial chants were, "This is what community looks like" and "ICE out." ALLEN then directed the agitators to respond with "of Minnesota" when she said, "ICE out." ALLEN requested the favorite chants of the local agitators, one suggested "justice for Renee Good (Good)." (Good was recently involved in an illegal protest to disrupt immigration enforcement activities, which led to an officer-involved shooting as a result of her assault on an immigration officer.) ALLEN proceeded to lead the group in that chant, as well as "say her name," which the agitators responded with "Renee Good."

13. ALLEN described their reasoning for being out at the staging location, stating they have a "duty to fight for our freedom," "we have a duty to win," "we must love and support one another," "we have nothing to lose but our chains." ALLEN then stated to the agitators "you guys are sounding like Sunday morning." ALLEN continued to address the crowd in a motivational manner. ALLEN instructed the agitators to "stay bumper-to-bumper, make sure everybody gets through the light, and we all have the address, right?"

14. ARMSTRONG addressed the agitators and encouraged everyone to make sure they had the address. ARMSTRONG also provided the following instruction: Remember if you have anything that is activist identifying, do not wear it in if you're just going in to sit down and be a part of the situation. In response to a question from an unidentified agitator, who asked if they should spread out once at the church, ARMSTRONG instructed that the agitators should not sit together. ARMSTRONG further instructed the agitators that, if you have anything activism identifying, do not go in with the first wave, you wait until you come in with us people of color.

15. LEMON proceeded to move the camera away from the agitators and organizers because, as he explained, he did not want to divulge critical information about the operation that was being discussed at that time. LEMON went to the crowd of agitators and organizers and proceeded to thank them for allowing him to be there.

16. Based on my review of LEMON's livestream, I know that KELLY was present in the crowd of agitators at the pre-operation briefing led by ARMSTRONG and ALLEN.

17. Based on my review of the livestream video, ARMSTRONG and ALLEN appear to be the leaders of Operation Pullup and the meeting of agitators that was described in paragraphs above. I believe this because ARMSTRONG and ALLEN provided instructions to the group, led chants, and conducted interviews as apparent leaders of the organization.

18. During the livestream of the pre-operation briefing, LEMON's cameraman records many of the agitators in the crowd. The following screenshots show ARMSTRONG, ALLEN, LUNDY, CREWS, LEMON, FORT, AND RICHARDSON.






DL
DL
looks the for this reason
um it may look like MAGA

### 2. Travel to Cities Church

19. LEMON and defendant JEROME DEANGELO RICHARDSON ("RICHARDSON"), along with a rear passenger, Michael LNU (Last Name Unknown), entered a vehicle to depart towards the location of the operation. LEMON asked RICHARDSON, the driver, "You know where we're going, right?" RICHARDSON replied, "yep."

20. An individual who identified himself as "Mark" approached LEMON, thanked LEMON, and introduced himself. LEMON advised Mark, "You're on right now, just so you know. So don't give anything away." A short time later, RICHARDSON said, "alright, we're behind operation, we gotta catch up." LEMON replied, "Let's go catch up" and later, advised RICHARD and Michael, "Don't give anything away."

21. On the drive to the operation location, LEMON advised his audience they are doing a clandestine secret operation. LEMON asked RICHARDSON, "They found out some inside information, right?" RICHARDSON responded, "yeah." LEMON identified who RICHARDSON is, that he is a producer, and that they met at Essencefest a "couple years ago." RICHARDSON identified himself as an activist and social entrepreneur.

22. While still on the drive, LEMON stated, "This is just the beginning of this uh clandestine operation that they're doing here because of some um inside information that they got. So, this is going to be very interesting. I don't think we can go ahead. I don't think we can go inside, right? No." Michael replied, "we can

stand outside." LEMON later stated, "We can't say too much. We don't want to give it up." The occupants of the vehicle discussed going into a church service that is underway with parishioners. LEMON later stated "I'm just trying to figure out what's the best thing cuz we just found out about this this morning. I'm just trying to figure out if it's, um, if it's for me to go inside so I can tell what happened. That's what I'm gonna do." Michael responded, "I know I'm also not supposed to really like go in, right?" RICHARDSON responded, "but you can go in," Michael added, "because they're going to buy that."

