# Exhibit G



*Homeland Security Investigations*
*Office of the Special Agent in Charge*

**U.S. Department of Homeland Security**
SAC Saint Paul
1 Federal Drive,
Suite 1340
Fort Snelling, MN 55111

# Cover Sheet

| | | | |
|---|---|---|---|
| **To:** | YouTube (Google LLC)<br>901 Cherry Ave.<br>San Bruno, California 94066 | **Date:** | 4/3/2026 |
| | | **Service Methods:** | Email Only |
| | | **Carrier Fax:** | |
| | | **Carrier Email:** | legal@support.youtube.com |
| | | **Agent Phone:** | (470) 990-3427 |
| | | **Agent Email:** | Grayson.S.Cooper@hsi.dhs.gov |
| **From:** | Grayson Cooper | | |

☐ **Urgent**          ☐ **Action**          ☐ **Concurrence**          ☐ **FYI**

**Comments:**

Attached is subpoena/summons #: HSI-MS-2026-045211-001

Please respond by 4/17/2026 8:00 AM

HSI Form 3115 (10/24)                                                                                     Page 1 of 4

00019242

| 1. To (Name, Address, City, State, Zip Code)<br>YouTube (Google LLC)<br>901 Cherry Ave.<br>San Bruno, California 94066 | DEPARTMENT OF HOMELAND SECURITY<br><br>**SUMMONS**<br><br>To Appear and/or Produce Records<br>19 U.S.C. § 1509 |
|---|---|

Summons Number: HSI-MS-2026-045211-001

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

| (A) | ☐ | **APPEAR** before the U.S. Customs and Border Protection (CBP) Officer or U.S. Immigration and Customs Enforcement (HSI) Special Agent named in Block 2 at the place, date, and time indicated to testify and give information. |
|---|---|---|
| (B) | ☐ | **PRODUCE** the records (including statements, declarations, and other documents) indicated in Block 3 before the CBP Officer or HSI Special Agent named in Block 2 at the place, date, and time indicated. |

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry to ascertain the correctness of entries, to determine the liability for duties, taxes, fines, penalties, or forfeitures, and/or to ensure compliance with the laws or regulations administered by CBP and HSI.

Failure to comply with this summons will render you liable to proceedings in a U.S. District Court to enforce compliance with this summons as well as other sanctions.

| 2. (A) CBP Officer or HSI Special Agent | | | (B) Date and Time |
|---|---|---|---|
| Name<br>Title<br>Address | Grayson Cooper<br>Special Agent<br>1100 Centre Parkway<br>East Point, GA 30344<br>United States | Telephone<br><br>(470) 990-3427<br>Fax | 4/17/2026 8:00 AM |

| 3. Records required to be produced for inspection<br><br>Please see attached continuation page. |
|---|

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*
Issued under authority of section 509, Tariff Act of 1930, as amended by Pub. L. No. 95-410 (19 U.S.C. § 1509); 44 F.R. 2217; Homeland Security Act of 2002.

| 4. Name of person authorized to service this summons or any other CBP Officer or HSI Special Agent Grayson Cooper | 5. Date of issue - 4/3/2026 5:44 PM Eastern<br><br>By: *[signature]* |
|---|---|
| *[Department of Homeland Security seal]*<br><br>If you have any questions regarding this summons, contact the CBP Officer or HSI Special Agent identified in Block 2 | 6. Name, title, address, and telephone number of person issuing this summons<br><br>Name    Steven Schrank<br>Title     Special Agent in Charge<br>Address  Homeland Security Investigations<br>              1 Federal Drive<br>              Fort Snelling, MN 55111<br>              United States<br><br>Telephone    (646) 335-7753 |

Digitally Signed by: 'E=Title-IIISupport@ice.dhs.gov, CN=Homeland Security Investigations, O=Homeland Security Invest
Date: 2026.04.03 21:45:11 +00:00

HSI Form 3115 (10/24)                                                                 Page 2 of 4

00019243

| 1. To (Name, Address, City, State, Zip Code) | DEPARTMENT OF HOMELAND SECURITY |
|---|---|
| YouTube (Google LLC)<br>901 Cherry Ave.<br>San Bruno, California 94066 | **SUMMONS (Continuation)**<br><br>To Appear and/or Produce Records<br>19 U.S.C. § 1509 |

Summons Number: HSI-MS-2026-045211-001

3. Records required to be produced for inspection (continued)

The following applies if checked:

☐    **Child Exploitation:** This subpoena is in regard to an investigation involving Child Exploitation and/or transmission of Child Pornography via the internet. Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice.

Please provide subscriber information, subscriber names, and IP address information associated with the accounts that posted the following videos:

@BGOnTheScene - https://www.youtube.com/watch?v=iWzc2x_IODI
@DemocracyNow - https://www.youtube.com/watch?v=e8_8c4qYkAs
@GeorgiaFort - https://www.youtube.com/watch?v=0HKKfct-C9c
@GeorgiaFort - https://www.youtube.com/shorts/2icXXKK5D4c
@inspirationnation4970 - https://www.youtube.com/watch?v=-PJbdb_vf3w
@iCkEdMeL - https://www.youtube.com/watch?v=vWRlP5Wr784
@TheDonLemonShow - https://www.youtube.com/watch?v=v4ctuhv-cck
@TheDonLemonShow - https://www.youtube.com/watch?v=OpuL1rCMJI4
@cristied711 - https://www.youtube.com/watch?v=duvetr2iOaE
@MtnMax - https://www.youtube.com/watch?v=8D6akU717WQ
@MegynKelly - https://www.youtube.com/watch?v=mdiBO1Q5yMM
@jsonline - https://youtu.be/U3sYELjRQA4?si=VM-_4I0jLbYGap0N

Please provide subscriber information, subscriber names, and IP address information associated with the accounts that posted the videos above.

**Method of Response:**

Preferred:

Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to: Special Agent Timothy Gerber  Timothy.M.Gerber@hsi.dhs.gov

NOTE: The HIS e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

Alternates:

The records should be delivered to Special Agent Timothy Gerber at U.S. Immigration and Customs Enforcement:
1 Federal Drive , Fort Snelling, MN, 55111

If you have questions, please contact Special Agent Grayson Cooper at (470) 990-3427.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

HSI Form 3115 (10/24)                                                                                              Page 3 of 4

00019244

**END OF DOCUMENT**

00019245