**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Criminal Case No. 26-25 (4) (LMP/DLM)**

| | |
|---|---|
| *United States of America,* <br><br> v. <br><br> *Don Renaldo Lemon (4),* <br><br> Defendant. | **DON LEMON'S MEET AND CONFER STATEMENT REGARDING HIS MOTIONS TO DISMISS THE SUPERSEDING INDICTMENT** |

Pursuant to the Court's amended pretrial scheduling and case management Order (ECF 573), Defendant Don Renaldo Lemon, through undersigned counsel, respectfully submits this meet and confer statement regarding his concurrently filed motions to dismiss the superseding indictment. Mr. Lemon is filing the following motions to dismiss: (i) Motion to Dismiss the superseding indictment for violating the First Amendment and failing to state an offense; (ii) Motion to Dismiss the superseding indictment for statutory and constitutional deficiencies; and (iii) Motion to Dismiss the superseding indictment for vindictive prosecution.

Counsel for Mr. Lemon conferred about each of the motions by videoconference with DOJ attorneys Robert Keenan, Neville Hedley, and Kelsey McGee at 1:00 p.m. on August 3, 2026. Counsel for the government indicated that they would oppose each of Mr. Lemon's forthcoming motions to dismiss.

Counsel for Mr. Lemon indicated that Mr. Lemon may file additional pretrial motions before the August 31, 2026 pretrial motions deadline and we would meet and confer with government counsel about those motions prior to filing them if necessary.

Dated: August 7, 2026

/s/ *Joseph H. Thompson*
Joseph H. Thompson (#0343031)
THOMPSON JACOBS PLLC
220 N. Second Street, Suite 220
Minneapolis, MN 55401
Tel: (612) 416-3322
joe@thompsonjacobs.com

Respectfully submitted,

By: /s/ *Abbe David Lowell*
Abbe David Lowell (*admitted pro hac vice*)
David A. Kolansky (*admitted pro hac vice*)
Isabella M. Oishi (*admitted pro hac vice*)
LOWELL & ASSOCIATES, PLLC
1250 H Street NW, Suite 250
Washington, DC 20005
Tel: 202-964-6110
Fax: 202-964-6116
ALowellpublicoutreach@lowellandassociates.com
DKolansky@lowellandassociates.com
IOishi@lowellandassociates.com

*Counsel for Don R. Lemon*

2