**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>[8] GEORGIA ELLYSE FORT,<br><br>Defendant. | Court File No. 26-25 (LMP/DLM)<br><br>**MOTION TO JOIN ECF 610** |

Defendant Georgia Ellyse Fort respectfully moves the Court to join Defendant Don Lemon's Motion to Dismiss the Superseding Indictment for Statutory and Constitutional Deficiencies (ECF 610), which raises purely legal challenges to 18 U.S.C. §§ 241 and 248 and thus applies with equal force to Fort. For all the reasons stated therein, the superseding indictment must be dismissed with prejudice as to Fort as well.

Dated: August 7, 2026

Respectfully submitted,

By: *s/ Isabella Salomão Nascimento*

**BALLARD SPAHR LLP**
Leita Walker
Matthew S. Ebert
Isabella Salomão Nascimento
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 371-3211
walkerl@ballardspahr.com
ebertm@ballardspahr.com
salomaonascimentoi@ballardspahr.com

Seth D. Berlin (*pro hac vice*)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 508-1122
berlins@ballardspahr.com

**THE LAW FIRM OF KEVIN C. RIACH, PLLC**
Kevin C. Riach
125 Main St. SE, Suite 339
Minneapolis, MN 55412
Tel: (612) 203-8555
kevin@riachdefense.com

*Counsel for Georgia Ellyse Fort*