UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL WALKER BEUTE,

    Defendant.

Case No. 26-CR-25(12) (LMP-DLM)

**DEFENDANT BEUTE'S
MOTION TO JOIN**

---

Michael Beute, by and through his undersigned attorneys, respectfully joins the motions filed by counsel for his co-defendants Lemon and Fort. Beute joins:

- Defendant Don Lemon's Motion to Dismiss the Superseding Indictment for Violating the First Amendment and Failing to State an Offense (Doc. 609).

- Defendant Don Lemon's Motion to Dismiss the Superseding Indictment for Statutory and Constitutional Deficiencies (Doc. 610).

- Defendant Georgia Fort's Motion to Dismiss Superseding Indictment Under the First Amendment (Doc. 592).

- Defendant Georgia Fort's Motion for Early Disclosure of Jencks Act Material (Doc. 596).

- Defendant Georgia Fort's Motion for Disclosure of Rule 404(b) Evidence (Doc. 598).

- Defendant Georgia Fort's Motion for Discovery of Expert Under Rule 16(a)(1)(G) (Doc. 599).

- Defendant Georgia Fort's Motion for Disclosure of Post-Conspiracy Statements (Doc. 600).

Dated: August 8, 2026                                   Respectfully submitted,


                                             */s/ William J. Mauzy*
                                             William J. Mauzy (#68974)
                                             William R. Dooling (#0402244)
                                             Mauzy Law Office, P.A.
                                             650 Third Avenue South
                                             Suite 260
                                             Minneapolis, MN 55402
                                             (612) 340-9108
                                             *Attorneys for Defendant*