UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-cr-25

UNITED STATES OF AMERICA
plaintiff,

v.

**NOTICE OF WITHDRAWAL**

LEVY-ARMSTRONG ET AL,
defendants.

Please remove the following Attorney in the above-captioned case:

Remove

Abraham S. Kaplan

Dated: August 12, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*s/Abraham S. Kaplan*

BY:

ABRAHAM S. KAPLAN
Assistant U.S. Attorney
600 U.S. Courthouse
300 S. 4th Street
Minneapolis, MN 55415
Attorney reg: 399507
abraham.kaplan@usdoj.gov
612-664-5600