**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America, | No. 26-cr-25 (LMP/DLM) |
| Plaintiff, | |
| v. | **CASE MANAGEMENT** |
| | **ORDER** |
| Nekima Levy Armstrong et al, | |
| Defendants. | |

In response to one of three lengthy Motions to Dismiss[1] filed by Defendant Georgia Fort (Doc. 592), the government moved to strike Ms. Fort's "80-page, approximately 22,000-word" submission as needlessly overlength. (Doc. 617).

The Court denied the government's motion (Doc. 622), largely because (1) there is no Local Rule limiting the length of pretrial submissions, and (2) the Court had not set such a limit—yet. However, the government's concern is well taken. Pursuant to this Court's inherent authority to manage its docket "to achieve the orderly and expeditious" handling of cases, *Link v. Wabash R. Co.,* 370 U.S. 626, 631 (1962), the Court will limit the scope of any pretrial briefing to conform with the word or line limitations imposed by this District's Local Rules for civil motion practice. *See* D. Minn. LR 7.1(f). Additionally, the Court expects that briefing on any given motion will include all grounds for relief relevant

---

[1] Ms. Fort recently filed three separate motions to dismiss, each asserting different bases for relief, totaling well over one hundred pages of briefing. (*See* Docs. 592, 593, 594.) All this, despite the Court's advisement that it anticipates permitting the parties to submit post-hearing briefing on pretrial matters. (Doc. 573.)

1

to that motion, rather than engaging in the filing of serial motions requesting the same relief but asserting different grounds for relief.

**SO ORDERED.**

DATED: August 12, 2026        _s/Douglas L. Micko_
                                     DOUGLAS L. MICKO
                                     United States Magistrate Judge