**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA

Plaintiff,

v.

[8] Georgia Ellyse Fort,

Defendant.

Case No. 26-cr-00025-LMP-DLM

**MEET AND CONFER STATEMENT REGARDING DEFENDANT GEORGIA ELLYSE FORT'S MOTION FOR RETURN OR IMPOUNDMENT OF CALL AND TEXT LOGS**

Pursuant to Local Rule 12.1(b) and the Court's Amended Pretrial Scheduling and Case Management Order, ECF 573, Georgia Ellyse Fort respectfully submits the following meet and confer statement regarding her Motion for Return or Impoundment of Call and Text Logs (the "Motion").

Leita Walker, Isabella Salomão Nascimento, and Seth Berlin, on behalf of Fort, conferred about the above-listed motions by video conference with Neville Hedley, Kelsey McGee, and John Arboleda, on behalf of the government, on August 7, 2026, at 11:00 a.m. Counsel for the government indicated that they oppose the Motion.

Dated: August 26, 2026

Respectfully submitted,

By: *s/ Isabella Salomão Nascimento*

**BALLARD SPAHR LLP**
Leita Walker
Matthew S. Ebert
Isabella Salomão Nascimento
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 371-3211
walkerl@ballardspahr.com
ebertm@ballardspahr.com
salomaonascimentoi@ballardspahr.com

Seth D. Berlin (*pro hac vice*)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 508-1122
berlins@ballardspahr.com

**THE LAW FIRM OF KEVIN C. RIACH, PLLC**
Kevin C. Riach
125 Main St. SE, Suite 339
Minneapolis, MN 55412
Tel: (612) 203-8555
kevin@riachdefense.com

*Counsel for Georgia Ellyse Fort*