UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIM. NO. 26-25 (LMP/DLM)

---

United States of America,

Plaintiff,

v.

Jerome Deangelo Richardson (5),

Defendant.

**MOTION FOR JOINDER OF MOTIONS**

---

Defendant Jerome Deangelo Richardson, by and through his undersigned counsel, respectfully joins the motions filed by counsel for his co-defendants Lemon and Fort.

Mr. Richardson joins:

• Defendant Don Lemon's Motion to Dismiss the Superseding Indictment for Violating the First Amendment and Failing to State an Offense (Doc. 609);

• Defendant Don Lemon's Motion to Dismiss the Superseding Indictment for Statutory and Constitutional Deficiencies (Doc. 610);

• Defendant Georgia Fort's Motion to Dismiss Superseding Indictment Under the First Amendment (Doc. 592);

• Defendant Georgia Fort's Motion for Early Disclosure of Jencks Act Material (Doc. 596);

• Defendant Georgia Fort's Motion for Disclosure of Rule 404(b) Evidence (Doc. 598);

• Defendant Georgia Fort's Motion for Discovery of Expert Under Rule 16(a)(1)(G) (Doc. 599); and

• Defendant Georgia Fort's Motion for Disclosure of Post-Conspiracy Statements (Doc. 600)

Respectfully submitted,

Dated: August 31, 2026

By: *s/ Ian S. Birrell*

Ian S. Birrell, ID 396379
Andrew S. Birrell, ID 0133760
Attorneys for Defendant
Birrell Law Firm, PLLC
333 South 7th Street, Suite 2350
Minneapolis, MN 55402
(612) 238-1939
ian@birrell.law | andy@birrell.law