UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIM. NO. 26-25 (LMP/DLM)

---

United States of America,

Plaintiff,

v.

Jerome Deangelo Richardson (5),

Defendant.

**MOTION FOR DISCLOSURE**

---

Defendant Jerome Deangelo Richardson, by and through the undersigned counsel, respectfully moves the Court for an Order compelling the government to complete its discovery disclosures and provide information necessary to litigate the defense's contemporaneously filed motion to suppress evidence obtained via summonses issued pursuant to 19 U.S.C. § 1509.

First, the defense moves the Court for an Order compelling the government to provide the complete file concerning every § 1509 summons issued in connection with Mr. Richardson, his telephone number, or any account or device associated with him. This request includes each summons; drafts; attachments; requests for issuance; approval records; database entries; internal notes; communications with any recipient; complete returns; and documents reflecting how the government used or disseminated the information obtained.

Second, the defense moves the Court for an Order compelling the government to provide all policies, procedures, guidance, manuals, training materials, forms, and

instructions governing the use of § 1509 summonses during the relevant period. This includes materials addressing when such summonses may be used under Department of Homeland Security or agency policy, what approvals are required, and the meaning and use of any investigative-category fields or checkboxes.

Respectfully submitted,

Dated: August 31, 2026

By: *s/ Ian S. Birrell*

Ian S. Birrell, ID 396379
Andrew S. Birrell, ID 0133760
Attorneys for Defendant
Birrell Law Firm, PLLC
333 South 7th Street, Suite 2350
Minneapolis, MN 55402
(612) 238-1939
ian@birrell.law | andy@birrell.law