UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 26-CR-25 (LMP/DLM)

---

United States of America,

Plaintiff,

vs.

Danielle Andrea Matthias,

Defendant.

**MOTION TO PRODUCE 404(b) EVIDENCE**

---

The Defendant, Danielle Andrea Mathias, by and through her attorney, Andrew S. Garvis, Koch & Garvis, LLC, and Amber Johnson pursuant to FED. R. EVID. 404(b), hereby moves the Court for an Order directing the government to immediately disclose any "bad act" or "similar course of conduct" evidence it intends to offer at trial pursuant to FED. R. EVID. 404(b), and further directing the government to identify the witnesses through whom such evidence will be presented at trial.

This Motion is based on the Indictment, the records and files in the above-entitled action, and any and all other matters which may be presented prior to or at the time of the hearing of said Motion.

Respectfully submitted,

KOCH AND GARVIS, LLC

Dated: August 31, 2026

s/ *Andrew S. Garvis*
Andrew S. Garvis, Att'y No. 257989
3109 Hennepin Avenue South
Minneapolis, MN 55408
612-827-8101
andrew@uptownlawyer.com

JOHNSON CRIMINAL DEFENSE

/s/ *Amber Johnson*
Amber Johnson, Att'y #390203
3109 Hennepin Avenue South
Minneapolis, MN 55408
612-889-8808
amber@defendingyoumn.com

*Attorneys for Defendant Matthias*