UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 26-CR-25 (LMP/DLM)

United States of America,

Plaintiff,

vs.

Danielle Andrea Matthias,

Defendant.

**MOTION TO PRESERVE ROUGH NOTES**

The Defendant, Danielle Andrea Matthias, by and through her attorney, Andrew S. Garvis, Koch & Garvis, LLC, and Amber Johnson pursuant to Title 18 U.S.C. § 3500 and *Brady v. Maryland*, 375 U.S. 83 (1963), hereby moves the Court for an Order requiring any law enforcement agent, including any confidential reliable informants, to retain and preserve all rough notes taken as a part of their investigation, whether or not the contents of such rough notes are incorporated in official records, on the following grounds:

1. Destruction of rough notes by law enforcement officials usurps the judicial function of determining what evidence must be produced. *United State v. Harris*, 543 F.2d 1247 (9th Cir. 1976); and

2. The rough notes may contain facts favorable to the defense.

This Motion is based on the Indictment, the records and files in the above-entitled action, and any and all other matters which may be presented prior to or at the time of the hearing of said Motion.

Respectfully submitted,

KOCH AND GARVIS, LLC

Dated: August 31, 2026

s/ *Andrew S. Garvis*
Andrew S. Garvis, Att'y No. 257989
3109 Hennepin Avenue South
Minneapolis, MN 55408
612-827-8101
andrew@uptownlawyer.com

JOHNSON CRIMINAL DEFENSE

/s/ *Amber Johnson*
Amber Johnson, Att'y #390203
3109 Hennepin Avenue South
Minneapolis, MN 55408
612-889-8808
amber@defendingyoumn.com

*Attorneys for Defendant Matthias*