UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-cr-25 (LMP/DLM)

---

United States of America,

Plaintiff,

**DISCOVERY DECLARATION OF ANDREW S. GARVIS AND AMBER S. JOHNSON**

Danielle Andrea Matthias (24),

Defendant.

---

We represent Ms. Danielle Andrea Matthias in the above-captioned matter. She is charged, along with 37 other defendants, with one count of engaging in a Conspiracy Against Right of Religious Freedom at Place of Worship, in violation of 18 U.S.C. § 241; and one count of aiding and abetting one another to Injure, Intimidate, and Interfere with Exercise of Right of Religious Freedom at Place of Worship, in violation of 18 U.S.C. §§ 2(a) and 248(a)(2), (b). [dkt 144, *Superseding Indictment*].

**DISCOVERY**

The Court issued various case management Orders, Dkt numbers 140, 390, 411, 523, 552, and 573.

Counsel for Ms. Matthias has received disclosures of discovery materials, including media, search warrants, extractions, pictures, and reports. Pursuant to

Local Rule 12.1(b), Counsel and the Government have conferred and discussed the status of the investigation and disclosures.

**PRETRIAL MOTIONS NOT REQUIRED**

The Court's original Motion set out limited time frame for disclosures prior to the filing of the Superseding Indictment. [Dkt 140]. In that Order there was timing as to Rule 16 disclosures and expert witnesses:

1. Rule 16(a) Disclosures: Government's Rule 16(a) and Defendants Rule 16(a) disclosures; and

2. Expert Witness Disclosures: 28 days before trial.

As such, Counsel for Ms. Matthias will not be filing Motions related to Rule 16 disclosures and expert witnesses.

Ms. Matthias will be filing Motions related to:

3. Brady/Giglio Information;

4. Rule 404(b) Notice;

5. Jencks Act materials;

6. Rough Notes; and

7. Informants;

Other disclosure Motions have also been filed on behalf of all defendants, Motion for Disclosure of Grand Jury Transcript/Grand jury testimony. [Dkt. 491].

**Dispositive and Other Motions**

All the Defendants are joining multiple Motions to Dismiss the Indictment as well as the individual Counts.

Counsel for Ms. Matthias is also filing a challenge to two search warrants related to two iPhone taken when she was arrested a month after the January 18, 2026 incident; as well as a search warrant related to her iCloud account. Counsel for Ms. Matthias has met and conferred with the United States about these dispositive Motions.

Dated: August 31, 2026

Respectfully submitted,

KOCH & GARVIS, LLC

/s/ *Andrew S. Garvis*
Andrew S. Garvis, Att'y #257989
3109 Hennepin Avenue South
Minneapolis, MN 55408
612-827-8101
andrew@uptownlawyer.com

JOHNSON CRIMINAL DEFENSE

/s/ *Amber Johnson*
Amber Johnson, Att'y #390203
3109 Hennepin Avenue South
Minneapolis, MN 55408
612-889-8808
amber@defendingyoumn.com

*Attorneys for Defendant Matthias*