UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 26-CR-25-013 (LMP/DLM) |
| | ) | |
| v. Plaintiff, | ) | |
| | ) | **DEFENDANT BLUMENFELD'S** |
| EZRA CHAIM PYE BLUMENFELD, | ) | **MOTION TO SUPPRESS EVIDENCE** |
| | ) | **OBTAINED FROM THE SEARCH OF** |
| Defendant. | ) | **HIS CELL PHONE** |

Defendant Ezra Chaim Pye Blumenfeld, through his attorney, Kevin W. DeVore, respectfully moves the Court for an Order suppressing any evidence obtained as a result of the illegal seizure and subsequent search of the Defendant Blumenfeld's cell phone.

On February 27, 2026, the government executed an arrest warrant pursuant to a Superseding Indictment brought against the defendant. During that arrest, law enforcement agents used deceitful tactics to get the defendant to disclose the location of his cell phone. The phone was not in "plain view." A few weeks later, the government obtained a search warrant for the phone and searched it.

Defendant moves to suppress all evidence obtained from the defendant's phone as it was illegal seized without a warrant or legal justification, i.e., "fruit of the poisonous tree." This motion is based on the superseding indictment, all the records and files in this action, defendant's memorandum of law filed in conjunction herewith, and all other evidence that may be presented prior to or at the time of the hearing on this motion.

Dated: August 31, 2026

s/ Kevin W. DeVore

Kevin W. DeVore, #267302
Attorney for Defendant Blumenfeld (13)
724 Bielenberg Drive, Suite 110
Woodbury, MN 55125
(651) 435-6500