UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 26-CR-25-013 (LMP/DLM) |
| | ) | |
| v. Plaintiff, | ) | |
| | ) | **MOTION FOR NEW HEARING DATE** |
| EZRA CHAIM PYE BLUMENFELD, | ) | **RELATING TO DEFENDANT** |
| | ) | **BLUMENFELD'S MOTION TO** |
| Defendant. | ) | **SUPPRESS** |

Defendant, Ezra Chaim Pye Blumenfeld, though his attorney, Kevin W. DeVore, respectfully moves this Court for a specific hearing date outside (preferrable before) the motion hearing that is currently scheduled for October 19-22, 2026. The undersigned will be out of the country from October 18-25, 2026, on a trip that has been planned and was paid for more than a year ago. All trip accommodations and flights have been scheduled and paid for since the summer of 2025. It would create an extreme hardship for the undersigned if he was forced to cancel this trip and would also negatively affect the others scheduled to be on the trip.

With all due respect to the Court, I appreciate how difficult it is for the Court to schedule anything with so many people involved, such as in this case. I also understand that every defendant and attorney working on this case has an obligation to rearrange their schedules to meet the Court's demands. However, the motion hearing dates scheduled by the Court create such a serious conflict with plans that I and several others made approximately a year ago that it would cause the undersigned a significant financial loss if I was not able to go on the trip because of this case.

The undersigned has met and conferred with DOJ CRD Attorneys Neville Hedley and Flavio Abreu about this request and they do not object. However, the government would like the motion hearing to be done before October 19th, if possible, and to be combined with Defendant Lee Tuggle (37) if she also files a motion to suppress (e.g., same witnesses).

Based on the foregoing, the undersigned respectfully asks this Court to schedule the motion to suppress hearing on a mutually agreeable date for the Court and the parties.

Respectfully submitted,

Dated: August 31, 2026

s/ Kevin W. DeVore
Kevin W. DeVore, #267302
Attorney for Ezra Blumenfeld (#13)
724 Bielenberg Drive, Suite 110
Woodbury, MN 55125
(651) 435-6500