**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**
**Criminal No.: 26-CR-25 (37) (LMP/DLM)**

---

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **DEFENDANT WIEDEMAN TUGGLE'S** |
| | ) | **MOTION TO SUPPRESS EVIDENCE** |
| | ) | **OBTAINED FROM THE SEARCH** |
| Lee Elizabeth Wiedeman Tuggle, | ) | **OF HER CELL PHONE** |
| | ) | |
| Defendant. | ) | |

---

Defendant, Lee Elizabeth Wiedeman Tuggle, by and through her attorney, James M. Ventura, respectfully moves the Court for an Order suppressing any evidence obtained as a result of the illegal seizure and subsequent search of Defendant Wiedeman Tuggle's cell phone.

On February 27, 2026, the Government executed an arrest warrant pursuant to a Superseding Indictment brought against Defendant. During that arrest, law enforcement agents used deceitful tactics to get Defendant to disclose the location of her cell phone. The phone was not in "plain view," nor was it on her person. A few weeks later, the Government obtained a search warrant for the phone and searched it.

Defendant moves to suppress all evidence obtained from Defendant's phone as it was illegally seized without a warrant or legal justification i.e., "fruit of the poisonous tree." This Motion is based on the Superseding Indictment, all the records and files in this action, Defendant's Memorandum of Law filed in conjunction herewith, and all other evidence that may be presented prior to or at the time of the hearing on this Motion.

Defendant is in receipt of her co-defendant Ezra Chaim Pye Blumenfeld's Motion for New Hearing Date Relating to Defendant Blumenfeld's Motion to Suppress that was filed by his

attorney, Mr. Kevin DeVore. Defendant Wiedeman Tuggle does not object to this Motion and agrees to advancing the Motion Hearing.

Dated: August 31, 2026

Respectfully submitted,

*/s/ James M. Ventura*

James M. Ventura (#147217)
1000 Twelve Oaks Center Drive, Suite 100
Wayzata, MN 55391
Telephone: (952) 473-8064
Facsimile: (952) 475-7042
jventura@jamesventuralaw.com
*Attorney for Defendant Wiedeman Tuggle*