UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EMMAR MONIKE PINEDA-MORENO,<br><br>Defendant. | Case No: 26-CR-0025(30) (LMP/DLM)<br><br>**DECLARATION OF FREDRICK J. GOETZ** |

Fredrick J. Goetz, as counsel for the defendant above named, states under penalty of perjury, that I believe the following facts to be true.

1. I am the lawyer for the defendant, Emmar Pineda Moreno, having been duly appointed under the Criminal Justice Act.
2. If called to testify by Ms. Pineda Moreno, co-defendant Nekima Levy Armstrong would testify.
3. Upon information and belief, co-defendant Levy Armstrong would provide the following substantially exculpatory testimony as to defendant Pineda Moreno:
   a. Levy Armstrong planned and organized the protest at the Cities Church on January 18, 2026.

b. She had no interaction with Pineda Moreno before January 18, 2026.

c. She does not recall any interaction with Pineda Moreno on or before January 18, 2026.

d. She did not communicate to Pineda Moreno or anyone what her plans or intentions were before entering the Cities Church on January 18, 2026.

e. At no time did she communicate to Pineda Moreno or anyone that there was any plan to intimidate any congregant of the Cities Church, to place any person inside of the Cities Church in apprehension of any bodily harm, nor to restrict anyone's movement or physically obstruct any congregant of the Cities Church.

f. At no time did she communicate to Pineda Moreno that there was any plan to intimidate any congregant of the Cities Church in the exercise of their federally protected right to freely worship.

g. Levy Armstrong's communication to the group who came to participate in Operation Pullup was that the plan was for a peaceful protest related to Operation Metro Surge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 31, 2026.

Frederick J. Goetz