# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**CASE NUMBER**
MS05F226MS0003

**CASE OPENED**
1/19/2026

**CURRENT CASE TITLE**
Invasion of Cities Church

**REPORT TITLE**
Interview of P[redacted] W[redacted]

**REPORTED BY**
T[redacted] G[redacted]
SPECIAL AGENT

**APPROVED BY**
D[redacted] W[redacted]
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
1/26/2026

### SYNOPSIS

On January 18, 2026, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) Deputy Field Office Director (DFOD) D[redacted] E[redacted] was notified by his family that the church service they were currently attending had been overtaken by anti-ICE agitators.

DFOD D[redacted] E[redacted] serves as a pastor/elder (Leadership | Cities Church) at the church and he has been previously associated with the church through various social media posts /doxxings. The mob activity was livestreamed via Facebook and the protesters named D[redacted] E[redacted] by name. This organized group planned on being agitators at this church service due to DFOD E[redacted] employment with ICE.

This Report of Investigation (ROI) will document the January 19, 2026 interview of P[redacted] W[redacted].



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



## DETAILS OF INVESTIGATION

On January 19, 2026, at approximately 7:46 PM CST, Homeland Security Investigations (HSI) Special Agent (SA) [redacted] [redacted] and Federal Bureau of Investigations (FBI) SA [redacted] [redacted] interviewed [redacted] [redacted] at his residence, [redacted]

The following is a summary of statements [redacted] [redacted] made to SA's [redacted] and [redacted] which were later forward to HSI case agent [redacted] [redacted]. After identifying themselves and displaying credentials, [redacted] invited agents inside and provided the following information.

[redacted] stated he is 29 years old.

[redacted] stated he attended the 10:30 AM service at Cities Church (1524 Summit Ave., St. Paul, MN 55118) on January 18, 2026.

[redacted] stated he has been a member of Cities Church since January 2019.

[redacted] stated he attended service at Cities Church on January 18, 2026, because he and his family go every Sunday.

[redacted] stated he attended service on January 18, 2026, with his wife, [redacted], and their 3-year-old son, [redacted] and 1 year-old-son, [redacted].

[redacted] stated he did not observe any protestors upon arrival. [redacted] stated that he arrived at approximately 10:20 AM CST and found a seat in the middle of the right side.

[redacted] stated that Pastor [redacted] [[redacted]] was about to begin preaching when a black female holding a camera on the right side of the church stood up and started yelling and asked Pastor [redacted] if he was the Pastor. [redacted] stated there were many protestors seated throughout the congregation. [redacted] stated he quickly went to the right side and found one of the other pastors, Mike Paulley (sp.?). [redacted] stated the protestors started moving toward the middle of the church. [redacted] stated he immediately escorted his kids out the front door and headed towards the left and met with Mrs. [redacted]. [redacted] stated she seemed scared and her 14-year-old child, [redacted] (sp.?) was also scared. [redacted] stated he was aware of [redacted] [redacted] employment with U.S. Immigration and Customs Enforcement and suspected something like this could eventually happen.

[redacted] stated he went to the child-care room to get [redacted] [redacted] two adopted daughters who were missing at the time. [redacted] found the other one. [redacted] stated another churchgoer, [redacted] went out the back, and another, [redacted], fell and broke her arm.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION



[redacted] stated he stayed in front of the church observing. [redacted] stated the pastors called the service off so [redacted] told people to go.

[redacted] stated he found his way to the back where a 13-year-old child, [redacted], was upset and scared. [redacted] stated he sat with him and prayed with him.

[redacted] stated at this point, William KELLY came from the back and started yelling at the women.

[redacted] stated the main part of the group remained in the church while some protestors started going outside. [redacted] stated protesters were outside screaming at churchgoers.

[redacted] stated that a woman trying to leave in a van was unable to because the van was blocked by protesters. Even after the woman asked the people to get out of the way, they did not do so.

[redacted] stated protesters noticed police arriving at least 30 minutes after the protest started.

[redacted] stated when he arrived home, he contacted another churchgoer, [redacted], at approximately 12:00PM and went to [redacted] [redacted] house and arrived at approximately 12:20 - 12:25PM. [redacted] stated somebody sent [redacted] a picture of his address posted online.

[redacted] stated he ordinarily would stay after service was over to mingle and arrive home roughly by noon.

[redacted] stated that because of prior experience with protesters in Minnesota, he has learned not to engage to avoid any further conflict. However, [redacted] stated he was afraid of what KELLY was going to do, and because it was a surprise, it was very scary.

[redacted] stated he wasn't sure if they were going to destroy the church. [redacted] stated the women and kids were scared. [redacted] stated he was focused on getting the kids out.

[redacted] stated he was not injured inside the church or upon departure.

[redacted] stated he did not feel like he was able to freely exercise his religious rights.

[redacted] stated he heard a lot of insults but no threats.

[redacted] stated the teenage girls were harassed. [redacted] stated he heard KELLY referring to them as Nazi kids.

[redacted] stated he heard verbal harassment of black churchgoers by protesters to come join a black church.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



W[redacted] stated that other churchgoers that were there at the time included M[redacted] C[redacted] (sp.?) and T[redacted] K[redacted], who W[redacted] stated has had prior encounters with KELLY. W[redacted] provided the following contact information for K[redacted], [redacted]-5397. W[redacted] attempted to contact K[redacted] in the agents' presence but was unsuccessful. W[redacted] provided his contact information, [redacted]-3548.

Prior to agents' departure, W[redacted] expressed interest in potential security measures that would be in place at Cities Church going forward.

The interview concluded at approximately 8:24 PM CST.

INVESTIGATION CONTINUES

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Invasion of Cities Church | MS05F226MS0003-047 | 1/26/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.