**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Criminal No. 26-25 (28) (LMP/DLM)**

United States of America,

Plaintiff,

vs.

Jarmel James Perry,

Defendant,

**DEFENDANT'S MOTION FOR DISCLOSURE OF RULE 404(B) EVIDENCE**

Jarmel James Perry, through counsel, respectfully moves the Court for an order directing the government to immediately disclose—or alternatively, to disclose not less than thirty (30) days before trial—any "bad act" or "similar course of conduct" evidence it intends to offer at trial pursuant to Federal Rule of Evidence 404 and for it to identify the basis for the evidence's admissibility and the witness through whom such evidence will be presented at trial. This motion is based on the original and superseding indictments, all records, filings, and proceedings herein and in any related actions, and any and all other matters which may be presented prior to or at the time of the hearing on this motion.

Dated: August 31, 2026

Respectfully Submitted

S/ Thomas H. Shiah
Thomas H. Shiah #100365
331 Second Ave South, Ste 705
Minneapolis, Minnesota 55401
(612) 338-0066

Attorney for Defendant