**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Criminal No. 26-25 (28) (LMP/DLM)**

United States of America,

Plaintiff,

vs.

Jarmel James Perry,

Defendant.

**MOTION TO DISCLOSE THE IDENTITY OF ALL INFORMANTS WHO WERE WITNESSES TO OR PARTICIPANTS IN THE CRIMES CHARGED IN THE INDICTMENT**

Defendant, Jarmel James Perry, by and through his attorney, Thomas H. Shiah, Esq., respectfully moves the Court for an Order requiring the prosecution to provide Defendant with the identities of all informants who were witnesses to or participants in the crimes charged in the indictment or crimes concerning which the prosecution intends to introduce evidence at trial and whose identity would be relevant and helpful to the defense or essential to a fair determination of this case. Roviaro v. United States, 353 U.S. 53, 60-61 (1957).

The government has not yet disclosed the identity of any informants that may have been involved in the case. They have indicated that they may do so at a future date prior to the hearing which would render this motion moot. If any informants and/or sources are going to testify at trial, defendant by and through counsel is requesting their disclosure and that they be made available for an interview.

Dated: August 31, 2026

Respectfully submitted,

S/ Thomas H. Shiah
Thomas H. Shiah #100365
331 Second Ave South, Ste 705
Minneapolis, Minnesota 55401
(612) 338-0066

ATTORNEY FOR DEFENDANT