UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

*Plaintiff*,

v.

Nekima Levy Armstrong *et al.*,

*Defendants*.

Case No. 26-CR-25 (LMP-DLM)

**DECLARATION OF CAITLINROSE FISHER**

I, Caitlinrose H. Fisher, declare as follows:

1. I am an attorney with Forsgren Fisher McCalmont DeMarea Tysver LLP, the law firm representing defendant Ariel Hauptman in this matter.

2. I submit this declaration in support of the Motion to Dismiss Count Two as Beyond Congress's Power Under the Commerce Clause.

3. The Freedom of Access to Clinic Entrances Act ("FACE Act") was enacted on May 26, 1994. Attached hereto as **Exhibit 1** is a true and correct copy of Pub. L. 103-259 (May 26, 1994).

4. In early 2023, what ultimately became the FACE Act was introduced in the Senate as S. 636 — 103rd Congress (1993–1994), and in the House of Representatives as H.R. 796 — 103rd Congress (1993–1994).

5. On July 29, 1993, following congressional hearings, the Senate Committee on Labor and Human Resources issued a report concerning the FACE Act (S. 636), S. REP. NO. 103-117 (1993) (the "Senate Report"). The Senate Report is attached hereto as **Exhibit 2**.

6. On October 22, 1993, the House of Representatives' Committee on the Judiciary issued a report concerning the FACE Act (H.R. 796), H.R. REP. NO. 103-306 (1993) (the "House Report"). The House Report is attached hereto as **Exhibit 3**.

7. On November 16, 1993, Senator Orrin Hatch proposed Amendment No. 1190 to S. 636, an amendment, "to protect the First Amendment right to exercise religion" ("Hatch Amendment"). Excerpts of the congressional record showing the Hatch Amendment's introduction and passage via voice vote are attached hereto as **Exhibit 4**.

8. Attached hereto as **Exhibit 5** is a true and correct copy of the Congressional Record for May 2, 1994, which includes the Conference Report on S. 636, Freedom of Access to Clinic Entrances Act of 1994, H.R. REP. NO. 103-488 (1994) (Conf. Rep.), *as reprinted in* 1994 U.S.C.C.A.N. 724.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 31, 2026

*s/ Caitlinrose Fisher*
Caitlinrose Fisher