UNITED STATES
DISTRICT OF MINNESOTA
Criminal No. 26-cr-25 (LMP/DLM)

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

Max Richard Adamson (11),

Defendant.

---

**DEFENDANT MAX RICHARD ADAMSON'S MOTION FOR DISCLOSURE OF EXPERT UNDER RULE 16(a)(1)(G)**

Pursuant to Fed. R. Crim. P. 16(a)(1)(G) the Defendant, Max Richard Adamson, by and through his attorney, Glenn P. Bruder, hereby moves the Court for a written summary of any expert testimony the government intends to use at the above-entitled trial. The summary must describe the witness's opinion, the basis and the reasons therefore, and the witness's qualifications pursuant to Rule 16(a)(1)(E). Defendant further requests the Court direct this disclosure take place no later than twenty-eight (28) days prior to trial.

This motion is based on all records, files and proceedings herein.

Dated: August 31, 2026

Respectfully submitted,

*/s/ Glenn P. Bruder*
Glenn P. Bruder, P.A.
Attorney for Defendant
9531 West 78th Street
Suite 210
Eden Prairie, MN 55344
(952) 831-3174