UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-cr-25 (LMP/DLM)

United States of America,

Plaintiff,

v.

Max Richard Adamson,

Defendant.

**MEET AND CONFER STATEMENT**

In accordance with L.R. 12.1(b), Glenn P. Bruder hereby certifies that on August 31 2026, he spoke with Neville S. Hedley, United States Department of Justice, Civil Rights Division, to discuss matters related to case management and pretrial motions. We specifically discussed the motions I have now filed in connection with this matter and the underlying basis for these motions. The undersigned submits this statement as required by L.R. 12.1(b).

Dated: August 31, 2026

Respectfully submitted,

*/s/ Glenn P. Bruder*

Glenn P. Bruder, P.A.
Attorney for Defendant
9531West 78th Street
Suite 210
Eden Prairie, MN 55344
(952) 831-3174