UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

Nekima Levy-Armstrong, et al.,

Defendant(s).

**DECLARATION OF JILL A. BRISBOIS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

Case No.: 26-cr-35 (LMP/DLM)

I, Jill Anna Brisbois, state and declare as follows:

1. A true and accurate redacted copy of the of the March 4, 2026 19 U.S.C. § 1509 summons issued by the Department of Homeland Security to Alaska Airlines produced in this litigation Bates stamped 18617 is attached hereto as **Exhibit 1.** Exhibit 1 was produced as a final PDF and is being filed in that manner.
2. A true and accurate redacted copy of the of the January 19, 2026 19 U.S.C. § 1509 summons issued by the Department of Homeland Security to Verizon Wireless produced in this litigation Bates stamped 13010 is attached hereto as **Exhibit 2.** Exhibit 2 was produced as a final PDF and is being filed in that manner.
3. Attached as **Exhibit 3** is a summary chart of the § 1509 summonses produced by the Government in discovery. The chart was prepared from the summonses produced in discovery and accurately summarizes the relevant information reflected in those documents, including the corresponding Bates numbers.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 31, 2026

s/ Jill A. Brisbois
**THE JAB FIRM**
Attorney ID #345477
150 South 5th Street, Suite 1850
Minneapolis, MN 55402
Tele.: (651) 209-7797
Email: jill@thejabfirm.com