Exhibit 1

Bates 00018617 – 00018620

*Homeland Security Investigations*
*Office of the Special Agent in Charge*

**U.S. Department of Homeland Security**
SAC Boston
10 Causeway Street
Suite 722
Boston, MA 02222

# Cover Sheet

**To:** Alaska Airlines
Corporate Security
Subpoena Compliance
19300 International Blvd.
Seattle, Washington 98168
206-200-0488

**Date:** 3/4/2026

**Service Methods:** Email Only

**Carrier Fax:** 206-392-7668

**Carrier Email:** LegalRFI@alaskaair.com

**Agent Phone:** [redacted]

**Agent Email:** [redacted]

**From:** Timothy Gerber

☐ **Urgent** ☒ **Action** ☐ **Concurrence** ☐ **FYI**

**Comments:**

Attached is subpoena/summons #: HSI-HC-2026-036489-010

Please respond by 3/18/2026 8:00 AM

| | |
|---|---|
| 1. To (Name, Address, City, State, Zip Code)<br>Alaska Airlines<br>Corporate Security<br>Subpoena Compliance<br>19300 International Blvd.<br>Seattle, Washington 98168 | DEPARTMENT OF HOMELAND SECURITY<br><br>**SUMMONS**<br><br>To Appear and/or Produce Records<br>19 U.S.C. § 1509 |
| Summons Number: HSI-HC-2026-036489-010 | |

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

| | | |
|---|---|---|
| (A) | ☐ | **APPEAR** before the U.S. Customs and Border Protection (CBP) Officer or U.S. Immigration and Customs Enforcement (ICE) Special Agent named in Block 2 at the place, date, and time indicated to testify and give information. |
| (B) | ☒ | **PRODUCE** the records (including statements, declarations, and other documents) indicated in Block 3 before the CBP Officer or ICE Special Agent named in Block 2 at the place, date, and time indicated. |

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry to ascertain the correctness of entries, to determine the liability for duties, taxes, fines, penalties, or forfeitures, and/or to ensure compliance with the laws or regulations administered by CBP and ICE.

Failure to comply with this summons will render you liable to proceedings in a U.S. District Court to enforce compliance with this summons as well as other sanctions.

| 2. (A) CBP Officer or ICE Special Agent | | | (B) Date and Time |
|---|---|---|---|
| Name<br>Title<br>Address | Timothy Gerber<br>[redacted] | Telephone<br>[redacted]<br>Fax | 3/18/2026 8:00 AM |
| 3. Records required to be produced for inspection<br><br>Please see attached continuation page. | | | |

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

Issued under authority of section 509, Tariff Act of 1930, as amended by Pub. L. No. 95-410 (19 U.S.C. § 1509); 44 F.R. 2217; Homeland Security Act of 2002.

| | |
|---|---|
| 4. Name of person authorized to service this summons or any other CBP Officer or ICE Special Agent Timothy Gerber | 5. Date of issue - 3/4/2026 4:34 PM Eastern<br><br>By: Michael Giovanoni |
| If you have any questions regarding this summons, contact the CBP Officer or ICE Special Agent identified in Block 2 | 6. Name, title, address, and telephone number of person issuing this summons<br><br>Name: Michael Giovanoni<br>Title: Special Agent in Charge (Acting)<br>Address: Homeland Security Investigations<br>[redacted]<br>United States<br><br>Telephone [redacted] |

Digitally Signed by: 'E=Title-IIISupport@ice.dhs.gov, CN=Homeland Security Investigations, O=Homeland Security Invest
Date: 2026.03.04 21:35:34 +00:00

| 1. To (Name, Address, City, State, Zip Code) Alaska Airlines<br>Corporate Security<br>Subpoena Compliance<br>19300 International Blvd.<br>Seattle, Washington 98168 | DEPARTMENT OF HOMELAND SECURITY<br><br>**SUMMONS (Continuation)**<br><br>To Appear and/or Produce Records<br>19 U.S.C. § 1509 |
|---|---|

Summons Number: HSI-HC-2026-036489-010

3. Records required to be produced for inspection (continued)

The following applies if checked:

| | |
|---|---|
| ☐ | **Child Exploitation:** This subpoena is in regard to an investigation involving Child Exploitation and/or transmission of Child Pornography via the internet. Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice. |

Please provide passenger records to and include current booking information (currently booked flights), payment information, phone numbers associated with the booking information, other tickets purchased with same payment information, addresses associated with passenger information for the following individuals from December 04, 2025 to March 04, 2026, including any future travel already booked.

Please add to your lookout notification for future travel booked thru June 04, 2026:

Katherine Elizabeth Shaw (DOB: [redacted]

**Method of Response:**

Preferred:

Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to: Criminal Analyst Joshua Cameron Joshua.S.Cameron@hsi.dhs.gov

NOTE: The ICE e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

Alternates:

The records should be delivered to Criminal Analyst Joshua Cameron at U.S. Immigration and Customs Enforcement:
450 Main Street , Hartford, CT, 06103

If you have questions, please contact Special Agent Timothy Gerber at (612) 456-0800.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

**END OF DOCUMENT**