Exhibit 2

Bates 00013010 – 00013013

*Homeland Security Investigations*
*Office of the Special Agent in Charge*

**U.S. Department of Homeland Security**
SAC Saint Paul
1 Federal Drive,
Suite 1340
Fort Snelling, MN 55111

# Cover Sheet

| | | | |
|---|---|---|---|
| **To:** | Verizon Wireless<br>180 Washington Valley Road<br>Bedminster, New Jersey 07921<br>800-451-5242 (hotline); 800-997-3287 (SCC) | **Date:** | |
| | | **Service Methods:** | See Notes |
| | | **Carrier Fax:** | see notes |
| | | **Carrier Email:** | VerizonLegalProcessCompliance@verizon.com |
| | | **Agent Phone:** | [redacted] |
| | | **Agent Email:** | [redacted] |
| **From:** | Timothy Gerber | | |

☐ **Urgent** ☐ **Action** ☐ **Concurrence** ☐ **FYI**

**Comments:**

Attached is subpoena/summons #: HSI-MS-2026-023705-002

Please respond by 2/2/2026 8:00 AM

| 1. To (Name, Address, City, State, Zip Code) | |
| --- | --- |
| Verizon Wireless<br>180 Washington Valley Road<br>Bedminster, New Jersey 07921 | DEPARTMENT OF HOMELAND SECURITY<br>Homeland Security Investigations<br>**SUMMONS**<br>To Appear and/or Produce Records<br>19 U.S.C. § 1509 |
| Summons Number: HSI-MS-2026-023705-002 | |

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

| | | |
| --- | --- | --- |
| **(A)** | ☐ | **APPEAR** before the Homeland Security Investigations (HSI) Special Agent named in Block 2 at the place, date, and time indicated to testify and give information. |
| **(B)** | ☒ | **PRODUCE** the records (including statements, declarations, and other documents) indicated in Block 3 before the HSI Special Agent named in Block 2 at the place, date, and time indicated. |

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry to ascertain the correctness of entries, to determine the liability for duties, taxes, fines, penalties, or forfeitures, and/or to ensure compliance with the laws or regulations administered by HSI.

Failure to comply with this summons will render you liable to proceedings in a U.S. District Court to enforce compliance with this summons as well as other sanctions.

| 2. (A) HSI Special Agent | | | (B) Date and Time |
| --- | --- | --- | --- |
| Name<br>Title<br>Address | Timothy Gerber<br>[redacted] | Telephone<br>[redacted]<br>Fax | 2/2/2026 8:00 AM |

3. Records required to be produced for inspection

Please see attached continuation page.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

Issued under authority of section 509, Tariff Act of 1930, as amended by Pub. L. No. 95-410 (19 U.S.C. § 1509); 44 F.R. 2217; Homeland Security Act of 2002.

| 4. Name of person authorized to service this summons or any other HSI Special Agent Timothy Gerber | 5. Date of issue - 1/19/2026 10:33 PM EST<br>By: |
| --- | --- |
| If you have any questions regarding this summons, contact the HSI Special Agent identified in Block 2 | 6. Name, title, address, and telephone number of person issuing this summons<br>Name: Mark Zito<br>Title: Special Agent in Charge<br>Address: Homeland Security Investigations<br>4100 N. Mulberry Drive -Briarcliff One - #225<br>Kansas City, MO 64116<br>United States<br>Telephone [redacted] |

Digitally Signed by: 'E=Title-IIISupport@ice.dhs.gov, CN=Homeland Security Investigations, O=Homeland Security Invest
Date: 2026.01.20 03:33:20 +00:00

1. To (Name, Address, City, State, Zip Code)
Verizon Wireless
180 Washington Valley Road
Bedminster, New Jersey 07921

DEPARTMENT OF HOMELAND SECURITY
Homeland Security Investigations

**SUMMONS**

To Appear and/or Produce Records
19 U.S.C. § 1509

Summons Number: HSI-MS-2026-023705-002

3. Records required to be produced for inspection (continued)

Pursuant to an investigation being conducted by the Department of Homeland Security, as authorized by Title 18, United States Code, Section 2703(c)(2), please disclose the following information, if checked, for the telephone numbers listed below for the period of 12/19/2025 - 1/19/2026.

| | |
|---|---|
| ☒ | **Subscriber Information:** The names; addresses; length of services including start date, close date if the account is closed; types of services utilized (e.g. push-to talk, text, three-way calling, data, etc.); means and sources of payment (including any and all credit cards and bank account numbers) of a subscriber to and customer of such service; and all telephone instrument numbers, including temporarily assigned network address for all subscribed communication services. |
| ☒ | **Call Information:** Local and long-distance connection records (including all incoming and outgoing calls; and all voice. VoLTE, SMS, MMS, text, and data usage) and all records of session times and durations; and all telephone instrument numbers, including temporarily assigned network address for all subscribed communication services. |
| ☐ | **Child Exploitation:** This subpoena is in regard to an investigation involving Child Exploitation and/or transmission of Child Pornography via the internet. Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice. |

**Telephone Numbers**

| Phone | IMEI | IMSI | ESN |
|---|---|---|---|
| [redacted] | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Method of Response:**

Preferred:

Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to: Supervisory Criminal Analyst Joshua Villarreal Joshua.D.Villarreal@ice.dhs.gov

NOTE: The HSI e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

Alternates:

The records should be delivered to Supervisory Criminal Analyst Joshua Villarreal at Homeland Security Investigations:
1 Federal Drive , Fort Snelling, MN, 55111

If you have questions, please contact Special Agent Timothy Gerber at (612) 456-0800.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

**END OF DOCUMENT**