# Exhibit 3

# Spreadsheet of 1509 Summons

| No. | Date | Person | Bates | Entity Summons Issued To |
|---|---|---|---|---|
| 1 | 1/19/2026 | [redacted] \| Bruce Kelly<br>[redacted] \| Bruce Kelly<br>[redacted] \| Lundy<br>[redacted] \| Thomas Johnstone<br>[redacted] \| Kelly<br>[redacted] \| William Birch<br>[redacted] \| No Results<br>[redacted] \| Lemon<br>[redacted] \| Allen | 13010 | Bates 00013010<br><br>Verizon Wireless<br>180 Washington Valley Road<br>Bedminster, New Jersey 07921<br>800-451-5242 (hotline); 800-997-3287 (SCC)<br><br>**Please respond by 02/02/2026** |
| 2 | 1/19/2026 | [redacted] \| Allen<br>[redacted] \| Allen | 12686 | Bates 00012686<br><br>AT&T CORPORATION<br>AT&T Global Legal Demand Center<br>11760 U.S. Highway 1<br>North Palm Beach, Florida 33408<br><br>**Please respond by 02/22/2026** |
| 3 | 1/19/2026 | [redacted] | 13037 | Bates 00013037<br><br>Inteliquent, Inc./Sinch Voice<br>Inteliquent, Inc./Sinch Voice<br>1 North Wacker Drive, Suite 2500<br><br>**Please respond by 2/2/2026** |
| 4 | 1/20/2026 | [redacted] \| Lemon<br>[redacted] \| Lundy<br>[redacted] \| Richardson<br>[redacted] \| Lemon<br>[redacted] \| Kelly<br>[redacted] | 13032 | Bates 00013032<br><br>Verizon Wireless<br>180 Washington Valley Road<br>Bedminster, New Jersey 07921<br>800-451-5242 (hotline); 800-997-3287 (SCC)<br><br>**Please respond by 02/03/2026** |
| 5 | 1/20/2026 | [redacted] \| Debra Buschette<br>[redacted] \| Georgia McClellon | 13043 | Bates 00013043<br><br>T-Mobile US, Inc.<br>Custodian of Records<br>Law Enforcement Relations Team<br>4 Sylvan Way<br>Parsippany, New Jersey 07054<br><br>**Please respond by 02/03/2026** |
| 6 | 1/25/2026 | [redacted] \| Shaw<br>[redacted] \| CHARTERCOMM<br>[redacted] \| Kelly | 13272 | Bates 00013272<br><br>Verizon Wireless<br>180 Washington Valley Road<br>Bedminster, New Jersey 07921<br>800-451-5242 (hotline); 800-997-3287 (SCC)<br><br>**Please respond by 02/08/2026** |
| 7 | 1/25/2026 | [redacted] \| Russell Ellis<br>[redacted] \| No Results | 13257 | Bates 00013257<br><br>T-Mobile US, Inc.<br>Custodian of Records<br>Law Enforcement Relations Team<br>4 Sylvan Way<br>Parsippany, New Jersey 07054<br><br>**Please respond by 02/08/2026** |

| | | | | |
|---|---|---|---|---|
| 8 | 1/26/2026 | Request that you provide all rental information for all vehicles rented by Don Lemon, DOB [redacted] Phone # [redacted] or [redacted] and email addresses [redacted] or [redacted] Include but not limited to payment information, insurance information, third party drivers associated with the rental. Also include the rental information for a Black Nissan Utility Vehicle, Florida license plate [redacted], VIN [redacted] for the month of January 2026. | 13239 | Bates 00013239<br><br>Hertz Corporation<br>Legal Department<br>Subpoena Compliance<br>501 Williams Road 3rd Floor<br>Estero, Florida 33928<br>239-301-7316<br><br>**Please respond by 02/29/2026** |
| 9 | 1/26/2026 | Request that you provide all travel and flight information foreign and domestic related to Don Lemon, DOB [redacted] Phone # [redacted] or [redacted] and email addresses [redacted] or [redacted] Passport [redacted] Also provide all travel information for Jerome Richardson, DOB [redacted] Information to include but not limited to passenger information, flight information, and booking information. I also request any flight and passenger information booked by Don Lemon for 3rd party passengers. Include methods of payment for all travel associated with Don Lemon. Provide records from January 1, 2026, to present. | 13226 | Bates 00013226<br><br>Delta Airlines Inc.<br>P.O. Box 20574<br>Atlanta, Georgia 30320<br>404-715-5212<br><br>**Please respond by 02/09/2026** |
| 10 | 1/26/2026 | [redacted] \| Kddi Kddi (Ariel Hauptman?) | 13061 | Bates 00013061<br><br>AT&T CORPORATION<br>AT&T Global Legal Demand Center<br>11760 U.S. Highway 1<br>North Palm Beach, Florida 33408<br><br>**Please respond by 02/09/2026** |
| 11 | 1/28/2026 | [redacted] \| Ian Austin | 8908 | Bates 00008908<br><br>T-Mobile US, Inc.<br>Custodian of Records<br>Law Enforcement Relations Team<br>4 Sylvan Way<br>Parsippany, New Jersey 07054<br><br>**Please respond by 02/11/2026** |
| 12 | 2/2/2026 | [redacted] \| Richardson | 12988 | Bates 00012988<br><br>Verizon Wireless<br>180 Washington Valley Road<br>Bedminster, New Jersey 07921<br><br>**Please respond by 02/02/2026** |
| 13 | 2/2/2026 | [redacted] \| Huddle | 13019 | Bates 00013019<br><br>T-Mobile US, Inc.<br>Custodian of Records<br>Law Enforcement Relations Team<br>4 Sylvan Way<br>Parsippany, New Jersey 07054<br><br>**Please responde by 02/02/2026** |

