UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIM. NO. 26-25 (LMP/DLM)

---

United States of America,

Plaintiff,

**MEET AND CONFER STATEMENT**

v.

Cheryl Ann Persigehl (29),

Defendant

---

In accordance with L.R. 12.1(b) and the Court's Pretrial Scheduling and Case Management Order (ECF No. 552), on August 28, 2026, Defendant Cheryl Ann Persigehl, through undersigned counsel met and conferred with Assistant United States Attorney Neville Hedley and attorneys representing the government regarding the individual motions intended to be filed and case management. The conference took place via videoconference (Microsoft Teams). The discussion focused on the individual motions Ms. Persigehl intended to file in connection with this matter and the underlying basis for these motions. The undersigned submits this statement as required by L.R. 12.1(b).

Dated: August 31, 2026

BEST & FLANAGAN LLP

Amy S. Conners (#0387375)
60 South Sixth Street, Suite 2700
Minneapolis, MN 55402
Email: aconners@bestlaw.com
Telephone: 612-339-7121

***Attorneys for Defendant Cheryl Ann Persigehl***