UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

4. Don Renaldo Lemon,

Defendant.

**MOTION FOR DISCOVERY AND INSPECTION**

Case No. 26-cr-025 (LMP/DLM)

Defendant Don Renaldo Lemon respectfully moves the Court for an order pursuant to Rule 16 of the Federal Rules of Criminal Procedure compelling the government to disclose the following:

1. All written, recorded, or oral statements made by Mr. Lemon, or copies thereof, within the possession, custody, or control of the government, the existence of which is known, or by the exercise of due diligence may or could become known to the government.

2. The substance of any oral statement by Mr. Lemon, whether before or after arrest, which the government intends to offer as evidence at trial.

3. A copy of Mr. Lemon's prior criminal history.

4. Copies of any prior criminal history of any person whom the government intends to call or might call as a witness at trial.

5. Permission for Mr. Lemon to inspect and/or copy books, papers, documents, photographs, tangible objects, or buildings or places that are within the possession, custody, or control of the government and that are material to the preparation of the defense or are intended for use by the government as evidence at trial, or were obtained from or belonged to Mr. Lemon.

6. Permission to inspect and/or copy any results or reports of physical or mental examinations and of scientific tests or experiments, or copies thereof, which are within the possession, custody, or control of the government.

7. All video and/or audio recordings pertaining to the investigation, including, but not limited to, video surveillance tapes and recordings.

8. All documents and things seized pursuant to any search warrant executed in connection with this matter, as well as copies of any petitions, affidavits, orders, warrant, or other documents related to or filed in any court in connection with such searches.

9. All documents and statements produced in response to any subpoenas or third-party document requests made in connection with this investigation.

10. Written reports or summaries of any testimony the government intends to offer at trial under Rules 702, 703, or 705 of the Federal Rules of Evidence, including a description of the witness's opinions, the bases for those opinions, and his or her qualifications.

11. All rough notes of any participating agents in connection with the investigation of this matter.

12. Any additional documents or information requested in Mr. Lemon's discovery letters dated February 13, 2026 (Ex. A), April 20, 2026 (Ex. B), and July 13, 2026 (Ex. C).

13. If prior to trial, the government discovers additional evidence that was previously requested or ordered disclosed, which is subject to discovery or inspection, the government is requested to notify defense counsel as to the existence of the additional material.

WHEREFORE, Mr. Lemon respectfully requests that the Court enter an order requiring the government to disclose the above material.

Dated: August 31, 2026

Respectfully Submitted,

/s/ *Abbe David Lowell*
Abbe David Lowell (*admitted pro hac vice*)
David A. Kolansky (*admitted pro hac vice*)
Isabella M. Oishi (*admitted pro hac vice*)
LOWELL & ASSOCIATES, PLLC
1250 H Street NW, Suite 250
Washington, DC 20005
Tel: 202-964-6110
Fax: 202-964-6116
ALowellpublicoutreach@lowellandassociates.com
DKolansky@lowellandassociates.com
IOishi@lowellandassociates.com

/s/ *Joseph H. Thompson*
Joseph H. Thompson (#0343031)
THOMPSON JACOBS PLLC
222 N. Second Street, Suite 220
Minneapolis, MN 55401
Tel: (612) 416-3322
joe@thompsonjacobs.com

*Counsel for Don Renaldo Lemon*