L&A
LOWELL AND ASSOCIATES, PLLC

Lowell & Associates, PLLC
1250 H Street NW, Suite 250
Washington, DC 20005
Tel: (202) 964-6110
Fax: (202) 964-6116

**Abbe David Lowell**
ALowellPublicOutreach@lowellandassociates.com

April 20, 2026

**VIA E-MAIL**

Robert J. Keenan
Acting Deputy Assistant Attorney General
Office of Assistant Attorney General
Department of Justice, Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

Orlando B. Sonza
Counsel
Office of Assistant Attorney General
Department of Justice, Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

Re: *United States v. Don Lemon*, Case No. 26-cr-00025-LMP-DLM

Dear Mr. Keenan and Mr. Sonza:

On behalf of our client Don R. Lemon, and in follow up to our first discovery letter dated February 13, 2026, we hereby make the following supplemental requests to be thorough and to effectuate the full requirements of Rule 16 of the Federal Rules of Criminal Procedure, Rule 404(b) of the Federal Rules of Evidence, the applicable rules of prosecutorial ethics, the Fifth and Sixth Amendments to the United States Constitution, and the Supreme Court's rulings in *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, including *United States v. Agurs*, 427 U.S. 97 (1976), and *Giglio v. United States*, 405 U.S. 150 (1972). We request the production of the material below no later than April 24, 2026, consistent with the Court's pretrial scheduling and case management order in this case. *See* ECF 411 at 3.

On April 14, 2026, the Department of Justice (DOJ) released a report that accused the Biden administration of using the FACE Act to target anti-abortion activists who were prosecuted for blocking patients' access to reproductive health clinics.[1] The nearly 900-page report, which includes internal DOJ records and communications, claims that the DOJ under former Attorney General Merrick Garland "violated the rights of Americans" by only applying the law to support those in support of abortion rights, not those who worked at anti-abortion rights facilities.

Corroborated reporting also indicates that "[e]arlier draft excerpts of the FACE Act report . . . show that the Justice Department's civil rights appellate lawyers penned *a memo in 2018 which warned prosecutors not to charge the house of worship provision* because it was unconstitutional and lacks a

[1] Department of Justice, Office of Legal Policy, The Biden Administration's Weaponization of the Freedom of Access to Clinic Entrances Act (April 14, 2026), available at https://www.justice.gov/opa/media/1436006/dl.

jurisdictional hook."[2] (Emphasis added). Accordingly, pursuant the Government's discovery obligations in this case, we hereby request that the Government produce:

1. The 2018 DOJ memorandum warning prosecutors not to charge the FACE Act's house of worship provision, 18 U.S.C. § 248(a)(2);

2. Any and all other internal or external DOJ memoranda concerning the constitutionality, enforceability, applicability, or discussion of 18 U.S.C. § 248 or 18 U.S.C. § 241; and

3. Any and all other DOJ memoranda or documents discussing or concerning DOJ's obligations under or the application of 28 CFR § 50.10 as it concerns members of the news media, including, but not limited to, any material specifically discussing Don Lemon. Please also provide any previously withdrawn or rejected search warrant(s) in this case as it concerns 28 CFR § 50.10.

* * *

Defense counsel would appreciate your response to these requests as soon as possible, and any other exculpatory material in the government's possession, but by no later than April 24, 2026, consistent with the Court's case management Order in this case. We will supplement these requests as we continue our preparation for trial. If you have any questions regarding these requests, please contact me.

Sincerely,

Abbe David Lowell
*Counsel for Don Lemon*

cc: Joe Thompson, Counsel for Mr. Lemon

[2] Sarah N. Lynch et al., *Justice Department Releases Report Accusing Biden-Era DOJ Of Uneven Enforcement Of FACE Act Law*, CBS News (Apr. 14, 2026), https://www.cbsnews.com/news/justice-department-report-face-act-biden-era-doj-enforcement/.