UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>4. Don Renaldo Lemon,<br><br>Defendant. | **MOTION FOR EARLY DISCLOSURE OF JENCKS ACT MATERIALS**<br><br>Case No. 26-cr-025 (LMP/DLM) |

Defendant Don Renaldo Lemon respectfully moves the Court for an order, pursuant to Rules 12 and 16 of the Federal Rules of Criminal Procedure, requiring the government to disclose all statements and reports within the meaning of the Jencks Act, 18 U.S.C. § 3500, and to so do at least two weeks prior to the commencement of the trial. In support of its request, Mr. Lemon represents and alleges as follows:

1. Although the language of the Jencks Act does not require the government to produce Jencks Act material until after a witness testifies at trial on direct examination, the Court has the inherent power to require the government to produce Jencks Act material prior to trial in the interest of fairness and efficiency. Nothing in the Jencks Act prevents or forbids its early disclosure.

2. Without early disclosure of Jencks Act materials, prior to cross examination of any witness, the defense would require a recess to allow defense counsel to meaningfully review the disclosures and prepare for cross examination. Unless this motion is granted, there will be extensive delays in the trial.

3. The Court has the authority to order early disclosure of Jencks Act materials to further the interest of prompt disposition of the business of this Court and to facilitate the timely and orderly presentation of the government's case at trial, particularly in the absence of any legitimate governmental interest in not doing so.

WHEREFORE, Mr. Lemon respectfully requests that the Court enter an order requiring the government to disclose any Jencks Act materials to the defense at least two weeks prior to trial.

Dated: August 31, 2026

Respectfully Submitted,

/s/ *Abbe David Lowell*
Abbe David Lowell (*admitted pro hac vice*)
David A. Kolansky (*admitted pro hac vice*)
Isabella M. Oishi (*admitted pro hac vice*)
LOWELL & ASSOCIATES, PLLC
1250 H Street NW, Suite 250
Washington, DC 20005
Tel: 202-964-6110
Fax: 202-964-6116
ALowellpublicoutreach@lowellandassociates.com
DKolansky@lowellandassociates.com
IOishi@lowellandassociates.com

/s/ *Joseph H. Thompson*
Joseph H. Thompson (#0343031)
THOMPSON JACOBS PLLC
222 N. Second Street, Suite 220
Minneapolis, MN 55401
Tel: (612) 416-3322
joe@thompsonjacobs.com

*Counsel for Don Renaldo Lemon*