UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

4. Don Renaldo Lemon,

Defendant.

**MOTION FOR DISCLOSURE OF POST-CONSPIRACY STATEMENTS**

Case No. 26-cr-025 (LMP/DLM)

Defendant Don Renaldo Lemon respectfully moves the Court for an order, pursuant to Rule 16 of the Federal Rules of Criminal Procedure and *Bruton v. United States*, 391 U.S. 123 (1968), compelling the government:

1. To provide notice and disclosure of its intent to use, refer to, or introduce into evidence at trial, any statement of any co-defendant or unindicted co-conspirator, along with a designation of which statement the government intends to use, refer to, or introduce at trial.

2. Grant Mr. Lemon leave to file or supplement motions for severance, suppression, and in limine as warranted by the government's response and a review of the relevant *Bruton* materials.

Dated: August 31, 2026

Respectfully Submitted,

/s/ *Abbe David Lowell*
Abbe David Lowell (*admitted pro hac vice*)
David A. Kolansky (*admitted pro hac vice*)
Isabella M. Oishi (*admitted pro hac vice*)
LOWELL & ASSOCIATES, PLLC
1250 H Street NW, Suite 250
Washington, DC 20005
Tel: 202-964-6110
Fax: 202-964-6116
ALowellpublicoutreach@lowellandassociates.com
DKolansky@lowellandassociates.com
IOishi@lowellandassociates.com

/s/ *Joseph H. Thompson*
Joseph H. Thompson (#0343031)
THOMPSON JACOBS PLLC
222 N. Second Street, Suite 220
Minneapolis, MN 55401
Tel: (612) 416-3322
joe@thompsonjacobs.com

*Counsel for Don Renaldo Lemon*