**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>[8] GEORGIA ELLYSE FORT,<br><br>Defendant. | Court File No. 26-25 (LMP/DLM)<br><br>**MOTION TO JOIN**<br>**ECF 695 and ECF 674** |

Defendant Georgia Ellyse Fort respectfully moves the Court to join defendants' Motion to Dismiss Superseding Indictment Due to HSI's Outrageous Use of 19 U.S.C. §1509 Summons (ECF 695), which challenges the government's unauthorized use of Customs administrative summonses under 19 U.S.C. § 1509, and thus applies with equal force to Fort. For all the reasons stated therein, the superseding indictment must be dismissed as to Fort as well.

Ms. Fort also respectfully moves the Court to join defendants' Motion to Dismiss the Superseding Indictment for Selective or Vindictive Prosecution (ECF 674), which amplifies the concerns Ms. Fort raised in her own motions seeking dismissal on both First Amendment and vindictive prosecution grounds (ECF 592 and 594).

Dated: August 31, 2026

Respectfully submitted,

By: *s/ Matthew S. Ebert*

**BALLARD SPAHR LLP**
Leita Walker
Matthew S. Ebert
Isabella Salomão Nascimento
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 371-3211
walkerl@ballardspahr.com
ebertm@ballardspahr.com
salomaonascimentoi@ballardspahr.com

Seth D. Berlin (*pro hac vice*)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 508-1122
berlins@ballardspahr.com

**THE LAW FIRM OF KEVIN C. RIACH, PLLC**
Kevin C. Riach
125 Main St. SE, Suite 339
Minneapolis, MN 55412
Tel: (612) 203-8555
kevin@riachdefense.com

*Counsel for Georgia Ellyse Fort*