UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>4. Don Renaldo Lemon,<br><br>Defendant. | **MEET AND CONFER STATEMENT**<br><br>Case No. 26-cr-025 (LMP/DLM) |

Pursuant to the Court's pretrial scheduling and case management order (Dkt. #552), defendant Don Renaldo Lemon respectfully submits the following meet and confer statement regarding his motion to suppress evidence obtained by search and seizure via section 1509 summons and various discovery motions.

Counsel for Mr. Lemon, Joseph H. Thompson and David A. Kolansky, conferred about the motions by telephone with DOJ attorneys Robert Keenan and Neville Hedley at 1:00 p.m. on July 2, 2026. Mr. Thompson later conferred with Mr. Hedley by email on August 31, 2026. The parties were unable to resolve the issues.

Dated: August 31, 2026

Respectfully Submitted,

/s/ *Abbe David Lowell*
Abbe David Lowell (*admitted pro hac vice*)
David A. Kolansky (*admitted pro hac vice*)
Isabella M. Oishi (*admitted pro hac vice*)
LOWELL & ASSOCIATES, PLLC
1250 H Street NW, Suite 250
Washington, DC 20005
Tel: 202-964-6110
Fax: 202-964-6116
ALowellpublicoutreach@lowellandassociates.com

DKolansky@lowellandassociates.com
IOishi@lowellandassociates.com

/s/ *Joseph H. Thompson*
Joseph H. Thompson (#0343031)
THOMPSON JACOBS PLLC
222 N. Second Street, Suite 220
Minneapolis, MN 55401
Tel: (612) 416-3322
joe@thompsonjacobs.com

*Counsel for Don R. Lemon*