UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHANE RYAN BOLLMAN (14),

Defendant.

Criminal No.: 26-25 (LMP/DLM)

**SECOND/RENEWED MOTION FOR RELEASE OR *IN CAMERA* REVIEW OF GRAND JURY MATERIALS**

MOTION

Mr. Bollman, through counsel, hereby moves the Court for release or *in camera review* of grand jury materials pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(ii). Mr. Bollman previously made a similar motion (Doc. 441), which was denied without prejudice (Doc. 540). In a subsequent Order, the District Court found *in camera* review appropriate. Doc. 631. The Government subsequently submitted grand jury materials to the Court for that review. The Government represents to defense counsel that all of the pertinent grand jury materials pertaining to Mr. Bollman were submitted to the Court along with the materials for co-defendants.

All of Mr. Bollman's arguments from his original motion (Doc. 441) are incorporated herein. Mr. Bollman moves the Court to order disclosure of the grand jury materials to Mr. Bollman's counsel, or for *in camera* review of the same, with regards to Mr. Bollman.

WORD COUNT COMPLIANCE

This motion and memorandum contain less than 500 words.

Respectfully submitted.

**ANDREW IRLBECK LAWYER CHTD.**

Dated: August 31, 2026

/s/ Andrew M. Irlbeck
Andrew M. Irlbeck, #392626
First National Bank Bldg.
332 Minnesota St., Ste. W1610
St. Paul, MN 55101
Phone: 612-986-3895
Fax: 651-223-5179
andrew@irlbecklaw.com
ATTORNEY FOR DEFENDANT BOLLMAN