UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHANE RYAN BOLLMAN (14),

Defendant.

Criminal No.: 26-25 (14) (LMP/DLM)

**MOTION TO SEVER**

MOTION

COMES NOW Defendant Bollman (14) through counsel and moves the Court pursuant to Rule 14 to sever him from his co-defendants for trial.

Counsel is aware that the operative case management order directs the parties to take up severance with the District Judge, but no other motion filing deadlines are set, and Rule 12 also commands that all pretrial motions be brought according to the pretrial motion schedule. Therefore, to preserve the issue and out of an abundance of caution, Mr. Bollman files this motion now.

As is demonstrated at length in Mr. Bollman's contemporaneous filings, he is uniquely situated among the 38 Defendants in this matter because he was present at the protest as a photojournalist. He did not know any of the co-defendants prior to the protest, and never spoke to any of them prior to arriving at the meeting after seeing a flyer online. He did not march, chant, shout, or otherwise engage in protest activity while at the church;

Mr. Bollman engaged only in newsgathering, and specifically, photojournalism, while in the church, as the below photo demonstrates.



Ex. G to Dec. of Counsel.

Because trial with his co-defendants would be prejudicial to both Mr. Bollman, and possibly to his co-defendants, severance for trial is appropriate. Fed.R.Crim.P. 14(a). Mr. Bollman had no knowledge of the alleged plans of his co-defendants, and was silently present in the church taking photographs for publication. His defense will likely be at odds with the defense of other persons, and it would be unfair to try Mr. Bollman with his co-defendants. *United States v. Goodhouse*, 81 F.4th 786, 791 (8th Cir. 2023); *United States v. Garrett*, 648 F.3d 618, 625-26 (8th Cir. 2011).

In fairness to all, Mr. Bollman should be severed for trial from his co-defendants.

WORD COUNT COMPLIANCE

This motion and memorandum contain less than 400 words.

Respectfully submitted.

**ANDREW IRLBECK LAWYER CHTD.**

Dated: August 31, 2026

/s/ Andrew M. Irlbeck
Andrew M. Irlbeck, #392626
First National Bank Bldg.
332 Minnesota St., Ste. W1610
St. Paul, MN 55101
Phone: 612-986-3895
Fax: 651-223-5179
andrew@irlbecklaw.com
ATTORNEY FOR DEFENDANT BOLLMAN