**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
*Criminal No.: 26-CR-25(LMP/DLM)*

---

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Rachel Rose Goligoski (19),

Defendant.

---

**DEFENDANT'S MOTION TO JOIN CODENDANT'S NON DISPOSITIVE MOTIONS**

The Defendant, by and through her attorney, respectfully requests to join in the following non-dispositive motions:

ECF number 596 for early Jencks Act Materials filed by codefendant Fort;

ECF number 598 for disclosure of 404(b) evidence filed by codefendant Fort;

ECF number 600 for disclosure of post-conspiracy statements filed by codefendant Fort;

ECF number 601 for disclosure of favorable evidence filed by codefendant Fort.

Respectfully submitted,

Dated: August 31, 2026

/s/ *Charles F. Clippert*

Charles F. Clippert
Attorney No. 248848
Attorney for Defendant
101 East Fifth Street
Suite 1500
St. Paul, MN 55101
Phone: (651) 300-4109