UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHANE RYAN BOLLMAN (14),<br><br>Defendant. | Criminal No.: 26-25 (14) (LMP/DLM)<br><br>**DECLARATION OF COUNSEL** |

Defendant's counsel submits the following exhibits in support of his motions.

1. Attached as Exhibit A is a true and correct copy Bollman's press credentials and a photo of the credentials in the lanyard he wore on January 18, 2026.
2. Attached as Exhibit B is a true and correct copy of Bollman's flight itinerary.
3. Attached as Exhibit C is a true and correct copy of two photographs Bollman took in August of 2025 in Texas.
4. Attached as Exhibit D is a true and correct copy of one photograph Bollman took after protesters and immigration agents clashed in Los Angeles on or about June 7, 2025.
5. Attached as Exhibit E is a true and correct copy of two still photos from an NBC news broadcast about Los Angeles wildfires that contained Bollman's photographs. The news segment originally aired January 14, 2025 and is available at https://www.nbcdfw.com/video/local/north-texas-photographer-captures-los-angeles-wildfires/3740803/.

6. Attached as Exhibit F is a true and correct copy of two still photos Bollman took of the fires in Los Angeles on or about January 10, 2025.
7. Attached as Exhibit G is a true and correct copy of a video still taken from 4/24/26 Government disclosure index Line-Item No. 867, file name: 0194_Untitled CAM 1 01-003.mp4, the Cities Church surveillance video at timestamp 00:46:04, with a red square placed around Bollman by counsel.
8. Attached as Exhibit H is a true and correct copy of a video still taken from 4/24/26 Government disclosure index Line-Item No. 239, file name: Don Lemon video YouTube, the Don Lemon YouTube livestream video at timestamp 00:47:25 with a red square placed around Bollman by counsel.
9. Attached as Exhibit I is a true and correct copy of a video still taken from the Cities Church surveillance video identified above at timestamp 00:30:04 with two parishioners' faces redacted.
10. Attached as Exhibit J is a true and correct copy of the Search Warrant for Bollman's iPhone, issued on March 13, 2026.
11. Attached as Exhibit K is a true and correct copy of the Search Warrant for Bollman's Camera and SD Memory Cards, issued March 23, 2026.
12. Attached as Exhibit L is a true and correct copy of the amended Search Warrant for Bollman's data stored with Apple Inc., issued April 17, 2026.
13. Attached as Exhibit M is a true and correct copy of the unsigned Search Warrant for Bollman's data stored with Apple Inc.

14. Attached as Exhibit N is a true and correct copy of the Report of Investigation (ROI) documenting Bollman's activity on January 18, 2026, redacted.
15. Attached as Exhibit O is a true and correct copy of the report documenting Bollman's arrest on February 27, 2026, redacted.
16. Attached as Exhibit P is a true and correct copy of the redacted ROI documenting the receipt of evidence from Bollman's arrest on February 27, 2026.
17. Attached as Exhibit Q is a true and correct copy of the redacted ROI documenting the Forensic Review of Bollman's camera between April 8, 2026 and April 9, 2026.
18. Attached as Exhibit R is a true and correct copy of the redacted Saint Paul Police Department Incident Report that identified Bollman as a suspect on February 11, 2026.
19. Attached as Exhibit S is a true and correct copy of the redacted subpoena for Meta Platforms, Inc. to produce information from Bollman's social media accounts.
20. Attached as Exhibit T is a true and correct copy of a redacted photograph taken by Bollman during the Cities Church protest on January 18, 2026.
21. Attached as Exhibit U is a true and correct copy of a redacted photograph taken by Bollman during the Cities Church protest on January 18, 2026.
22. Attached as Exhibit V is a true and correct copy of a redacted photograph taken by Bollman during the Cities Church protest on January 18, 2026.
23. Attached as Exhibit W is a true and correct copy of a redacted photograph taken by Bollman during the Cities Church protest on January 18, 2026.

24. Attached as Exhibit X is a true and correct copy of a redacted § 1509 Custom Summons to AT&T for Bollman's subscriber data and call logs, signed 2/9/2026.

I declare the aforesaid to be true and correct to the best of my knowledge.

**ANDREW IRLBECK LAWYER CHTD.**

Dated: August 31, 2026

/s/ Andrew M. Irlbeck

Andrew M. Irlbeck, #392626
First National Bank Bldg.
332 Minnesota St., Ste. W1610
St. Paul, MN 55101
Phone: 612-986-3895
Fax: 651-223-5179
andrew@irlbecklaw.com
ATTORNEY FOR DEFENDANT BOLLMAN