# Exhibit N

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

02/11/2026 17:44 EST



**CASE NUMBER**
MS05F226MS0003

**CASE OPENED**
1/19/2026

**CURRENT CASE TITLE**
Invasion of Cities Church

**REPORT TITLE**
Identification and Review of Shane BOLLMAN

**REPORTED BY**
Timothy Gerber
SPECIAL AGENT

**APPROVED BY**
David Whalen
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
2/11/2026

### SYNOPSIS

On January 18, 2026, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) Deputy Field Office Director (DFOD) [redacted] was notified by his family that the church service they were currently attending had been overtaken by anti-ICE agitators.

DFOD [redacted] serves as a pastor/elder (Leadership Cities Church) at the church and he has been previously associated with the church through various social media posts /doxxings. The mob activity was livestreamed via Facebook and the protesters named [redacted] by name. This organized group planned on being agitators at this church service due to DFOD [redacted] employment with ICE.

This Report of Investigation (ROI) will document the identification and review of Shane BOLLMAN'S activity during the January 18, 2026 invasion of Cities Church.


This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



## DETAILS OF INVESTIGATION

This Report of Investigation (ROI) was written by Federal Bureau of Investigation (FBI) Special Agent (SA) Alexander Ercolani, and later turned over to Homeland Security Investigations (HSI) SA Timothy Gerber for submission.

Starting on February 5, 2026, FBI SA Alexander Ercolani began reviewing video footage from January 18, 2026, capturing the protest at Cities Church in Saint Paul, Minnesota. The video reviewed includes Don Live on the Scene - the pre-brief and Cities Church protest, the live video broadcast from Cities Church, footage from Georgia Fort's YouTube channel covering the protest from inside the church, footage from the YouTube channel Inspiration Nation covering the protest from inside the church, and social media posts from the account Junn_Bollmann.

HSI obtained a possible identification of an individual seen at the Cities Church Protest on January 18, 2026, as Shane Ryan BOLLMAN (DOB [redacted] BOLLMAN was identified through the use of law enforcement database checks. Below is the California DMV photo for BOLLMAN and the headshot from "https://www.junnbollmann.com/junnbollmanabout", a website for a Los Angeles based photographer going by the name "Junn Bollmann."

The Instagram page Junn_Bollmann linked on the above website contains videos and photos from the Cities Church Protest on January 18, 2026. Below is a photo from the Junn_Bollmann Instagram account along with a screenshot from the live broadcast of Cities Church on January 18, 2026. The individual identified as BOLLMAN is highlighted in a red box.

In a video file labeled "LEMON - Pre-Brief YT Clip - 01-18-26", SA Ercolani observed BOLLMAN taking part in the Cities Church pre-brief at various points listed below:

- 3:06 - BOLLMAN can be seen chanting "ICE out" in unison with the protesters.
- 3:27 - BOLLMAN can be seen chanting "of Minnesota" in unison with others in response to calls "ICE out."
- 4:05 - BOLLMAN can be seen using a cell phone while chanting "Justice for Renee Good" in unison with others.
- 4:24 - BOLLMAN can be seen chanting "Renee Good" in unison with others in response to "Say her name."
- 5:06 - BOLLMAN can be seen chanting "We have nothing to lose but our chains" in unison with others.
- 8:03 - BOLLMAN can be seen walking away as the group of protesters disperse.

In a video file labeled "Church Broadcast Footage.mp4", SA Ercolani observed BOLLMAN in Cities Church during the protest at various points listed below:



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



- 25:57 - BOLLMAN seen walking into camera frame while recording on a cell phone and appears to film until the 27:55 timestamp. This happens approximately one minute and 17 seconds after the protest begins and approximately 56 seconds after the first protester enters the frame.

INVESTIGATION CONTINUES



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.