# Exhibit O

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**CASE NUMBER**
MS05F226MS0003

**CASE OPENED**
1/19/2026

**CURRENT CASE TITLE**
Invasion of Cities Church

**REPORT TITLE**
Arrest of Shane Ryan BOLLMAN on February 27, 2026

**REPORTED BY**
Timothy Gerber
SPECIAL AGENT

**APPROVED BY**
David Whalen
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
3/3/2026

### SYNOPSIS

On Thursday, February 26, 2026 , the U.S. District Court for the District of Minnesota issued an arrest warrant for Shane Ryan BOLLMAN for the offenses of Conspiracy Against Right of Religious Freedom at a Place of Worship, in violation of Title 18, United States Code, Section 241; and Injuring, Intimidating, and Interfering with the Exercise of Right of Religious Freedom at a Place of Worship, in violation of Title 18, United States Code, Section 248.

This report documents the February 27, 2026, arrest of Shane Ryan BOLLMAN.



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



## DETAILS OF INVESTIGATION

On Thursday, February 26, 2026, the U.S. District Court for the District of Minnesota issued a federal arrest warrant, Docket No.: CR-26-25 LMP/DLM, for Shane Ryan BOLLMAN for the offense of Conspiracy Against Right of Religious Freedom at a Place of Worship, in violation of Title 18, United States Code, Section 241; and the offense of Injuring, Intimidating, and Interfering with the Exercise of Right of Religious Freedom at a Place of Worship, in violation of Title 18, United States Code, Section 248. This arrest warrant for BOLLMAN was issued in response to his presence at a January 18, 2026 anti-ICE protest at the Cities Church in St. Paul, Minnesota.

On Friday, February 27, 2026, at approximately 7:30 a.m., Homeland Security Investigations (HSI) HSI Los Angeles' Integrated Operations Group (IOG) Task Force -- which is composed of personnel from HSI; the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF); the Drug Enforcement Administration (DEA); the Federal Bureau of Investigation (FBI); Enforcement and Removal Operations (ERO); and the U.S. Marshals Service (USMS) arrived at BOLLMAN's last known residence, located at [redacted] Los Angeles, CA 90066, and initiated surveillance in an attempt to locate and arrest BOLLMAN. At approximately 9:55 a.m., on Friday, February 27, 2026, IOG personnel, encountered BOLLMAN in the public area in front of his apartment building as he was leaving his residence. BOLLMAN was contacted and placed under arrest without incident.

At the time of their contact with BOLLMAN , BOLLMAN was in possession of his personal effects to include his cellphone, digital camera, laptop, memory card, and journals. These items were seized and retained as evidence at the request of HSI Minnesota personnel.

BOLLMAN was transported to the Los Angeles Federal Building (LAFB), located at 300 N. Los Angeles Street, Los Angeles, California. BOLLMAN 's fingerprints and biographical information were processed and enrolled into Department of Homeland Security booking indices.

At approximately 10:50, BOLLMAN immediately invoked his right to an attorney, and no post-Miranda interview was conducted.

BOLLMAN was held at the LAFB until approximately 10:55 a.m. on Friday, February 27, 2026, at which time he was processed into U.S. Marshals Service custody for presentation before a U.S. magistrate judge.

On Friday, February 27, 2026, at approximately 3:30 p.m., BOLLMAN was presented for an initial appearance before a U.S. magistrate judge in the Central District of California and was granted



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



a release on personal recognizance with a promise to appear in the District of Minnesota at a later date. During the course of this operation and HSI's custody of BOLLMAN, there were no injuries reported by any involved parties, including BOLLMAN.

INVESTIGATION CONTINUES



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.