# Exhibit P

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

03/31/2026 12:44 EDT



**CASE NUMBER**
MS05F226MS0003

**CASE OPENED**
1/19/2026

**CURRENT CASE TITLE**
Invasion of Cities Church

**REPORT TITLE**
Receipt of Shane Ryan BOLLMAN's Evidence from HSI Los Angeles

**REPORTED BY**
Timothy Gerber
SPECIAL AGENT

**APPROVED BY**
David Whalen
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
3/6/2026

### SYNOPSIS

On January 18, 2026, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) Deputy Field Office Director (DFOD) [redacted] was notified by his family that the church service they were currently attending had been overtaken by anti-ICE agitators.

DFOD [redacted] serves as a pastor/elder (Leadership Cities Church) at the church and he has been previously associated with the church through various social media posts /doxxings. The mob activity was livestreamed via Facebook and the protesters named [redacted] by name. This organized group planned on being agitators at this church service due to DFOD [redacted] employment with ICE.

This Report of Investigation (ROI) will document receipt of evidence from Homeland Security Investigations (HSI) Los Angeles.

| Current Case Title | ROI Number | Date Approved |
| --- | --- | --- |
| Invasion of Cities Church | MS05F226MS0003-303 | 3/6/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



### DETAILS OF INVESTIGATION

On February 27th, 2026, Homeland Security Investigations (HSI) Los Angeles, California, served an arrest warrant (issued out of the United States District Court for the District of Minnesota), for Shane Ryan BOLLMAN (BOLLMAN).

During service of the arrest warrant, the following evidence was seized:

- White Apple iPhone
- Apple Macbook Pro
- Nikon Digital Camera
- SanDisk 128 GB Memory Card
- Brown Journal
- White Journal

On February 27th, 2026, HSI LA mailed BOLLMAN's evidence to HSI St. Paul, Minnesota, via FedEx 889161378202 for processing and search.

On March 2nd, 2026, HSI Special Agent (SA) Timothy Gerber received FedEx parcel 889161378202 containing the aforementioned evidence. SA Gerber promptly accepted chain of custody, and transferred the evidence to HSI Seized Property Specialist (SPS) and Computer Forensic Analyst (CFA, Taint Analyst) team for data preservation and storage.

INVESTIGATION CONTINUES



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.