# Exhibit Q

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**CASE NUMBER**
MS05F226MS0003

**CASE OPENED**
1/19/2026

**CURRENT CASE TITLE**
Invasion of Cities Church

**REPORT TITLE**
Forensic Review of Shane BOLLMAN's Camera

**REPORTED BY**
Benjamin Williams
SPECIAL AGENT

**APPROVED BY**
Jeffrey Anderson
SPECIAL AGENT

**DATE APPROVED**
4/9/2026

### SYNOPSIS

On January 18, 2026, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) Deputy Field Office Director (DFOD) [redacted] was notified by his family that the church service they were currently attending had been overtaken by anti-ICE agitators.

DFOD [redacted] serves as a pastor/elder (Leadership Cities Church) at the church and he has been previously associated with the church through various social media posts /doxxings. The mob activity waslivestreamedvia Facebook and the protesters named [redacted] by name. This organized group planned on being agitators at this church service due to DFOD [redacted] employment with ICE.

This Report of Investigation (ROI) will document the Forensic Review of Shane Ryan BOLLMAN's camera completed by Homeland Security Investigations (HSI) Special Agent (SA) Ben Williams.



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION



### DETAILS OF INVESTIGATION

SA Williams received the filtered extraction from the HSI Computer Forensics Analysts (CFA's) on April 07, 2026.

Between April 08, 2026, and April 09, 2026, SA Williams completed a review of the forensic extraction of a camera belonging to Shane Ryan BOLLMAN. Below is a summary of the relevant findings, it is not meant to represent all the data extracted from the camera. For the full extraction data, reference the Magnet Axiom extraction.

The following were photographs that were marked as evidence by SA Williams. These photographs were taken by BOLLMAN utilizing his Nikon camera: Model: D850 Serial #3028076. These photographs were taken on January 18, 2026, during the Cities Church invasion/protest.

File name: DSC_5212.NEF Photograph taken by BOLLMAN inside Cities Church showing one of the Defendants, Thomas TIER.

File name: DSC_5217.NEF Photograph taken by BOLLMAN inside Cities Church showing one of the parishioners praying while the agitator's protest inside the church.

File name: DSC_5221.NEF Photograph taken by BOLLMAN inside Cities Church showing a parishioner praying, sitting next to a young boy who appears upset by the on-going church invasion.

File name: DSC_5227.NEF Photograph taken by BOLLMAN inside Cities Church showing one of the Defendants, Kelly CAREY, raising her fist in the air while shouting.

File name: DSC_5234.NEF Photograph taken by BOLLMAN inside Cities Church showing one of the Defendants, Jarmel PERRY.

File name: DSC_5235.NEF Photograph taken by BOLLMAN inside Cities Church showing Defendants, Jarmel PERRY and Catie MICHAELSON.

File name: DSC_5233.NEF Photograph taken by BOLLMAN inside Cities Church showing Defendants, Kelly CAREY and Max ADAMSON.

File name: DSC_5240.NEF Photograph taken by BOLLMAN inside Cities Church showing Defendant and one of the main organizers of #operationpullup Nekima ARMSTRONG, raising her fist in the air.

File name: DSC_5241.NEF Photograph taken by BOLLMAN inside Cities Church showing Defendant and one of the main organizers of #operationpullup Nekima ARMSTRONG, shouting.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION



File name: DSC_5243.NEF Photograph taken by BOLLMAN inside Cities Church showing Defendant, Jarmel PERRY, shouting.

File name: DSC_5253.NEF Photograph taken by BOLLMAN inside Cities Church showing a prayer on the projector screen while the church invasion was on-going. The prayer reads as follows: "Praise GOD from whom all blessings flow. Praise him all creatures here below. Praise him above ye heav'nly hosts. Praise father son and the holy ghost Amen."

File name: DSC_5256.NEF Photograph taken by BOLLMAN inside Cities Church showing parishioners in prayer during the on-going invasion/protest.

File name: DSC_5259.NEF Photograph taken by BOLLMAN inside Cities Church showing the back of an agitator with his hands up in the air.

File name: DSC_ 5261.NEF Photograph taken by BOLLMAN inside Cities Church showing Defendant and one of the main organizers of #operationpullup Nekima ARMSTRONG, raising her fist in the air.

File name: DSC_5265.NEF Photograph taken by BOLLMAN inside Cities Church showing parishioners in prayer during the on-going invasion/protest.

