**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
*Criminal No. 26-cr-25 (20) (LMP-DLM)*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | **MOTION FOR DISCLOSURE OF GIGLIO MATERIAL** |
| Vs. | ) | |
| AMELIA CHRISTIN HANSA, Defendant | ) | |

The Defendant, by and through counsel, respectfully moves the Court for an order requiring the Government to disclose all information subject to *Giglio v. United States*, 405 U.S. 150 (1972), and its progeny at least 28 days before trial. In support of this motion, Defendant states as follows:

1. **The Government has an affirmative obligation** to disclose evidence that may be used to impeach the credibility of its witnesses, including but not limited to promises, inducements, benefits, prior misconduct, inconsistent statements, or any information bearing on bias, motive, or veracity.
2. **Such information is material to the preparation of the defense** and essential to ensuring the Defendant's rights under the Fifth and Sixth Amendments, including the right to effective cross-examination and a fair trial.
3. **Timely disclosure is necessary** to permit adequate investigation, trial preparation, and meaningful use of impeachment evidence. Delayed disclosure—particularly disclosure made only on the eve of trial—risks prejudice and undermines the Defendant's ability to fully exercise constitutional rights.
4. **The Government is uniquely positioned to identify and produce Giglio material**, including information held by federal, state, or local agencies involved in the investigation or prosecution, as well as information relating to cooperating witnesses, confidential informants, law enforcement officers, and expert witnesses.

WHEREFORE, Defendant respectfully requests that the Court enter an order:

a. Directing the Government to disclose all Giglio material in its possession, custody, or control, or that is reasonably available to it through related agencies;

b. Requiring such disclosure **at least 28-days in advance of trial** to permit effective use by the defense;

c. Ordering the Government to certify that it has conducted a reasonable inquiry into all agencies and personnel involved in the investigation and prosecution; and

d. Granting any further relief the Court deems just and proper.

Respectfully submitted,

Dated: August 31, 2026

/s/ Thomas C. Plunkett

Thomas C. Plunkett
Attorney No. 260162
Attorney for Defendant
332 Minnesota Street
Suite W1610
St. Paul, MN 55101
Phone: (651) 222-4357
Email: tcp@tp4justice.com