UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHANE RYAN BOLLMAN (14),<br><br>Defendant. | Criminal No.: 26-25 (14) (LMP/DLM)<br><br>**MEET AND CONFER STATEMENT** |

MEET AND CONFER

On July 29, 2026, counsel for Mr. Bollman met by video conference with Messrs. Keenan, Hedley, and Abreu, counsel for the government. The parties discussed Defendant's forthcoming motions, and the parties were unable resolve any portion of the following motions, which the government opposes:

1. Motion to Dismiss Indictment (Doc. 706);
2. Motion to Suppress Search Warrants (Doc. 713).

On August 31, 2026, counsel for Mr. Bollman met by phone with Messr. Hedley for the government to discuss Defendant's remaining motions. As to Mr. Bollman's renewed motion for disclosure or in camera review of grandy jury materials (Doc. 715), the government *does not oppose* the motion for *in camera* review. The government *does oppose* the motion for disclosure/release to defendant and his counsel at this time.

As to Mr. Bollman's motion to sever (Doc. 716), the government generally does not oppose the motion, and the parties discussed how those issues will develop further as the cases progresses.

The government does not oppose any of Mr. Bollman's motions to join the motions of other defendants.

Respectfully submitted.

**ANDREW IRLBECK LAWYER CHTD.**

Dated: August 31, 2026

/s/ Andrew M. Irlbeck
Andrew M. Irlbeck, #392626
First National Bank Bldg.
332 Minnesota St., Ste. W1610
St. Paul, MN 55101
Phone: 612-986-3895
Fax: 651-223-5179
andrew@irlbecklaw.com
ATTORNEY FOR DEFENDANT BOLLMAN