UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

4. Don Renaldo Lemon,

Defendant.

**MOTION TO JOIN ECF 695**

Case No. 26-cr-025 (LMP/DLM)

Defendant Don Renaldo Lemon respectfully moves the Court to join defendants' Motion to Dismiss Superseding Indictment Due to HSI's Outrageous Use of 19 U.S.C. § 1509 Summons (Dkt. #695). That motion seeks dismissal of the Superseding Indictment due to the government's unauthorized use of Customs administrative summonses under 19 U.S.C. § 1509. As discussed in Mr. Lemon's Motion to Suppress Evidence Obtained by Search and Seizure via Section 1509 Summons (Dkt. #711), the defendants' motion applies with equal force to Mr. Lemon. For the reasons stated in the motion, the Superseding Indictment should be dismissed as to Mr. Lemon as well.

Dated: August 31, 2026

Respectfully Submitted,

/s/ *Abbe David Lowell*
Abbe David Lowell (*admitted pro hac vice*)
David A. Kolansky (*admitted pro hac vice*)
Isabella M. Oishi (*admitted pro hac vice*)
LOWELL & ASSOCIATES, PLLC
1250 H Street NW, Suite 250
Washington, DC 20005
Tel: 202-964-6110
Fax: 202-964-6116
ALowellpublicoutreach@lowellandassociates.com
DKolansky@lowellandassociates.com
IOishi@lowellandassociates.com

/s/ *Joseph H. Thompson*
Joseph H. Thompson (#0343031)
THOMPSON JACOBS PLLC
222 N. Second Street, Suite 220
Minneapolis, MN 55401
Tel: (612) 416-3322
joe@thompsonjacobs.com

*Counsel for Don Renaldo Lemon*