UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SHANE RYAN BOLLMAN (14),<br>Defendant. | Criminal No.: 26-25 (14) (LMP/DLM)<br><br>**MOTION TO JOIN MOTIONS OF CO-DEFENDANTS** |

MOTION

COMES NOW Defendant Shane Bollman (14), and moves the Court for leave to join the following motions of co-Defendants:

1. Motion for *Jencks* Act materials (Doc. 596, 655, 708);
2. Motion for Disclosure of Favorable Evidence (Doc. 705);
3. Motion for Disclosure of *Giglio* Materials (Doc. 732);
4. Motion for Disclosure of 404(b) Evidence (Doc. 598);
5. Motions for Expert Discovery (Docs. 599, 709);
6. Motions for Disclosure of Post-Conspiracy Statements (Doc. 600, 710);
7. Motion to Strike Surplusage (Doc. 727);
8. Motion for Disclosure of Custom Summons* Discovery (Doc. 648);
9. Motions to Suppress Customs Summons* (Doc. 648, 697, 711, 719);
10. Motion for Return or Impoundment (Doc. 641); and
11. Motions to Dismiss (Docs. 547, 592, 593, 677, 687, 695).

* In the contemporaneously filed declaration of counsel (Doc. 731) Mr. Bollman included as Exhibit X the redacted Custom Summons used to obtain his subscriber information and call logs from AT&T from 12/1/2025 to 2/9/2026. *See* Ex. X at 3.

WORD COUNT COMPLIANCE

This motion and memorandum contain less than 500 words.

Respectfully submitted.

**ANDREW IRLBECK LAWYER CHTD.**

Dated: August 31, 2026

/s/ Andrew M. Irlbeck
Andrew M. Irlbeck, #392626
First National Bank Bldg.
332 Minnesota St., Ste. W1610
St. Paul, MN 55101
Phone: 612-986-3895
Fax: 651-223-5179
andrew@irlbecklaw.com
ATTORNEY FOR DEFENDANT BOLLMAN