**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
*Criminal No.: 26-cr-25 (20) (LMP-DLM)*

---

UNITED STATES OF AMERICA, )
)
Plaintiff, )
vs. )
)
AMELIA CHRISTIN HANSA, )
)
Defendant. )
)
)

---

**DEFENDANT'S MEET AND CONFER NOTICE**

Thomas C. Plunkett, as Counsel of record for defendant, AMELIA CHRISTIN HANSA, hereby certifies that, as required by Local Rule of the United States District Court for the District of Minnesota 12.1(b) and this Court's Orders (See Doc. 552 and 573) conferred with opposing counsel on **August 10, 2026**, beginning at 3:00 p.m. via a Microsoft Teams regarding defendant's pretrial motions filed in the above referenced case file number. As a result of this discussion, no issues were clarified or narrowed.

Counsel indicated that she reserves the right to join additional motions filed by co-defendants on or before August 31, 2026, or within a reasonable time following on issues factually and legally related to Defendant's role in the alleged offense and that additional conference would be redundant to the filer of those motions.

Respectfully submitted,

Dated: August 31, 2026

*/s/ Thomas C. Plunkett*

Thomas C. Plunkett
Attorney No. 260162
Attorney for Defendant
332 Minnesota Street
Suite W1610
St. Paul, MN 55101
Phone: (651) 222-4357
Email: tcp@tp4justice.com