UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

Nekima Levy-Armstrong, et al.,

Defendant(s).

**DECLARATION OF JILL A. BRISBOIS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

Case No.: 26-cr-35 (LMP/DLM)

I, Jill Anna Brisbois, state and declare as follows:

1. A true and accurate redacted copy of the of the January 23, 206 Search Warrant; 26-mj-88 summons for a black Google phone in a clear plastic case produced in this litigation Bates stamped 00008320 is attached hereto as **Exhibit 1.** Exhibit 1 was produced as a final PDF and is being filed in that manner.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 31, 2026

s/ Jill A. Brisbois
**THE JAB FIRM**
Attorney ID #345477
150 South 5th Street, Suite 1850
Minneapolis, MN 55402
Tele.: (651) 209-7797
Email: jill@thejabfirm.com