**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NEKIMA VALDEZ LEVY ARMSTRONG, et al.,<br><br>Defendants. | Case No. 26-cr-00025-LMP-DLM<br><br>**MEET-AND-CONFER STATEMENT REGARDING DEFENDANT AZIZA MOHAMMED ABOUD'S MOTION TO SUPPRESS** |

Pursuant to D. Minn. LR 12.1(b), undersigned counsel certifies that counsel conferred in good faith with the Government concerning Defendant Aziza Mohammed Aboud's motion to suppress evidence derived from her cell phone and attempted to clarify and narrow the issues in dispute.

The meet and confer occurred telephonically with Assistant United States Attorney Neville S. Hedley on August 31, 2026. The parties could not resolve the suppression issues without Court intervention.

**KENNETH UBONG UDOIBOK, P.A.**

Dated: August 31, 2026

*/s/ Kenneth U. Udoibok*
Kenneth U. Udoibok (0262523)
310 Fourth Avenue South, Suite 5010
Minneapolis, MN 55415
(612) 808-6031
*k@kenulaw.com*

**Attorney for Defendant Aziza Mohammed Aboud (10)**