UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CRIM. NO. 26-25(18) (LMP/DLM)

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANDREW JARED EDWARDS,

Defendant.

**MOTION FOR DISCOVERY**

Defendant Andrew Edwards moves the Court under Federal Rule of Criminal Procedure 16 for an order requiring the government to disclose the following:

1. Any written or recorded statements made by Mr. Edwards, the existence of which is known, or by the exercise of due diligence may become known, to the attorney for the government, including any rough notes of any interrogation of Mr. Edwards; any written record containing a reference to or the substance of any relevant oral statement made by Mr. Edwards, whether before or after arrest, to any person known by Mr. Edwards to be a government agent; and (c) a *written* statement of the substance or any relevant oral statement made by Mr. Edwards which the government intends to use at trial.

2. Any books, papers, documents, photographs, tangible objects, buildings, or places that are in the possession, custody, or control of the government and that (a) are material to the preparation of Mr. Edwards's defense; or (b) are intended for use by the government as evidence in chief at trial; or (c) were obtained from or belong to Mr. Edwards.

3. Any results or reports of physical or mental examinations, and of scientific tests or experiments material to the case, which are known to, or by the exercise of due diligence may become known to, the government.

4. A written summary of testimony the government intends to use under Federal Rules of Evidence 702, 703, or 705, including a description of witness opinions, the bases and reasons for those opinions, and the witnesses' qualifications.

5. A copy of Mr. Edwards's criminal record, if any.

6. Any rough notes of any participating agents in connection with the investigation of this matter.

7. All video and/or audio recordings pertaining to the investigation. As part of this request, Mr. Edwards specifically requests:

a. All body-worn camera, squad video, and any other audio or video evidence related to the forced entry into Mr. Edwards's residence and his subsequent arrest;

b. Device-specific audit trails, showing all events and changes, for the body-worn cameras for all agents and officers involved in the forced entry into Mr. Edwards's residence and his subsequent arrest.

8. If prior to trial, the government discovers additional evidence that was previously requested or ordered disclosed, which is subject to discovery or inspection, the government is requested to notify defense counsel as to the existence of the additional material.

Dated: August 31, 2026

/s/ Steven J. Wright
Minnesota Attorney #387336
Attorney for Defendant
Law Office of Steven J. Wright, LLC
331 Second Avenue South, Suite 705
Minneapolis, MN 55401
Phone: 612-669-8280