UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. 26-cr-25 (LMP/DLM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NEKIMA LEVY ARMSTRONG, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **DECLARATION OF JORDAN S. KUSHNER** |

Your Declarant, Jordan S. Kushner, deposes and states:

1. I the attorney for Defendant Nekima Levy Armstrong in the above-captioned case. I submit this Declaration in support of the motion by Ms. Armstrong and other Defendants to dismiss this case based on government misconduct.

2. Attached to this Declaration as Exhibit 1 is a true and accurate copy of a screenshot that I took of a post on the X page of former Secretary Kristi Noem containing photograph of Ms. Armstrong and commentary posted on January 22, 2026 at 9:21 a.m.

3. Attached to this Declaration as Exhibit 2 is a true and accurate copy of a screenshot that I took of a post on the X page of the White House containing a digitally altered image of Ms. Armstrong posted on January 22, 2026.

4. Based on my own personal knowledge the image in Exhibit 2 is a false depiction of how Ms. Armstrong appeared when she was arrested by Homeland Security agents on January 22, 2026. I was present and observed the arrest of Ms. Armstrong at the Aloft Hotel in downtown Minneapolis. The image posted by the White House shows Ms.

Armstrong crying hysterically. I observed that Ms. Armonstrong was calm, well-composed, and not at all crying when she was arrested. The image also appears to exaggerate Ms. Armstrong's facial features and darken her skin, apparently based on racial stereotypes. Also, the photo in Exhibit 1 clearly differs from the image in Exhibit 2.

5. At the time that Ms. Armstrong was arrested, one of the two arresting agents took out his cell phone and appeared to be video recording. Ms. Armonstrong asked the agent why he was video recording. The agent responded that he was instructed to video record for purposes of record-keeping, and also stated that the video would not be posted on Twitter. In fact, the photos of Ms. Armstrong while under arrest that were published on the internet could only have come from the agent's video recording.

6. Attached to this Declaration as Exhibit 3 is a true and accurate copy of a screenshot that I took of a post on the X page of the White House containing former Attorney General Pam Bondi regarding the arrest of Ms. Armstong and Defendant Chauntyll Allen posted on January 22, 2026. This appears to be a continuation of the post contained in Exhibit 2.

7. Attached to this Declaration as Exhibit 4 is a true and accurate copy of a screenshot that I took of a post on the X page of the White House containing a photograph of Ms. Allen after her arrest posted on January 22, 2026. It appears to be a continuation of the post contained in Exhibits 2-3.

8. Exhibits 2-4 remain the White House's X page to date. The post has had 6.2

million views according to data posted on the page.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on this 31st day of August, 2026.

s/Jordan S. Kushner
Jordan S. Kushner