Browse with AI

x.com/Sec_Noem/status/2014357826081071513

Sherburne County -... Crow Wing County... Search - StarTribune... CenturyLink Mode... StarTribune.com: Ne... Israel Emerges as t... Memories Costco Insurance All Bookmarks

Home
Explore
Notifications
Follow
Chat
Grok
Bookmarks
Creator Studio
Premium 50% off
Profile
More
Post

Jordan Kushner
@jskushner

Post

**Secretary Kristi Noem**
@Sec_Noem

Homeland Security Investigators and FBI agents arrested Nekima Levy Armstrong who played a key role in orchestrating the Church Riots in St. Paul, Minnesota.

She is being charged with a federal crime under 18 USC 241.

Religious freedom is the bedrock of the United States - there is no first amendment right to obstruct someone from practicing their religion.



9:21 AM · Jan 22, 2026 · **2M** Views

Search

Relevant people

Secretary Kristi ... @Sec_Noem Follow
Secretary of the U.S. Department of Homeland Security under the leadership of @POTUS Trump

What's happening

Politics · Trending
Cornyn
Trending with Paxton, Talarico

Sports · Trending
Rams
Trending with Chiefs, McDuffie

Ryan Reynolds · Trending
Ryan Reynolds

Trending in United States
Cleetus

Show more

Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ··· © 2026 X Corp.

**Exhibit 1**

2:21 PM
3/4/2026