Gemini

x.com/WhiteHouse/status/2014365986388951194

Sherburne County -... Crow Wing County... Search - StarTribune... CenturyLink Mode... StarTribune.com: Ne... Israel Emerges as t... Memories Costco Insurance All Bookmarks

Home
Explore
Notifications
Follow
Chat
Grok
Bookmarks
Creator Studio
Premium
Profile
More
Post

Jordan Kushner
@jskushner

Post

The White House
@WhiteHouse




Search

Relevant people

The White House
@WhiteHouse
Follow
The Golden Age of America Begins Right Now. 📱 Text USA to 45470 to receive alerts.

What's happening

Trending in United States
#GRAMMYs
Trending with Cher, Bad Bunny

Trending in United States
Benito

Trending in United States
harry styles

Show more

Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ··· © 2026 X Corp.

Exhibit 2