Browse with AI

x.com/WhiteHouse/status/2014365986388951194

Sherburne County -... Crow Wing County... Search - StarTribune... CenturyLink Mode... StarTribune.com: Ne... Israel Emerges as t... Memories Costco Insurance All Bookmarks

Home
Explore
Notifications
Follow
Chat
Grok
Bookmarks
Creator Studio
Premium 50% off
Profile
More
Post

Jordan Kushner
@jskushner

Post




**The White House** @WhiteHouse · Jan 22

WE DO NOT TOLERATE ATTACKS ON PLACES OF WORSHIP.




**Readers added context to this image**

The photo of Armstrong's arrest posted by DHS Sec Noem showed Armstrong's face as composed and expressionless. About one half hour later, the official X account of The White House posted the same image with digital edits and no disclaimer that the image had been altered.
leadstories.com/hoax-alert/202...

Do you find this helpful? Rate it

Search

**Relevant people**

The White House @WhiteHouse Follow
The Golden Age of America Begins Right Now. 📱 Text USA to 45470 to receive alerts.

**What's happening**

Trending in United States
Stefon Diggs

Sports · Trending
Kyle Freeland

Politics · Trending
Ratepayer Protection Pledge

Soccer · Trending
Joao Pedro
Trending with Brighton, #AVLCHE

Show more

Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ··· © 2026 X Corp.

**Exhibit 3**