x.com/WhiteHouse/status/2014365986388951194

Sherburne County -... Crow Wing County... Search - StarTribune... CenturyLink Mode... StarTribune.com: Ne... Israel Emerges as t... Memories Costco Insurance All Bookmarks

Gemini

Home
Explore
Notifications
Follow
Chat
Grok
Bookmarks
Creator Studio
Premium
Profile
More
Post

Jordan Kushner @jskushner

# Post

Reply

Post your reply Reply

**The White House** @WhiteHouse · Jan 22

More to come.




319 994 7.9K 266K

**MeidasTouch** @MeidasTouch · Jan 22

Can you please provide comment on why this image was manipulated using AI to make it appear that the woman was crying?




Search

## Relevant people

**The White House** @WhiteHouse Follow

The Golden Age of America Begins Right Now. 📱 Text USA to 45470 to receive alerts.

## What's happening

Trending in United States
**#GRAMMYs**
Trending with Cher, Bad Bunny

Trending in United States
**Benito**

Trending in United States
**harry styles**

Show more

Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ··· © 2026 X Corp.

**Exhibit 4**