UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. 26-cr-25 (LMP/DLM)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NEKIMA LEVY ARMSTRONG, et al.,<br><br>Defendants. | **DEFENDANTS' MOTION TO COMPEL DISCOVERY** |

PLEASE TAKE NOTICE that Defendants Nekima Levy-Armstrong, Chauntyll Allen, Jerome Richardson, Tashern Crews, Max Adamson, Ezra Blumenfeld, Kelly Ann Carey, Andrew Edwards, Rachel Goligoski, Krista Hogan, Emmar Pineda Moreno, David Okar, Jarmel Perry, Spencer Michael Rodriguez-Bocanegra, Cheryl Persigehl, Katherine Shaw, Charles Swenson, Matthew Tier, Lee Tuggle, John Vergin, Mark Weinfurter through undersigned counsel, hereby moves the Court for an Order compelling the government to provide the following discovery:

(1) Disclosure of the identities of any DHS agents, FBI agents, U.S. Marshal personnel, or other government personnel who participated, took, or appeared in the photographing or video recording of the arrests of Defendants in connection with the instant case, or photographing or video recording of Defendants during their arrests, booking or detention. Further disclose the identity of any persons who participated or was involved in altering images of any of the Defendants. For each person identified, describe

with specificity and detail their respective roles and the substance of their involvement, and provide any documents or records relevant to this request.

(2) Disclosure of the identities of any DHS agents, FBI agents, U.S. Marshal personnel, DOJ personnel, or other government personnel who gave ordered, gave instructions, or participated in any way in any decision making regarding the photographing or video recording of the arrests of any Defendants in connection with the instant case, or photographing or video recording of our clients during their arrests, booking or detention, and the publication of our clients' images or altered images on the internet. For each person identified, describe with specificity and detail their respective roles and the substance of their involvement, and provide any documents or records relevant to this request.

(3) Disclosure of any communications, reports, or any other documents or records by or relating to any officials at the DOJ, DHS or the White House regarding the publication of any of Defendants' photographs, videos, images or altered images by former Attorney General Bondi’s X account, former DHS Secretary Kristi Noem's X account, DOJ's X Account, DHS' X account, the White House's X account, or any other internet or social media sites.

(4) All photographs, videos and other images (original or altered) of Defendants taken by any government agents or personnel, all records and documentation of who created the items, when they were created, and where and when they were published and

when they were removed or deleted, and copies of any internet or social media sites showing their publication.

(5) Disclosure of all DHS policies related to issuance of summonses pursuant to 19 U.S.C. § 1509.

(6) All documents and records referenced in the Report of the Office of Inspector General, "Management Alert - CBP's Use of Examination and Summons Authority Under 19 U.S.C. § 1509," November 16, 2017, https://www.oig.dhs.gov/sites/default/files/assets/2017-11/OIG-18-18-Nov17.pdf

(7) All documents, records, correspondences, communications, memoranda, and any other materials describing, discussing, referencing, or encompassing any action taken in response to the OIG Report referenced in item #5 above.

The grounds for this Motion are that the requests address information directly relevant to Defendants' simultaneous filed motions to dismiss based on government misconduct involving the publishing of arrest photos (items #1-4) and misuse of summonses pursuant to 19 U.S.C. § 1509 (items #5-7). The disclosure is material to preparation of a defense in connection with the pretrial motions and therefore must be provided under Fed. R. Crim. P. 16(a)(1)(E) and *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny.

Defendants made these identical requests to the Government via correspondence,

and the government refused to comply.

Dated: August 31, 2026

LAW OFFICE OF JORDAN S. KUSHNER

By s/Jordan S. Kushner
Jordan S. Kushner, ID 219307
431 South 7th Street, Suite 2446
Minneapolis, Minnesota 55415
(612) 288-0545
jskushner@gmail.com

*Attorney for Defendant Nekima Levy Pounds*

THE JAB FIRM

s/ *Jill A. Brisbois*
Jill A. Brisbois, Reg. No. 0345477
150 South 5th Street, Suite 1850
Minneapolis, MN 55402
(651) 209-7797
jill@thejabfirm.com

