UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Court File No. 26-CR-25 (LMP/DLM)

---

United States of America,
Plaintiff,

v.

Catie Anne Michaelson,
Defendant.

**Declaration of Counsel in Support of Request for *Franks* Hearing**

---

The undersigned hereby states:

1) I am a licensed attorney and represent Catie Anne Michaelson in this matter.

2) On Ms. Michaelson's behalf I have filed a motion seeking an order suppressing evidence obtained from Apple, Inc. pursuant to a warrant. That motion primarily seeks a four-corners review, but in the alternative, requests a *Franks* hearing. This declaration is made to support the request for a *Franks* hearing.

3) One of the items I received as discovery in connection with this case is a report identified as ROI Number MS05F226MS0003-484. It is entitled "Forensic Review of Catie MICHAELSON's Cell Phone." The listed author is Special Agent Timothy Gerber, and it bears a "Date Approved" of 4/13/2026 and Bates stamps beginning at 12339.

4) This report summarizes the review of the forensic extraction of data from Ms. Michaelson's phone. That review was conducted just days before SA Gerber

submitted the affidavit seeking a warrant to obtain data from Apple, asserting that Ms. Michaelson's phone was locked and implying that no data could be recovered from it.

5) A heavily-redacted version of that report is submitted herewith as an exhibit. Redactions have been applied

   a. To comply with the protective order in place for this case;

   b. To protect the personally-identifiable information of third-parties;

   c. To protect the confidentiality of communications which are presumptively protected by attorney-client or spousal confidential communication privileges; and

   d. To protect Ms. Michaelson's privacy, especially given her separate motion to suppress all evidence seized from her phone as unconstitutionally obtained.

Respectfully submitted,

Dated: August 31, 2026

/s/ Karen Mohrlant
Karen Mohrlant (388093), kmohrlant@fctyler.com
F. Clayton Tyler, P.A.
331 Second Avenue South, Suite 230
Minneapolis, MN 55401
Ph: 612-333-7309
Attorney for Ms. Michaelson