# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**CASE NUMBER**
MS05F226MS0003

**CASE OPENED**
1/19/2026

**CURRENT CASE TITLE**
Invasion of Cities Church

**REPORT TITLE**
Forensic Review of Catie MICHAELSON's Cell Phone

**REPORTED BY**
Timothy Gerber
SPECIAL AGENT

**APPROVED BY**
Jeffrey Anderson
SPECIAL AGENT

**DATE APPROVED**
4/13/2026

### SYNOPSIS

On January 18, 2026, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) Deputy Field Office Director (DFOD) [redacted] [redacted] was notified by his family that the church service they were currently attending had been overtaken by anti-ICE agitators.

DFOD [redacted] [redacted] serves as a pastor/elder (Leadership Cities Church) at the church and he has been previously associated with the church through various social media posts /doxxings. The mob activity waslivestreamedvia Facebook and the protesters named [redacted] [redacted] by name. This organized group planned on being agitators at this church service due to DFOD [redacted]'s employment with ICE.

This Report of Investigation (ROI) will document the Forensic Review of Catie MICHAELSON's cell phone completed by Homeland Security Investigations (HSI) Special Agent (SA) Ben Williams.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION



## DETAILS OF INVESTIGATION

This Report of Investigation (ROI) was written by Homeland Security Investigations (HSI) Special Agent (SA) Benjamin Williams, and later turned over to HSI case agent SA Timothy Gerber for submission.

On April 8th, 2026, The Honorable Shannon G. Elkins, United States Magistrate Judge of the United States District Court for the District of Minnesota authorized a search warrant of a dark blue Apple iPhone with broken screen protector, owned by Catie MICHAELSON (MICHAELSON). *[Agent Note: See 26-mj-276, amended].*

Between April 10, 2026 and April 13, 2026, HSI SA Williams reviewed the forensic extraction of a cell phone belonging to Catie MICHAELSON. *[Agent Note: the forensic extraction erroneously states this extraction is assigned to Eric Michaelson].*

Below is a summary of the relevant findings, it is not meant to represent all the data extracted from the cell phone. For the full extraction data, reference the Magnet Axiom extraction. Of note, UTC "Universal Time" is six hours ahead of Central Standard Time. The extraction is completed utilizing Universal Time.

**Text Messages:**

On January 22, 2026, (C. MICHAELSON) is communicating with ([redacted]9851) who is saved in her phone as E[redacted] S[redacted].

On January 22, 2026, at 4:36 PM, ([redacted]9851) texts (C. MICHAELSON) two screenshots, [redacted]

On January 22, 2026, at 4:40 PM, (C. MICHAELSON) replies "[redacted]"

On January 25, 2026, at 4:36 PM, ([redacted]9851) texts (C. MICHAELSON) [redacted]

On January 22, 2026, at 4:51 PM, (C. MICHAELSON) replies "[redacted]



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



On February 15, 2026, (C. MICHAELSON) is communicating with ([redacted]1454) who is saved in her phone as [redacted] [redacted].

On February 15, 2026, at 6:03 AM, (C. MICHAELSON) texts "[redacted]"

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

On January 21, 2026, (C. MICHAELSON) is communicating with ([redacted]9588) who is saved in her phone as [redacted] [redacted].

On January 21, 2026, 8:36 PM, ([redacted]9588) sends a screenshot of a post [redacted]



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



On January 22, 2026, 3:38 PM, (C. MICHAELSON) sends a text to ([redacted]9588) "[redacted].

On January 22, 2026, 3:39 PM, ([redacted]9588) replies "[redacted]"

On January 22, 2026, 3:39 PM, (C. MICHAELSON) replies [redacted]."

On January 22, 2026, 3:40 PM, ([redacted]9588) replies "[redacted]"

On January 23, 2026, 11:12 PM, (C. MICHAELSON) replies [redacted].

On January 22, 2026, (C. MICHAELSON) is communicating with ([redacted]1627) who is saved in her phone as [redacted] L [redacted].

On January 22, 2026, 6:53 PM, ([redacted]1627) texts [redacted]."

On January 22, 2026, 7:44 PM, (C. MICHAELSON) replies "[redacted]"

On January 22, 2026, 10:39 PM, ([redacted]1627) replies "[redacted]"

On January 19, 2026, at 2:34PM, SA Williams located a Signal app message that C. MICHAELSON is a member of with someone by the name of "[redacted]" providing [redacted].

On February 10, 2026, at 10:41PM, E. MICHAELSON sends C. MICHAELSON a text message [redacted].

On February 26, 2026, at 4:53AM, C. MICHAELSON sends E. MICHAELSON a text message [redacted]

On February 27, 2026, at 10:52AM E. MICHAELSON replies "[redacted]."



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



**Pictures:**

SA Williams located a photograph of [redacted] saved by C. MICHAELSON on January 18, 2026, at 11:05 AM UTC. [redacted] This file can be located by item ID 274891

SA Williams located a screenshot of a text message to E. MICHAELSON [redacted] This file can be located by item ID 274878

SA Williams located a screenshot saved by C. MICHAELSON on February 11, 2026, at 11:13 PM. [redacted] This file can be located by item ID 276365.

SA Williams located a photograph saved by C. MICHAELSON on February 13, 2026, at 9:48 PM, [redacted] This file can be located by item ID 276653.

**EMAIL:**

On January 22, 2026, at 3:03 PM, Catie Michaelson receives an email [redacted] This file can be located by item ID 132645

On January 30, 2026, at 1:41 PM, Catie Michaelson receives an email [redacted] This file can be located by item ID 132944

On February 1, 2026, at 5:33 PM, C. MICHAELSON receive an email [redacted] This file can be located by item ID 353798

**WEB SEARCH:**



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



On January 30, 2026, at 2:52 PM, C. MICHAELSON utilizes Safari and searches [redacted] This file can be located by item ID 59766

The data from the forensic extraction of MICHAELSON's cell phone shows that C. MICHAELSON participated in the Cities Church invasion and actively shared her involvement through the content found inside her phone extraction.

The investigation continues.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.