UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-CR-25 (LMP/DLM)

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBYN ELISE SWENSON (35),

Defendant.

**MOTION TO SUPPRESS EVIDENCE BASED ON CLERGY-PENITENT PRIVILEGE**

Pursuant to Federal Rule of Criminal Procedure 12(b)(3)(C), Defendant Robyn Elise Swenson, through counsel, moves the Court for an Order suppressing all evidence obtained from the search of her cell phone that constitute communications subject to the clergy penitent privilege. Following the January 18, 2026, protest at Cities Church, Ms. Swenson regularly communicated with her pastor and naturally wishes those deeply personal communications to remain private and inviolate. Because of the sweeping scope of the search warrant, January 1, 2026 to the present," and the authorized seizure of a broad array of records and information, including call data, texts, and emails, Ms. Swenson's communications with her pastor will naturally be included in the extraction of her cell phone data. (Dkt. No. 744, Ex. A, at 10391). The clergy-penitent privilege refers to private communications rooted in confidence and trust. *United States v. Dube*, 820 F.2d 886, 889 (7th Cir. 1987). It "recognizes the human need to disclose to a spiritual counselor, in total and absolute confidence, what are believed to be flawed acts or thoughts and to receive priestly consolation and guidance in return." *Id*. (citation

omitted). Because Ms. Swenson's communications with her priest meet this standard, Ms. Swenson moves for the suppression of all communications with her pastor that the Government has obtained from the search of her phone.

Dated: August 31, 2026

**SAPIENTIA LAW GROUP, PLLC**

s/Robin M. Wolpert
Robin M. Wolpert (#0310219)
120 South Sixth Street, Suite 100
Minneapolis, MN 55402
Phone: 612-756-7100
Fax: 612-756-7101
robinw@sapientialaw.com

*Attorneys for Defendant*
*Robyn Elise Swenson*