UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO 26-25(26) (LMP/DLM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | MOTION TO PERMIT FILING |
| v. | ) | PRETRIAL MOTIONS OUT OF |
| | ) | TIME |
| ERIC RYAN MICHAELSON | ) | |
| | ) | |
| Defendant | ) | |

Counsel for Defendant Eric Ryan Michaelson, moves the Court to permit him to file Mr. Michaelson's pretrial motions out of time. The grounds for this motion are as follows:

1. Early last week Counsel for Mr. Michaelson developed a health condition (Sciatica) that limited his ability to work. Nothwithstanding this condition, Counsel anticipated being able to timely file Mr. Michaelson's pretrial motions and intended to file the motions on the August 31, 2026, deadline.

2. During the early afternoon of August 31, 2026, Counsel experienced an episode which required him to seek immediate medical attention. When Counsel returned home later that evening he was largely incapacitated and unable to complete or file Mr. Michaelson's pretrial motions that evening.

3. Counsel believes that he can complete and file Mr. Michaelson's pretrial motions either later today, Tuesday, September 1, or no later than Wednesday, September 2, 2026.

4. During the evening of August 31, 2026, and on the morning of September 1, 2026, Counsel emailed Assistant United States Attorneys Neville Hedley, Kelsey McGee and Flavio Abreu to advise them of his inability to timely file the motions and of his intention to request he be allowed to file the motions out of time. As of the filing of this motion, Counsel has not received a response from the Government.

5. For the reasons stated above, Counsel for Mr. Michaelson respectfully requests that he be allowed to file pretrial motions by no later than September 2, 2026.

Dated: September 1, 2026.

**JOHNSON & GREENBERG, PLLP**

*s/Lee R. Johnson*
Lee R. Johnson #189935
5775 Wayzata Boulevard
Suite 700
St. Louis Park, MN 55416
(952) 545-1621

Attorney for Defendant
Eric Ryan Michaelson