**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Criminal No. 26-cr-25 (LMP/DLM)**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Spencer Rodriguez-Bocanegra,<br><br>Defendant. | **Motion for Extension of Deadline to File Pretrial Motions** |

Spencer Rodriguez-Bocanegra, through counsel, respectfully offers the following motion to extend the pretrial motions deadline in this matter. The original deadline was August 31, 2026. For the reason below, Mr. Rodriguez-Bocanegra's counsel asks the Court for a short extension to file his pretrial motions. If granted, the motion deadline would be extended to September 4, 2026.

Mr. Rodriguez-Bocanegra and another defendant, Emma Pineda-Moreno, are spouses. Accordingly, counsel for the two parties have been working together on the case. To that end, counsel for both parties participated in a meet-and-confer with the government on August 28, 2026. During that meeting, counsel for both parties put the government on notice that Mr. Rodriguez-Bocanegra and Ms. Pineda-Moreno would be filing various pretrial motions related to their arrests the seizure and search of their phones, and a desire for their cases to be severed for trial. Based on the meeting,

counsel for Mr. Rodriguez-Bocanegra believed the pretrial motions would be joint motions—meaning one set of motions would be filed that would apply to both Mr. Rodriguez-Bocanegra and Ms. Pineda-Moreno.

That belief, it turns out, was incorrect. The motions filed by Ms. Pineda-Moreno are specific to her and thus Mr. Rodriguez-Bocanegra still must follow motions specific to him. And to do so, Mr. Rodriguez-Bocanegra needs a short extension to allow his counsel to correct this error. Finally, before filing this motion, counsel for Mr. Rodriguez-Bocanegra conferred with the government, through Acting Senior Litigation Counsel Ned Hedley, and it does not object to the extension request.

Accordingly, the facts outlined in the statement above support the Court granting Spencer Rodriguez-Bocanegra's request to extend the deadline to file his pretrial motions to September 4, 2026. Respectfully, Mr. Rodriguez-Bocanegra asks the Court to grant the motion.

Date: September 2, 2026

Respectfully submitted,

Dane DeKrey (MN #0397334)
**RINGSTROM DEKREY PLLP**
814 Center Avenue, Suite 5
Moorhead, MN 56560
(218) 284-0484
dane@ringstromdekrey.com