**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVID ANTHONY OKAR,

Defendant.

Court File No. 26-cr-025 (27)(LMP/DLM)

**DECLARATION OF ATTORNEY ROBERT A. LENGELING**

I, Robert Lengeling, declare as follows:

1. I am a solo attorney and member of the CJA panel for the District of Minnesota. I represent defendant David Okar in the instant matter.

2. I submit this declaration in support of Mr. Okar's supplemental motion to dismiss (DOC # 745).

3. David Okar is an independent journalist and videographer. He was present on January 18, 2026 for a protest at Cities Church in St. Paul, Minnesota.

4. Okar recorded the protest using his own video camera set up. He utilized a tripod and he held the camera as he recorded. Okar provided a copy of the video recording to me.

5. An unedited copy of the video he recorded will be offered as **Exhibit 1** at the motion hearing. Since the exhibit is a video file, a copy will be provided to the Court at the hearing on a thumbdrive. A copy is being disclosed to the Government separately pursuant to discovery obligations under the rules of criminal procedure and court orders.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: September 11, 2026

*s/ Robert A. Lengeling*
MN ID#304165