# EXHIBIT A

**From:** Keenan, Robert (CRT)
**Sent:** Tuesday, February 3, 2026 9:20 AM
**To:** Gerber, Timothy M [redacted]; Shields, John W [redacted]; Price, Tonya M [redacted]
**Cc:** Sonza, Orlando (CRT) [redacted]; Wrobleski, Brandon (CRT) [redacted]>
**Subject:** FW: Cities Church Investigation --- Search of LEMON's Cellphone

Folks:

I understand that DHS agents in LA are shipping Don Lemon's cellphone to you in Minnesota. I assume you will receive that this morning.

As I noted in my e-mail below re. the cellphones of [redacted] and [redacted], we need to make sure we handle the phone and data with care and discretion, in strict accordance with the terms of the search warrant. I know you all know that, but I'm sending this to ask that you remind the filter team of the need to do that and the investigators who might have access to seized materials after the filter team discloses screened/filtered materials to them.

I've attached a Court-signed copy of the search warrant for LEMON's phone. Please note that MJ Foster narrowed the warrant's list of items subject to seizure. (See Attachment "B," at 38-39.) Please make sure the filter team agent(s), CFA(s), and supervisor(s) are familiar with the list and other aspects of the warrant, including the other provisions in Attachment "B" that govern the execution of the warrant. (Id. at 38-42.)

Among those other provisions, Paragraph 4 of the Addendum to the Warrant requires that we respect the attorney-client privilege. Toward that end, a filter team needs to do a filter review similar to what was done as to ARMSTRONG's and ALLEN's cellphones. I believe that CRT attorney Brandon Wrobleski (copied hereon) is still on tap to help the filter team and supervise its work. The filter team should communicate with Brandon if they have any questions.

From news reports, I believe LEMON has two lawyers who he might have conferred with about his criminal liability for the Cities Church incident: (1) Abbe Lowell and (2) Marilyn E. Bednarski. He might also have consulted with other lawyers. We need to respect the attorney-client privilege for all purposes, of course, but that is especially true for any communications that might reflect his defense attorney's legal analysis and advice about the Cities Church incident, including potential defenses, perceived ways to challenge the government's case, etc. The filter team may well encounter those types of things, properly so during their initial filter searches. They just need to make sure they are screened and not passed along to the case agent(s) and prosecutors.

As we did with the searches for the other two defendants' phones, we will provide you with a Memo Re. Filter Team Procedures. If that has not yet been prepared, Orlando and I will have one prepared and e-mailed to you later today. The filter team should not begin its work until we send that memo to you.

Please contact Orlando or me if you have any questions.

**Robert J. Keenan**
Acting Deputy Assistant Attorney General
Office of Assistant Attorney General
U.S. Department of Justice, Civil Rights Division
950 Pennsylvania Avenue, N.W.
[redacted]