LAW OFFICE OF
**JORDAN S. KUSHNER**

TELEPHONE: (612) 288-0545
FACSIMILE: (612) 288-0546

431 SOUTH 7TH STREET, SUITE 2446
MINNEAPOLIS, MINNESOTA 55415
jskushner@gmail.com

September 22, 2026

**VIA CM/ECF**

Douglas L. Micko
United States Magistrate Judge
U.S. Courthouse
316 North Robert Street
St. Paul, MN 55101

Re: United States v. Nekima Levy Armstrong, Case No. 26-cr-25 (LMP/DLM)

Dear Magistrate Judge Micko:

I am writing to bring to the Court's attention a couple of potential scheduling issues that have arisen in relation to the pretrial motions hearing scheduled from October 19-22, 2026.

- I currently have a criminal trial scheduled to begin before Judge Schiltz in Minneapolis on October 13, 2026. This trial is expected to last about four days. If it does not end by October 16, I will try to make arrangements to avoid interference with the pretrial motions hearing, but I wanted to make sure the Court is aware of the possibility of scheduling complications.

- I recently had two oral arguments scheduled before the Eighth Circuit on the morning of October 20, 2026 at the St. Paul courthouse. I estimate my second argument to end near 11 am or shortly thereafter. I had expected these arguments to be scheduled in November or December based on my prior experience, and therefore did not anticipate this conflict. I am respectfully requesting that motions involving my client not be heard on the morning of October 20 from 9-11:15 am. Hopefully with 38 defendants, including several journalists who have motions raising separate issues as well as multiple other motions that do not involve my client, the Court can arrange the hearings accordingly.

It is my desire to be able to pursue my client's motions on schedule and be present

when they are heard. Is it possible to prepare a schedule, or at least tentative schedule, for when particular motions will be heard? Such an arrangement could also have the benefit of not having all 38 Defendants and their attorneys in the Courtroom all of time. I apologize for any inconvenience these scheduling issues might cause. Please feel free to let me know if I can answer any questions or provide further information.

Sincerely,

s/Jordan S. Kushner
Jordan S. Kushner

cc: Prosecuting Attorneys (via ECF)
Co-Defendant Attorneys (via ECF)