UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NEKIMA VALDEZ LEVY ARMSTRONG, *et al.*,<br><br>Defendants. | Case No. 0:26-cr-025-LMP-DLM<br><br>**MOTION TO EXTEND TIMELINE FOR RESPONSES TO PRETRIAL MOTIONS AND ADJUST RELATED DATES** |

The United States of America, by and through its counsel of record, hereby respectfully requests an extension to its time to file its responses to defendants' pretrial motions. In support, the United States respectfully presents the following:

1. The 38 defendants in this case have filed 101 pretrial motions, an extraordinary number of motions by any measure. Most of the motions were filed on or prior to August 31, 2026, with a small number of later filings granted leave of court.

2. Defendants in this case requested and were granted a 30-day extension to file these motions. (Dkt. 573).

3. Several defendants requested and were granted additional extensions of time to file their pretrial motions, without objection by the

Government when the defendants sought leave of Court. (Dkt. 777, 780, 811).

4. The Government is diligently preparing responses to all of the 101 motions. Indeed, the Government has begun filing its responses to various pretrial motions as the responsive briefs are prepared and ready to file. (Dkt. 817, 816, 814, 812). In keeping with the Government's practice and desire to prevent any unnecessary inconvenience to the Court and defendants, the Government will continue to file responses to the pending motions on a rolling basis as the responses become ready for filing.

5. Notwithstanding the Government's reasonable and diligent efforts, additional time is needed to complete opposition briefs to all of the 101 pending pretrial motions. Therefore, the Government respectfully asks for additional time — namely, 15 days — to file its responses and to adjust related pretrial dates as follows:

a. Response to Motions deadline extended from October 1, 2026 to October 16, 2026;

b. Intent to Call Witnesses deadline extended from October 1, 2026 to October 16 2026; and

c. Responsive Deadline of Intent to Call Witnesses extended from October 9, 2026 to October 23, 2026.

6. In line with this proposal, the Government is cognizant of the scheduled pretrial hearing calendar set by this court on July 24, 2026, for October 19, 20, 21, and 22, 2026. (Dkt 573). In order to provide time for all parties to prepare for these hearings, the Government also proposes that the pretrial hearings be moved from October 19, 20, 21, and 22, 2026, to the first week of November.

7. To accommodate the travel plans of defendant Blumenfeld's counsel, the Court recently scheduled a separate hearing day on October 29, 2026, for defendant Blumenfeld's motions. If Blumenfeld's counsel is not available during the first week of November, the Government does not oppose keeping the October 29 hearing date as scheduled. Likewise, counsel for defendant Armstrong today filed a letter requesting an accommodation of his schedule (Dkt 820), and the Government believes this proposed schedule may address counsel's concern.

**MEET AND CONFER**

Earlier today, the Government sent an e-mail to counsel for all defendants advising them of the Government's intent to file this motion. We have not yet heard from all counsel. At present, however, counsel for eighteen defendants have thus far indicated that they object to the extension of time. Counsel for Bollman takes no position on this motion. No defense counsel have yet concurred with the request.

In light of the foregoing, the Government respectfully requests that this Court grant this motion to extend time.

DATED: September 22, 2026.

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

ABRAHAM KAPLAN
Assistant United States Attorney

HARMEET K. DHILLON
Assistant Attorney General

ROBERT J. KEENAN
Acting Dep. Asst. Attorney General

NEVILLE HEDLEY
Acting Senior Litigation Counsel

KELSEY E. MCGEE
Attorney

*/s/ Kelsey E. McGee*
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
Telephone: (202) 251-0053
E-Mail: Kelsey.McGee@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA