UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMMAR MONIKE PINEDA-MORENO,<br><br>Defendant. | Case No. 26-CR-00025(30) (LMP/DLM)<br><br>**DEFENDANT PINEDA-MORENO'S OBJECTION TO GOVERNMENT'S MOTION TO EXTEND TIMELINE FOR RESPONSES TO PRETRIAL MOTIONS AND ADJUST RELATED DATES** |

Defendant, EMMAR MONIKE PINEDA-MORENO, by and through her attorney, Frederick J. Goetz, hereby objects to the Government's Motion to Extend Timeline for Responses to Pretrial Motions and Adjust Related Dates (ECF No. 821). Defendant asks that the motion be denied as the prosecution has not shown good cause warranting modification of a motion briefing and hearing schedule that has been set for two months and as the relief proposed by the government, rescheduling the motions hearing to the first week of November, is unworkable.

First, the prosecution's basis for seeking the extension is in sum that the defendants collectively filed 101 pretrial motions and it does not have the time or the resources to timely respond to them. This is a problem of the government's own making and does not warrant an extension of time.

The government chose to charge thirty-nine individuals in a single Superseding Indictment. (ECF No. 144). The government is represented in this case by high-level lawyers within the Justice Department including an Assistant Attorney General. Certainly, these high-level and presumably experienced Justice Department officials knew the resources that litigating this case would require given the nature and manner of the charges in the Superseding Indictment.

They surely anticipated that the defendants would file pre-trial motions. While 101 motions in the aggregate seems large, this amounts to approximately 2.6 motions per defendant; a number that is hardly surprising or one that should not have been anticipated.

Second, the prosecution neglects to mention in its motion that the reason a large group of the defendants requested a 30-day extension to file motions was due to the government's lack of diligence in producing discovery, including a supplemental disclosure of more than 1000 pages of documents and approximately 833 additional files containing documents and videos on July 17, 2026, approximately two weeks before the initial motion filing deadline. (ECF No. 562). The circumstances that warranted the defendants 30-day extension to file motions are materially different than those that give

rise to the government's instant request. The defense needed additional time due to the volume of the government's late disclosures. The government is asking for additional time because it is not prepared.

Finally, the government's request to move the motions hearing to the first week of November is unworkable. The existing motions hearing dates were scheduled three months in advance of the hearing dates. (ECF No. 573). As the Court wrote: "Given the extended advance notice, counsel should be prepared to go forward with any hearings on these days. The Court does not anticipate granting continuances for scheduling conflicts." (ECF No. 573 at ¶ 7). Defense counsel planned ahead with the Court's Amended Pretrial Scheduling and Case Management Order in mind. Given the number of parties and resulting logistical complexities in this case, the fact that one party has not devoted sufficient resources to this litigation to be prepared to meet the deadlines set by the Court months ago is no reason to modify the schedule.

For these reasons, defendant Pineda Moreno asks that the prosecution's motion (ECF No. 821) be denied.

DATED: September 23, 2026

**GOETZ & ECKLAND P.A.**

By: *s/Frederick J. Goetz*

FREDERICK J. GOETZ
Attorney Registration No. 185425
Banks Building
615 1st Avenue NE, Suite 425
Minneapolis, MN 55413
(612) 874-1552

ATTORNEY FOR DEFENDANT
EMMAR PINEDA MORENO