**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**
**Criminal No.: 26-CR-25 (37) (LMP/DLM)**

---

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JOINT MOTION FOR** |
| | ) | **SPECIFIC HEARING DATE** |
| Lee Elizabeth Wiedeman Tuggle, | ) | |
| | ) | |
| Defendant. | ) | |

---

Pursuant to the Order of this Court (Doc. 826), the undersigned counsel for Defendant, Lee Wiedeman Tuggle, met and conferred with Assistant United States Attorney, Neville Hedley on October 9, 2026, to discuss the Defendant's Motion to Suppress Evidence.

The parties hereby jointly request the Court to schedule Lee Wiedeman Tuggle's Motion to Suppress Evidence (Doc. 667) hearing on November 5, 2026, at a time that pleases the Court. The parties believe that one hour will be enough time to conduct this hearing. The parties will identify witnesses and exhibits for this hearing by October 16, 2026, in accordance with the Court's Order.

Dated: October 13, 2026

Respectfully submitted,

/s/ James M. Ventura

James M. Ventura (#147217)
1000 Twelve Oaks Center Drive, Suite 100
Wayzata, MN 55391
Telephone: (952) 473-8064
Facsimile: (952) 475-7042
jventura@jamesventuralaw.com
*Attorney for Defendant Wiedeman Tuggle*