UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No: 26-CR-25(LMP/DLM)(16)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONIQUE CULLARS-DOTY ,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **DEFENDANT CULLARS-DOTY PROPOSED EXHIBIT LIST FOR MOTION HEARING** |

Monique Cullars-Doty, by counsel Bruce D. Nestor of De León & Nestor, LLC, submits the following proposed exhibit list for the hearing on her Motion to Suppress – Warrantless Seizure of Phone and Search of Phone Pursuant to Warrant (ECF#699). Ms. Cullars-Doty reserves the right to introduce additional exhibits upon cross-examination of any Government witnesses or as necessary to supplement the record:

| Number | Document Description |
|---|---|
| #1 | Application for Search Warrant and Supporting Affidavit; Attachment A; Attachment B; Search Warrant Addendum; Search and Seizure Warrant; Petition for Sealing; Order for Sealing (BATES 8683-8716) |
| #2 | ROI MS05F226MS0003-273, Report on Federal Arrest of Cullars-Doty (BATES 1127-1330) |
| #3 | ROI MS05F226MS0003-143, Identification of Cullars-Doty and Involvement in J January 18, 2026, Cities Church Incident (BATES 457-459) |
| #4 | ROI MS05F226MS0003-121, Identification of Cullars-Doty (BATES 377-380) |

Date: October 21, 2026

S/BRUCE D. NESTOR

Bruce D. Nestor, 0318024 – MN
DE LEÓN & NESTOR, LLC
3547 Cedar Avenue South
Minneapolis, MN 55407
(612) 659-9019
(612) 436-3664 – Facsimile
nestor@denestlaw.com

ATTORNEY FOR MONIQUE CULLARS-DOTY