Kenneth Ubong Udoibok, P.A.
ATTORNEYS AT LAW

**Kenneth U. Udoibok**
***Attorney-at-Law***
E-Mail: k@kenulaw.com
Direct Dial: 612.808.6031
Fax: 612.808.6033

Tuesday, October 27, 2026
*FILED VIA ECF*

The Honorable Douglas L. Micko
Magistrate Judge, District of Minnesota
United States District Court, Courtroom 6B
316 N. Robert Street
St. Paul, MN 55101

**RE: United States vs. Aziza Aboud (10) (26-cr-025-LMP-DLM)**
**Request to Excuse Defendant Aziza Aboud from November 10, 2026, Hearing**

Your Honor:

I represent Defendant Aziza Mohammed Aboud (10) in the above-captioned matter. I respectfully request that the Court excuse Ms. Aboud from appearing at the motions hearing scheduled for November 10, 2026, due to a previously scheduled commitment.

Ms. Aboud's photography work opportunity requires her to travel on November 10, 2026. She is scheduled to depart Minneapolis on a flight at 12:00 p.m. that day. Ms. Aboud filed a motion to suppress evidence, ECF No. 749, which requires an evidentiary hearing originally scheduled for November 10, 2026. The Government has agreed to reschedule her evidentiary hearing to November 5, 2026, thereby allowing her to appear personally and participate fully in the proceedings concerning her motion.

Ms. Aboud has also joined certain motions filed by her co-defendants. Those motions are scheduled to be heard while she is present in Court. Moreover, undersigned counsel does not anticipate presenting separate arguments on the joined motions or participating in any evidentiary proceedings on November 10, 2026.

Accordingly, excusing Ms. Aboud's appearance on November 10 will neither prejudice the Government nor interfere with the orderly administration of these proceedings. Ms. Aboud remains committed to complying with all Court orders and attending all other required proceedings.

For these reasons, Ms. Aboud respectfully requests that the Court excuse her personal appearance on November 10, 2026, while permitting the proceedings involving other defendants to proceed as scheduled. Thank you for the Court's time and consideration.

Respectfully submitted**,**

*/s/ Kenneth Udoibok*
KENNETH U. UDOIBOK



310 4th Avenue South, Suite 5010, Minneapolis, MN 55415 | www.KenULaw.com | Email: info@KenULaw.com
Main: 612-808-6030 | Direct: 612-808-6031 | Assistant: 612-808-6032 | Fax: 612-808-6033