UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-cr-25 (LMP/DLM)

United States of America,

Plaintiff,

v.

Max Richard Adamson,

Defendant.

**DEFENDANT MAX RICHARD ADAMSON'S WAIVER OF ATTENDANCE AT PRETRIAL MOTION HEARINGS**

Defendant, Max Richard Adamson, hereby states that he voluntarily wishes to waive his attendance at the motion hearing scheduled in this matter for November 3, 5, 8 and 10, 2026. Defendant states:

1. He is aware of the joint and individual motions which have been filed that relate to his defense.

2. None of these motions require an evidentiary hearing and all involve only legal issues.

3. Defendant currently resides in Idaho, and it would be a burden for him to travel to Minnesota and spend several days in that district.

4. In accordance with Fed. R. Crim. P. 43(b)(3) and the Court's October 27, 2026 Order (ECF 931), the Defendant waives his right to attend the pretrial motion hearings in this matter.

Dated: 10-28-26

Max Richard Adamson