**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

Plaintiff,

v.

Nekima Levy Armstrong et al,

Defendants.

**COURT MINUTES**
BEFORE: DOUGLAS L. MICKO
U.S. MAGISTRATE JUDGE

Case No: 26-cr-25 (LMP/DLM)
Date: November 3, 2026
Location: Devitt Courtroom
Court Reporter: Lynne Krenz
Time Commenced: 9:03-10:33 a.m./
10:50 a.m-12:15 p.m.
Time in Court: 2 hours and 55 Minutes

---

**CRIMINAL PRETRIAL MOTIONS HEARING: DAY ONE**

**APPEARANCES:**

For the government: Robert Keenan, Joshua Zuckerman, Neville Hedley, Manpreet Uppal, Lynae Tucker, John Arboleda, and Flavio DeAbreu

For Nekima Levy Armstrong (1): Jordan Kushner
For Chauntyll Allen (2): Jill Brisbois
For William Kelly (3): Aaron Morrison
For Jerome Richardson (5): Lindsay Laird and Jihao Chen
For Trahern Crews (7): Robert Richman
For Georgia Fort (8): Isabella Nasciemento, Mary Walker, and Matthew Ebert
For Ian Austin (9): Sarah Gad
For Aziza Aboud (10): Kenneth Udoibok
For Max Adamson (11): Glenn Bruder
For Shane Bollman (14): Andrew Irlbeck
For Kelly Carey (15): Patrick Leach
For Monique Cullars-Doty (16): Bruce Nestor
For Andrew Edwards (18) Steven Wright
For Rachel Goligoski (19): Kira Kelly
For Amelia Hansa (20): Joshua Preston and Lauren Regan
For Ariel Hauptman (21): Cailtlinrose Fisher
For Krista Hogan (22): Caroline Brunkow
For Danielle Matthias (24): Amber Johnson
For Catie Michaelson (25): Karen Mohrlant

For David Okar (27): Robert Lengeling
For Cheryl Persigehl (29): Amy Conners
For Emmar Pineda-Moreno (30): Fred Goetz
For Katherine Shaw (32): Wyatt Arneson
For Charles Swenson (34): Patrick Cotter
For Robyn Swenson (35): Robin Wolpert
For Thomas Tier (36): Ashley Repp
For Mark Weinfurter (39): Peter Wold

**PROCEEDINGS:**

The Court held an oral arguments hearing on Defendants' Joint Motion to Dismiss for Failure to State an Offense (Doc. 547); Joint Motion to Dismiss Count One (Doc. 677); Joint Motion to Dismiss Based on First Amendment (Doc. 760); Joint Motion to Dismiss for Selective Prosecution or Vindictive Prosecution (Doc. 674); Defendant Ian Austin's Motion to Dismiss (Doc. 97); Defendant David Okar's Motion to Dismiss (Doc. 745); and Motion to Suppress (Doc. 747); and Defendants' Joint Motion to Sever (Docs. 652, 669, 716, and 742). The motions were moved and argued. Defendant David Okar submitted and the Court received Defense Exhibit 1 in support of his Motion to Suppress. The Court will issue a post-hearing briefing schedule after the close of the pretrial motion hearings and will issue a Report and Recommendation on the motions in due course after briefing is complete.

☐Order to be issued
☐No Order to be issued
☒ R&R to be issued by **TBD**
☐ No R&R to be issued
☒ Exhibits retained by the Court
☐ No exhibits retained by the Court

*LC1*
Judicial Law Clerk