ANDREW IRLBECK
LAWYER CHARTERED

November 6, 2026

Magistrate Judge Micko
United States District Court
316 N. Robert St.
St. Paul MN 55101

**Re: *United States v. Shane Bollman*, Crim. No. 26-25 (14) LMP/DLM**

Dear Judge Micko:

I write regarding the evidentiary hearing set at the end of the day on November 9, 2026. The items seized from Mr. Bollman were on his person when he was arrested, and were obtained by the government without entering his home, or searching a vehicle. Furthermore, the Government and Mr. Bollman have today reached an agreement for the return of all the personal property seized from Mr. Bollman, and thus the issue of returning his property is now moot.

Because there is no need for testimony on these issues, I am requesting that the Court take the evidentiary hearing related to these issues off the calendar for November 9, 2026. The Government does not oppose this request. This letter, of course, has no impact on any other hearing or motion, and Mr. Bollman's motion to suppress search warrants and motion for *Franks* hearing remain pending, along with his other motions, which will be heard as scheduled.

Very truly yours,

ANDREW M. IRLBECK

cc: Counsel of Record via CM/ECF

FIRST NATIONAL BANK BUILDING
332 MINNESOTA ST. • SUITE W1610 • SAINT PAUL, MN 55101
WWW.IRLBECKLAW.COM • 612-986-3895 • ANDREW@IRLBECKLAW.COM