AO 187 (Rev. Locally 03/18) Exhibit List

# UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES

v.

DON RENALDO LEMON

## EXHIBIT LIST

Case Number: 26 CR 25(4) (LMP/DLM)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Magistrate Judge Douglas L. Micko | Robert J. Keenan<br>Neville Hedley<br>Kelsey McGee | Abbe Lowell<br>David Kolansky<br>Bella Oishi<br>Joseph H. Thompson |
| DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| November 9, 2026 | Lynne Krenz | |

| Exhibit Number | DESCRIPTION OF EXHIBITS |
|---|---|
| 1 | Search Warrant and Application for a Search Warrant for Don Renaldo Lemon's iPhone, 26-mj-106 (DJF) (February 2, 2026) |
| 2 | Criminal Complaint and Supporting Affidavit, 26-mj-40 (DLM) (January 20, 2026) |
| 3 | Email from Robert Keenan to Special Agent Timothy Gerber with the subject lien "FW: Cities Church Investigation – Search of LEMON's Cellphone" (February 3, 2026) (Government Exhibit A) |
| 4 | Email Chain between Robert Keenan and David Kolansky (Government Exhibit B) |

Dated: November 8, 2026

Respectfully submitted,

/s/ *Joseph H. Thompson*
Joseph H. Thompson (#0343031)
THOMPSON JACOBS PLLC
222 N. Second Street, Suite 220
Minneapolis, MN 55401
Tel: (612) 416-3322
joe@thompsonjacobs.com

/s/ *Abbe David Lowell*
Abbe David Lowell (pro hac vice)
David A. Kolansky (pro hac vice)
Isabella A. Oishi (pro hac vice)
LOWELL & ASSOCIATES, PLLC
1250 H. Street NW, Suite 250
Washington DC, 20005

*Counsel for Don R. Lemon*