Docusign Envelope ID: 86F21029-1C32-8729-81A0-1984289BE99C


**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>NEKIMA VALDEZ LEVY ARMSTRONG, *et al.*,<br>Defendants. | No. 26-cr-00025-LMP-DLM<br><br>**STIPULATION AND WAIVER REGARDING FORENSIC COPIES OF DIGITAL DEVICE** |

The United States of America and defendant Don Lemon ("defendant"), by and through their respective counsel of record, hereby stipulate as follows:

1. On February 2, 2026, law enforcement officers seized the following digital device ("DIGITAL DEVICE") from defendant's person: <u>one iPhone, with rose-gold exterior</u>.

2. Defendant is the sole and exclusive user of the DIGITAL DEVICE.

3. Upon obtaining access to the DIGITAL DEVICE, law enforcement will make true and accurate forensic copies ("FORENSIC COPIES") of the DIGITAL DEVICE, that is, exact copies of all data on the DIGITAL DEVICE. Per standard practice, the Government will maintain the FORENSIC COPIES during the pendency of this case in order to respond to any challenge to the authenticity of any data seized from the DIGITAL DEVICE. However, after securing the FORENSIC COPIES, the Government is willing to return the

actual DIGITAL DEVICE to defendant in exchange for defendant's assent to the terms of this Stipulation.

4. The Government will return the DIGITAL DEVICE to defendant within seven (7) days after securing and validating the accuracy of the FORENSIC COPIES. The Government will return the DIGITAL DEVICE by making it available for pick-up by defendant or one of defendant's attorneys of record at the office of the case agent.

5. Having been informed of, and fully understanding, his right to challenge the accuracy and authenticity of the FORENSIC COPIES, defendant hereby waives that right and stipulates to the accuracy and authenticity of the FORENSIC COPIES in all subsequent legal proceedings instituted by the United States Department of Justice ("DOJ"). Defendant agrees that the FORENSIC COPIES are exact copies of the data on the DIGITAL DEVICE as of the time it was seized, and waives the right to use the actual DIGITAL DEVICE to later challenge the authenticity of the FORENSIC COPIES.

6. Having been informed of and fully understanding his right to challenge the admissibility of the FORENSIC COPIES at trial or any other hearing in this case, defendant waives that right and stipulates that the FORENSIC COPIES are admissible to prove the contents of the DIGITAL DEVICE at trial or any other hearing in the above-captioned case.

/ / /

/ / /

7. Counsel for defendant concurs in defendant's waiver of the right to challenge the accuracy, authenticity, and admissibility of the FORENSIC COPIES for purposes of trial or any other hearing in the above-captioned case.

IT IS SO STIPULATED.

DATED: May 14, 2026.

**For the Defendant:**

LOWELL & ASSOCIATES

ABBE D. LOWELL

**For the Government:**

HARMEET K. DHILLON
Assistant Attorney General
DANIEL N. ROSEN
United States Attorney

/s/ Robert J. Keenan

ROBERT J. KEENAN
Acting Deputy Assistant Attorney General

**ACKNOWLEDGED & AGREED:**

I, Don Lemon, hereby declare that I have read the above Stipulation in its entirety. I understand the terms of this stipulation and agree to it freely and voluntarily.

DATE: September 27, 2026.

DocuSigned by:
DD27FA2782034C3...

DON LEMON