**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

NEKIMA VALDEZ LEVY ARMSTRONG, *et al.*,

Defendants.

Case No. 0:26-cr-00025-LMP-DLM

**NOTICE OF WITHDRAWAL OF UNITED STATES' RESPONSE IN OPPOSITION TO VERGINS'S MOTION TO SUPPRESS EVIDENCE AND MOTION FOR *FRANKS* HEARING (DOC. 761)**

The United States of America hereby withdraws its previously filed response (Doc. 890) to Defendant Vergin's motion to suppress in Doc. 761. The United States has reviewed the contents of Mr. Vergin's cellphone at issue in his motion. In light of the evidentiary value of the contents of Mr. Vergin's cellphone, the United States has determined that it does not oppose "an order suppressing all evidence obtained from the warrantless seizure and subsequent search of Mr. Vergin's cell phone, together with all fruits thereof." *See* Doc. 761, at 1.

//

//

//

//

//

//

//

//

DATED: November 9, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

ROBERT J. KEENAN
Acting Dep. Asst. Attorney General

NEVILLE S. HEDLEY
Senior Trial Attorney

*/s/ J. Katie Neff*
J. KATIE NEFF
Attorney
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
Telephone: (771) 333-0019
Email: Jeri.Neff@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA