**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

NEKIMA LEVY ARMSTRONG, et al.,

Defendants.

Case No. 26-cr-25 (LMP/DLM)

**NOTICE**

---

In January 2026, United States Magistrate Judge Jon T. Huseby issued a non-disclosure order ("NDO") for grand jury materials sought by the United States in an ongoing investigation. The United States served the NDO and eight grand jury subpoenas on Google LLC ("Google") in April 2026. The subpoenas sought subscriber information for Gmail and YouTube accounts.

Google moved to modify the NDO to allow it to disclose the existence of the grand jury subpoenas to its subscribers. Because Google's motion related to this criminal case, *United States v. Levy Armstrong et al.*, Case No. 26-cr-25 (LMP/DLM), then-Chief Judge Patrick J. Schiltz referred Google's motion from the grand jury proceedings he was supervising to the undersigned judge on May 12, 2026.

On May 27, 2026, the United States notified the Court that it had withdrawn the grand jury subpoenas. The Court subsequently vacated the NDO. After the Court's order, Google moved to unseal the briefing and orders relating to the NDO. The United States did not oppose the unsealing. On October 28, 2026, this Court issued an order to unseal

the full record, as the matters occurring before the grand jury were already public and would not compromise an ongoing criminal investigation.

Consistent with the Court's order, the sealed grand jury materials were redacted to remove any reference to the grand jury proceedings and were then docketed in a miscellaneous case titled *In re Eight Grand Jury Subpoenas to Google LLC*. The unsealed record relating to the NDO and eight grand jury subpoenas can be found at Case No. 26-mc-105.

Dated: November 9, 2026

*s/ Laura M. Provinzino*
Laura M. Provinzino
United States District Judge