UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. 26-cr-25 (LMP/DLM)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NEKIMA LEVY ARMSTRONG, et al.,<br><br>Defendants. | **SUPPLEMENTAL DECLARATION OF JORDAN S. KUSHNER** |

Your Declarant, Jordan S. Kushner, deposes and states:

1. I the attorney for Defendant Nekima Levy Armstrong in the above-captioned case. I submit this Declaration in support of the motion by Ms. Armstrong to supplement the record.

2. Attached to this Declaration as Exhibit A (filed under seal) is a true and accurate copy of an excerpt of the grand jury testimony of Jonathan Parnella which was disclosed by the government.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on this 10th day of November, 2026.

s/Jordan S. Kushner
Jordan S. Kushner