23. LEMON asked, "Will they let you in with a camera?" RICHARDSON replied, "Put it in your backpack." LEMON answered, "No, you can't do that. We can't do that. We can't do that." RICHARDSON asked, "Oh, we can't?" LEMON replied, "no," and later stated "let me produce this live as we're doing this." LEMON then instructed RICHARDSON "and if there's a place to turn, I want you to go where and park right where we can see the entrance." RICHARDSON replied, "I don't think that's the main entrance going on." LEMON replied, "yeah, it's right there." RICHARDSON replied, "Oh, where people are walking down those stairs."

### 3. Conduct at Cities Church

24. As LEMON approached Cities Church, LEMON advised Michael to "stay on the sidewalk, you can probably come where the van is." Based on the video, it appears LEMON was referring to a red vehicle parked in front of Cities Church. During LEMON's livestream, the camera focused on the outside of Cities Church, and LEMON entered only with audio equipment. The audio captures what

appears to be the church's pastor ("Victim #7" or "pastor") in the midst of addressing his congregation during a religious service.

25. Approximately one minute and forty-seven seconds after LEMON entered Cities Church, an unknown female voice, interrupted the pastor's sermon and shouted, "Excuse me, pastor…" LEMON is then heard saying, "Hey, Meta record." Based on my training and experience, Meta refers to smart glasses that integrate augmented reality features, allowing users to interact with digital content seamlessly. While the cameraman remained outside, the audio recording captures the voices of agitators yelling in the church.

26. At one point, an unknown female refers to the Director of ICE. Agitators can also be heard yelling, "Justice for… Renee Good." Approximately thirty-five seconds later, RICHARDSON is observed on video entering Cities Church. Immediately after RICHARDSON enters Cities Church, the video shows multiple parishioners exiting Cities Church through multiple doors. Three unknown parishioners are observed falling to the ground while exiting Cities Church through the north side door. Approximately twenty seconds later, Michael is observed entering Cities Church.

27. RICHARDSON entered Cities Church with his camera recording LEMON's live broadcast. Based on my review of the video, it appears that the parishioners are confused and shocked by the agitators' conduct. Again, based on the video, agitators can be heard yelling "ICE out" and blowing whistles. Based on

my training and experience, anti-ICE agitators use whistles to disrupt ICE operations and notify others of their presence.

28. During the LEMON broadcast, ARMSTRONG and ALLEN are observed yelling "ICE out." KELLY can also be heard yelling, "This ain't God's house. This is the house of the devil." Based on my review of KELLY's numerous social media posts, I recognize that is KELLY's voice on the video saying those words. LEMON can be observed walking with a winter-style jacket and hood over his head, in what appears to be an attempt to conceal his identity. Several other agitators or parishioners are wearing winter-style jackets with their hoods down.

29. During his livestream, LEMON explained that Operation Pullup learned that one of the pastors for Cities Church is a member of ICE. During his broadcast, LEMON tells his viewers that's he's there "chronicling and reporting. We're not a part of the activists, but we're here just reporting on them." RICHARDSON is observed engaged in agitator chants, yelling and raising his hands. LEMON stated, "I'm looking at a young man who's in the corner. He's frightened, he's scared, he's crying. People are leaving church. An unknown male parishioner was observed yelling to the agitators telling them to "get out." LEMON acknowledged that the unknown male parishioner is yelling this. LEMON stated, "I don't think they know what to do. I'm sure they probably called the local authorities right now. People are just really angry and upset and members of the church are trying to get them to calm down." LEMON followed with, "But this is the beginning of what's going to happen here. When you violate people's due

process, when you pull people off the street and start dragging them and hurting them and, um, and not abiding by the constitution, when you start doing all of that, people get upset and angry." LEMON goes on to suggest that according to the Constitution, there are no limitations to protesters on where and when they can exercise their Constitutional rights. That's the whole point of it is to disrupt, and that's what they're doing and that's what I believe."