| | | | | |
|---|---|---|---|---|
| 14 | 2/3/2026 | [redacted] \| Armstrong | 12994 | Bates 00012994<br><br>T-Mobile US, Inc.<br>Custodian of Records<br>Law Enforcement Relations Team<br>4 Sylvan Way<br>Parsippany, New Jersey 07054<br><br>**Please respond by 02/03/2026** |
| 15 | 2/3/2026 | [redacted] \| Blake Hayden | 13527 | Bates 00013527<br><br>T-Mobile US, Inc.<br>Custodian of Records<br>Law Enforcement Relations Team<br>4 Sylvan Way<br>Parsippany, New Jersey 07054<br><br>**Please respond by 02/17/2026** |
| 16 | 2/3/2026 | [redacted] \| No Subscriber Information Found | 16839 | Bates 00016839<br><br>Verizon Wireless<br>180 Washington Valley Road<br>Bedminster, New Jersey 07921<br><br>**Please respond by 02/17/2026** |
| 17 | 2/4/2026 | [redacted] Cullars-Doty | 13245 | Bates 00013245<br><br>T-Mobile US, Inc.<br>Custodian of Records<br>Law Enforcement Relations Team<br>4 Sylvan Way<br>Parsippany, New Jersey 07054<br>973-292-8911; 866-537-0911<br><br>**Please respond by 02/18/2026** |
| 18 | 2/5/2026 | [redacted] \| Lindsey Ring | 13443 | Bates 00013443<br><br>AT&T CORPORATION<br>AT&T Global Legal Demand Center<br>11760 U.S. Highway 1<br>North Palm Beach, Florida 33408<br><br>**Please respond by 02/19/2026** |
| 19 | 2/5/2026 | [redacted] \| Perry | 13822 | Bates 00013822<br><br>T-Mobile US, Inc.<br>Custodian of Records<br>Law Enforcement Relations Team<br>4 Sylvan Way<br>Parsippany, New Jersey 07054<br><br>**Please respond by 2/18/2026** |
| 20 | 2/6/2026 | [redacted] \| Jessica Sundin | 13278 | Bates 00013278<br><br>AT&T CORPORATION<br>AT&T Global Legal Demand Center<br>11760 U.S. Highway 1<br>North Palm Beach, Florida 33408<br><br>**Please respond by 02/20/2026** |

| | | | | |
|---|---|---|---|---|
| 21 | 2/6/2026 | [redacted] | 13521 | Bates 00013521<br><br>*1&1 IONOS Inc.<br>c/o Legal Department<br>See Notes to determine the correct entity and address.<br>701 Lee Road, Suite 300<br>Chesterbrook, Pennsylvania 19087<br><br>**Please respond by 02/20/2026** |
| 22 | 2/6/2026 | [redacted] \| Paige Austin<br>[redacted] \| Ian Austin | 13533 | Bates 00013533<br><br>T-Mobile US, Inc.<br>Custodian of Records<br>Law Enforcement Relations Team<br>4 Sylvan Way<br>Parsippany, New Jersey 07054<br><br>**Please respond by 2/20/2026** |
| 23 | 2/6/2026 | Request that you provide all travel and flight information, foreign and domestic, related to Lindsey C Ring DOB: [redacted] and phone number [redacted] and Charity J Leeson DOB: [redacted] and phone number [redacted] | 16846 | Bates 00016846<br><br>American Airlines<br>Subpoena Compliance, Custodian of Records<br>4333 Amon Carter Blvd<br>Fort Worth, Texas 76155<br><br>**Please respond by 2/20/2026** |
| 24 | 2/6/2026 | Request that you provide all travel and flight information, foreign and domestic, related to Lindsey C Ring DOB: [redacted] and phone number [redacted] and Charity J Leeson DOB: [redacted] and phone number [redacted] | 13852 | Bates 00016852<br><br>American Airlines<br>Subpoena Compliance, Custodian of Records<br>4333 Amon Carter Blvd<br>Fort Worth, Texas 76155<br><br>**Please respond by 02/20/2026** |
| 25 | 2/7/2026 | [redacted] \| Pineda<br>[redacted] \| Pineda<br>[redacted] \| Pineda | 13539 | Bates 00013539<br><br>T-Mobile US, Inc.<br>Custodian of Records<br>Law Enforcement Relations Team<br>4 Sylvan Way<br>Parsippany, New Jersey 07054<br><br>**Please respond by 02/21/2026** |
| 26 | 2/8/2026 | [redacted] \| Dunlap | 13545 | Bates 00013545<br><br>T-Mobile US, Inc.<br>Custodian of Records<br>Law Enforcement Relations Team<br>4 Sylvan Way<br>Parsippany, New Jersey 07054<br>973-292-8911; 866-537-0911<br><br>**Please respond by 02/22/2026** |

| | | | | | |
|---|---|---|---|---|---|
| 27 | 2/8/2026 | [redacted] \| Strong-Allen | | 13252 | Bates 00013252<br><br>T-Mobile US, Inc.<br>Custodian of Records<br>Law Enforcement Relations Team<br>4 Sylvan Way<br>Parsippany, New Jersey 07054<br><br>**Please respond by 02/22/2026** |
| 28 | 2/8/2026 | [redacted] \| Logan Warnshuis | | 13551 | Bates 00013551<br><br>T-Mobile US, Inc.<br>Custodian of Records<br>Law Enforcement Relations Team<br>4 Sylvan Way<br>Parsippany, New Jersey 07054<br><br>**Please respond by 2/21/2026** |
| 29 | 2/8/2026 | [redacted] \| Amelia Hansa<br>[redacted] \| Amelia Hansa<br>[redacted] \| Amelia Hansa | | 16882 | Bates 00016882<br><br>Verizon Wireless<br>180 Washington Valley Road<br>Bedminster, New Jersey 07921<br><br>**Please respond by 02/21/2026** |
| 30 | 2/8/2026 | [redacted] \| Chloe (Last Name Unknown) | | 19968 | Bates 00019968<br><br>Bandwidth Inc.<br>Custodian of Records<br>2230 Bandmate Way<br>Raleigh, North Carolina 27607<br><br>**Please respond by 02/21/2026** |
| 31 | 2/9/2026 | [redacted] Bollman | | 13561 | Bates 00013561<br><br>AT&T CORPORATION<br>AT&T Global Legal Demand Center<br>11760 U.S. Highway 1<br>North Palm Beach, Florida 33408<br><br>**Please respond by 02/23/2026** |
| 32 | 2/11/2026 | [redacted] \| Debra Buschette | | 13828 | Bates 00013828<br><br>T-Mobile US, Inc.<br>Custodian of Records<br>Law Enforcement Relations Team<br>4 Sylvan Way<br>Parsippany, New Jersey 07054<br><br>**Please respond by 2/24/2026** |
| 33 | 2/11/2026 | [redacted] \| Sophie O'Donnell-Hoff | | 13834 | Bates 00013834<br><br>AT&T CORPORATION<br>AT&T Global Legal Demand Center<br>11760 U.S. Highway 1<br>North Palm Beach, Florida 33408<br><br>**Please respond by 2/25/2026** |