File name: DSC_5272.NEF Photograph taken by BOLLMAN inside Cities Church showing a young parishioner appearing to pray during the on-going invasion/protest.

File name: DSC_5274.NEF Photograph taken by BOLLMAN inside Cities Church showing a mix of young and older parishioners attempting to pray during the on-going invasion/protest.

File name: DSC_5275.NEF Photograph taken by BOLLMAN inside Cities Church showing a mix of young and older parishioners attempting to pray during the on-going invasion/protest.

File name: DSC_5276.NEF Photograph taken by BOLLMAN inside Cities Church showing two parishioners holding hands and praying and another parishioner holding an infant during the on-going invasion/protest.

File name: DSC_5285.NEF Photograph taken by BOLLMAN inside Cities Church showing parishioners praying and another parishioner holding and trying to comfort an infant during the on-going invasion/protest.

File name: DSC_5295.NEF Photograph taken by BOLLMAN inside Cities Church showing Defendant, William KELLY, shouting while wearing a shirt that says, "Fuck Fascism Fuck Trump".

File name: DSC_5304.NEF Photograph taken by BOLLMAN inside Cities Church showing Defendant, William KELLY, shouting and raising his fist in the air.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



File name: DSC_5301.NEF Photograph taken by BOLLMAN inside Cities Church showing a Pastor attempting to comfort some of his parishioners during the on-going invasion/protest.

File name: DSC_5312.NEF Photograph taken by BOLLMAN inside Cities Church showing a Pastor attempting to comfort some of his parishioners during the on-going invasion/protest.

File name: DSC_5331.NEF Photograph taken by BOLLMAN inside Cities Church showing Defendants, William KELLY, Jarmel PERRY, and Amelia HANSA, shouting.

File name: DSC_5336.NEF Photograph taken by BOLLMAN inside Cities Church showing Defendant, Jarmel PERRY, raising his fist in the air.

File name: DSC_5340.NEF Photograph taken by BOLLMAN inside Cities Church showing Defendant, Jarmel PERRY, raising his fist in the air shouting next to Defendant, Amelia HANSA.

File name: DSC_5372.NEF Photograph taken by BOLLMAN inside Cities Church showing a lone female parishioner with her eyes closed appearing to be in prayer during the on-going invasion/protest.

File name: DSC_5384.NEF Photograph taken by BOLLMAN inside Cities Church showing Defendant, Ian AUSTIN, with his hand in the air while holding his cell phone appearing to record.

File name: DSC_5387.NEF Photograph taken by BOLLMAN inside Cities Church showing parishioners with one of the parishioners rubbing his eyes.

File name: DSC_5399.NEF Photograph taken by BOLLMAN inside Cities Church showing parishioners and Defendant, Catie MICHAELSON.

File name: DSC_5403.NEF Photograph taken by BOLLMAN right outside Cities Church showing Defendant, Ian AUSTIN, with his fist in the air.

File name: DSC_5406.NEF Photograph taken by BOLLMAN right outside Cities Church showing a group of the agitators shouting.

File name: DSC_5402.NEF Photograph taken by BOLLMAN right outside Cities Church showing Defendant, Ian AUSTIN, with his fist in the air.

File name: DSC_5408.NEF Photograph taken by BOLLMAN right outside Cities Church showing Defendants, Jarmel PERRY, Rachel GOLIGOSKI and Aziza ABOUD, shouting.

File name: DSC_5412.NEF Photograph taken by BOLLMAN right outside Cities Church showing Defendant, John VERGIN, shouting.



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



The following were general photographs taken by BOLLMAN that were relevant in nature to the Cities Church invasion/protest.

File name: DSC_6744.NEF Photograph taken by BOLLMAN of graffiti saying, "We're all domestic terrorists now."

File name: DSC_6747.NEF Photograph taken by BOLLMAN of graffiti saying, "This is WW3."

File name: DSC_5212.NEF photograph taken by BOLLMAN of a flyer showing a real ICE agent falling on the ground with the caption "Knock them down."

File name: DSC_6878.NEF Photograph taken by BOLLMAN of graffiti saying, "See ICE shoot ICE."

After review of the photographs taken by BOLLMAN, it shows his clear intent to document the anguish of innocent parishioners, while highlighting the acts of the agitators disrupting a place of worship.

The investigation continues.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.