*Attorneys for Defendant Chauntyll Louisa Allen (2)*

BIRRELL LAW FIRM, PLLC

s/ *Ian S. Birrell*
Ian S. Birrell, Reg. No. 0396379
333 South 7th Street, Suite 2350
Minneapolis, MN 55402
(952) 356-2393
ian@birrell.law

*Attorney for Defendant Jerome Richardson (5)*

LAW OFFICES OF ROBERT D. RICHMAN, LLC

s/ *Robert D. Richman*
Robert D. Richman, Reg. No. 226142
P.O. Box 16643
St. Louis Park, MN 55416
(651) 278-4987
robert@rdrichmanlaw.com

*Attorneys for Defendant Trahern Jeen Crews (7)*

MITCHELL, BRUDER & JOHNSON

s/Glen P. Bruder
Glenn P. Bruder, , Reg. No. 0148878
9531 West 78th Street, Suite 210
Eden Prairie, MN 55344
(952) 831-3174

*Attorney for Max Richard Adamson (11)*

DEVORE LAW OFFICE, P.A.

s/ *Kevin DeVore*
Kevin W. DeVore, Reg. No. 0267302
724 Bielenberg Drive, Ste 110
Woodbury, MN 55125
(651) 435-6500
kevin@devorelawoffice.com

*Attorneys for Defendant Ezra Chaim Pye Blumenfeld (13)*

LEACH LAW OFFICE

*s/ Parick G. Leach*
Patrick G. Leach, Reg. No. 286825
8961 Aztec Drive
Eden Prairie, MN 55347
(763) 220-6164
pgl@leachlawoffice.com

*Attorneys for Defendant Kelly Ann Carey (15)*

DE LEÓN & NESTOR, LLC

s/ *Bruce D. Nestor*
Bruce D. Nestor, Reg. No. 0318024
3547 Cedar Avenue South
Minneapolis, MN 55407
(612) 659-9019
nestor@denestlaw.com

*Attorneys for Defendant Monique Cullars-Doty (16)*

MELVIN R. WELCH

s/ *Melvin R. Welch*
Melvin R. Welch, Reg. No. 0387750
Commerce at the Crossings Bldg
250 South Second Street, Suite 205
Minneapolis, MN 55401
(612) 741-3272
mel@melvinwelchlaw.com

*Attorneys for Defendant Tiffany Lynn Dunlap (17)*

LAW OFFICE OF STEVEN J. WRIGHT, LLC

s/ Steven J. Wright
Steven J. Wright, Reg. No. 387336
331 Second Ave S, Suite 705
Minneapolis, MN 55401
(612) 669-8280
stevejameswright@gmail.com

*Attorneys for Defendant Andrew Edwards (18)*

CHARLES F. CLIPPERT

s/ *Charles F. Clippert*
Charles F. Clippert, Reg. No. 248848
101 East Fifth Street, Suite 1500
St. Paul, MN 55101
(651) 300-4109
charlie@clippertlaw.com

*Attorneys for Defendant Rachel Goligoski (19)*

FORSGREN FISHER McCALMONT
DEMAREA TYSVER LLP

s/ *Caitlinrose H. Fisher*
Caitlinrose H. Fisher, Reg. No. 0398358
1500 Capella Tower
225 South 6th Street
Minneapolis, MN 55402
(612) 474-3300
cfisher@forsgrenfisher.com

*Attorneys for Defendant Ariel Hauptman (21)*

LOTUS LEGAL PLLC

s/ *Caroline H. Brunkow*
Caroline H. Brunkow, Reg. No. 0398936
331 Second Ave South, Ste 420
Minneapolis, MN 55401
(612) 293-6963
cari@lotuslegalpllc.com

*Attorneys for Defendant Krista Erin Hogan (22)*

KOCH AND GARVIS, LLC

s/ *Andrew S. Garvis*
Andrew S. Garvis, Reg. No. 257989
3109 Hennepin Avenue South
Minneapolis, MN 55408
(612) 827-8101
andrew@uptownlawyer.com

*Attorneys for Defendant Danielle Andrea Matthias (24)*

JOHNSON & GREENBERG PLLP

s/ *Lee R. Johnson*
Lee R. Johnson, Reg. No. 0189935
5775 Wayzata Boulevard, Suite 700
St. Louis Park, MN 55416
(952) 545-1621
lrjohnsonslp@gmail.com