30. While at the church, LEMON interviewed ARMSTRONG, who stated, "I told [inaudible] that Victim 1 is a pastor here and he also serves as a Director of the Field Office for ICE in St. Paul. LEMON asked, "Are you sure that he's…?" ARMSTRONG answered, "Yes, Cities Church, and that's why we're here. We're demanding justice for Renee Good and letting them know that this will not stand. They cannot pretend to be a house of God while harboring someone who is directing ICE agents to wreak havoc upon our community and who killed Renee Good, who almost killed a six-month-old baby. Enough is enough. I am a reverend, on top of being a lawyer and an activist."

31. LEMON asked ARMSTRONG, "Who is the person that we should talk to? Is our pastor or something? ARMSTRONG replied, "He might have ran away." LEMON replied, "All right, we'll see if we can find him." LEMON informed his audience, "I'm going to talk to the pastor. Let's see if I can talk to him."

32. At one point in the livestream LEMON leaves Cities Church out of a side door. This side door exit is the same exit where Victim 2 can be seen exiting and falling on the ice as the Cities Church protest begins. As LEMON is walking he

says to the viewers of his livestream "yeah that was interesting to watch, I imagine it's uncomfortable and traumatic for the people here, again careful it's slippery right here, it's uncomfortable and traumatic for the people here, (talks about how slippery the walk is), that's what protesting is about."

33. During the livestream video LEMON interviewed a parishioner who was attempting to leave. I believe from the facial expressions of this parishioner that the parishioner appears to be frustrated and frightened. The parishioner told LEMON how he felt about the protest, the parishioner said, "I feel violated, I feel interrupted, I feel angry". The parishioner attempted to leave, and LEMON used his body to block the parishioner from leaving the church's front entrance. It appeared in the video that LEMON placed his body in front of the parishioner at least four times. The parishioner was eventually able to make his way out of the church. The following screenshots are of LEMON blocking the parishioner.









#### 4. LEMON and Other Agitators Corner Pastor in Church

34. LEMON then approached the pastor and began asking him questions. In response to a question from LEMON, the pastor said, "We were interrupted by this group of protesters. We asked them to leave and they, um, obviously have not left. This is unacceptable. This is shameful. It's shameful to interrupt a public gathering of Christians in worship. LEMON advised the pastor that, "We live in a, there's a constitution and the First Amendment to freedom of speech and freedom to assemble and protest." The pastor replied, "We're here to worship Jesus because that's the hope of these cities. That's the hope of the world is Jesus Christ." LEMON interrupted and then told the pastor, "I want to be very respectful, please don't push me, though."

35. In the video, LEMON is standing very close to the pastor. In the livestream, the pastor appears to be worried and distraught about his parishioners,

whom he keeps looking at. LEMON continues to distract the pastor with questions. The pastor then stated, "I have to take care of my church and my family. So, I ask that you actually also leave this building. LEMON asked, "You don't want us to worship?" The pastor replied, "unless you're here to worship." LEMON replied, "I'm always worship[ing]; I'm a Christian." Approximately thirteen minutes later, LEMON exited the Cities Church.

36. Other video footage shows that, at this point during the incident, the pastor appears to be cornered by LEMON, RICHARDSON, GEORGIA ELLYSE FORT ("FORT"), and other unidentified agitators.

### C. <u>Facts Obtained from Other Video Footage of Incident</u>

37. I observed other livestream footage taken by another agitator who was inside the Cities Church, when the agitators began their protest. In that video, I observed the pastor standing at the podium with both hands on each side of the lectern in what appears to be an observing stance. During the recording, I am able to hear, "Hands up, don't shoot." KELLY is shown standing in front of the lectern with his phone camera pointed at the pastor. The pastor is then shown pointing towards the exit of the church, in what appears to be a gesture to dismiss KELLY.

38. In the video, I also observed a female parishioner in the corner of the church holding two toddlers in a protective way, with what appears to be a look of anxiety and fear on her face. KELLY is also shown in the video engaging with a parishioner in an aggressive, confrontational manner within the parishioner's personal space. KELLY was yelling at the parishioner, asking multiple questions

along the lines of, Why aren't you involved in the protests? ALLEN is observed leading the agitators in various chants.