| | | | | |
|---|---|---|---|---|
| 34 | 2/11/2026 | [redacted] \| Shaw | 16888 | Bates 00016888<br><br>Verizon Wireless<br>180 Washington Valley Road<br>Bedminster, New Jersey 07921<br><br>**Please respond by 2/25/2026** |
| 35 | 2/17/2026 | [redacted] \| Max Adamson<br>[redacted] \| John Vergin<br>[redacted] \| Consumer Cellular<br>[redacted] \| Michaelson, Eric<br>[redacted] \| Allen<br>[redacted] \| Kelly Carey<br>[redacted] \| Consumar Cellular | 18457 | Bates 00018457<br><br>AT&T CORPORATION<br>AT&T Global Legal Demand Center<br>11760 U.S. Highway 1<br>North Palm Beach, Florida 33408<br>800-635-6840 (24/7)<br><br>**Please respond by 03/02/2026** |
| 36 | 2/17/2026 | [redacted] \| Michaelson, Eric | 18557 | Bates 00018557<br><br>Verizon Wireless<br>180 Washington Valley Road<br>Bedminster, New Jersey 07921<br>800-451-5242 (hotline); 800-997-3287 (SCC)<br><br>**Please respond by 03/02/2026** |
| 37 | 2/17/2026 | [redacted] \| Michaelson, Eric | 18567 | Bates 00018567<br><br>Verizon Wireless<br>180 Washington Valley Road<br>Bedminster, New Jersey 07921<br>800-451-5242 (hotline); 800-997-3287 (SCC)<br><br>**Please respond by 03/02/2026** |
| 38 | 2/17/2026 | [redacted] \| Andrew Edwards<br>[redacted] Hennepin County<br>[redacted] \| Persigehl<br>[redacted] \| Tier<br>[redacted] \| Perry<br>[redacted] \| Robinson<br>[redacted] Erin Evans<br>[redacted] \| Goligoski<br>[redacted] \| Hogan<br>[redacted] \| Michaelson, Catie | 13811 | Bates 00013811<br><br>T-Mobile US, Inc.<br>Custodian of Records<br>Law Enforcement Relations Team<br>4 Sylvan Way<br>Parsippany, New Jersey 07054<br><br>**Please respond by 03/02/2026** |
| 39 | 2/17/2026 | [redacted] \| Elizer Darris<br>[redacted] \| Lewis<br>[redacted] \| Okar<br>[redacted] \| Aboud | 13816 | Bates 00013816<br><br>T-Mobile US, Inc.<br>Custodian of Records<br>Law Enforcement Relations Team<br>4 Sylvan Way<br>Parsippany, New Jersey 07054<br><br>**Please respond by 3/2/2026** |
| 40 | 2/22/2026 | [redacted] \| Max Adamson<br>[redacted] \| Consumer Cellular<br>[redacted] \| Kelly Carey<br>[redacted] \| John Vergin<br>[redacted] \| Allen<br>[redacted] \| Michaelson, Eric<br>[redacted] \| Consumer Cellular | 14333 | Bates 00014333<br><br>AT&T CORPORATION<br>AT&T Global Legal Demand Center<br>11760 U.S. Highway 1<br>North Palm Beach, Florida 33408<br>800-635-6840 (24/7)<br><br>**Please respond by 03/08/2026** |

| | | | | | |
|---|---|---|---|---|---|
| 41 | 2/22/2026 | [redacted] \| Blumenfeld | | 16831 | Bates 00016831<br><br>T-Mobile US, Inc.<br>Custodian of Records<br>Law Enforcement Relations Team<br>4 Sylvan Way<br>Parsippany, New Jersey 07054<br>973-292-8911; 866-537-0911<br><br>**Please respond by 03/08/2026** |
| 42 | 2/22/2026 | [redacted] \| Michaelson, Eric<br>[redacted] | | 18601 | Bates 00018601<br><br>Verizon Wireless<br>180 Washington Valley Road<br>Bedminster, New Jersey 07921<br>800-451-5242 (hotline); 800-997-3287 (SCC)<br><br>**Please respond by 03/08/2026** |
| 43 | 2/22/2026 | [redacted] | | 200016 | Bates 00020016<br><br>Comcast Digital Voice Telephone Service<br>Legal Response Center<br>Custodian of Records<br>650 Centerton Rd.<br>Moorestown, New Jersey 08057<br><br>**Please respond by 3/8/2026** |
| 44 | 2/23/2026 | Phone Number [redacted] 2 \| Chloe (Last Name Unknown)<br><br>period of 12/01/2025 2:14 PM Central - 2/22/2026 2:14 PM Central<br>Subscriber Information: The names; addresses; length of services including start date, close date if the account is closed; types of services utilized (e.g. push-to talk, text, three-way calling, data, etc.); means and sources of payment (including any and all credit cards and bank account numbers) of a subscriber to and customer of such service; and all telephone instrument numbers, including temporarily assigned network address for all subscribed communication services. | | 19957 | Bates 00019957<br><br>Talktone, Inc<br>Legal Department<br>710 Lakeway Drive Suite 280<br>Sunnyvale, California 94085<br><br>**Please respond by 3/9/2026** |
| 45 | 2/24/2026 | [redacted] Kelly | | 18586 | Bates 00018586<br><br>Verizon Wireless<br>180 Washington Valley Road<br>Bedminster, New Jersey 07921<br>800-451-5242 (hotline); 800-997-3287 (SCC)<br><br>**Please respond by 03/10/26** |
| 46 | 2/25/2026 | NAME: Katherine Elizabeth Shaw<br>DOB: [redacted]<br>NAME: Michael Walker Beute<br>DOB: [redacted]<br>From: January 18, 2026 to PRESENT. | | 18574 | Bates 00018574<br><br>United Airlines Inc<br>Legal Division<br>LEgal Division<br>233 S. Wacker Drive<br>Chicago,, Illinois 60606<br><br>**Please respond by 03/11/2026** |