*Attorneys for Defendant Eric Ryan Michaelson (26)*

LAW OFFICE OF ROBERT A. LENGELING, PLLC

s/ *Robert A. Lengeling*
Robert A. Lengeling, Reg. No. 304165
310 Fourth Avenue South, Suite 1050
Minneapolis, MN 55415
(612) 963-1555
robert@lengelinglaw.com

*Attorneys for Defendant David Okar (27)*

LAW OFFICES OF THOMAS H. SHIAH, LTD.

s/ *Thomas H. Shiah*
Thomas H. Shiah, Reg. No. 100365
331 Second Avenue South, Ste 705
Minneapolis, MN 55401
(612) 338-0066
ths@tomshiah.com

*Attorneys for Defendant Jarmel Perry (28)*

BEST & FLANAGAN LLP

s/ *Amy S. Conners*
Amy S. Conners, Reg. No. 0387375
60 South 6th Street, Suite 2700
Minneapolis, MN 55402
(612) 349-5665
aconners@bestlaw.com

*Attorneys for Defendant Cheryl Ann Persigehl (29)*

GOETZ & ECKLAND P.A.

s/ *Frederick J. Goetz*
Frederick J. Goetz, Reg. No. 0185425
615 1st Avenue NE, Suite 425
Minneapolis, MN 55413
(612) 874-1552
fgoetz@goetzeckland.com

*Attorneys for Emmar Monike Pineada-Moreno (30)*

RINGSTROM DEKREY PLLP

s/ *Dane DeKrey*
Dane DeKrey, Reg. No. 0397334
814 Center Avenue, Suite 5
Moorhead, MN 56560-0853
(218) 284-0484
dane@ringstromdekrey.com

Attorneys for Spencer Michael Rodriguez-Bocanegra (31)

ARNESON LAW OFFICE PLLC

s/ *Wyatt Arneson*
Wyatt Arneson, Reg. No. 0392071
1025 Grain Exchange Building
400 South 4th Street
Minneapolis, MN 55415
(612) 746-1188
wyatt@arnesonlawllc.com

*Attorneys for Defendant Katherine Shaw (32)*

SIEBEN & COTTER, PLLC

s/ *Patrick L. Cotter*
Patrick L. Cotter, Reg. No. 0319120
105 Hardman Court, Suite 110
South St. Paul, MN 55075
(651) 455-1555
patrick@siebencotterlaw.com

*Attorneys for Defendant Charles Swenson (34)*

SAPIENTIA LAW GROUP, PLLC

s/ *Robin M. Wolpert*
Robin M. Wolpert, Reg. No. 0310219
120 South Sixth Street, Suite 100
Minneapolis, MN 55402
(612) 756-7100
robinw@sapientialaw.com

*Attorneys for Defendant Robyn Elise Swenson (35)*

DORSEY & WHITNEY LLP

s/ *Meredith LaVine*
John Marti, Reg. No. 0388393
Meredith LaVine, Reg. No. 0506725
Ashley Repp, Reg. No. 0399661
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600
marti.john@dorsey.com
lavine.meredith@dorsey.com
repp.ashley@dorsey.com

*Attorneys for Defendant Thomas Matthew Tier (36)*

JAMES M. VENTURA

s/ *James M. Ventura*
James M. Ventura, Reg. No. 0147217
1000 Twelve Oaks Center Dr. Ste 100
Wayzata, MN 55391
(952) 473-8064
jventura@jamesventuralaw.com

*Attorneys for Defendant Lee Elizabeth Wiedeman Tuggle (37)*

LANGERT LAW, LLC

s/ *Maggie G. Langert*
Maggie G. Langert, Reg. No. 0308316
724 Bielenberg Drive #54
Woodbury, MN 55125
(612) 470-4810
maggie@langertlaw.com

*Attorney for Defendant John Vergin (38)*

WOLD LAW

s/ *Peter B. Wold*
Peter B. Wold, Reg. No. 0118382
331 2nd Avenue South, Suite 705
Minneapolis, MN 55401
(612) 341-2525
pwold@wold-law.com

*Attorneys for Defendant Mark D. Weinfurter (39)*