39. I observed a video from a YouTube channel identified as iCkEdMeL, where a podcaster is talking about the agitators at Cities Church. At the beginning of the protest, I observed a female parishioner standing in the alcove of the church clutching two toddlers in her arms in a protective posture. I am able to see a look of fear and confusion on the female parishioner's face. The following is a screenshot of the female parishioner in the alcove protecting the two toddler children.



## D. Review of Cities Church Broadcast Footage & Related Videos

40. Broadcast video obtained from Cities church shows ARMSTRONG, ALLEN, LEMON, RICHARDSON, KELLY, FORT, LUNDY, CREWS chanting with agitators and obstructing parishioners' path of travel.

41. The image below depicts ARMSTRONG, FORT, ALLEN, and LUNDY obstructing parishioners' freedom of movement, in addition to LUNDY chanting and punching his fist in the air. CREWS can also be observed chanting with agitators:



42. The image below depicts CREWS and KELLY obstructing and confronting parishioners. Additionally, ARMSTRONG, FORT, and RICHARDSON can be observed obstructing the aisle and the parishioner's freedom of movement:




43. The image below depicts CREWS and KELLY confronting and obstructing the pastor, who appears to be overwhelmed and frightened.

ARMSTRONG and FORT can also be observed obstructing the aisle and the parishioner's freedom of movement:



44. The image below depicts ALLEN confronting parishioners, who appears to be comforting his wife during the protest:




45. The image below depicts FORT, LEMON, RICHARDSON, and other agitators obstructing the pastor's freedom of movement. ALLEN can also be observed obstructing other parishioners' freedom of movement. CREWS can be

seen with his arm in the air chanting with other agitators and also obstructing other parishioner's freedom of movement.



46. The zoomed-in image below further depicts LEMON, RICHARDSON, and FORT, obstructing the pastor's freedom of movement:




47. Cities Church broadcast video confirmed FORT was present at the protest. A review of open-source social media videos showed FORT live-streaming the protest, in addition to interviewing ARMSTRONG and victim 7. FORT,

LEMON, RICHARDSON, and other agitators were later seen intimidating and obstructing the pastor's freedom of movement, as noted above.

48. Cities Church broadcast also showed TRAHERN JEEN CREWS ("CREWS") present at the protest, recording with his phone, chanting with the agitators, and obstructing parishioners' freedom of movement.

## E. Complaints to and Related Information from St. Paul Police Department

49. I have reviewed an Incident Report from the St. Paul Police Department (SPPD) regarding the incident at Cities Church. I learned the following information:

50. According to Officer Jonathan Schroeder, on January 18, 2026, at approximately 10:40 a.m., St. Paul Police Department (SPPD) received multiple calls from parishioners at Cities Church reporting approximately 20-40 individuals disrupting their worship service by chanting and protesting. Shortly after arriving on scene, SPPD Officers observed protesters leaving the building and moving to the driveway on the west side of the church. The protesters continued to chant for approximately 30 minutes, then left the area. Officers Schroeder learned this protest was happening because one of their pastors is allegedly a Director for ICE. Members of the church's staff requested SPPD to document what happened and said they wanted to press charges if it's possible to identify anyone in the protest.

51. According to SPPD Sergeant Ilya Tereshko, on January 18, 2026, at approximately 10:40 a.m., Officers were dispatched to Cities Church on a call of disorderly conduct where protesters were disrupting church services. Church clergy

advised Sergeant Tereshko that their parishioners were shaken up during the incident and many left early due to the protesters. There was also concern that there would be more disruptions in the future as well as vandalism to the building, because of the potential national attention that this incident could get due to the presence of LEMON, who is a former CNN news anchor.

52. According to Sergeant Matthew St. Sauver, he was made aware of a possible protest in the parking lot of a shopping center at Cub Foods, 1440 W University, beginning at approximately 10:00 a.m. At approximately 10:15 am., Sergeant St. Sauver directed a police unit to go to the area and see if the group was there and if they were protesting. A police unit responded and observed the group getting into their vehicles and leaving in a caravan formation, heading southbound on Hamline Street in St. Paul, Minnesota. Sergeant St. Sauver monitored Black Lives Matter MN live stream remotely at https://www.facebook.com/share/v/17mmiBpk1Y/ and identified the following individuals on livestream at the protest: CREWS (Head of BLM MN), ALLEN, (Member of St Paul School Board), ARMSTRONG, and FORT.