| | | | | | |
|---|---|---|---|---|---|
| 47 | 2/25/2026 | NAME: Katherine Elizabeth Shaw<br>DOB: [redacted]<br>NAME: Michael Walker Beute<br>DOB: [redacted]<br>From: January 18, 2026 to PRESENT. | | 16858 | Bates 00016858<br><br>Delta Airlines Inc.<br>P.O. Box 20574<br>Atlanta, Georgia 30320<br>404-715-5212<br><br>**Please respond by 03/11/2026** |
| 48 | 2/25/2026 | NAME: Katherine Elizabeth Shaw<br>DOB: [redacted]<br>NAME: Michael Walker Beute<br>DOB: [redacted]<br>From: January 18, 2026 to PRESENT | | 19998 | Bates 00019998<br><br>American Airlines<br>Subpoena Compliance, Custodian of Records<br>4333 Amon Carter Blvd<br>Fort Worth, Texas 76155<br>800-433-7300<br><br>**Please respond by 03/11/2026** |
| 49 | 2/25/2026 | Pursuant to a criminal investigation being conducted by the Department of Homeland Security, Homeland Security Investigations, it is requested that you provide records/information in reference to flights taken by the following individual(s) to include dates of travel, any available IP addresses associated with ticket booking, method of payment with complete credit/debit card numbers to include name, billing name and credit information, any identifiers i.e. dates of birth, phone numbers, addresses, etc. as well as any other associated/companion travelers for the individuals listed below. Furthermore, any additional/historical flights not taken, but were booked and canceled by the individual(s):<br>NAME: Katherine Elizabeth Shaw<br>DOB: [redacted]<br>NAME: Michael Walker Beute<br>DOB: [redacted]<br>From: January 18, 2026 to PRESENT. | | 20008 | Bates 00020008<br><br>American Airlines<br>Subpoena Compliance, Custodian of Records<br>4333 Amon Carter Blvd<br>Fort Worth, Texas 76155<br><br>**Please respond by 03/11/2026** |
| 50 | 2/26/2026 | [redacted] \| Blumenfeld<br>[redacted] \| Dunlap | | 18463 | Bates 00018463<br><br>T-Mobile US, Inc.<br>Custodian of Records<br>Law Enforcement Relations Team<br>4 Sylvan Way<br>Parsippany, New Jersey 07054<br>973-292-8911; 866-537-0911<br><br>**Please respond by 03/12/2026** |
| 51 | 2/26/2026 | [redacted] \| Robinson | | 18469 | Bates 00018469<br><br>T-Mobile US, Inc.<br>Custodian of Records<br>Law Enforcement Relations Team<br>4 Sylvan Way<br>Parsippany, New Jersey 07054<br>973-292-8911; 866-537-0911<br><br>**Please respond by 03/12/26** |

| | | | | |
|---|---|---|---|---|
| 52 | 3/3/2026 | Instagram.com/kaytiscalm<br>User Name: kaytiscalm<br>UserID: 8333344540<br>For information from 26 February, 2026 through present please provide: (1) listings of all accounts and the account numbers; (2) subscriber's name, screen name, vanity name, physical addresses, e-mail addresses and telephone numbers; (3) any IP address(s)/PORT(s) associated with account to include any log in, or log out, or access IPs; (4) any additional names or telephone numbers associated with this subscriber; (5) any additional credit or billing information; (6) any IMEI, IMSI, or other phone identification information; (6) any IMEI, IMSI, or other device identification information to include devices connected to this account. | 18504 | Bates 00018504<br><br>Instagram (Meta Platforms, Inc)<br>Law Enforcement Response Team<br>1 Meta Way,<br>Menlo Park, California 94025<br><br>**Please respond by 03/17/2026** |
| 53 | 3/4/2026 | Please provide passenger records to and include current booking information (currently booked flights), payment information, phone numbers associated with the booking information, other tickets purchased with same payment information, addresses associated with passenger information for the following individuals from December 04, 2025 to March 04, 2026, including any future travel already booked.<br>Please add to your lookout notification for future travel booked thru June 04, 2026:<br>Katherine Elizabeth Shaw (DOB:[redacted] | 18617 | Bates 00018617<br><br>Alaska Airlines<br>Corporate Security<br>Subpoena Compliance<br>19300 International Blvd.<br>Seattle, Washington 98168<br>206-200-0488<br><br>**Please respond by 03/18/2026** |
| 54 | 3/4/2026 | Please provide passenger records to and include current booking information (currently booked flights), payment information, phone numbers associated with the booking information, other tickets purchased with same payment information, addresses associated with passenger information for the following individuals from December 04, 2025 to March 04, 2026, including any future travel already booked.<br>Please add to your lookout notification for future travel booked thru June 04, 2026:<br>Katherine Elizabeth Shaw (DOB:[redacted] | 18613 | Bates 00018613<br><br>JetBlue Airlines<br>Subpoenas<br>Not Supplied<br>Not Supplied, Not Supplied<br>United States<br><br>**Please respond by 03/18/2026** |
| 55 | 3/4/2026 | Katherine Elizabeth Shaw (DOB:[redacted] | 18609 | Bates 00018609<br><br>American Airlines<br>Subpoena Compliance, Custodian of Records<br>4333 Amon Carter Blvd<br>Fort Worth, Texas 76155<br>800-433-7300<br><br>**Please respond by 03/18/2026** |
| 56 | 3/4/2026 | Please provide passenger records to and include current booking information (currently booked flights), payment information, phone numbers associated with the booking information, other tickets purchased with same payment information, addresses associated with passenger information for the following individuals from December 04, 2025 to March 04, 2026, including any future travel already booked.<br>Please add to your lookout notification for future travel booked thru June 04, 2026:Katherine Elizabeth Shaw (DOB:[redacted] | 19974 | Bates 00019974<br><br>Delta Airlines Inc.<br>P.O. Box 20574<br>Atlanta, Georgia 30320<br>404-715-5212<br><br>**Please respond by 03/18/2026** |
| 57 | 3/4/2026 | [redacted] Shaw | 9003 | Bates 00009003<br><br>Verizon Wireless<br>180 Washington Valley Road<br>Bedminster, New Jersey 07921<br><br>**Please respond by 03/18/2026** |