53. According to SPPD Computer Aided Dispatch (CAD) form, Victim 2 broke her arm exiting through the Cities Church office door when proceeding towards Saratoga Street. When Victim 2 came out the door and was running, she slipped and broke her arm. I believe this is documented in LEMON's broadcast as described above. Per the report, Victim 2 advised the SPPD that "they were terrorized, our children were weeping, college students and young women were

sobbing, it was impactful and it will take time to work through." (It should be noted the CAD report for this incident states it occurred January 19, 2026, I know the incident occurred on January 18, 2026.)

**F. <u>Further Investigation</u>**

54. During the course of the investigation, agents discovered a flyer posted on Instagram by "racialjusticemn" and "nekimal," advertising Operation Pullup, Sunday January 18, 10:00 a.m. sharp, at Cub Foods Parking Lot (Midway Area, St. Paul). Nekimal is ARMSTRONG's personal Instagram account. Instagram is a social media platform where users are able to post photos and videos. The following photo is a screenshot of the Instagram post posted by "racialjusticemn" regarding Operation Pullup.




## G. <u>Interviews of Victim-Witnesses</u>

55. On January 19, 2026, the Federal Bureau of Investigation (FBI) identified and interviewed Victims 4 and 5, both of whom have been members of Cities Church for at least four years and present during the January 18, 2026 protest. I have learned the following from a report of the interview. Victim 5 noticed Cities Church was unusually full and noticed a group of unfamiliar individuals seated together towards the rear of the church. Victim 4 noted after the protest began, approximately fifty members of the congregation were stuck towards the front of the church. Victim 4 informed agents the aisles are already narrow to

begin with, and the agitators who occupied the center of the sanctuary made it nearly impossible for parishioners to get out and leave. Victim 5 later expressed fear that the agitators may have guns underneath their jackets. Additionally, when the agitators began shouting, all the parishioner could hear was "shoot."

56. Victim 4 informed agents that members of their parish attempted to retrieve their children from the childcare area located downstairs, but the agitators were blocking the stairs, and the parents were unable to get to their children. Victim 4 recalled one agitator was threatening, aggressive, and intimidating towards parishioners. Additionally, this agitator was screaming and getting in people's faces, to include women and young children. This agitator continued to scream in the faces of young children while they were crying.

57. On January 19, 2026, Homeland Security Investigations (HSI) and Federal Bureau of Investigations Special Agents interviewed Victim 6 regarding the incident that took place at Cities Church on January 18, 2026. I've learned the following from a report of the interview. Victim 6 was joined by his wife, Victim 2, and their children. Victim 6 recalled an African-American woman yelling "EXCUSE ME PASTOR, EXCUSE ME PASTOR, do you know you're harboring ICE Agent [victim 1]?" Victim 6 recalls protesters everywhere in the aisles chanting "[victim 1 out!]" Victim 6 thought to himself that this is what it would feel like to be in a mass shooting. Victim 6 described the events as surreal and could not believe what was happening. Victim 6 recalled people shouting and running, children crying, as well as people singing and praying. Victim 6 recalled KELLY screaming "Nazi" in

people's faces, in addition to confronting children saying, "do you know your parents are nazis, they're going to burn in hell."

58. Victim 6 was scared the agitators were not going to let people leave and that they were going to harm victim 1's family for harboring victim 1. Victim 6 later stated protesters followed and surrounded them in their car and would not let them leave. Victim 6 informed agents that [redacted] and they are afraid people will try and come to their house at night. Victim 6 recalled his child stating to him "Daddy, I thought you were going to die." Victim 6 ended the interview and acknowledged that his children are traumatized.

**CONCLUSION**

59. Based on all of the foregoing facts, I submit that there is probable cause to believe that defendants LEMON, RICHARDSON, LUNDY, CREWS, and FORT have committed a violation of 18 U.S.C. §§ 241 and 248(a)(2).