| | | | | | |
|---|---|---|---|---|---|
| 58 | 3/4/2026 | [redacted] \| Shaw | | 9013 | Bates 00009013<br><br>Verizon Wireless<br>180 Washington Valley Road<br>Bedminster, New Jersey 07921<br><br>**Please respond by 03/18/2026** |
| 59 | 3/4/2026 | Please add to your lookout notification for future travel booked thru June 04, 2026:<br>Katherine Elizabeth Shaw (DOB:[redacted] | | 18484 | Bates 00018484<br><br>United Airlines Inc<br>Legal Division<br>LEgal Division<br>233 S. Wacker Drive<br>Chicago,, Illinois 60606<br><br>**Please respond by 03/18/2026** |
| 60 | 3/4/2026 | Please provide passenger records to and include current booking information (currently booked flights), payment information, phone numbers associated with the booking information, other tickets purchased with same payment information, addresses associated with passenger information for the following individuals from December 04, 2025 to March 04, 2026, including any future travel already booked.<br>Please add to your lookout notification for future travel booked thru June 04, 2026:<br>Katherine Elizabeth Shaw (DOB:[redacted] | | 18488 | Bates 00018488<br><br>Spirit Airlines<br>Spirit Airlines/Legal Department<br>1731 Radiant Drive<br>Dania Beach 33004<br>United States of America<br><br>**Please respond by 3/18/206** |
| 61 | 3/4/2026 | Please provide passenger records to and include current booking information (currently booked flights), payment information, phone numbers associated with the booking information, other tickets purchased with same payment information, addresses associated with passenger information for the following individuals from December 04, 2025 to March 04, 2026, including any future travel already booked.<br>Please add to your lookout notification for future travel booked thru June 04, 2026:<br>Katherine Elizabeth Shaw (DOB:[redacted] | | 18492 | Bates 00018492<br><br>Frontier Airlines<br>4545 Airport Way<br>Denver, Colorado 80239<br><br>**Please respond by 03/18/2026** |
| 62 | 3/4/2026 | Please provide passenger records to and include current booking information (currently booked flights), payment information, phone numbers associated with the booking information, other tickets purchased with same payment information, addresses associated with passenger information for the following individuals from December 04, 2025 to March 04, 2026, including any future travel already booked.<br>Please add to your lookout notification for future travel booked thru June 04, 2026:<br>Katherine Elizabeth Shaw (DOB:[redacted] | | 18496 | Bates 00018496<br><br>Avelo Airlines<br>Legal Department<br>Alissa Thompson, General Counsel<br>12 Greenway Plaza<br>Houston, Texas 77046<br><br>**Please respond by 03/18/2026** |
| 63 | 3/4/2026 | Please provide passenger records to and include current booking information (currently booked flights), payment information, phone numbers associated with the booking information, other tickets purchased with same payment information, addresses associated with passenger information for the following individuals from December 04, 2025 to March 04, 2026, including any future travel already booked.<br>Please add to your lookout notification for future travel booked thru June 04, 2026:<br>Katherine Elizabeth Shaw (DOB:[redacted] | | 18500 | Bates 00018500<br><br>Breeze Airways<br>Legal Department<br>6340 S 3000 E<br>Salt Lake City, Utah 84121<br><br>**Please respond by 03/18/2026** |