Timothy M. Gerber
Special Agent
Homeland Security Investigations

Subscribed and sworn via reliable electronic means (FaceTime and email) pursuant to Fed. R. Crim. P. 41(d)(3) on this date, January 27, 2026.

Douglas L. Micko
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-090 (DJF)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DON RENALDO LEMON, JEROME DEANGELO RICHARDSON, JAMAEL LYDELL LUNDY, TRAHERN JEEN CREWS, and GEORGIA ELLYSE FORT,<br><br>Defendants. | CASE AUTHORITIES TO AID COURT'S REVIEW OF COMPLAINT RE 18 U.S.C. §§ 241 and 248(a)(2) |

The United States of America, by and through its attorneys, respectfully submits the following case authorities to aid the Court's review of the United States of America's Criminal Complaint and Affidavit in Support of a Criminal Complaint:

18 U.S.C. § 241 criminalizes conspiracies "to injure, oppress, threaten, or intimidate any person in any State . . . in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States." A "conspiracy to violate the FACE Act falls squarely within [18 U.S.C. § 241]'s prohibition against conspiracies to violate a 'right' secured by the 'laws of the United States.'" *United States v. Oropesa*, 159 F.4th 912, 918 (11th Cir. 2025).

Anyone who, "by physical obstruction, intentionally injures, intimidates or interferes with or attempts to injure, intimidate or interfere with any person lawfully exercising or seeking to exercise the First Amendment right of religious freedom at a place of religious worship," violates the FACE Act. 18 U.S.C. § 248(a)(2).[1] "Physical obstruction" means "rendering impassable ingress to or egress from . . . a place of religious worship, or rendering passage to or from such . . . place of religious worship unreasonably difficult or hazardous." *Id.* § 248(e)(4).

To violate the FACE Act, a physical obstruction "need not be permanent or entirely successful." *New York ex rel. James v. Red Rose Rescue*, 705 F. Supp. 3d 104, 124 (S.D.N.Y. 2023) (quoting *New York ex rel. Spitzer v. Cain*, 418 F. Supp. 2d 457, 480 n.18 (S.D.N.Y. 2006)). That a person may have eventually entered or exited the facility "in spite of [the] defendants' actions is therefore beside the point." *See id.* at 124–25 (collecting cases). A demonstration that compels the use of a "crowded and chaotic" ingress or egress, rather than the main entrance, constitutes a "physical obstruction" under the FACE Act. *United States v. Mahoney*, 247 F.3d 279, 284 (D.C. Cir. 2001). As does a demonstration that obstructs a rear or side ingress or egress; "[t]he statute

[1] The reproductive-health-services provision of the FACE Act requires that the defendant obstructed a person "*because* that person is or has been, *or in order to intimidate* such person or any other person or any class of persons from, obtaining or providing reproductive health services." 18 U.S.C. § 248(a)(1) (emphasis added). Section 248(a)(2) contains no motive requirement.

does not distinguish between frequently used and infrequently used means of egress[.]" *Id.*

Defendants who engage in conduct proscribed by the FACE Act are not immune from prosecution simply because they sought to engage in conduct protected by the First Amendment. For example, a defendant violates the FACE Act even if his purpose was to communicate a message rather than obstruct ingress or egress to or from a facility. *See New York ex rel. Spitzer v. Operation Rescue Nat'l*, 273 F.3d 184, 194 (2d Cir. 2001) ("Although the protestors' purpose may have been to communicate their views, their activities had the effect of obstructing access to the facilities and making egress and ingress unreasonably difficult" under the FACE Act.). Likewise, a defendant who livestreams himself engaging in proscribed conduct still violates the FACE Act. *See United States v. Gallagher*, No. 3:22-cr-00327 (M.D. Tenn.), ECF Nos. 3, 682, 687, 782 (indicting, convicting, and sentencing defendants under 18 U.S.C. §§ 241 and 248 who livestreamed themselves blocking an abortion clinic); *see also* Judgment, *In re United States of America*, No. 26-1135 (8th Cir. Jan. 23, 2026) (Grasz, J., concurring) (expressing opinion, as to a prior version of the complaint in this very case, that "the Complaint and Affidavit clearly establish[ed] probable cause for all five arrest warrants").