| | | | | |
|---|---|---|---|---|
| 64 | 3/5/2026 | Transaction information on all individuals who purchased item #213339 in Dark Green from January 1 , 2024 to present in the greater St. Paul Minneapolis area, including but not limited to date purchased, location purchased from, buyer name, address, phone number, payment type, and credit/debit card number.<br>Possible purchase locations include REI stores at: Schneiderman's Plaza, 1955 County Rd. B2 W, Roseville, MN 55113; 750 W American Blvd. W, Bloomington, MN 55420; 11581 Fountains Drive The Fountains, Maple Grove, MN 55369, online purchases shipped to a Minnesota address.<br>Item # 213339: Coal The Uniform Tall Knit Cuff Beanie<br>Item Description: The Uniform Tall Knit Cuff beanie by Coal hits all the classic style points—rib-knit, cuffed, logo patch—but in a taller fit to give you more styling options or just more warmth and coverage. | 18807 | Bates 00018807<br><br>Recreational Equipment, Inc.<br>Legal Department<br>6750 S 228th St<br>Kent, Washington 98032<br><br>**Please respond by 03/19/2026** |
| 65 | 3/10/2026 | [redacted] \| No Subscriber Info<br>[redacted] \| Perez | 9033 | Bates 00009033<br><br>T-Mobile US, Inc.<br>Custodian of Records<br>Law Enforcement Relations Team<br>4 Sylvan Way<br>Parsippany, New Jersey 07054<br><br>**Please respond by 03/24/2026** |
| 66 | 3/10/2026 | [redacted] \| Amanda/Hyper Future Vision<br>[redacted] \| Hyper Future Vision | 18475 | Bates 00018475<br><br>T-Mobile US, Inc.<br>Custodian of Records<br>Law Enforcement Relations Team<br>4 Sylvan Way<br>Parsippany, New Jersey 07054<br><br>**Please respond by 3/24/2026** |
| 67 | 3/10/2026 | Please provide passenger records to and include current booking information (currently booked flights), payment information, phone numbers associated with the booking information, other tickets purchased with same payment information, addresses associated with passenger information for the following individuals from January 01, 2026 to March 10, 2026, including any future travel already booked.<br>Please add to your lookout notification for future travel booked thru June 10, 2026:<br>Amanda ELG (DOB: [redacted] | 18515 | Bates 00018515<br><br>United Airlines Inc<br>Legal Division<br>LEgal Division<br>233 S. Wacker Drive<br>Chicago,, Illinois 60606<br><br>**Please respond by 03/24/2026** |
| 68 | 3/10/2026 | Please provide passenger records to and include current booking information (currently booked flights), payment information, phone numbers associated with the booking information, other tickets purchased with same payment information, addresses associated with passenger information for the following individuals from January 01, 2026 to March 10, 2026, including any future travel already booked.<br>Please add to your lookout notification for future travel booked thru June 10, 2026:<br>Amanda ELG (DOB: [redacted] | 18519 | Bates 00018519<br><br>Delta Airlines Inc.<br>P.O. Box 20574<br>Atlanta, Georgia 30320<br>404-715-5212<br><br>**Please respond by 03/24/2026** |
| 69 | 3/10/2026 | Please provide passenger records to and include current booking information (currently booked flights), payment information, phone numbers associated with the booking information, other tickets purchased with same payment information, addresses associated with passenger information for the following individuals from January 01, 2026 to March 10, 2026, including any future travel already booked.<br>Please add to your lookout notification for future travel booked thru June 10, 2026:<br>Amanda ELG (DOB: [redacted] | 18523 | Bates 00018523<br><br>Southwest Airlines<br>Subpoena Compliance<br>Legal Department<br>P.O. Box 36611<br>Dallas, Texas 75235<br><br>**Please respond by 03/24/206** |

| | | | | |
|---|---|---|---|---|
| 70 | 3/10/2026 | Please provide passenger records to and include current booking information (currently booked flights), payment information, phone numbers associated with the booking information, other tickets purchased with same payment information, addresses associated with passenger information for the following individuals from January 01, 2026 to March 10, 2026, including any future travel already booked.<br>Please add to your lookout notification for future travel booked thru June 10, 2026:<br>Amanda ELG (DOB: [redacted] | 18527 | Bates 00018527<br><br>Frontier Airlines<br>4545 Airport Way<br>Denver, Colorado 80239<br><br>**Please respond by 03/24/2026** |
| 71 | 3/10/2026 | Please provide passenger records to and include current booking information (currently booked flights), payment information, phone numbers associated with the booking information, other tickets purchased with same payment information, addresses associated with passenger information for the following individuals from January 01, 2026 to March 10, 2026, including any future travel already booked.<br>Please add to your lookout notification for future travel booked thru June 10, 2026:<br>Amanda ELG (DOB: [redacted] | 18531 | Bates 00018531<br><br>Avelo Airlines<br>Legal Department<br>Alissa Thompson, General Counsel<br>12 Greenway Plaza<br>Houston, Texas 77046<br><br>**Please respond by 03/24/2026** |
| 72 | 3/10/2026 | Please provide passenger records to and include current booking information (currently booked flights), payment information, phone numbers associated with the booking information, other tickets purchased with same payment information, addresses associated with passenger information for the following individuals from January 01, 2026 to March 10, 2026, including any future travel already booked.<br>Please add to your lookout notification for future travel booked thru June 10, 2026:<br>Amanda ELG (DOB: [redacted] | 18535 | Bates 00018535<br><br>Breeze Airlines<br>Security Compliance<br>6340 S 3000 E Suite 500<br>Cottonwood Heights, Utah 84121<br><br>**Please respond by 03/24/2026** |
| 73 | 3/10/2026 | Please provide passenger records to and include current booking information (currently booked flights), payment information, phone numbers associated with the booking information, other tickets purchased with same payment information, addresses associated with passenger information for the following individuals from January 01, 2026 to March 10, 2026, including any future travel already booked.<br>Please add to your lookout notification for future travel booked thru June 10, 2026:<br>Amanda ELG (DOB: [redacted] | 20027 | Bates 00020027<br><br>Sun Country Airlines<br>Legal<br>2005 Cargo Rd<br>Minneapolis, Minnesota 55450<br><br>**Please respond by 3/24/2026** |
| 74 | 3/10/2026 | Please provide passenger records to and include current booking information (currently booked flights), payment information, phone numbers associated with the booking information, other tickets purchased with same payment information, addresses associated with passenger information for the following individuals from January 01, 2026 to March 10, 2026, including any future travel already booked.<br>Please add to your lookout notification for future travel booked thru June 10, 2026:<br>Amanda ELG (DOB: [redacted] | 20035 | Bates 00020035<br><br>Spirit Airlines<br>2800 Executive Way<br>Miramar, Florida 33025<br><br>**Please respond by 3/24/2026** |
| 75 | 3/10/2026 | Please provide passenger records to and include current booking information (currently booked flights), payment information, phone numbers associated with the booking information, other tickets purchased with same payment information, addresses associated with passenger information for the following individuals from January 01, 2026 to March 10, 2026, including any future travel already booked.<br>Please add to your lookout notification for future travel booked thru June 10, 2026:<br>Amanda ELG (DOB: [redacted] | 20039 | Bates 00020039<br><br>American Airlines<br>Subpoena Compliance, Custodian of Records<br>4333 Amon Carter Blvd<br>Fort Worth, Texas 76155<br><br>**Please respond by 3/24/2026** |
| 76 | 3/10/2026 | Please provide passenger records to and include current booking information (currently booked flights), payment information, phone numbers associated with the booking information, other tickets purchased with same payment information, addresses associated with passenger information for the following individuals from January 01, 2026 to March 10, 2026, including any future travel already booked.<br>Please add to your lookout notification for future travel booked thru June 10, 2026:<br>Amanda ELG (DOB: [redacted] | 20043 | Bates 00020043<br><br>Jetblue Airways Corporation<br>Legal Department<br>2701 Queens Plaza N Suite 1<br>Long Island City, New York 11101<br><br>**Please respond by 3/24/2026** |