/ /

/ /

DATED: January 27, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney
District of Minnesota

KRISTIAN WEIR
Assistant United States Attorney
District of Minnesota

HARMEET K. DHILLON
Assistant Attorney General

JESUS A. OSETE
Principal Deputy Assistant Attorney General

ROBERT J. KEENAN
Acting Deputy Assistant Attorney General

ZACHARY KRAMER
Senior Counsel

*s/ Orlando Sonza*
BY: ORLANDO SONZA
Counsel

JOSHUA R. ZUCKERMAN
GRETA GIESEKE
Attorneys

Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
Telephone: (202) 514-3847
Email: orlando.sonza2@usdoj.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the
District of Minnesota

UNITED STATES OF AMERICA

v.

JEROME DEANGELO RICHARDSON

**FILED UNDER SEAL PURSUANT TO ORDER**

Case No. 26-mj-090 (DJF)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay JEROME DEANGELO RICHARDSON
who is accused of an offense or violation based on the following document filed with the court:

___ Indictment ___ Superseding Indictment ___ Information ___ Superseding Information _X_ Complaint
___ Probation Violation Petition ___Supervised Release Violation Petition ___ Violation Notice ___ Order of the Court

Conspiracy Against Rights to Free Exercise of Religion Secured by FACE Act, in violation of 18 U.S.C. § 241, 248(a)(2)

Date: ______________________

______________________________
*Issuing officer's signature*

City and State: St. Paul, MN

Douglas L. Micko
United States Magistrate Judge
*Printed Name and Title*

**Return**

This warrant was received on *(date)* ______________, and the person was arrested on *(date)* ______________
at *(city and state)* ______________________ .

Date: ______________

______________________________
*Arresting officer's signature*

______________________________
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the
District of Minnesota

UNITED STATES OF AMERICA

v.

JAMAEL LYDELL LUNDY

**FILED UNDER SEAL PURSUANT TO ORDER**

Case No. 26-mj-090 (DJF)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay JAMAEL LYDELL LUNDY
who is accused of an offense or violation based on the following document filed with the court:

___ Indictment ___ Superseding Indictment ___ Information ___ Superseding Information X Complaint
___ Probation Violation Petition ___ Supervised Release Violation Petition ___ Violation Notice ___ Order of the Court

Conspiracy Against Rights to Free Exercise of Religion Secured by FACE Act, in violation of 18 U.S.C. § 241, 248(a)(2)

Date: ____________________

____________________
*Issuing officer's signature*

City and State: St. Paul, MN

Douglas L. Micko
United States Magistrate Judge
*Printed Name and Title*

| Return |
|---|
| This warrant was received on *(date)* ____________ , and the person was arrested on *(date)* ____________ at *(city and state)* ____________________ . |
| Date: ____________ |
| ____________________ *Arresting officer's signature* |
| ____________________ *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the
District of Minnesota

UNITED STATES OF AMERICA

v.

DON RENALDO LEMON

**FILED UNDER SEAL PURSUANT TO ORDER**

Case No. 26-mj-090 (DJF)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay DON RENALDO LEMON who is accused of an offense or violation based on the following document filed with the court:

___ Indictment ___ Superseding Indictment ___ Information ___ Superseding Information _X_ Complaint
___ Probation Violation Petition ___ Supervised Release Violation Petition ___ Violation Notice ___ Order of the Court

Conspiracy Against Rights to Free Exercise of Religion Secured by FACE Act, in violation of 18 U.S.C. § 241, 248(a)(2)

Date: ______________________

______________________
*Issuing officer's signature*

City and State: St. Paul, MN

Douglas L. Micko
United States Magistrate Judge
*Printed Name and Title*

| Return |
|---|
| This warrant was received on *(date)* ______________, and the person was arrested on *(date)* ______________ at *(city and state)* ______________________. |
| Date: ______________ ______________________ *Arresting officer's signature* |
| ______________________ *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the
District of Minnesota

UNITED STATES OF AMERICA

v.