| | | | | |
|---|---|---|---|---|
| 77 | 3/10/2026 | Please provide passenger records to and include current booking information (currently booked flights), payment information, phone numbers associated with the booking information, other tickets purchased with same payment information, addresses associated with passenger information for the following individuals from January 01, 2026 to March 10, 2026, including any future travel already booked.<br>Please add to your lookout notification for future travel booked thru June 10, 2026:<br>Amanda ELG (DOB: [redacted] | 20047 | Bates 00020047<br><br>Alaska Airlines<br>Corporate Security<br>Subpoena Compliance<br>19300 International Blvd.<br>Seattle, Washington 98168<br><br>**Please respond by 3/24/2026** |
| 78 | 3/11/2026 | [redacted] \| Dish Wireless LLC | 9039 | Bates 00009039<br><br>AT&T CORPORATION<br>AT&T Global Legal Demand Center<br>11760 U.S. Highway 1<br>North Palm Beach, Florida 33408<br><br>**Please respond by 03/25/2026** |
| 79 | 3/11/2026 | [redacted] | 18622 | Bates 00018622<br><br>Verizon Wireless<br>180 Washington Valley Road<br>Bedminster, New Jersey 07921<br><br>**Please respond by 03/25/2026** |
| 80 | 3/12/2026 | [redacted] \| Alexander Behrens<br>612-226-5130 \| John Work<br>612-790-1088 \| Kevin Broas | 9049 | Bates 00009049<br><br>T-Mobile US, Inc.<br>Custodian of Records<br>Law Enforcement Relations Team<br>4 Sylvan Way<br>Parsippany, New Jersey 07054<br><br>**Please respond by 03/26/2026** |
| 81 | 3/12/2026 | [redacted] | 18638 | Bates 00018638<br><br>Verizon Wireless<br>180 Washington Valley Road<br>Bedminster, New Jersey 07921<br><br>**Please respond by 03/26/2026** |
| 82 | 3/25/2026 | [redacted] \| Amanda/Hyper Future Vision<br>[redacted] \| Hyper Future Vision | 18549 | Bates 00018549<br><br>T-Mobile US, Inc.<br>Custodian of Records<br>Law Enforcement Relations Team<br>4 Sylvan Way<br>Parsippany, New Jersey 07054<br><br>**Please respond by 04/08/2026** |
| 83 | 3/25/2026 | [redacted] \| Hyper Future Vision<br>[redacted] Amanda/Hyper Future Vision | 18591 | Bates 00018591<br><br>T-Mobile US, Inc.<br>Custodian of Records<br>Law Enforcement Relations Team<br>4 Sylvan Way<br>Parsippany, New Jersey 07054<br><br>**Please respond by 04/08/2026** |