GEORGIA ELLYSE FORT

**FILED UNDER SEAL PURSUANT TO ORDER**

Case No. 26-mj-090 (DJF)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay GEORGIA ELLYSE FORT
who is accused of an offense or violation based on the following document filed with the court:

___ Indictment ___ Superseding Indictment ___ Information ___ Superseding Information X Complaint
___ Probation Violation Petition ___Supervised Release Violation Petition ___ Violation Notice ___ Order of the Court

Conspiracy Against Rights to Free Exercise of Religion Secured by FACE Act, in violation of 18 U.S.C. § 241, 248(a)(2)

Date: ____________________

____________________
*Issuing officer's signature*

City and State: St. Paul, MN

Douglas L. Micko
United States Magistrate Judge
*Printed Name and Title*

**Return**

This warrant was received on *(date)* ____________, and the person was arrested on *(date)* ____________
at *(city and state)* ____________________.

Date: ____________

____________________
*Arresting officer's signature*

____________________
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the
District of Minnesota

UNITED STATES OF AMERICA

v.

TRAHERN JEEN CREWS

**FILED UNDER SEAL PURSUANT TO ORDER**

Case No. 26-mj-090 (DJF)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay TRAHERN JEEN CREWS
who is accused of an offense or violation based on the following document filed with the court:

___ Indictment ___ Superseding Indictment ___ Information ___ Superseding Information X Complaint
___ Probation Violation Petition ___Supervised Release Violation Petition ___ Violation Notice ___ Order of the Court

Conspiracy Against Rights to Free Exercise of Religion Secured by FACE Act, in violation of 18 U.S.C. § 241, 248(a)(2)

Date: ______________________

______________________
*Issuing officer's signature*

City and State: St. Paul, MN

Douglas L. Micko
United States Magistrate Judge
*Printed Name and Title*

| **Return** |
|---|
| This warrant was received on *(date)* ____________, and the person was arrested on *(date)* ____________ at *(city and state)* ______________________ . |
| Date: ____________ |
| ______________________ *Arresting officer's signature* |
| ______________________ *Printed name and title* |

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-090 (DJF)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DON RENALDO LEMON, JEROME DEANGELO RICHARDSON, JAMAEL LYDELL LUNDY, TRAHERN JEEN CREWS, and GEORGIA ELLYSE FORT,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | GOVERNMENT'S MOTION TO SEAL DOCUMENTS |

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Kristian Weir, Assistant United States Attorney, Robert Keenan, Senior Counsel, Civil Rights Division, and Orlando Sonza, Counsel, Civil Rights Division respectfully moves this Court pursuant to LR 49.1(d) for its Order authorizing the filing of certain documents under seal in the above-entitled matter.

Dated: January 27, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney
District of Minnesota

KRISTIAN WEIR
Assistant United States Attorney
District of Minnesota

ROBERT KEENAN
Senior Counsel
Civil Rights Division

*/s/ Orlando Sonza*
BY: ORLANDO SONZA
Counsel
Civil Rights Division

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-090 (DJF)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DON RENALDO LEMON, JEROME DEANGELO RICHARDSON, JAMAEL LYDELL LUNDY, TRAHERN JEEN CREWS, and GEORGIA ELLYSE FORT,<br><br>Defendants. | ORDER GRANTING GOVERNMENT'S MOTION TO SEAL DOCUMENTS |

This matter is before the Court on the Government's Motion to Seal Documents in the above-captioned matter. Based on all the records, files, and proceedings before the Court, the Court being otherwise fully informed of the premises, and good cause having been shown,

**IT IS HEREBY ORDERED THAT:**

1. The Government's motion to seal documents is **GRANTED;**

2. Documents filed in the above-captioned matter, including the Complaint, Arrest Warrant, the Affidavit of Timothy Gerber in support thereof, and the Motion to Seal, be sealed for a period of one year until January 27, 2027 or until the Defendants are arrested on the Complaint-Warrant and

make their initial appearance before a United States Magistrate Judge, or a later date if so granted by a further Order of this Court.

Dated: January 27, 2026

Douglas L. Micko
United States Magistrate Judge