| | | | | | |
|---|---|---|---|---|---|
| 84 | 3/31/2026 | [redacted] \| Michaelson, Catie | | 18648 | Bates 00018648<br><br>T-Mobile US, Inc.<br>Custodian of Records<br>Law Enforcement Relations Team<br>4 Sylvan Way<br>Parsippany, New Jersey 07054<br>973-292-8911; 866-537-0911<br><br>**Please respond by 04/14/2026** |
| 85 | 3/31/2026 | [redacted] \| Michaelson, Eric | | 18657 | Bates 00018657<br><br>AT&T CORPORATION<br>AT&T Global Legal Demand Center<br>11760 U.S. Highway 1<br>North Palm Beach, Florida 33408<br>800-635-6840 (24/7)<br><br>**Please respond by 04/14/2026** |
| 86 | 3/31/2026 | [redacted] \| Michaelson, Eric | | 19235 | Bates 00019235<br><br>Verizon Wireless<br>180 Washington Valley Road<br>Bedminster, New Jersey 07921<br>800-451-5242 (hotline); 800-997-3287 (SCC)<br><br>**Please respond by 04/14/2026** |
| 87 | 4/3/2026 | BG On the Scene Video Clip from YouTube https://www.youtube.com/watch?v=iWzc2x_IODI<br>Democracy Now Interview https://www.youtube.com/watch?v=e8_8c4qYkAs<br>FORT - ICE OUT Protest - 01-18-26 https://www.youtube.com/watch?v=0HKKfct-C9c<br>FORT Debrief - YouTube Clip - 01-19-26 https://www.youtube.com/shorts/2icXXKK5D4c<br>ICE Protesters Interrupt Cities Church (Can You Be Christian & Support ICE_)_CREWS Extended Video https://www.youtube.com/watch?v=-PJbdb_vf3w<br>iCkEdMeL YouTube Channel Video of Cities Church https://www.youtube.com/watch?v=vWRIP5Wr784<br>LEMON - DON LIVE ON THE SCENE: Live From Minneapolis (Full Broadcast) - 01-18-26 https://www.youtube.com/watch?v=v4ctuhv-cck<br>Lemon LIVE at 5 ICE ALERT It's Getting Much Worse https://www.youtube.com/watch?v=OpuL1rCMJI4<br>LILJA - YouTube - Full video 1-18-26 https://www.youtube.com/watch?v=duvetr2iOaE<br>Max Adamson - YouTube - January 18 2026 daily brief https://www.youtube.com/watch?v=8D6akU717WQ<br>The Megyn Kelly Show with Pastor Parnell https://www.youtube.com/watch?v=mdiBO1Q5yMM<br>Trahern CREWS Cell Phone Recording https://youtu.be/U3sYELjRQA4?si=VM-_4I0jLbYGap0N | | 18811 | Bates 00018811<br><br>YouTube (Google LLC)<br>901 Cherry Ave.<br>San Bruno, California 94066<br><br>**Please respond by 04/17/2026** |
| 88 | 4/3/2026 | BGOnTheScene - https://www.youtube.com/watch?v=iWzc2x_IODI<br>DemocracyNow - https://www.youtube.com/watch?v=e8_8c4qYkAs<br>GeorgiaFort - https://www.youtube.com/watch?v=0HKKfct-C9c<br>GeorgiaFort - https://www.youtube.com/shorts/2icXXKK5D4c<br>inspirationnation4970 - https://www.youtube.com/watch?v=-PJbdb_vf3w<br>iCkEdMeL - https://www.youtube.com/watch?v=vWRIP5Wr784<br>TheDonLemonShow - https://www.youtube.com/watch?v=v4ctuhv-cck<br>TheDonLemonShow - https://www.youtube.com/watch?v=OpuL1rCMJI4<br>cristied711 - https://www.youtube.com/watch?v=duvetr2iOaE<br>MtnMax - https://www.youtube.com/watch?v=8D6akU717WQ<br>MegynKelly - https://www.youtube.com/watch?v=mdiBO1Q5yMM<br>jsonline - https://youtu.be/U3sYELjRQA4?si=VM-_4I0jLbYGap0N | | 19242 | Bates 00019242<br><br>YouTube (Google LLC)<br>901 Cherry Ave.<br>San Bruno, California 94066<br><br>**Please respond by 04/17/2026** |

<table>
<tr><td>89</td><td>4/12/2026</td><td>[redacted]<br>[redacted] | Perez<br>[redacted] | Georgia McClellon<br>[redacted] | Armstrong<br>[redacted] | Cullars-Doty</td><td>18819</td><td>Bates 00018819<br><br>T-Mobile US, Inc.<br>Custodian of Records<br>Law Enforcement Relations Team<br>4 Sylvan Way<br>Parsippany, New Jersey 07054<br>973-292-8911; 866-537-0911<br><br>Please respond by 04/25/2026</td></tr>
<tr><td>90</td><td>4/12/2026</td><td>[redacted] | Jessica Sundin<br>[redacted] | Allen</td><td>18823</td><td>Bates 00018823<br><br>AT&T CORPORATION<br>AT&T Global Legal Demand Center<br>11760 U.S. Highway 1<br>North Palm Beach, Florida 33408<br>800-635-6840 (24/7)<br><br>Please respond by 04/25/2026</td></tr>
<tr><td>91</td><td>5/4/2026</td><td>ALLEN, Chauntyll Loui[redacted]<br>CREWS, Trahern Jeen[redacted]<br>FORT, Georgia Ellyse[redacted]<br>LEVY POUNDS ARMSTRONG, Nekima Valdez[redacted]<br>LUNDY, Jamael Lydel[redacted]<br>RICHARDSON, Jerome DeAngelo[redacted]<br>ABOUD, Aziza Mohammed[redacted]<br>BLUMENFELD, Ezra Chaim Pye[redacted]<br>CAREY, Kelly Ann[redacted]<br>CULLARS-DOTY, Monique Cassandra[redacted]<br>DUNLAP, Tiffany Lynn[redacted]<br>EDWARDS, Andrew Jared[redacted]<br>GOLIGOSKI, Rachel Rose[redacted]<br>HANSA, Amelia Cristin[redacted]<br>HOGAN, Krista Erin[redacted]<br>MATTHIAS, Danielle Andrea[redacted]<br>MICHAELSON, Catie Anne [redacted]<br>MICHAELSON, Eric Ryan [redacted]<br>OKAR, David Anthony[redacted]<br>PERRY, Jarmel James[redacted]<br>PERSIGEHL, Cheryl Ann[redacted]<br>SHAW, Katherine Elizabeth[redacted]<br>STRONG ALLEN, Satara Diann[redacted]<br>SWENSON, Charles Lee[redacted]<br>SWENSON, Robyn Elise[redacted]<br>TIER, Thomas Matthew[redacted]<br>VERGIN, John Donald[redacted]<br>WEINFURTER, Mark David[redacted]<br>WIEDEMAN TUGGLE, Lee Elizabeth[redacted]<br>AUSTIN, Ian Davis[redacted]</td><td>19248</td><td>Bates 00019248<br><br>Minnesota Department of Employment and<br>Economic Development<br>Great Northern Building 180 E 5th St Suite 1200<br>St. Paul, Minnesota 55101<br><br>Please respond by 05/18/2026</td></tr>
<tr><td>92</td><td>1/0/1900</td><td>[redacted]</td><td>18543</td><td>Bates 00018543<br><br>Cellco Partnership d/b/a Verizon Wireless<br>C/O Verizon Legal Department<br>180 Washington Valley Road<br>Bedminster, New Jersey 07921<br><br>DATE OF ISSUE - NOT VALID UNTIL SIGNED (not signed)<br><br>Please respond by 03/09/2026</td></tr>
</table>